# United States Bankruptcy Court
## Southern District of New York

In re **Neuehouse Inc.**  
Debtor(s)

Case No. **25-11937**  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Neuehouse Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FotoHouse**
**Culture & Community Inv. GmbH**

☐ None [*Check if applicable*]

**September 5, 2025**  
Date

/s/ Todd E. Duffy  
**Todd E. Duffy**  
Signature of Attorney or Litigant  
Counsel for **Neuehouse Inc.**  
**DuffyAmedeo LLP**  
**132 West 31st Street**  
**9th Floor**  
**New York, NY 10001**  
**(212) 729-5832**  
**tduffy@duffyamedeo.com**