**Fill in this information to identify the case:**

Debtor name  **Neuehouse Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known)  **25-11937**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September  8, 2025**        *X* **/s/ Marcel Reichart**
Signature of individual signing on behalf of debtor

**Marcel Reichart**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Neuehouse Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **25-11937**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                  12/15

---

| Part 1: | **Summary of Assets** |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $   4,488,919.71

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $   4,488,919.71

---

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $   10,106.25

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$   84,980,272.82

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b                                                                                           $   84,990,379.07

**Fill in this information to identify the case:**

Debtor name    **Neuehouse Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-11937**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase**<br>**Balance as of 7/31/2025** | **Checking** | **6381** | **$3,294,814.16** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $3,294,814.16 |
   |---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. **Misc. Prepaid Expenses** | **$244,310.31** |
|---|---|
| 8.2. **Prepaid Insurance** | **$527,875.30** |

Debtor   **Neuehouse Inc.**                                          Case number *(If known)* **25-11937**
         _____
         Name

9.  **Total of Part 2.**                                                                    | $772,185.61 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:       **115,383.66**  -   **57,691.83**  = ....     | **$57,691.83** |
                          face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                   | $57,691.83 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** <br> **Misc. Furniture** | **$54,457.77** | | **$54,457.77** |
| 40. **Office fixtures** <br> **Leasehold Improvements** | **$279,266.10** | | **$279,266.10** |

| Debtor | **Neuehouse Inc.** | | Case number *(If known)* | **25-11937** |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| **Equipment** | | $5,451.13 | | $5,451.13 |
|---|---|---|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | **Computer Equipment** | | $25,053.11 | | $25,053.11 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $364,228.11 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Neuehouse Inc.**
_____    Case number _(If known)_ **25-11937**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $3,294,814.16 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $772,185.61 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $57,691.83 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $364,228.11 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,488,919.71 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,488,919.71 |

**Fill in this information to identify the case:**

Debtor name    **Neuehouse Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-11937**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Neuehouse Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-11937**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**5050 W. Tennessee Street**<br>**Tallahassee, FL 32399-0112** | $10,106.25 | $10,106.25 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**(DJ) Suga Shay**<br>**1838 N. Wilton Pl.**<br>**Los Angeles, CA 90028** | $0.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ☑ No  ☐ Yes

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**1 Stop Registration Services (Wire)**<br>**4977 Hollywood Boulevard**<br>**Los Angeles, CA 90027** | $0.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ☑ No  ☐ Yes

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**1000Bulbs.com**
**2140 Merritt Drive**
**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**10012 LLC**
**225 Starr Street**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**10D CONSULTING SERVICES LTD**
**28 Ha arbaa st.**
**Tel Aviv**
**ISRAEL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**10th House Productions, Inc.**
**3801 Brilliant Dr.**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**14th Factory Foundation**
**110 E 25th St**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**1stdibs.com, Inc.**
**51 Astor Place**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**2 Plus Architects, Inc**
**260 Andalusia Avenue**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**200 Proof Staffing**
**269 S. Beverly Drive #1015**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**2020 Building Services**
**1432 North Brighton Street**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**24 Seven, Inc**
**P.O. Box 5730**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**25 Park LLC C/O Colliers Int'l**
**1114 6th Avenue**
**11th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Suit**
**Index No.: 651467/2025**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**2591Worldwide LLC**
**10745 Hortense st #4**
**North Hollywood, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**2810 Hyperion, LLC**
**2810 Hyperion Ave**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**2AB LLC**
**12026 McGirk Ave**
**El Monte, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**310Sound**
**23991 Ocean Avenue**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**373-381 PAS Associates LLC**
**97-77 Queens Blvd**
**Rego Park, NY 11374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3Wire LLC**
**1410 Kona Drive**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**435 N Fairfax, LP**
**9190 W Olympic Blvd. #137**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**5Lion Holdings, LLC**
**Andrew Welters**
**Washington DC, WA 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**60 Market JV LLC**
**11693 San Vicente Blvd, Suite 444**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**73 Market Street, LLC**
**10866 Wilshire Blvd**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **74-76 Market St.**<br>**45 Market Street**<br>**venice, CA 90291** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **818 Printing + Graphics**<br>**15155 Califa Street**<br>**Van Nuys, CA 91411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **8x8 Films Inc**<br>**525 East 11th Street | PHA**<br>**New York, NY 10009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **A Beautiful Perspective**<br>**24 W. 68th Street**<br>**New York, NY 10023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **A&L Cesspool Service Corp**<br>**38-40 Review ave**<br>**Long Island City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **A&M Central lock & Security Systems**<br>**345 Park Avenue Level B**<br>**new york, NY 10154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **A+ Towel**<br>**149 Verdi St**<br>**Farmingdale, NY 11735** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
**A. Rafanelli Winery and Vineyards LP**
**4685 W Dry Creek Road**
**Healdsburg, CA 95448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**A.J. Kirkwood & Associates, Inc.**
**4300 North Harbor Boulevard**
**Fullerton, CA 92835**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address
**A24 Films LLC**
**PO BOX 8297**
**Pasadena, CA 91109-8297**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address
**AAA COMMUNICATIONS**
**15 Riverside Drive**
**Pine Brook, NJ 07058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address
**AABuilding**
**8625 Shore PKWY**
**Howard Beach, NY 11414**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address
**AAF/District Two**
**155 East 55th Street**
**New York, NY 10022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address
**AAFCPA INC**
**P.O. Box 375**
**Brattleboro, VT 05302-0375**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Hicklin**
**71 Carroll Street**
**BROOKLYN, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Huey**
**1546 Northeast 94th Street**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Thomas**
**500 Madola Road**
**Epworth, GA 30541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AB Partners**
**150 Columbia Heights**
**New York, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Abacus Staffing LLC**
**400 Park Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ABC Carpet Co. Inc**
**888 Broadway**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Abel B yanez**
**Santy's Cavinetry & Counter Top**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abel Cine Tech Inc**
**609 Greenich St**
**New Yowk, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abhay Jain**
**1051 South Alfred St**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Kim Communications LLC**
**560 East 16th Avenue**
**Salt Lake City, UT 84103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Able Building Maintenance**
**Able Building Maintenance Co.**
**San Francisco, CA 94139-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Able Fire Prevention Corp.**
**241 West 26th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABM Parking Services**
**6115 W Sunset BLVD**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abner Reyes Welding**
**941 East Jefferson Blvd.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abolitionist Entertainment LLC**
**2851 West 120th Street**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abraham Camacho LLC dba LiveTen Media**
**Se**
**4081 Green Ave**
**Los Alamitos, CA 90720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Absolute Electric Contracting of NY, Inc**
**307 West 38th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Accelerated Global Content, LLC.**
**1680 N Vine St.**
**Hollywood, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Access Brand Management USA Inc**
**888 N Alameda St**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACCO Engineered Systems, Inc**
**888 East Walnut St**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Accountemps**
**12400 Collections Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Accu-Test Structural Laboratories**
**23915 Ventura Boulevard**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Accurate DPS, Inc.**
**1403 East South Street**
**Long Beach,, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ace & Everett**
**138 Mulberry Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ace Beverage**
**401 S. Anderson St.**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACE NATURAL INC.**
**Ace Natural**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACME Professional In**
**6649 Long Beach Court**
**New Market, MD 21774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACORP**
**9 West Marie Street**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Acropolis Cinema**
**11151 Aqua Vista Street**
**Los Angeles, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Action Environmental Servies**
**PO BOX 554744**
**Detroit, MI 48255-4744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AD AV Productions, LLC**
**9410 De Soto Avenue**
**Los Angeles, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ad Hoc Collective LLC**
**13 Christopher Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADA NY Locksmith Inc.**
**155 East 26th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ada Whitney - Beehive**
**624 Bloomfield St**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Hamer**
**1546 Golden Gate Ave #106**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Powell**
**149 Wilson Avenue**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Santucci**
**180 S Sycamore Ave**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Shapiro**
**16255 Ventura Blvd.**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Volerich**
**375 West 46th Street Apt. 5W**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Admin Within LLC (Operatus)**
**2 Charlton Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adolf Anthony**
**P.O Box 585**
**Pasadena, CA 91102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADP**
**One Penn Plaza**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrian Granada**
**269 Van Buren Street BSMT**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrian Krasniqi**
**91 Boerum Street, Apt 16N**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriana Marianella**
**110 East 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriane Turner**
**110 E25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADT US Holdings Inc - Peter Skeadas**
**6301 SW 9th Street**
**Topeka, KS 66615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADT, LLC - Elliot Cohen**
**6301 SW 9th Street,**
**Topeka, KS 66615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advanced Art Services LLC**
**12010 Collins Street**
**Valley Village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Advantage Brands Group, Inc.**
**1955 Wehrle Drive**
**Williamsville, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Advice Personnel Inc**
**2 W 45th St Ste 408**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aecon Global Security Solutions**
**17222 Sunburst Street**
**Northridge, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AEPC Group LLC**
**5000 Executive Parkway**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aerangis LLC**
**350 West 42nd Street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AerioConnect Inc.**
**3165 Old Conejo Road**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aesop USA Inc.**
**48 W 25th St**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aetna**
**P.O. Box 804735**
**Chicago, IL 60680-4108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFCO Direct**
**150 North Field Drive**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFD Warehouse Inc.**
**440 Lafayette Street**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Afterlife Ag**
**250 Adelphi Street #6**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AG Apogee LLC**
**3124 South Parker Road**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Agency Seven**
**501 10th avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Agropa LLC**
**9113 Creekstone Lake Drive**
**Houston, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Agustin Gallego**
**8025 LAUREL GROVE AVE**
**Los Angeles, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aidan Carroll**
**2815 Hillcrest Dr. Apt 3**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aiden Cronus**
**6121 Sunset Boulevard**
**Los Angeles, NY 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aikito, Inc.**
**13-14 Jackson Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aimee Dominguez**
**6180 Aldama Street**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aimee Ducharme**
**1720 Pacific Avenue**
**Los Angeles, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aimee Nobleza**
**1724 North Frederic Street**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Air Com Commercial Kitchen Corp**
**399 New York 109**
**West Babylon, NY 11704**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Air Comfort Refrigeration Corp.**
**399 New York 109**
**West Babylon, NY 11704**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Air Control Systems Inc.**
**AIR CONTROL SYSTEMS, INC**
**ONTARIO, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Air Labs Inc**
**223 BEDFORD AVE. PMB 1163**
**BROOKLYN, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**airfare LLC**
**126 Inman Street, Unit 4**
**Cambridge, MA 02139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AIRTM INC**
**8 The Green**
**Dover, DE 19901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AJ Madison Inc**
**3605 13th Avenue**
**Brooklyn, NY 11218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AK Engineering PC**
**276 5th Ave**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Akerman LLP**
**Akerman LLP**
**Orlando, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AKTA, LLC**
**2930 SW 6th St Unit B**
**Miami, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Akufen Atelier Creatif Inc**
**4030 Rue Saint-Ambroise**
**Montreal**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Al's Drinks Company LLC**
**3536 76th St Apt 509**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Eyzaquirre**
**584 Castro Street suite 142**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Murray**
**165 W 88th St**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address
**Alana Cuzor**
**2377 West Avenue 33**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address
**Alana Jones Mann**
**4651 Oak Grove Cir**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address
**Alana Mayo**
**1616 Kilbourn Street**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address
**Alastair Cairns**
**20 W. 12th St.**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address
**Albert Corporation**
**849 S. Broadway**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address
**Albert Marquez**
**932 East 25th Street**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address
**Alberto Stevenson Pierre**
**281 East 42nd Street**
**Brooklyn, NY 11203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALC Environmental**
**P.O. Box 148**
**Feasterville, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alcoholic Beverage Consulting Service**
**26023 Jefferson Avenue**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alcon Entertainment LLC**
**10390 SANTA MONICA BLVD**
**LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aldine**
**150 Varick Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aled Technologies Inc.**
**139 Fulton Street**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alessandra Powell**
**150 N. 12th Street**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Akimov**
**385 E Green St**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.136** | Nonpriority creditor's name and mailing address
**Alex Artymiak Yoga LLC**
**1832 9th Street**
**Santa Monica, CA 90404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address
**Alex Atrachji**
**4720 Center Blvd, Apt 403**
**Long Island City, NY 11109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address
**Alex Waxman**
**1213 8th Avenue**
**Brooklyn, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address
**Alexa Detzi**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address
**Alexander Bergman**
**346 1/2 N Gardner St**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address
**Alexander Castillo**
**690 Halsey Street, Apt 1**
**Brooklyn, NY 11233**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address
**Alexander Duncan IV**
**114 South New Hampshire Avenue**
**Los Angeles, CA 90004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address**
**Alexander James Xiao Jun Morrison**
**252 Java Street Suite 135**
**New York, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**
**Alexander Minasian**
**58 Schaefer Circle**
**Hudson, NH 03051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address**
**Alexander Orley**
**19 Grace Court**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**
**Alexander Taugher-Dias**
**349 S Lafayette Park Pl**
**Los Angeles, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**
**Alexander Waxman**
**27 North Road**
**Tivoli, NY 12583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**
**Alexandra Andros Ferguson**
**133 Suydam Street, Apt # 1R**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**
**Alexandra Bukojemsky**
**450 N Sycamore Ave, Apt 12**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandra Floro**
**11922 Burbank BLVD**
**Valley Village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandra Hoovan**
**UTA**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandra Kammer**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandra Kinstle**
**4906 Rosewood Ave**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandra McNally**
**927 Maltman Ave.**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandra Pechman**
**1608 Ina Dr**
**Glendale, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandra Reboul**
**1165 5th Avenue Apt. 10B**
**New York, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Timofeeva**
**2112 Vista Del Mar Avenue**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra V. Brockett**
**1626 S. Sierra Bonita Ave.**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandre Hertoghe**
**79 Chrystie Street**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandre Schmitt**
**2421 Glendower Ave**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexia Gradford**
**3350 Rowena Ave**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Buryk**
**2145 28th Street Apt. B4**
**Astoria, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Pierson**
**527 Carroll Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfredo Salas**
**c/o NeueHouse VB Attention : Florence Gr**
**Los Angeles, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfredo Segarra**
**Attention : Samoya Whyte c/o Neuehouse M**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALGAE**
**3705 W Pico Blvd.**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ali Daeenejad**
**9042 Hayvenhurst Ave**
**North Hills, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ali Pro Inc**
**23-35 29th Avenue**
**Queens, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Harriet Bucknell**
**3878 Deberry Drive**
**Sarasota, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alina Mankin**
**1401 McDuff St.**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alisa Iakubovych**
**4435 Lockwood Ave, Unit 10**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alisha Bauer**
**10570 Rocca Way**
**Los Angeles, CA 90077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alison Hunt**
**110 E 25th St**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alissa Bica**
**1334 North Las Palmas Avenue**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AlixPartners LLP**
**2000 Town Center**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Aliya Khan**
**373 Park Avenue South**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**All City Engineering P.C.**
**107 East Broadway**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**All Furniture Services LLC**
**144 Simonson Ave**
**Staten Island, NY 10303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**All Service Kitchen Equipment Corp**
**10 Charles Street**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen Loeb**
**1645 Vine St.**
**Los Angeles, CA 99928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen Matkins Leck Gamble Mallory & Nats**
**865 South Figueroa Street**
**Los Angeles, CA 90017-2543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison C. Wolfe**
**1329 1/2 Quintero Street**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Jones**
**277 Adelphi St.**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Kiekhofer**
**519 21st Place**
**Santa Monica, CA 90402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.185**

**Nonpriority creditor's name and mailing address**
**Allison Wagner**
**120 Riverside Blvd,**
**New York, NY 10069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**

**Nonpriority creditor's name and mailing address**
**Alluvial Wines, Inc.**
**3 Muth Drive**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187**

**Nonpriority creditor's name and mailing address**
**Allyson Oldfield**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**

**Nonpriority creditor's name and mailing address**
**ALMA Backyard Farms**
**Alma Backyard Farms**
**Los Angeles, CA 90063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189**

**Nonpriority creditor's name and mailing address**
**Alma Collective**
**910 S Broadway**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Alonso Teruel**
**373 Park Avenue South**
**New Yok, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191**

**Nonpriority creditor's name and mailing address**
**Alternate Energy Solutions, LLC.**
**32 South Jefferson Road**
**Whippany, NJ 07981**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (*if known*)    **25-11937**
_____

| | |
|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** |

**ALX RAW INC. (Wire)**
**100 four valley drive, Unit D**
**concord, ON L4K4T9**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** |

**Alyssa Lester**
**932 Bushwick Avenue**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** |

**Alyssa Neece**
**163 Hull St**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** |

**AMA Consulting Engineers, P.C.**
**825 8th Avenue**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** |

**Amanda Hale**
**110 E. 25th St**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** |

**Amanda Hammett**
**P.O.Box 540**
**New York, NY 10113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** |

**Amanda Lamb**
**1318 N. June St**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.199** | Nonpriority creditor's name and mailing address
**Amanda Lehrer**
915 N Fairview St
Burbank, CA 91505

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address
**Amanda Sharp**
8937 Appian Way
Los Angeles, CA 90046

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address
**Amanda Thesen**
3662 32nd Street
Astoria, NY 11106

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address
**Amano McGann Inc.**
2699 Patton Road
Roseville, MN 55113

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address
**Amantha Walden**
2019 Grace Ave
Los Angeles, CA 90068

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address
**Amazon Capital Services, Inc**
PO Box 035184
Seattle, WA 98124-5184

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address
**American Arbitration Association, Inc**
120 Broadway, Floor 21
New York, NY 10271

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.206**

**Nonpriority creditor's name and mailing address**
**American Dekotora, INC.**
**3371 Glendale Boulevard**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.207**

**Nonpriority creditor's name and mailing address**
**American Express**
**PO BOX 1270**
**Newark, NJ 07101-1270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.208**

**Nonpriority creditor's name and mailing address**
**American Foodservice, Inc.**
**7545 Irvine Center Drive**
**Irvin, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.209**

**Nonpriority creditor's name and mailing address**
**AMERICAN FURNITURE RENTALS INC**
**720 Hylton Road**
**Pennsauken Township, NJ 08110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.210**

**Nonpriority creditor's name and mailing address**
**American Gentry Travel Solutions**
**8025 Winchester Road**
**Memphis, TN 38125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211**

**Nonpriority creditor's name and mailing address**
**American Hotel Register Company**
**P.O. Box 206720**
**Dallas, TX 75320-6720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.212**

**Nonpriority creditor's name and mailing address**
**American Reprographics Company, LLC**
**345 Clinton Street**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Neuehouse Inc._____   Case number (*if known*) __25-11937__

Name

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Tap Dance Foundation, Inc.**
**154 CHRISTOPHER STREET 2B**
**NEW YORK, NY 10014-2840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Americano LLC**
**6042 Delphi Street**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ametron**
**1546 N. Argyle Ave**
**Hollywood, CA 90028-6410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amex**
**PO Box 297812**
**Ft Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amey Rene**
**7440 Sylmar Ave.**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amiel Ingraham**
**90 Washington Street**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amina Cruz**
**2154 1/2 City View Avenue**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.220** Nonpriority creditor's name and mailing address

**Amir Fayo**
**247 West 46th Street**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** Nonpriority creditor's name and mailing address

**Amitie Wines**
**11106 Box Road**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** Nonpriority creditor's name and mailing address

**AMNIJA LLC**
**700 South Santa Fe Avenue**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** Nonpriority creditor's name and mailing address

**Amroth LLC**
**18618 S Ferris Pl**
**Rancho Dominguez, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** Nonpriority creditor's name and mailing address

**Amsterdam Modern**
**134 Glendale Blvd**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** Nonpriority creditor's name and mailing address

**Amy Atwood Selections**
**Amy Atwood Selections**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** Nonpriority creditor's name and mailing address

**Amy Cotteleer**
**3110N. Robertson Blvd., #906**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.227** | **Nonpriority creditor's name and mailing address**
**Amy Palmer**
**14840 Round Valley Dr**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**
**Amy Rowe**
**1547 Zara Street East**
**Glendora, CA 91741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address**
**Ana Prodanovic**
**126 E 83rd St**
**New York, NY 10028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address**
**Ana Velasco**
**927 Putnam Ave**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address**
**Anai Salinas-Wilson**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address**
**Anais Maroon**
**417 Hicks Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address**
**Anchin, Block & Anchin LLP**
**P.O. Box 3202**
**New York, NY 10087-2002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.234** | Nonpriority creditor's name and mailing address
**And Here We Are ltd**
**400 West Rich Street**
**Columbus, OH 43215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address
**Andersen Tax LLC**
**333 Bush Street**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address
**Andetag LLC**
**3928 Bledsoe Avenue**
**Los Angeles, CA 90066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address
**Andrea D'Agosto**
**5126 Willowcrest Avenue**
**Los Angeles, CA 91601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address
**Andrea Gutierrez**
**435 North Avenue 56**
**Los Angeles, CA 90042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address
**Andrea Harriman**
**682 Decatur Street**
**Brooklyn, NY 11233**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address
**Andrea Marcuci**
**50 Gramercy Park North 12A**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Pacheco**
**Neuehouse Madison Square LLC**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Serrano**
**1732 State Street**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andreas Branch**
**550 Linden Drive**
**Oxnard, CA 93033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Benson Inc**
**4414 Mont Eagle Place**
**Los Angeles, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Deitchman LLC**
**110 East 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Freeman**
**1645 N Harvard Blvd.**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Gostow**
**358 St. Johns Place**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Granger**
**167 Ridge Street #2A**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Herschkowitz**
**2 Brett Lane**
**Bedford, NY 10506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Hilts**
**PO Box 1492**
**Cary,, NC 27512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Hines**
**2420 Glendale Boulevard**
**Los Angeles, California 90039-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Ibach**
**7123 Hazeltine Ave.**
**Van Nuys, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew James Adams**
**1362 N Serrano Ave**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Neelon**
**151 E 3rd Street**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Andrew Sikorski**
**19-19 24th ave L308**
**Astoria, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Andrew Silberstein**
**1455 Bronson Ave Unit 3**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Andrew Thomas**
**110 E25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Andrew Walraven**
**1651 Cicero Drive**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Andrew Zox**
**6435 Bryn Mawr Drive**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Aneesa Al-Musawwir**
**1259 83rd ave.**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Angel Chang**
**160 Riverside Blvd. Apt. 14U**
**New York, NY 10069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Harvey**
**5818 Whitsett Ave.**
**vALLEY vILLAGE, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela McCluskey**
**242 W 11th St**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Vassallo**
**2011 Vineyard Avenue**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Vicari**
**1746 N Mariposa Ave**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica-Marie Lopez**
**17823 mountain ranch rd**
**granada hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelina Tufariello**
**210 Spencer Street**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angus McShane**
**1192 Myra Avenue**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anheuser-Busch Distributors of New York**
**550 Food Center Drive**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anheuser-Busch of Los Angeles (Online)**
**20499 South Reeves Avenue**
**Carson, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anibim LLC**
**35 E 20th St**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anielo Gaeta Restorations**
**8011 W. Nortona Ave**
**West Hollywood, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aniplex of America, Inc**
**2120 Colorado Avenue**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anjuman Hossain**
**42-70 79th Street**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anna Azarov Photography**
**3603 W 148th Place**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anna Betsill**
**4117 Neosho Ave**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anna Cogswell**
**548 1/2 Hudson St**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anna David**
**1238 N. El Centro Ave.**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anna Panova**
**505 Greenwich Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anna's Cider**
**801 East Main Street**
**Santa Paula, CA 93060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Annalise Ghiz**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anne Thornton**
**6139 Glen Alder**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Annemarie Davies**
**1600 N Kingsley Dr**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,750.00**

**Annie Noelker**
**940 North Serrano Avenue**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Annie Noelker**
**940 North Serrano Avenue**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ANNMAREE LINDFORS**
**2045 E APPLETON ST UNIT 10**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthemic Agency**
**542 N. Larchmont Blvd**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthony Arminio**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthony Artis**
**10 Halletts Point**
**Queens, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Neuehouse Inc.**

Name

Case number (if known)  **25-11937**

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Avellano**
**2525 Olive Ave**
**La Crescenta, CA 91214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Farina**
**16-85 Gates Avenue 1R**
**Flushing, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Sabet**
**6350 Bryn Mawr Dr.**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antidote**
**173 Green Streetm 3A**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antonio Martin Austin**
**552 1-2 North Harvard Boulevard**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,230.00 |
|---|---|---|---|

**Aperitus Limited**
**Pyketree Business Ctr, Ste 3**
**Industry St., Zone 5**
**Santa Venera, Malta, CBD5030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apotheke East LA, LLC**
**1746 North Spring Street**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Appextremes, LLC**
PO Box 7839
Broomfield, CO 80021

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**APPLIED TEXTILES PROTECT BEAUTY**
555 76TH STREET SW
BYRON CENTER, MI 49315

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**April Luca**
110 E25th Street
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**APT Global Sales Inc**
34 34th St
Brooklyn, NY 11232

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aqua Best NYC LLC**
276 Grand Street
New York, NY 10002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arabel Fabrics Inc**
1942 Northeast 151st Street
North Miami Beach, FL 33162

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARC Devices**
c/o Rob Faber
West Palm beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.304**

**Nonpriority creditor's name and mailing address**
**ARC Document Solutions, LLC**
**345 Clinton St.**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305**

**Nonpriority creditor's name and mailing address**
**Arch**
**83 Hester St.**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.306**

**Nonpriority creditor's name and mailing address**
**Architex International**
**3333 Commercial Avenue**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.307**

**Nonpriority creditor's name and mailing address**
**Arctic Glacier U.S.A., Inc. Div. Icesura**
**Payment Processing Center**
**Minneapolis, MN 55485-6530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308**

**Nonpriority creditor's name and mailing address**
**Areaware/HarmonyBall Company**
**232 Neilston Street**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.309**

**Nonpriority creditor's name and mailing address**
**Ares Design**
**9903 Santa Monica Blvd.**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.310**

**Nonpriority creditor's name and mailing address**
**Arete Digital Imaging**
**5241 Craner Ave**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Argirios Davanelos**
**274 86th Street Apt 2R**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ari El Gharsi**
**145 4th Avenue**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ari Elgharsi**
**145 4th Avenue**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ariel Fish, Inc.**
**1024 Figueroa Terrace**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARISTA AIR CONDITIONING CORP**
**38-26 TENTH ST**
**LONG ISLAND CITY, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arkadin Inc.**
**PO Box 392490**
**Pittsburgh, PA 15251-9490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arlene Uribe**
**5433 Redoak Dr.**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Neuehouse Inc.**                                              Case number (if known)   **25-11937**

Name

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Armbrust Paper Tubes, INC**
**6255 S. Harlem Ave**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Armine Vartoughian**
**31 Avondale Road**
**Yonkers, NY 10710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arnold Standard Cos.**
**55 Front Street**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aromatic Fillers LLC**
**38 Haywood St.**
**Greenfield, MA 01301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Around the Kitchen Table LLC**
**1524 Pizarro Street**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arrington LLC**
**1921 19th st**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ars Poetica LLC**
**690 Leonard Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.325** | Nonpriority creditor's name and mailing address
**Arsen Dzhanikyan**
**7853 Allott Ave**
**Panorama City, CA 91402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address
**Arshia Haq**
**2122 1/2 Santa Ynez Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address
**Art Design Painting Inc.**
**219 South Barry Avenue**
**Mamaroneck, NY 10543**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address
**Art of Tea, LLC**
**748 Monterey Pass Road**
**Monterey Park, CA 91754**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address
**Artan Sulhasi**
**373 Park Avenue South, 5th floor**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address
**Artblock**
**242 Washington Ave.**
**Brooklyn, NY 11205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address
**Artbox Creative Studios**
**12903 Main St**
**Rogers, MN 55374**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.332** | Nonpriority creditor's name and mailing address
**ArtClass, LLC**
**817 S. Los Angeles St. #2B**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address
**Artemest S.R.L (Wire)**
**97 Via Savona, Milano**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address
**Artemide, inc**
**250 Karin Lane**
**Hicksville, NY 11801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address
**Arteriors Home**
**228 West 4th Street**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address
**ARTHUR COURT DESIGNS**
**13328 HADLEY STREET**
**Whittier, CA 90601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address
**Arthur Gallego**
**201 Schock Avenue**
**Neptune, NJ 07753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address
**Arthur Hippely**
**1231 N. Las Palmas Avenue**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Artists Rights Society, Inc.**
**Artists Rights Society**
**New York, NY 10012**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Artisy Worldwide Management LLC**
**Attn: Shu Li**
**New York, NY 10122**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Artleadher**
**11646 La Colina Rd**
**San Diego, CA 92131**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ARTMOVEMENT**
**8397 Fountain Avenue**
**West Hollywood, CA 90069**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Artnet Worldwide Corporation**
**233 Broadway**
**New York, NY 10279**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ArtNews Media LLC**
**Attn: Lori Khachadurian**
**New York, NY 10017**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ARTNOIR Inc**
**1818 Anthony Avenue**
**Bronx, NY 10457**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arts High Foundation**
**1149 South Hill Street**
**Los Angeles, CA 90015-2229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arturo Ramirez**
**c/o Neuehouse Hollywood LLC Att: Umut Ki**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arup**
**12777 W. Jefferson Blvd Building D**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arzee**
**68 North Drive**
**Rochelle Park, NJ 07662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASCAP**
**PO Box 331608**
**Nashville, TN 37203-7515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ascend Hire Inc.**
**321 W 44th St**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ash Shilkin**
**530 N Bronson Ave**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashes and Diamonds (Online)**
PO Box 11106
oakland, CA 94611-0106

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashi Hero Productions**
11726 Blythe St
Los Angeles, CA 91605

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashley Neese Breathwork Healer**
926 1/4 Maltman Avenue
Los Angeles, CA 90026

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashley Orfus**
60 west 23rd Street Suite 709
New York, NY 10010

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashoka Thiagarajan**
1843 S Dunsmuir Avenue
Los Angeles, CA 90019

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashton Stronks**
3321 Fay Avenue
Culver City, CA 90232

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHYA LLC**
67 35th Street
New York, NY 11232

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.360** | Nonpriority creditor's name and mailing address
**ASI New York, Inc.**
**8181 Jetstar Dr**
**Irving, TX 75063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address
**Assa Abloy Global solutions**
**2925 E Plano Parkway**
**Plano, TX 75074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address
**Assa Abloy Hospitality Inc.**
**P.O. Box 676947**
**Dallas, TX 75267-6947**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address
**Asset Tax Consulting Group, Inc.**
**3701 Sacramento St.**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address
**Astrid Burns LLC**
**10 Glenridge Road**
**Dedham, MA 02026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address
**Asystem, Inc**
**6719 ocean front walk#4**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address
**AT Conference**
**Arkadin Inc.**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$339.89** |
|---|---|---|---|

**AT&T**
**208 South Akard Street**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AT&T (Auto Pay)**
**208 South Akard Street**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AT&T Mobility**
**PO BOX 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATD Audio Visual, LLC**
**708 East 135th Street**
**new york, NY 10454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Athens Services**
**PO Box 54957**
**Los Angeles, CA 90054-0957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATI Restoration, LLC**
**3360 E La Palma Ave**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Atlas Builders LLC**
**216 East 45th Street, 13th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|

---

**3.374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,872.00**

**Atrium Staffing Services**
**625 Liberty Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Atrium Staffing Services**
**625 Liberty Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AUDIENCEX**
**13468 Beach Avenue**
**Marina del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AUM**
**P.O. Box 60068**
**Los Angeles, CA 90060-0068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Auntie M Creative Consultants, Inc.**
**614 S. Date Avenue**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aurelie Brisac**
**915 Marine St #3**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aurelio Baroniel**
**2306 Como Street**
**Port Charlotte, FL 33948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Neuehouse Inc.**                                                    Case number (if known)  **25-11937**
_____
Name

| | | |
|---|---|---|
| **3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.381**

**Nonpriority creditor's name and mailing address**
**Auster Sound**
**249 Baltic St**
**Brooklyn, NY 11201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.382**

**Nonpriority creditor's name and mailing address**
**Austin Maddox**
**6108 Wooster Ave**
**Los Angeles, CA 90056**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.383**

**Nonpriority creditor's name and mailing address**
**Autotap Corp.**
**Autotap**
**Brooklyn, NY 11211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.384**

**Nonpriority creditor's name and mailing address**
**Autumn PR**
**482 Greenwich St**
**New York, NY 10013**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.385**

**Nonpriority creditor's name and mailing address**
**AV Workshop**
**483 10th Avenue**
**New York, NY 10018**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.386**

**Nonpriority creditor's name and mailing address**
**Avenue 33 Farm LLC**
**264 E Ave 33**
**Los Angeles, CA 90031**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.387**

**Nonpriority creditor's name and mailing address**
**Avison Young (USA), Inc.**
**1120 Headquarters Plaza North Tower, 8th**
**Morristown, NJ 07960**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Avrom Scharf**
**1539 East 17th Street**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Axis Global Logistics**
**5901 West Side Ave - Suite 503**
**NORTH BERGEN, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AXS Law Group PLLC**
**2121 Northwest 2nd Avenue**
**Miami, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ayanuze Entertainment Inc.**
**353 Anderson Avenue**
**Fairview, NJ 07022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**B&H Photo**
**Video Remittance Processing Center**
**New York, NY 10087-8072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**B.K. Signs, Inc.**
**1028 W. Kirkwall Rd.**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Babak Kheshti**
**3923 Clayton Ave.**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.395** | Nonpriority creditor's name and mailing address

**Bagmasters**
**PO Box 78626**
**Corona, CA 92877-0154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address

**Baja Oyster Company**
**305 Park Road**
**Ojai, CA 93023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address

**Baja united imports**
**831 E Route 66**
**Glendora, CA 91740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address

**Baker Commodities, Inc.**
**4020 Bandini Blvd.**
**Vernon, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address

**Baker Tilly US, LLP**
**Box 78975**
**Milwaukee, WI 53707-7398**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address

**Bakers Kneaded LLC**
**148 West 132nd Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address

**Balarama Heller**
**222 Hicks Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.402**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Baldor Specialty Foods, Inc.(Online)**<br>**5411 P.O. Box**<br>**New York, NY 10087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.403**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Baldy Fire & Safety, Inc.**<br>**8780 19th Street**<br>**Alta Loma, CA 91701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.404**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Balkan Glass Corp**<br>**48-01 28th Avenue**<br>**Long Island City, NY 11103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.405**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ballard Rosenberg Golper & Savitt**<br>**15760 Ventura Blvd 18th Floor**<br>**Encino, CA 91436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.406**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,988.50 |
|---|---|---|
| **Ballard Rosenberg, et al**<br>**15760 Ventura Boulevard**<br>**18th Floor**<br>**Encino, CA 91436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.407**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Baltz & Company**<br>**325 Hudson Street, 4th Floor**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.408**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Bang & Olufsen Mainline**<br>**163 East Lancaster Avenue PE**<br>**Watne, PA 19087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bank Direct Capital Finance**
**150 N. Field Dr**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Banville Wine Merchants(Online)**
**126 East 38th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bar Supply Inc**
**2367 W 208th St Ste 2**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Palmer**
**23708 Archwood St**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Sturm USA Corp**
**110 East 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbizon**
**456 W. 55th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BARI RESTAURANT & PIZZERIA**
**EQUIPEMENT CO**
**BARI REST&PZZRA EQP CORP**
**NEW YORK, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.416** | Nonpriority creditor's name and mailing address
**Barn Ip Corp**
**1825 W 42nd Pl**
**Los Angeles, CA 90062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address
**BARRETT**
**12230 Circula Panorama**
**Santa Ana, CA 92705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address
**Barrett Hill Sandringham LTD**
**C/O DAHL 181 East 73rd Street**
**New York, NY 10021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address
**Bart Peters**
**13215 Bloomfield Street**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address
**Basis Research LA LLC**
**15233 Ventura Blvd Suite 714**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address
**Battalia Winston**
**555 Madison Ave x**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address
**Bay Finance Company, LLC**
**P.O. Box 3256**
**Milwaukee, WI 53201-3256**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.423** | Nonpriority creditor's name and mailing address

**Bayside Refrigeration dba Airlogix**
**24-26 46th Street**
**Queens, NY 11103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address

**BB Art**
**1915 West Carmen Street**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | Nonpriority creditor's name and mailing address

**BB Sounds Worldwide, LLC**
**307 West 36 St**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address

**BBDO**
**C/o Jon Thorson**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address

**BCM One**
**521 Fifth Ave**
**New York, NY 10175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address

**BDG Media Inc**
**315 Park Avenue South**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address

**BDO USA LLP**
**PO Box 642743**
**Pittsburgh, PA 15264-2743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beacon Hill Staffing Group**
**PO Box 846193**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beandrea Davis**
**PO BOX 2313**
**Los Angeles, California 90078-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beaune Imports**
**1490 66th Street**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beers Enterprises Incorp. dba The Switch**
**PO Box 12018**
**Lewiston, ME 04243-9494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beers Piano Service LLC**
**524 San Pascual Ave**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beespace**
**Attn: Kristen Engberg**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BEHAVE FOODS, Inc.**
**156 Sullivan St**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.437**

**Nonpriority creditor's name and mailing address**
**Bellamy Young**
**c/o Prager Metis**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438**

**Nonpriority creditor's name and mailing address**
**Belle Ame Balloons, INC**
**1235 West Glenoaks Boulevard**
**Glendale, CA 91201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439**

**Nonpriority creditor's name and mailing address**
**BELLO JOEL**
**12036 Saticoy Street**
**Los Angeles, CA 91605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440**

**Nonpriority creditor's name and mailing address**
**Bello Projects LLC**
**49 Elizabeth St., 4th Floor**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441**

**Nonpriority creditor's name and mailing address**
**Ben Koren**
**c/o Celine Izsak**
**Brooklyn, NY 11211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442**

**Nonpriority creditor's name and mailing address**
**Ben Kosinski**
**8 Spruce Street**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**

**Nonpriority creditor's name and mailing address**
**Ben Medansky Studio LLC**
**2841 Marsh Street**
**Los Angeles, CA 90039**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Morrison**
**1737 N. Orange Drive**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Newhouse**
**111 Central Park N**
**New York, NY 10026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BenBentsman**
**545 W. 49th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benefishal Seafood, LLC**
**20 Sprain Valley Road**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Gaffin**
**5201 Lincoln Ave**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Millpied**
**1920 Hillhurst Ave**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Ramirez**
**110 E25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benjamin Rothman**
**10100 Venice Blvd.**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benjamin Schor**
**201 West 16th Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benjamin Tetro**
**686 Fairview Ave.**
**Sierra Madre, CA 91024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bernstein Redo, P.C.**
**1177 Avenue of the Americas, 5th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bernstein Redo, P.C. (NYS SLA)**
**1177 Avenue of the Americas, 5th Floor,**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bertha Gonzales**
**547 W 27th St**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,350.00**

**Besnoy Law, P.C.**
**17 John Street**
**Demarest, NJ 07627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Besnoy Law, P.C.**
**17 John Street**
**Demarest, NJ 07627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bespoke Surgical**
**Attn: Dr. Evan Goldstein**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Best Bees Company**
**839 Albany St**
**Boston, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Best Class Upholstery**
**2934 W. Pico Blvd.**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Best Metropolitan Towel & Linen Supply C**
**60 Madison Avenue**
**Hempstead, NY 11550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bestype**
**285 West Broadway**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BETAWAVE LLC**
**3702 Clifton Place**
**Montrose, CA 91020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beth O'Reilly**
**1846 S Sherbourne Dr**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betsy Kalven**
**3131 Boulder St**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Better Booch LLC**
**2538 E 53rd street**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BETTER BROWNIE BITES, INC.**
**660 4th Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Better Call Beth**
**276 1st Avenue Apt 8E**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Better Sour Co.**
**500 E Saint Johns Ave.**
**Austin, TX 78752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bev Sylvester**
**100 Albert Way**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.472**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Bevin Bethel**<br>**6121 Sunset Blvd**<br>**Los Angeles, CA 90028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.473**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Beyond The Grind**<br>**5180 E Hunter Ave**<br>**Anaheim, CA 92807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.474**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **BEYOND THE STREETS LLC**<br>**1965 North Berendo Street**<br>**Los Angeles, CA 90027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.475**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **BFA NYC, LLC.**<br>**20 w 20th**<br>**new york, NY 10011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.476**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Bi X Entertainment LLC**<br>**c/o Mrs. Heika Bom**<br>**Los Angeles, CA 90068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.477**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Bianca Dusic**<br>**7665 Fountain Ave**<br>**Los Angeles, CA 90046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.478**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Bianca Fragoso**<br>**1421 Echo Park Avenue**<br>**Los Angeles, CA 90026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.479** | Nonpriority creditor's name and mailing address
**Bianca Maieli Kurian**
**2420 East Broadway**
**Long Beach, CA 90803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address
**Bien Cuit**
**120 Smith Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | Nonpriority creditor's name and mailing address
**Big Apple Event AV**
**519 8th Avenue, Suite 815**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | Nonpriority creditor's name and mailing address
**Big Block Media Holdings**
**2205 Campus Drive**
**El Segundo, CA 90245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | Nonpriority creditor's name and mailing address
**Big Fogg Inc.**
**30818 Wealth St**
**Murrieta, CA 92563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | Nonpriority creditor's name and mailing address
**Big Frame**
**c/o Lisa Filipelli**
**Los Angeles, CA 90025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | Nonpriority creditor's name and mailing address
**Big Safari Project Office**
**5700 Melrose Ave**
**Los Angeles, CA 90038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Neuehouse Inc.**                                          Case number (if known)   **25-11937**
_____
Name

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Big Time Operators, Inc**
**875 N. Virgil Ave.**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BigApple**
**519 8th Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill Alas**
**7001 ARLINGTON AVE**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill Buford**
**32 East 22nd Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,395.12 |
|---|---|---|---|

**Bill.com**
**6220 America Center Drive**
**Suite 100**
**Alviso, CA 95002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill.com LLC (Auto Pay)**
**6220 America Center Drive Suite 100**
**San Jose, CA 95002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Billy Jean-Baptiste**
**360 Ocean Parkway**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bindi North America**
**14502 GARFIELD AVENUE**
**PARAMOUNT, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BioSoul Music**
**PO Box 261024**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Birdie's Bagels**
**905 East 2nd Street**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bishop Elegino**
**329 North Vendome Street**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bjorn Boyer**
**110 E25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Black Seed Bagel FAB**
**176 First Avenue**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blair Healy Bomar**
**555 North Rossmore**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.500**

**Nonpriority creditor's name and mailing address**
**Blake, Cassels & Greydon LLP**
**199 Bay Street**
**Toronto**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.501**

**Nonpriority creditor's name and mailing address**
**BLKBX**
**1020 Cole Ave**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.502**

**Nonpriority creditor's name and mailing address**
**Blokhaus Inc.**
**200 Continental Drive, Ste 401**
**Newark, DE 19713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.503**

**Nonpriority creditor's name and mailing address**
**Bloom & Plume LLC**
**1640 W Temple Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.504**

**Nonpriority creditor's name and mailing address**
**Blooma Daga**
**1201 S Orange Grove Ave**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.505**

**Nonpriority creditor's name and mailing address**
**Bloomist, Inc**
**1178 Broadway**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.506**

**Nonpriority creditor's name and mailing address**
**Blue Eyed Theatrical**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blue Logan**
**4672 La Mirada Ave**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blue Ox Wine Co**
**PO Box 11106**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bluestone Lane Roasting LLC**
**Accounts Receivable**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blusky Restoration Contractors, Llc**
**9110 East Nichols Avenue**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BLVD 745 LLC**
**745 Merchant Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blythe Thomas**
**PO Box 121872**
**Nashville, TN 37212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BMAJR LLC**
**143 Patchen Avenue, Apt. 2**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bo Managment Inc**
**20 Harrison St**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bock and Clark Corporation**
**3550 W Market St, Ste 200**
**Akron, OH 44333**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bohan Leng**
**29 Coyne Road**
**Waban, MA 02468**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOLD**
**151 West 25th Street**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOND Creative Search**
**527 North Arden Boulevard**
**Los Angeles, CA 90004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bondy Piano Inc.**
**529 West 42nd St. #6-J**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bonheur**
**123 Ryerson St.**
**Brooklyn, NY 11205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Book Soup**
695 E. Colorado Blvd.
Pasadena, CA 91101-2125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Books on Call NYC, Inc**
520 8th Ave
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Boss Plumbing**
826 Seward Street
Los Angeles, CA 90038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Botakoz Urazaliyeva**
510 South Burnside Ave
Los Angeles, CA 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bottle Production**
173 Macdougal Street apt. 3W
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.526** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BoxArt, Inc.**
79 North 5th Street
Brooklyn, NY 11249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.527** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Boyer Havas Group LLC**
636 Broadway, Suite #1107
New York, NY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bracket Ventures Management, LLC**
**2811 Forrester Drive**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brackett Sound LLC**
**2352 Silver Ridge Avenue**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad M. Behar & Associates, PLLC**
**94 Second Street**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bradford Tidwell**
**503 E. Fairview Blvd #2**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bradley Long**
**73 Market St**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bradley Metoyer**
**71 Thompson Street**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bradley Tramer**
**110 East 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Neuehouse Inc.**                                      Case number (if known)    **25-11937**
_____
Name

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Braeden Dean Dragon**
**51 Hawaii Drive**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brand DNA LLC**
**635 Driggs Avenue**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Bogajewicz**
**8906 Hargis Street**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Earl**
**1825 Tamarind Ave Apt 29**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Flint**
**1103 Quail Meadows**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Young**
**615 North Bushnell Avenue**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brat Inc.**
**PO Box 48587**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.542** Nonpriority creditor's name and mailing address

**Braun Linen Service, Inc**
**16530 S Garfield Box 348**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.543** Nonpriority creditor's name and mailing address

**Bravo Distributing**
**1010 Sheffield Ave.**
**Brooklyn, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.544** Nonpriority creditor's name and mailing address

**Bravo Pizza**
**257 Park Avenue South**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.545** Nonpriority creditor's name and mailing address

**Breakthru Beverage California, LLC**
**6550 East Washington Boulevard**
**Commerce, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546** Nonpriority creditor's name and mailing address

**Breana Kauffman**
**625 N. Kenwood St.**
**Glendale, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.547** Nonpriority creditor's name and mailing address

**Breathwrk, Inc.**
**5630 Venice Boulevard**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.548** Nonpriority creditor's name and mailing address

**Breeze Giannasio**
**3435 Ocean Park Blvd**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brenda Tscharner**
**1111 16th Street**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brendan Guiney**
**188 Humboldt Street #5J**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brendon Garner**
**1148 Van Buren Ave.**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brendt White**
**3647 Broadway**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Helsham Design**
**7 Essex St.**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brewer Consulting Inc**
**26023 Jefferson Ave. Suite D**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bri Giger**
**4972 Fountain Avenue**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Andrade**
**5 Westminster Road**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Halberg**
**205 E 85th St**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Lehrer**
**560 N Kings Rd**
**West Hollywood, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Min**
**13250 Betz Boulevard**
**Los Angeles, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Perry**
**224 1st Ave apt 4D**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Salzman**
**8061 Rosewood Ave**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Spitz**
**1946 1/2 North Vermont Avenue**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (if known) **25-11937**

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Wagner**
**110 East 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Zabka**
**110 E25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Briana Balducci Photography LLC**
**66 A2 STOCKHOLM STREET**
**BROOKLYN, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brice Harris**
**7357 Woodrow Wilson Drive**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Mckevitt**
**1321 N. Las Palmas Ave**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Travers**
**327 East 88th St**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brienne Productions LLC**
**2009 East Montebello Avenue**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.570** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brigada, Inc.**
**14622 Ventura Blvd Ste 102 PMB 2238**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Bright Event Rentals**
**1640 W. 190th Street**
**Los Angeles, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brilliant Drapery Design Inc.**
**842 Maple Ave.**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Britt Browne**
**564 East Rio Grande Street**
**Pasadena, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brittany Perkins**
**2617 Jeffries Avenue**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brittany Taylor**
**110 E25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brittany Villafane**
**426 Lafayette Avenue**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.577** | Nonpriority creditor's name and mailing address

**Broadcast Music, Inc.(BMI)**
**10 Music Square East**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** | Nonpriority creditor's name and mailing address

**Broadway Air Conditioning, Heating and S**
**7855 Burnet Avenue**
**Los Angeles, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address

**Broadway Party Rentals**
**Broadway Party Rentals, Inc.**
**East Rutherford, NJ 07073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | Nonpriority creditor's name and mailing address

**Brody Quint Hooper Inc**
**722 N Mansfield Ave**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | Nonpriority creditor's name and mailing address

**Brokers & Reinsurance Markets Associatio**
**post office box 816**
**new york, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | Nonpriority creditor's name and mailing address

**Bronx Lobster Place**
**P.O. BOX 50001**
**NEWARK, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address

**Brook Landscape Inc.**
**1523 Dean St**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.584** | **Nonpriority creditor's name and mailing address**
**Brooke Wise**
**3835 Clayton Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address**
**Brooklyn Academy of Music**
**30 Lafayette Avenue**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address**
**Brooklyn Bugs inc.**
**103 Devoe Street #2**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address**
**Brooklyn Piano Inc.**
**529 West 42nd St #6-J**
**New york, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address**
**Brooklyn Wright - DJ baby.com**
**78 Hurlbut Street**
**Pasadena, CA 91105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address**
**Brunswick Group LLC**
**1114 Avenue of the Americas, 24 Floor**
**NEW YORK, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address**
**Bryan Banducci**
**406 Clinton Ave**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryan Kepple**
**41-43 46th Street**
**Queens, NY 11104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryan Podgorski**
**10200 Paramount Boulevard**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryce Mixon**
**8116 Langdon Ave**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bubbles Dry Cleaning, INC**
**1600 N Vine Street**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Building Block Design LLC**
**970 N. Broadway**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Building Maintenance Service, LLC**
**11 Pennsylvania Plaza**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Building Solution Group, Inc**
**Building Solution Group, Inc**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BULBTRONICS**
**45 BANFI PLAZA N**
**FARMINGDALE, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,510.12 |
|---|---|---|---|

**Bulding Maintenance Service**
**11 Pennsylvania Plaza**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Burak Samli**
**11728 Wilshire Boulevard**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Burke Decor LLC**
**1419 Boardman-Canfield Road**
**Boardman, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buster and Punch Inc**
**10844 Burbank Blvd**
**North Hollywood, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Busy Bee Cleaning Serivice, Corp.**
**PO BOX 1993**
**New York, NY 10113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**By Way of Us**
**1869 Kaweah Dr**
**Pasadena, CA 91105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Byrell R. Forrest**
**1740 Grand Ave**
**Bronx, NY 10453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Byteflow Dynamics LLC**
**85 Broad St**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C Falco Electrical Contracting Corp**
**36-51 Bell Blvd**
**Bayside, NY 11361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C&A Seneca Construction LLC**
**1412 Broadway, Suite 1606**
**New York, NY 10018-9228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C3 Management LLC**
**1645E. 6th Street**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cableline Capital, LLC**
**1780 West Harrison Avenue**
**Issaquah, WA 98029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cadogan Tate Los Angeles Limited**
**5233 Alcoa Avenue**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.612**

**Nonpriority creditor's name and mailing address**
**CAER LLC**
**3355 Glenhurst Avenue**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.613**

**Nonpriority creditor's name and mailing address**
**Caine & Weiner Company, Inc.**
**5805 SEPULVEDA BLVD 4TH FL**
**SHERMAN OAKS, CA 91411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.614**

**Nonpriority creditor's name and mailing address**
**Caitlin Borek**
**454 Fort Washington Ave**
**New York, NY 10033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.615**

**Nonpriority creditor's name and mailing address**
**Caitlyn Krone**
**11748 Dorothy Street Apt 3**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.616**

**Nonpriority creditor's name and mailing address**
**Caldera Law PLLC**
**7293 Northwest 2nd Avenue**
**Miami, FL 33150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.617**

**Nonpriority creditor's name and mailing address**
**California Acrylic Design, Inc**
**3121 West Jefferson Boulevard**
**Los Angeles, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.618**

**Nonpriority creditor's name and mailing address**
**California Business Escrow, Inc**
**1748 Main Street**
**Escalon, California 95320-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|

---

**3.619** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**California Cedar Products Co, Inc**
**2385 Arch Airport Road**
**Stockton, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**California Dept of Tax and Fee Administr**
**450 N Street**
**Sacramento, CA 94279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.621** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**California Jo Inc**
**2611 Kent Street**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.622** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**California Parking Services**
**13181 Crossroads Parkway**
**Industry, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Calliope**
**349 West 12 Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.624** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Camera News, Inc.**
**545 8th Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Cameron Caddell**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cameron Hennessey**
**102 Grattan Street, Apartment 3F**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cameron Schiller**
**180 Water St.**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Camilla Anderson**
**221 West 78th St**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cammisa Markel PLLC**
**150 Nassau Street**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Camron Public Relations**
**270 Lafayette Street**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Canaan Management LLC**
**700 Fairfield Ave.**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Canal Sound and Light**
**319 Canal Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Neuehouse Inc.**                                                          Case number (if known)    **25-11937**
                Name

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Candace Poon**
**110 E25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Candy Warehouse**
**2520 Mira Mar Avenue**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Canon Financial Services, Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Canon Solutions America, Inc**
**15004 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Canvs**
**Jared Feldman**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Capital Supply Company**
**115 Castle Rd**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Captain Lucas Inc.**
**121 Rombout Avenue**
**Beacon, NY 12508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capture Flow**
**119 W. 15th St**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cara Moore**
**549 Second Avenue**
**Village of Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caraccioli Cellars**
**PO Box 11106**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cardiff Limousine & Transportation**
**75-255 Sheryl Ave**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caribbean Cuts**
**120 West 28Th Street**
**New York City, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CaribBEING**
**1399 Nostrand Avenue**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carla Carstens**
**50 North 1st Street**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carley Knobloch**
**10061 Riverside Dr.**
**Toluca Lake, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos A. Ibarra-Geniz**
**252 Java St #149**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Andres Falcon Decoud**
**102 South 2nd Street**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Perez**
**860 E ADAMS BLVD**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carly Kuhn**
**710 N E Centro Ave**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carly Larsson**
**345 Jefferson Ave**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carmena Victoria Woodward**
**1131 24th Street #121**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.654**

**Nonpriority creditor's name and mailing address**
**Carnelutti & Altieri Esposito Minoli PLL**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.655**

**Nonpriority creditor's name and mailing address**
**Carol Bocchieri**
**1535 6th Street**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.656**

**Nonpriority creditor's name and mailing address**
**Carol Lee Pryor**
**9863 Queenswood Ln**
**Dallas, TX 75238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.657**

**Nonpriority creditor's name and mailing address**
**Carolina Korman**
**269 S. Beverly Drive #479**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.658**

**Nonpriority creditor's name and mailing address**
**Caroline Brennan**
**373 Park Ave S**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659**

**Nonpriority creditor's name and mailing address**
**Caroline McGurk**
**666 Greenwich Street**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.660**

**Nonpriority creditor's name and mailing address**
**Carrie Barber**
**717 N Highland Ave**
**Los Angeles, LA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**
_____
Name

Case number (if known)    **25-11937**
_____

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carrie Morrison**
**265 South Doheny Drive**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Casamance Inc**
**10-34 44th Drive**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Casey Dolkas**
**1619 North La Brea Avenue**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Casey Kelbaugh**
**197 East 4th Street**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Castro Renovation, Inc.**
**30-90 43rd Street**
**Astoria, NY 11103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cat Lake**
**6121 W Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catch & Release**
**PO Box 31207**
**Sea island, GA 31561**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catch24**
**3345 Wilshire Boulevard**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherine Sadler**
**560 South Bronson Ave**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherine Venutolo**
**373 Park Ave S**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cathie Black**
**941 Park Ave**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cathlene Pineda**
**2486 El Sol Avenue**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catinca Tabacaru Gallery**
**250 Broome St**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAVA CAPITAL, LLC**
**18 SOUTH MAIN STREET**
**Norwalk, CT 06854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.675** | **Nonpriority creditor's name and mailing address**
**Cavala Collective**
**2000 Hamilton Street**
**Philadelphia, PA 19130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address**
**Cavansite Creative LLC**
**3003 West Olympic Boulevard**
**Los Angeles, CA 90006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address**
**CBM Solutions Inc**
**28 Old Bloomfield Ave**
**Pine Brook, NJ 07058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address**
**CBRE, Inc.**
**2100 McKinney Ave Ste 700**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address**
**CCS Fundraising**
**527 Madison Ave**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address**
**CCS MEDIA INC**
**10960 WILSHIRE BLVD SUITE 1900**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address**
**CDW Direct LLC**
**200 North Milwaukee Avenue**
**Vernon Hills, IL 60061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (*if known*)   **25-11937**

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CDW LLC**
**PO Box 75723**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ce Contracting Corp**
**645 east 5th street**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CEA Productions Limited Liability C**
**3770 Serenade Street**
**Hemet, CA 92545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cecile Barnett Evans (wire)**
**Block B, unit 10, 2 Fawe Street**
**London**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cecilia Escobar**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cecilia Moss**
**521 Golden Gate Ave**
**Point Richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cedar Summit**
**100 Crosby Street**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.689** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Cedars Parking Inc. dba Pacific Parking**
**19251 Dearborn Street**
**Los Angeles, CA 91324**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CelebYou LLC**
**8429 Lorraine Rd, #351**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Centennial Elevator Industries, Inc**
**24-35 47th Street**
**Astoria, NY 11103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Center Point Post**
**1123 S Flower St**
**Burbank, CA 91502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Central Air**
**58-16 57th Road**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Cerberus Corporation**
**410 East 50th Street**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Certified Flameproofing Corporation**
**17 North Ingelore Court**
**Smithtown, NY 11787**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
Name

Case number (if known) **25-11937**

---

**3.696** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CERTIFIED MOVING & STORAGE COMPANY**
**286 Madison Avenue**
**New York, NY 10017**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
**CES Engineering, LLC**
**811 Middle Street**
**Middletown, CT 06457**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Cesar Garcia**
**10142 National Boulevard**
**Los Angeles, CA 90034**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Cesar Gonzalez**
**1630 N Edgemont St**
**Los Angeles, CA 90027**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Ceviche Project**
**1431 N Benton Way**
**Los Angeles, CA 90026**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Chad Brady**
**662 North Rosemary Lane**
**Burbank, CA 91505**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Chad Hudson Events**
**Chad Hundson Events**
**West Hollywood, CA 90046**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chad McPhail**
**2643 Locksley Place**
**Los angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chad Vill**
**95 Saint James Place**
**BROOKLYN, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chaise M Dennis**
**2611 Bellevue Ave, #103**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chambers & Chambers, Inc.**
**511 Alexis Court**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chandelier**
**60 West 57th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chandelier Creative, Inc.**
**611 Broadway**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chandler Signs LP LLC**
**3201 Manor Way**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Neuehouse Inc.**
Name

Case number (if known)    **25-11937**

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Change Politics**
**20 Beekman Pl.**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Changing Parts, LLC**
**610 West 164th Street**
**New York, NY 10032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chantel Chadwick**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chaptex Group LLC**
**P.O. Box 5771**
**Lakeland, FL 33807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charlene Westbrook**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles de Lisle Corporation**
**249 Hickory St**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Dentu-Nkrumah**
**900 S Figueroa Street**
**Los Angeles, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Joseph Harper**
**4022 Cromwell Avenue**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles King**
**6255 W. Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARLES RATNER, P.A**
**605 Lincoln Road**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Tan + Associates**
**320 East Second Street**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Wong**
**111 Reade Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Yadao**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles-Henry Kurzen**
**112 Washington Ave.**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (if known) **25-11937**

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charlie Mc Brearty**
**Shortlist Management**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charlie's Fixtures, LLC**
**2251 VENICE BLVD**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charlotte Ann Freund**
**2339 N Catalina Street**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charlotte Meyer**
**110 E 25th**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charlotte Sarkozy**
**125 E 74th Street**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charly Wenzel**
**658 East 18th Street**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Chase Yi**
**303 East Mariposa Avenue**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.731** | **Nonpriority creditor's name and mailing address**
**Chateau Solutions LLC**
**1620 Artesia Boulevard**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.732** | **Nonpriority creditor's name and mailing address**
**Chauncy Armstrong**
**611 indiana place**
**S. Pasadena, CA 91030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address**
**Chef Collective LLC**
**378 Columbia Street**
**Brooklyn, NY 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address**
**Chef Works, Inc.**
**12325 Kerran Street**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address**
**ChefMod, LLC**
**85 Fifth Avenue**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address**
**Chefs Toys LLC**
**18430 Pacific Street**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** | **Nonpriority creditor's name and mailing address**
**Chelsea File**
**3845 Motor Ave Apt. 1**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsea Floor Covering Acquisition Corp**
**139 W 19th St**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHELSEA FLOOR COVERING ACQUISITION**
**CORP**
**139 WEST 19TH STREET**
**NEW YORK, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsea Lighting, Inc.**
**14 Penn Plaza 225 West 34th Street**
**New York, NY 10122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsea Sonksen**
**1133 26th St.**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsey Jones**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chetan Mangat**
**5904 Shenandoah Ave**
**Los Angeles, CA 90056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHG Productions Inc.**
**941 South Vermont Avenue**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Neuehouse Inc.**

Name

Case number (if known)   **25-11937**

| | | |
|---|---|---|
| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chihiro Shimizu**
**211 W 56th Street, Apt 25A**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Childrens Hospital Los Angeles**
**4650 Sunset Boulevard**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**China Residencies**
**634 Greene Ave**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chip Canter**
**2007 New Brunswick Drive**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chloe Osborne**
**3430 81st St., Apt. 41**
**Jackson Height, NY 11372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chloe Sonnois**
**840 Orienta Avenue**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chlorophyll Water, LLC**
**20498 Linksview Drive**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHPC Inc.**
**7358 W 82ND ST**
**LOS ANGELES, CA 90045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Cady**
**230 E 6th St**
**New York, NY 10003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris E. Vargas**
**1231 Kewen Street**
**San Fernando, CA 91340**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Kapcia**
**4808 Excelente Dr**
**Woodland Hills, CA 91364**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Kuyumdzhyan**
**10803 Cantlay Street**
**Los Angeles, CA 91352**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Mendez**
**110 E 25th Street**
**New York, NY 10010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Pendergast**
**18 Grandview Blvd**
**Miller Place, NY 11764**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.759** | **Nonpriority creditor's name and mailing address**
**Christel Cornilsen**
**735 S. Saint Andrews Place**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address**
**Christian Campos**
**3120 W Riverside Dr Apt C**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.761** | **Nonpriority creditor's name and mailing address**
**CHRISTIAN CASTANO**
**3055 Glenhurst Ave.**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.762** | **Nonpriority creditor's name and mailing address**
**Christian Castillo**
**2324 South Highland Avenue**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763** | **Nonpriority creditor's name and mailing address**
**Christian D. Bruun**
**1755 Argyle Ave #1604**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764** | **Nonpriority creditor's name and mailing address**
**Christian Kotzamanis, RA, AIA**
**258 Ainslie Street**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.765** | **Nonpriority creditor's name and mailing address**
**Christie DeMoss**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.766**   **Nonpriority creditor's name and mailing address**

**Christina Callaway**
**1204 California Avenue**
**Santa Monica, CA 90403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.767**   **Nonpriority creditor's name and mailing address**

**Christine Flores**
**15821 Ventura Blvd**
**Encino, CA 91436**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.768**   **Nonpriority creditor's name and mailing address**

**Christine Kantner**
**3924 W. Sunset Blvd**
**Los Angeles, CA 90029**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.769**   **Nonpriority creditor's name and mailing address**

**Christine Lennon**
**140 S Irving Blvd**
**Los Angeles, CA 90004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770**   **Nonpriority creditor's name and mailing address**

**Christopher Barrett**
**12230 Circula Panorama**
**Santa Ana, CA 92705**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771**   **Nonpriority creditor's name and mailing address**

**Christopher Bordenave**
**18645 Hatteras Street #185**
**Tarzana, CA 91356**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772**   **Nonpriority creditor's name and mailing address**

**Christopher Fellows**
**177 Avenue B**
**New York, NY 10009**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.773** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Christopher Joseph Coe**
629 Eastern Parkway, 1D
Brooklyn, NY 11213

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.774** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Christopher Neurohr**
2 Castlewood Trail
Sparta, Nj 07871

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Christopher Swoszowski**
3209 Descano Dr
Los Angeles, CA 90026

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Chrysta Bilton**
1611 N Orange Grove Ave
Los Angeles, CA 90046

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**CHS34 Productions**
3000 W. Alameda Ave.
Burbank, CA 91505

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.778** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Chulita Vinyl Club**
1844 North Kingsley Drive
Los Angeles, CA 90027

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.779** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Ciara Mckay**
100 Bushwick Avenue
Brooklyn, NY 11206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ciaran O'Connor**
**1420 N Fuller Ave**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cienne NY**
**114 8th Ave**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cierra Dudley**
**512 Main St. Apt 3**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cinelytic Inc**
**1645 Vine St**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cintas**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Circle Visual Inc.**
**340 13th Street**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cirsten Burton**
**131-28 233rd st**
**Rosedale, NY 11422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.787** | Nonpriority creditor's name and mailing address

**Cision US Inc**
**12051 Indian Creek Court**
**Beltville, MD 20705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address

**CitiStaffing, LLC**
**122 E 42nd Street, Suite 2815**
**New York, NY 10168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.789** | Nonpriority creditor's name and mailing address

**City Land Use, Inc.**
**Attn: Accounts Receivable | Marcia Daval**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.790** | Nonpriority creditor's name and mailing address

**CITY OF LA PLANNING DEPT**
**200 N SPRING ST STE 575,**
**LOS ANGELES, CA 90012-3242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.791** | Nonpriority creditor's name and mailing address

**City of Los Angeles**
**Dept of City Planning**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792** | Nonpriority creditor's name and mailing address

**City of Los Angeles - PW Sanitation - IW**
**P.O. Box 102878,**
**Pasadena,, CA 91189-2878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793** | Nonpriority creditor's name and mailing address

**Civiello Communications Group**
**185 E 58th St.**
**New York, NY 10028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claire Evans**
**6515 Pollard St**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claire-Marie Astruc**
**55 Hope Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clara Ha**
**24 Old Farm Road**
**Great Neck, NY 11020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clarissa F Tossin**
**1855 Industrial Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clark County Beverage Mgt**
**9524 W. Camelback Road**
**Glendale, AZ 85305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Classic Distributor and Beverage Group**
**P.O. Box 60397**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Classic Wines of California**
**6342 Bystrum Road**
**Ceres, CA 95307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.801**

**Nonpriority creditor's name and mailing address**
**Claudia Irvine**
**16142 Bayberry Place**
**Los Angeles, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.802**

**Nonpriority creditor's name and mailing address**
**Claudia Lewis**
**2075 NE 204 St**
**N Miami Beach, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803**

**Nonpriority creditor's name and mailing address**
**Claudia Ribeiro Bernstein**
**666 Greenwich Street**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.804**

**Nonpriority creditor's name and mailing address**
**Claudio Sagastume**
**820 W. Beach Ave.**
**Inglewood, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805**

**Nonpriority creditor's name and mailing address**
**Claudio Thwaites**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806**

**Nonpriority creditor's name and mailing address**
**CLAY Enterprises**
**2961 West MacArthur Boulevard**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807**

**Nonpriority creditor's name and mailing address**
**Clean Tide Laundromat Inc.**
**1000 Venice Blvd**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cleaners LA inc**
**314 East 8th Street**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clear As Day**
**5250 Genesta Ave**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clear Star Media**
**7224 Shirely Ave #106**
**Reseda, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ClearCompany LLC**
**200 CLARENDON ST**
**BOSTON, AL 02116-5021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cliff Digital**
**14700 S. Main St**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cliffton Dry Co, LLC**
**40 West Main Street**
**Mount Kisco, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CliqueNow LLC**
**1308 Factory Place #103**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.815**

**Nonpriority creditor's name and mailing address**
**Cloud Castle Inc**
**2101 Beverly Dr**
**Charlotte, NC 28207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.816**

**Nonpriority creditor's name and mailing address**
**Cloudnine Edibles, LLC**
**11150 Santa Monica Blvd.**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.817**

**Nonpriority creditor's name and mailing address**
**Clover Juice**
**4470 W. Sunset Blvd.**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.818**

**Nonpriority creditor's name and mailing address**
**Club Rewire**
**17848 Duncan St**
**Encino, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.819**

**Nonpriority creditor's name and mailing address**
**Clubessential, LLC**
**PO Box 936267**
**Atlanta, GA 31193-6267**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.820**

**Nonpriority creditor's name and mailing address**
**CLW Distributors**
**110 Schmitt Blvd.**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.821**

**Nonpriority creditor's name and mailing address**
**Co.media LLC**
**12674 Colborne Dr.**
**Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coast 2 Coast Survey Corporation**
**7704 Basswood Drive**
**Chattanoooga, TN 37416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coast2 Coast Public Safety Corporation**
**1733 South Douglass Road**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cocktail Kingdom, LLC**
**36 West 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Code 39 Films**
**134 North Almont Drive**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cody Newport**
**16506 Westgrove Drive**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coeur Noir, Inc**
**222 Eagle Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coffee House Industries**
**320 Grand Cypress Avenue**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.829**

**Nonpriority creditor's name and mailing address**

**Cogency Global Inc.**
**10 E 40th Street, 10th Floor**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.830**

**Nonpriority creditor's name and mailing address**

**Cogent Communications**
**2450 N Street Northwest**
**Washington, DC 20037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.831**

**Nonpriority creditor's name and mailing address**

**Cogent Waste Solutions, LLC**
**Cogent Waste Solutions**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.832**

**Nonpriority creditor's name and mailing address**

**Cohen Seglias Pallas Greenhall & Furman,**
**30 South 17th Street**
**Philidelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.833**

**Nonpriority creditor's name and mailing address**

**Colin Johnson**
**4408 Russell Avenue #7**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834**

**Nonpriority creditor's name and mailing address**

**Colin Ryan Bedell**
**83-52 Talbot Street**
**Kew Gardens, NY 11415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.835**

**Nonpriority creditor's name and mailing address**

**Colleen McGuinness**
**10960 Wilshire Boulevard**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Colleen Sugata**
**2447 Huntington Drive #24**
**Duarte, CA 91010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**Colliding Clouds**
**8364 Lauel Lakes Boulevard**
**Naples, FL 34119**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Colliding Clouds**
**8364 Lauel Lakes Blvd**
**Naples, FL 34119**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Colliers International NY LLC**
**1114 6th Avenue**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**COLLINS BROTHERS WORLDWIDE**
**620 FIFTH AVE**
**Larchmont, NY 10538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Collins Nai**
**209 Lexington Ave**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Coloredge Inc**
**190 Jony Drive**
**Carlstadt, NJ 07072**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colson Barnes**
**2697 Milestone Plantation Road**
**Tallahassee, FL 32312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colton Varner**
**878 Serrano Place**
**Los Angeles, CA 90029**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Columbia Sq. Hospitality**
**6255 Sunset Blvd**
**Los Angeles, CA 90028**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Columbia University**
**Attn: Milko Milkov**
**New York, NY 10027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMERFORD COLLECTION**
**PO BOX 44**
**Bridgehampton, NY 11932**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Commercial Flooring Specialists LTD**
**2375 Bedford Ave**
**Bellmore, NY 11710**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CommLine Inc.**
**13700 Cimarron Ave**
**Gardena, CA 90249**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.850**

**Nonpriority creditor's name and mailing address**

**Common Wave Hi-Fi**
**1451 East 4th Street**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.851**

**Nonpriority creditor's name and mailing address**

**COMMUNITY COUNSELLING SERVICE CO, LLC**
**527 Madison Avenue**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.852**

**Nonpriority creditor's name and mailing address**

**Company SBB // Stefanie Batten Bland**
**40 Broad Street**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.853**

**Nonpriority creditor's name and mailing address**

**COMPOSITION HOSPITALITY LLC**
**15780 EL PRADO ROAD**
**Chino, CA 91708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.854**

**Nonpriority creditor's name and mailing address**

**Con Edison**
**P.o. Box 1702**
**New York, NY 10116-1702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.855**

**Nonpriority creditor's name and mailing address**

**Concur Technologies, Inc. (Auto debit)**
**601 108th Ave NE, Suite 1000**
**Bellevue, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.856**

**Nonpriority creditor's name and mailing address**

**Confirmed Freight, LLC**
**25 Sherman St**
**Stratford, CT 06615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.857** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Connor Group Global Services, LLC**
**DEPT 3748**
**Dallas, TX 75312-3748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Conqueror Media Inc**
**545 North Camino Real**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.859** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Constance Turner**
**228 South 3rd St**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.860** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Consulate General of Israel**
**11766 Wilshire Boulevard**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.861** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Contemporary Wall Systems (CWS)**
**567 Commerce Street**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.862** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Control Air Enterprises LLC**
**5200 East La Palma Ave**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Convivium Imports, LLC**
**2432 E ORANGE GROVE BLVD**
**PASADENA, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Cookes Crating Inc.**
**3124 East 11th Street**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Cool World Agency**
**376 Tompkins Avenue**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Cooley LLP**
**101 California St**
**San Francisco, CA 94111-5800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Coolrite Refrigeration Inc**
**3749 Buchanan Street**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Cooper Classics LTD**
**137 Perry Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Cooper Foods International LLC dba Regal**
**45-48 37th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Copeland Entertainment**
**16530 Ventura Blvd**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business Debt - Notice**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Copeland Entertainment**
**16530 Ventura Blvd. STE 628**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coravin, Inc.**
**800 District Ave**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corie Adjmi**
**33 E. 74**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coriolis Ventures LLC**
**535 Fifth Ave**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cornerstone Agency**
**ATTN: Anthony Holland**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cornerstone MGMT Systems Inc**
**271 Madison Ave**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corodata Shredding, Inc.**
**12375 Kerran Street**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corossol Tribeca LLC**
**824 10th Avenue**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corovan Moving & Storage Co.**
**PO Box 840778**
**Los Angeles, CA 90084-0778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Service Company**
**251 Little Falls Drive**
**Wilmington,, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coruscent Co, LLC**
**3680 Wilshire Blvd**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Burmester**
**991 N Everett Street**
**Los Angeles, CA 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cosa Nuestra Entertainment LLC**
**910 arizona avenue**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cost Plus World Market**
**200 4th Street Oakland**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.885** | Nonpriority creditor's name and mailing address
**Costin Botez**
**5 Westbury Terrace**
**London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.886** | Nonpriority creditor's name and mailing address
**Counterpoint LLC**
**2560 Ninth St**
**Berkeley, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887** | Nonpriority creditor's name and mailing address
**Country Life, LLC**
**Country Life**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.888** | Nonpriority creditor's name and mailing address
**County of Los Angeles (Online)**
**Department of Public Health**
**Los Angeles, CA 90054-0978**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.889** | Nonpriority creditor's name and mailing address
**Courtney Donaghey**
**c/o Neuehouse Hollywood LLC Att: Umut Ki**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.890** | Nonpriority creditor's name and mailing address
**Courtney Lemli**
**748 Parkman Ave.**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891** | Nonpriority creditor's name and mailing address
**Courtney Nichols**
**3219 Corinth Avenue**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (if known)   **25-11937**

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Courtney Smith**
**37 West 21st St.**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Courtnie, LLC**
**92 Howard Avenue**
**Brooklyn, NY 11233**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cozzini Bros., Inc**
**350 Howard Ave**
**Des Plaines, IL 60018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CPM One Source, Inc.**
**23679 Calabasas Rd. #186**
**Calabasas, CA 91302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,063.95 |

**CR3 Partners, LLC**
**13355 Noel Road**
**Suite 2005**
**Dallas, TX 75240**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CR3 Partners, LLC**
**13355 Noel Road, Ste 2005**
**Dallas, TX 75240**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Craig Freeman**
**66 Driggs**
**Brooklyn, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (if known) **25-11937**

| | | |
|---|---|---|
| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Crate and Barrel**
**1860 W. Jefferson Ave.**
**Naperville, IL 60540**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**CreatedByJarrod LLC**
**1764 Union Street**
**Brooklyn, NY 11213**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Creation Networks, Inc.**
**1001 Shary Court**
**Concord, CA 94518**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Creative and Partners**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Creative Feed**
**171 Duane Street**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Creative Graphic Services**
**Creative Graphic Services, CGS**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Creative Lighting Concepts LLC**
**5740 Corsa Ave**
**Westlake Village, CA 91362**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Creative Visions Foundation**
**18820 PACIFIC COAST HWY STE 201**
**MALIBU, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Creech**
**28 Katonah Wood Rd**
**Katonah, NY 10536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Creeture Inc**
**348 South Arden Blvd**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crew Contracting Corp.**
**5 Odell Plaza**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRF Solutions**
**2051 Royal Ave**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Criterion Acoustics**
**705 Central Ave**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crosby Consulting LLC**
**21 Cunningham Lane**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.913**

**Nonpriority creditor's name and mailing address**

**CrossBeatNY (Becky Wang)**
**7 E 14th St**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.914**

**Nonpriority creditor's name and mailing address**

**Crown Castle Fiber, LLC**
**PO Box 21653**
**New York, NY 10087-1653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.915**

**Nonpriority creditor's name and mailing address**

**Crown Creative Design Limited**
**51 Hill Street**
**Belfast**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.916**

**Nonpriority creditor's name and mailing address**

**Crystal Park (Coyote Park)**
**1231 W Court St**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.917**

**Nonpriority creditor's name and mailing address**

**CSCH LLC**
**300 Ashland Pl**
**Brooklyn, NY` 11217-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.918**

**Nonpriority creditor's name and mailing address**

**Culinary Depot**
**67 Route 59**
**Spring Valley, NY 10977**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.919**

**Nonpriority creditor's name and mailing address**

**Culinary Staffing Services**
**6363 Wilshire Blvd.**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**cultureEDIT**
**8116 Romaine St.**
**West Hollywood, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Curtis Matthews**
**11458 Burbank Blvd**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cushman & Wakefield, Inc.**
**Attn: Andrew Ross**
**New York, NY 10104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Custom Top Shops**
**6034 Santa Monica Blvd**
**Hollywood, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cutcraft Music Group - Joseph Gonzalez**
**775 E Blithedale Terrace**
**Mill Valley, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cvent, Inc.**
**1765 Greensboro Station Place, 7th floor**
**Tyson's Corner, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CXA Inc.**
**545 West 25th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Cybele Dewulf**
**4-74 48TH AVE**
**Long Island City, NY 11109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Cypress Creek Renewables**
**3249 Ocean Park Blvd.**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Cyrus A. McNeal**
**292 Jefferson Ave**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**D&i construction pros inc**
**6328 Goodland pl**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**D&S Distribution**
**3363 Granada Avenue apt B**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**D'ziner Sign**
**801 Seward Street**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**D+V LLC**
**584 Broadway**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.934**

**Nonpriority creditor's name and mailing address**
**Dairy Wagon Inc**
**6188 New York 22**
**Salem, NY 12865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935**

**Nonpriority creditor's name and mailing address**
**DairyLand USA Corp.**
**PO Box 30943**
**New York, NY 10087-0943**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.936**

**Nonpriority creditor's name and mailing address**
**Daisy O'Dell**
**1625 Myra Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937**

**Nonpriority creditor's name and mailing address**
**Daisy Robinson**
**565 Westminster Ave**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938**

**Nonpriority creditor's name and mailing address**
**Dakota Driver**
**14358 MAGNOLIA BLVD**
**Los Angeles, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.939**

**Nonpriority creditor's name and mailing address**
**DamaSoul Health and Wellness LLC**
**4610 6th ave.**
**Brooklyn, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940**

**Nonpriority creditor's name and mailing address**
**Damian Jonathon Granados**
**731 N. Ardmore Avenue**
**Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Neuehouse Inc.**                                                        Case number (if known)   **25-11937**
_____
Name

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Damien Smith**
**1100 Glendon Avenue**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Damon Pressman**
**6500 Colgate Avenue**
**Los Angeles, CA 90048-4411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dan Lee**
**818 West 7th street**
**Los Angeles, California 90017-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dana Rizzo**
**234 East 23rd St**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Ames**
**710 Salisbury Turnpike**
**Rhinebeck, NY 12572**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Bee Inc.**
**1746 North Orange Drive #1102**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Carp**
**175 Wardwell Avenue**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Farley**
**40 The Fairway**
**Upper Montclair, NJ 07043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Horowitz Studio**
**147 West 4th Street**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Janklow**
**215 and a half N Swall Dr.**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Levene**
**66 Leonard St.**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Paik Inc.**
**428 Evergreen Ave #2**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel R. Small**
**2027 Vestal Avenue #3**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Shapiro**
**110 East 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (*if known*) **25-11937**

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Turndrup**
**707 1/2 Terrace 49**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Venz**
**4036 Woodman Canyon**
**Los Angeles, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Whitney**
**409 W Olympic Blvd, APT 607**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniela Natasha Smulovitz**
**5460 White Oak Avenue**
**Los Angeles, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniela Spector**
**4550 Pearson Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniella Phillips**
**18332 Minnetonka Boulevard**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Amy Staif**
**86 Moore street apt 2A**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (*if known*)   **25-11937**

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Bullen**
**6141 Afton Pl,**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Fichera**
**211 Elizabeth St**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Frum**
**311 Foxhall Road NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Schwob**
**199 Bowery**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danny Bernardo**
**1656 1/2 N. Alvarado**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danny de Marcos**
**2506 W. Sunset Blvd.**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danone Waters Of America**
**100 Hillside Ave**
**White Plains, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (if known) **25-11937**

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**DANZ NEW YORK CORP.**
**136 Clifton Place,4A**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,038.99** |
|---|---|---|---|

**Daoust Vukovich LLP**
**20 Queen Street West**
**Suite 3000**
**Toronto, ON M5H 3S8**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Daphne Herrick**
**2530 W. Dean Rd.**
**River Hills, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Darby Oehl**
**1325 Pacific Street**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Dario Caudana**
**209 W 108th Street Apt 19**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Darol Kay**
**146 Douglas Street, Apt. 3**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Darren Craig**
**6316 Arrowhead Pl.**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dartagnan LLC**
**600 Green Lane**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dartmouth College**
**5 Allen Street**
**Hanover, NH 03755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darwin Pornel**
**10 City Pt**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darynn Dean**
**948 East Sagebank Street**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Datafix**
**70 Lincoln Ave**
**Brooklyn, NY 11208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Datawatch Systems Inc**
**PO Box 79845**
**Baltimore, MD 21279-0845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Gare**
**220 E 57th St, Apt 16G**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Mullen**
**1535 Valley Drive**
**Topanga, CA 90290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Andrew**
**529 Macon St**
**Brookyln, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Arechiga**
**1258 Jefferson Ave**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Bell**
**One West 72nd Street**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Bowler Wine**
**119 West 23rd Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Ellis Studio**
**651 New York Avenue**
**Brooklyn, NY 11203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Flores Wilson**
**110 3rd Avenue**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.990** Nonpriority creditor's name and mailing address

**David Foxley**
**40 Fifth Avenue**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.991** Nonpriority creditor's name and mailing address

**David Gauvey Herbert**
**593 4th St**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.992** Nonpriority creditor's name and mailing address

**David J. Klobus**
**3 Lynette Street**
**New Rochelle, NY 10801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.993** Nonpriority creditor's name and mailing address

**David Li (ACH)**
**12 Rusholme Dr**
**Toronto**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.994** Nonpriority creditor's name and mailing address

**David Lipa**
**203 E 13th St**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.995** Nonpriority creditor's name and mailing address

**David Neyman**
**Inception VR**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.996** Nonpriority creditor's name and mailing address

**David Rosenberg**
**11445 East via Linda**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.997**

**Nonpriority creditor's name and mailing address**

**David Roth**
**11 Beach Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.998**

**Nonpriority creditor's name and mailing address**

**David Scott Stone**
**8951 Haddon Ave**
**Sun Valley, CA 91352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.999**

**Nonpriority creditor's name and mailing address**

**David Selby**
**26 Hertford Road, London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 0**

**Nonpriority creditor's name and mailing address**

**David Shama**
**422 West 20th street, apt 1B**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 1**

**Nonpriority creditor's name and mailing address**

**David Sitt**
**25 West 39th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 2**

**Nonpriority creditor's name and mailing address**

**David Stark Design and Production**
**Attn: Matt Glove**
**Brooklyn, NY 11232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

**David Walsh**
**7111 Santa Monica blvd**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.100
4**

**Nonpriority creditor's name and mailing address**

**David Yaden**
**2421 Alcazar Street**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100
5**

**Nonpriority creditor's name and mailing address**

**David Zwirner**
**525 West 19th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100
6**

**Nonpriority creditor's name and mailing address**

**David-Georges Renaud**
**2 Aberdeen Street**
**Malverne, NY 11565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100
7**

**Nonpriority creditor's name and mailing address**

**Davis & Gilbert LLP**
**1675 Broadway**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100
8**

**Nonpriority creditor's name and mailing address**

**Dawn Petter**
**100 W 93rd St**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100
9**

**Nonpriority creditor's name and mailing address**

**Dax Siplin**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101
0**

**Nonpriority creditor's name and mailing address**

**DAY & NITE REFRIGERATION CORP**
**10 Charles Street**
**New Hyde Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**Day One Agency**
**307 Seventh Avenue**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**DC Expediting, Inc.**
**1301 West 2nd Street Suite 207**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**DC Projects, LLC**
**3812 Winford Drive**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**De Lage Landen**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**De Maison East, LLC**
**De Maison East**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Deanna Barillari**
**448 1/2 N Spaulding Ave.**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**Dear Sundays Inc**
**Attn: Amy Ling Lin**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1018**

**Nonpriority creditor's name and mailing address**

**Debbie Bean, Inc.**
**9810 Helen Ave**
**Sunland, CA 91040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1019**

**Nonpriority creditor's name and mailing address**

**Debbie Thomsen**
**8 Pinehurst Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1020**

**Nonpriority creditor's name and mailing address**

**Debora Berger**
**11 West 30th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1021**

**Nonpriority creditor's name and mailing address**

**Deborah Schoeneman**
**1552 N Ogden Dr.**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1022**

**Nonpriority creditor's name and mailing address**

**Debra Epstein**
**11384 Thurston Place**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1023**

**Nonpriority creditor's name and mailing address**

**Debra Salazar**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1024**

**Nonpriority creditor's name and mailing address**

**Debragga & Spitler Inc.**
**65-77 Amity Street**
**Jersey City, NJ 07304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**Decker Sadowski**
**16578 Via Floresta**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**Decor Fabrics inc**
**4717 Citrus Drive**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

**Delaney Maher**
**38 Ozone Ave**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**Delaram Pourabdi**
**1223 N Las Palmas Ave**
**Los Angeles, CA 90038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**Delaware Corporate Services Inc.**
**919 N market St**
**Wilmington, DE 19801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**Delaware Secretary of State**
**Delaware Division of Corporations**
**Binghamton, NY 13902-5509**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**Dell Marketing L.P**
**C/O DELL USA L.P.**
**Dallas, TX 75267-6021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Neuehouse Inc.**                                        Case number (if known)    **25-11937**
_____
Name

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**Deloitte & Touche LLP**
**P.O. Box 844708**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**Deluxe Echostar LLC**
**P.O. Box 749669**
**Los Angeles, CA 90074-9669**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**Demitra Vassiliadis**
**360 1st Avenue Ave 9F**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**Den Mother**
**1209 Abbot Kinney Boulevard**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**Denim LA Inc**
**719 South Los Angeles Avenue**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**Denise Stephanie**
**118 Hancock Street**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**Dennis Koppo**
**200 Fulton Street**
**South Elgin, IL 60177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

**Dennis Robert Thomas**
**214 North 11th Street**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**Denton Cleaning LLC**
**PO Box 245549**
**Brooklyn, NY 11224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**Department of Alcoholic Beverage Control**
**3927 Lennane Drive**
**Sacramento, CA 95834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.104 2**

**Nonpriority creditor's name and mailing address**

**Department of Building & Safety**
**201 North Figueroa Street**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

**Department of Treasury - IRS**
**Internal Revenue Service**
**Ogden, UT 84201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

**Derrick B. Harden**
**353 2nd Street**
**brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

**Derrick Davis**
**19 Watkins Terr**
**Amityville, NY 11701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (*if known*) | **25-11937** |

---

**3.104**
**6**

**Nonpriority creditor's name and mailing address**

**Desert Biennial**
**P.O. Box 4050**
**Palm Springs, CA 92264**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104**
**7**

**Nonpriority creditor's name and mailing address**

**Deshawn Curry**
**1107 Mahanna Ave.**
**Long Beach, CA 90813**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104**
**8**

**Nonpriority creditor's name and mailing address**

**Design Agency**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104**
**9**

**Nonpriority creditor's name and mailing address**

**Design Holdings Inc**
**8707 Washington Boulevard**
**Culver City, CA 90232**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105**
**0**

**Nonpriority creditor's name and mailing address**

**Design Hotels AG**
**Stralauer Allee 2c**
**Berlin**
**GERMANY   10245**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105**
**1**

**Nonpriority creditor's name and mailing address**

**Design Pool Ltd.**
**Nam Wo Building 21/F 148, Sheung Wan, Ho**
**CHINA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105**
**2**

**Nonpriority creditor's name and mailing address**

**Design Town**
**3615 Hayden Ave**
**Culver City, CA 90232**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**

Name

Case number *(if known)* **25-11937**

---

| 3.105 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Design Within Reach**
**PO Box 786385**
**Philadelphia, PA 19178-6385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Designs by Elisa**
**18-35 26th Ave**
**Astoria, NY 11102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Designtown, USA**
**3615 Hayden Ave.**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Desta Gezachew**
**262 Saint Marks Avenue**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Deston Bennett**
**10829 Hesby St.**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Detectamet Inc.**
**5111 Glen Alden Dr**
**Richmond, VA 23231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Devin Tracy**
**711 S Rampart Blvd**
**Los Angeles, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**Deyzire Christopher (Desired Prints LLC)**
**65 Columbia St**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**Dezeen LTD (Wire)**
**8 Orsman Road**
**London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

**DGA Security Systems Inc.**
**429 west 53rd street**
**New York, NY 10101-1920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

**DHR International**
**181 Brushy Ridge Rd**
**New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

**Diana Schwam**
**185 Leonard Street**
**Brooklyn, NY 11206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

**Diane Machin**
**539 155Th Street**
**New York, NY 10032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

**Diego Argoti**
**322 North Naomi Street**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

**Diego Dominguez**
**730 Lark Court**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

**Digestiva, Inc.**
**2860 West Covell Boulevard**
**Davis, CA 95616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

**Digital Media Systems, Inc.**
**609 North Macquesten Parkway**
**Mount Vernon, NY 10552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Digital Places, LLC**
**2921 Francis Ave.**
**Los Angeles, LA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Dimension Data North America, Inc**
**PO BOX 392387**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**Dionne Jones(Wire)**
**10301 Ilona Avenue**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Dirty Lemon Beverages**
**95 Grand St.**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.107
4**

**Nonpriority creditor's name and mailing address**

**Dirty Projectors Touring, Ltd.**
**PO Box 121147**
**Nashville, TN 37212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107
5**

**Nonpriority creditor's name and mailing address**

**Discwoman LLC**
**2870 Pine Tree Drive**
**Miami, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107
6**

**Nonpriority creditor's name and mailing address**

**Distance Learning Connection Inc.**
**17 JOHN ST**
**DEMAREST, NJ 07627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107
7**

**Nonpriority creditor's name and mailing address**

**Distill Ventures**
**450 Park Ave S**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107
8**

**Nonpriority creditor's name and mailing address**

**Distinctive Office Interiors, LLC**
**148 West 37th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107
9**

**Nonpriority creditor's name and mailing address**

**Divine Rhythm Productions**
**250 W 50th St**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108
0**

**Nonpriority creditor's name and mailing address**

**Divya Anantharaman Zweigart**
**263 East 23rd Street**
**Brooklyn, NY 11226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Dizzy Entertainment - Drew Greenberg**
**8383 Wilshire Boulevard**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**DJ B Hen LLC**
**4321 8th Avenue**
**Los Angelese, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**DJ Erick La Peau**
**1635 Union Street**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

**DJ Kara LA LLC**
**8605 Santa Monica Blvd 46777**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

**DJ Kurr (Brian Kerr)**
**3910 Beethoven Street**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

**DJ MOS INC**
**8639 Whitworth Drive**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

**DMC Staff**
**1800 N Vine St**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1088**

**Nonpriority creditor's name and mailing address**
**DMG SC., Inc**
**1110 W. Taft Ave**
**Orange, CA 92865**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1089**

**Nonpriority creditor's name and mailing address**
**DNT Studios LLC**
**103 East 45th Street**
**Brooklyn, NY 11203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1090**

**Nonpriority creditor's name and mailing address**
**DocuSign**
**1301 2nd Ave**
**Seattle, WA 98191**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1091**

**Nonpriority creditor's name and mailing address**
**Domenico's Foods**
**9705 South Santa Monica Boulevard**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1092**

**Nonpriority creditor's name and mailing address**
**Dominick Pepe**
**420 East 72nd Street**
**New York, NY 10021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1093**

**Nonpriority creditor's name and mailing address**
**Doms Distribution**
**2770 Vail Ave**
**Commerce, CA 90040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1094**

**Nonpriority creditor's name and mailing address**
**Domus Design Center, Inc**
**134 Madison Avenue**
**Ney York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1095**

**Nonpriority creditor's name and mailing address**
**Don Meek**
**1278 Glenneyre Street**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1096**

**Nonpriority creditor's name and mailing address**
**Don't Run Out Inc.**
**85 Delancey Street**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1097**

**Nonpriority creditor's name and mailing address**
**Donald Dubois**
**1134 Sycamore Ave.**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1098**

**Nonpriority creditor's name and mailing address**
**Donnelly Mechanical**
**96-59 222nd Street**
**Queens Village, NY 11429-1313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1099**

**Nonpriority creditor's name and mailing address**
**Donovan Jamal Briggs**
**1444 Alvarado Terrace**
**Los Angeles, CA 90006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1100**

**Nonpriority creditor's name and mailing address**
**Donovan McClenton**
**414 Monroe Street, First Floor**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1101**

**Nonpriority creditor's name and mailing address**
**Donut, Inc.**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Doors and More**
**25 Links Road**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dorit Kreisler**
**508 E 11th street Apt.**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Aldrich**
**299 devoe street, Apt gf**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Mand**
**16000 Ventura Boulevard**
**Los Angeles, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Douglas Penty**
**12010 Collins Street**
**Valley Village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Douglas Reid**
**927 E Cedar Ave**
**Burbank, CA 91501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Douglas Yoel d/b/a Highwoods House Music**
**629 Zena-Highwoods Road**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Dozortsev and Sons Enterprises LTD**
**411-415 john street**
**Elizabeth, NE 07202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**DP Bradbury LLC**
**818 West 7th Street**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**DPC LA Corp**
**2481 Arvia Street #31**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**Dr. Adrian Woolfson**
**275 Conover Street**
**Brooklyn, NY 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Dr. Marcel Reichart**
**11 Rua Joaquim Casimiro**
**Lisboa, Portugal 1200-695**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**Drape Kings**
**3200 Liberty Avenue**
**North Bergen, NJ 07047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

**Dre Ryan**
**2633 Waverly Dr**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

**Drew Miller**
**3342 Rowena Avenue**
**Los Angeles, CA 90027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**

**Driver SPG**
**1501 SOUTH HARRIS COURT**
**Anaheim, CA 92806**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

**dronestock.com**
**312 11th Ave.**
**New York, NY 10001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**Drop Technology Inc**
**120 Front Street**
**Toronto**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

**DRP Solutions**
**18 Commerce Dr Suite 1**
**Hauppauge, NY 11788**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

**Dstillery, Inc.**
**P.O. Box 347730**
**Pittsburgh, PA 15251**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**DTANK PLUS INC**
**W. Oxnard St**
**Woodland Hill, CA 91367**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**DTLA Cheese at Grand Central Market**
**317 S. Broadway**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**Du's Donuts**
**107 North 12th Street**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**Dublab Radio**
**1035 W 24th St**
**Los Angeles, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**Duckhorn Wine Company**
**Dept. LA 24662**
**Pasadena, CA 91185-4662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**DuffyAmedeo LLP**
**131 W. 32nd Street 9 th Floor**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**Duggal Visual Solutions Inc**
**63 Flushing Avenue**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**Dunvagen Music Publishers Inc**
**John LaRossa CPA 505 8th avenue, Suite 1**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

**Dupont Builders Inc**
**252 Java St. #217**
**Brooklyn, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

**Dustin Coad**
**2020 Laurel Canyon RD**
**Los Angeles, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 2**

**Nonpriority creditor's name and mailing address**

**Dustin Hamilton**
**55 W. 94th St. Apt. E**
**New York, NY 10025**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

**Duy Nguyen**
**3835 W 8TH ST APT 302**
**LOS ANGELES, CA 90005**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

**DVLSNYC LLC**
**P.O.Box 930**
**New York, NY 10037**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

**DYLAN + JENI STUDIOS**
**1508 Silver Lake Blvd**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**Dynamic Sheet Metal Ltd**
**192 24th Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.113
7**

**Nonpriority creditor's name and mailing address**

**E & R Custom Upholstery and Foam**
**14276 Dalewood Street**
**Baldwin Park, CA 91706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113
8**

**Nonpriority creditor's name and mailing address**

**e-dustry, inc.**
**1940 E Locust St**
**Ontario, CA 91761-7674**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113
9**

**Nonpriority creditor's name and mailing address**

**Eamon Wall**
**2000 Walnut Ave**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
0**

**Nonpriority creditor's name and mailing address**

**EarNet Services, LLC**
**25 Franklin Street USPS Mail**
**Westport, CT 06880**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
1**

**Nonpriority creditor's name and mailing address**

**Earry Hall**
**111 W7th St. Suite 515**
**Los Angeles, CA 90014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
2**

**Nonpriority creditor's name and mailing address**

**Eastown**
**6201 Hollywood Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
3**

**Nonpriority creditor's name and mailing address**

**Easy Ice, LLC**
**925 West Washington Street**
**Marquette, MI 49855**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Neuehouse Inc.**_____     Case number (*if known*) __**25-11937**__
　　　　　Name

| 3.114 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eco Green Industries**
**6930 Owensmouth Avenue**
**Canoga Park, CA 91303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Business Debt - Notice**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ecolab**
**P.O. Box 100512**
**Pasadena, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Business Debt - Notice**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EcoSmart Inc.**
**5870 W. Jefferson BLVD**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Business Debt - Notice**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ECS Land Surveyors, Inc (Wire)**
**3460 Fairlane Farms Road**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Business Debt - Notice**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eda arapaslan**
**6125 Glen Oak St , Apt 55**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Business Debt - Notice**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edge Control**
**2726 Alsace Avenue**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Business Debt - Notice**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.115 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edisha Ferguson**
**1703 W146Th**
**Gardena, CA 90247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Business Debt - Notice**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.115**
**1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Editate, Inc.**
**83 Maple St**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115**
**2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Editbeats LLC**
**6310 San Vicente Blvd #501**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115**
**3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Edmund Soon-Weng Yon**
**1520 O St NW**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115**
**4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Edoardo Cozzani**
**384 keap st**
**brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115**
**5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Eduardo Vargas**
**1427 N Kingsley Dr**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115**
**6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Edward Brachfeld**
**2041 North Alta Vista Avenue**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115**
**7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**EDWARD CASTILLO**
**313 Rose Avenue**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.115
8**

**Nonpriority creditor's name and mailing address**

**Edward Don & Company Holdings, LLC**
**9801 Adam Don Parkway**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115
9**

**Nonpriority creditor's name and mailing address**

**Edward Larry Gordon**
**PO Box 227 | Cathedral Station**
**New York, NY 10025-0004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116
0**

**Nonpriority creditor's name and mailing address**

**Edwin Modlin**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116
1**

**Nonpriority creditor's name and mailing address**

**Edwina Aguayo**
**3856 College Avenue**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116
2**

**Nonpriority creditor's name and mailing address**

**Egon Zehnder International Inc**
**520 Madison Avenue**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116
3**

**Nonpriority creditor's name and mailing address**

**EH Tech Inc**
**3334 East Coast Highway #444**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116
4**

**Nonpriority creditor's name and mailing address**

**Eight-Eighteen**
**Jed Wexler**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**Eileen Hollinger**
**4764 Baltimore Ave**
**Los Angeles, CA 90042**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**Eisner Jaffe**
**9601 Wilshire Boulevard**
**Beverly Hills, CA 90210**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**EisnerAmper LLP**
**733 3rd Avenue**
**New York, NY 10017**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$8,820.00

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**EisnerAmper LLP**
**733 3rd Avenue**
**New York, NY 10017**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**Elan Freedman**
**Surge Licensing, Inc.**
**Jericho, NY 11753**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**Elay Productions, Incorporated**
**6621A Hollywood Blvd.**
**Los Angeles, CA 90028**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Eleanor Bernstein**
**1723 Kent Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**                                    Case number (if known)    **25-11937**
_____
Name

---

| 3.117 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eleanor Thadani**
**312 E. 23rd St.**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Electric Bowery**
**720 Hampton Drive**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Electric Wonder Creative**
**100 Maspeth Ave #5G**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Elenteny Imports**
**285 West Broadway**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Elevage**
**280 Valley Drive**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ELEVENTH & CO LLC**
**550 RALPH MCGILL BLVD**
**Atlanta, GA 30312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Elf Cafe**
**2135 W Sunset Blvd**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1179**

**Nonpriority creditor's name and mailing address**

**Eli Gutierrez**
**1720 S New England St**
**Los Angeles, CA 90006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1180**

**Nonpriority creditor's name and mailing address**

**Eli Shallcross**
**1309 5th Avenue**
**New York, NY 10029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1181**

**Nonpriority creditor's name and mailing address**

**Elijah Craig II**
**1922 Union St**
**Brooklyn, NY 11233**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1182**

**Nonpriority creditor's name and mailing address**

**ELISA RICHARDS**
**1081 S OGDEN DRIVE**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1183**

**Nonpriority creditor's name and mailing address**

**Elise Go**
**2850 Adkins Avenue**
**Los Angeles, CA 90032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1184**

**Nonpriority creditor's name and mailing address**

**Elise Welch**
**840 N Lafayette Park Pl**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1185**

**Nonpriority creditor's name and mailing address**

**Elite Associates Global Inc.**
**401 Park Ave. S.**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.118 6**

Nonpriority creditor's name and mailing address

**Elite Pest Control Inc.**
**P.O. Box 1235**
**East Hampton, NY 11937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.118 7**

Nonpriority creditor's name and mailing address

**ELITE TEXTILE, INC**
**6710 Valjean Avenue**
**Los Angeles, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.118 8**

Nonpriority creditor's name and mailing address

**Elizabeth Baudouin**
**555 N Rossmore Ave**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.118 9**

Nonpriority creditor's name and mailing address

**Elizabeth Bomberger**
**280 Park Ave S**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 0**

Nonpriority creditor's name and mailing address

**Elizabeth Braun**
**102 Cliff Ave**
**Pelham, NY 10803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 1**

Nonpriority creditor's name and mailing address

**Elizabeth Gross**
**12340 Montana Avenue**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 2**

Nonpriority creditor's name and mailing address

**Elizabeth Hsieh**
**921 N Ave 54**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

**Elizabeth Karp-Evans**
**212 Kingsland Avenue**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

**Elizabeth Mihelich**
**12241 Valleyheart Drive**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**Elizabeth Pangia**
**373 Park Ave S**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

**Elizabeth Schmidt**
**2325 N. Beachwood Dr**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**Elizabeth Viggiano Photography**
**616 North Flores Street Apt. 107**
**West Hollywood, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**Elizabeth W. Clark**
**3314 Old Roberts Mountain Road**
**Faber, VA 22938**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**Elizabeth Weizman**
**151 West 17th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1200**

**Nonpriority creditor's name and mailing address**
**Ella Marder**
**74 Hudson Ave**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1201**

**Nonpriority creditor's name and mailing address**
**Ellavate Interiors LLC**
**3814 S Redondo Blvd**
**Los Angeles, CA 90008**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1202**

**Nonpriority creditor's name and mailing address**
**Ellington smith**
**805 Saint Marks Avenue**
**Brooklyn, NY 11213**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1203**

**Nonpriority creditor's name and mailing address**
**Ellis Adams Group, Inc**
**1031 Hermosa Drive**
**Rockledge, FL 32955**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1204**

**Nonpriority creditor's name and mailing address**
**Elly Kramer**
**815 South Shenandoah Street**
**Los Angeles, CA 90035**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1205**

**Nonpriority creditor's name and mailing address**
**Emeco Industries, Inc**
**805 W Elm Avenue**
**Hanover, PA 17331**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1206**

**Nonpriority creditor's name and mailing address**
**Emerline Ji**
**111 Lawrence Street, Apt. 26E**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Emerson College**
**5960 W Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**Emil Ravelo**
**5845 Carlton Way**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

**Emiliano Granado Photography LLC**
**500 Waverly Avenue**
**Brooklyn, NY 11238**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

**Emilija Skarnulyte(Wire)**
**4 Aldor Ingebrigtsens veg**
**Tromso**
**NORWAY**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

**Emily Andrews**
**221 East 5th St**
**NEW YORK, NY 10003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**Emily Andrews Photography Corp**
**441 East 6th Street**
**New York, NY 10009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

**Emily Clementine**
**47 E. 74th St. 3F**
**New York, NY 10021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.121
4**

**Nonpriority creditor's name and mailing address**

**Emily Conner
3312 Loosmore Street
Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121
5**

**Nonpriority creditor's name and mailing address**

**Emily Dean
1976 N Bronson Ave
Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121
6**

**Nonpriority creditor's name and mailing address**

**Emily R Pellerin
445 Halsey St.
Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121
7**

**Nonpriority creditor's name and mailing address**

**Emma Isabella Ben-Yehuda Holley
2980 Allesandro Street
Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121
8**

**Nonpriority creditor's name and mailing address**

**Emma Pritchard
181 7th Ave 10C
New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121
9**

**Nonpriority creditor's name and mailing address**

**Emma Zander
8331 Colegio Drive
Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.122
0**

**Nonpriority creditor's name and mailing address**

**Emmor Assatti LLC
2 Kerry Ct Unit B
Vincentown, NJ 08088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**Empire CLS**
**225 Meadowlands Parkway**
**Secaucus, NJ 07094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

**Empire Facility Services**
**9520 Escondido Cyn. Rd.**
**Santa Clarita, CA 91390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

**Empire Merchants LLC (Online)**
**16 Bridgewater Street**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

**Employers Advantage LLC**
**PO Box 1545**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

**Employment Development Dept**
**PO Box 989061**
**West Sacramento, CA 95798-9061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

**Employment Practices Group LLC**
**275 Madison Avenue**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

**Emporium Leather Company, Inc.**
**501 Penhorn Avenue**
**Secaucus, NJ 07094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

**Encompass Digital Media Inc.**
**3845 Pleasantdale Road**
**Atlanta, GA 30368-7807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**Endeavor Content LLC**
**9601 Wilshire Boulevard**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**Engineered Solutions**
**23679 Calabasas Rd. #678**
**Calabasas, CA 91302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**Enso - Michelle Stewart**
**1888 Century Park East**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

**Enviro-Tote Inc**
**15 Industrial Drive**
**Londonderry, NH 03053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

**Envirogreen Solutions Inc**
**107 Georgie Avenue**
**Brooklyn, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

**Envizzo Inc.**
**215 Park Ave. S.**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1235**

**Nonpriority creditor's name and mailing address**

**Epic Wines & Spirits**
**200 concourse blvd**
**santa rosa, CA 95403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1236**

**Nonpriority creditor's name and mailing address**

**Eric Abensur**
**130 Ocean Park Blvd | Unit 431**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1237**

**Nonpriority creditor's name and mailing address**

**Eric Alperin**
**2270 Cavanagh Circle**
**Los Angeles, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1238**

**Nonpriority creditor's name and mailing address**

**Eric Baker**
**6040 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1239**

**Nonpriority creditor's name and mailing address**

**Eric Felix**
**53 Confederation Place**
**STATEN ISLAND, NY 10303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1240**

**Nonpriority creditor's name and mailing address**

**Eric Jantzen / Vertis Aviation LLC**
**644 North Gramercy Place**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1241**

**Nonpriority creditor's name and mailing address**

**Eric M. Reeves**
**5917 S Carver St**
**Seattle, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (if known)   **25-11937**

---

**3.124**
**2**

**Nonpriority creditor's name and mailing address**

**Eric Paull**
**1757 N Kingsley Dr**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124**
**3**

**Nonpriority creditor's name and mailing address**

**Eric Rustler**
**1635 North Martel Avenue**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124**
**4**

**Nonpriority creditor's name and mailing address**

**Eric Schwartau**
**234 Stanhope St**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124**
**5**

**Nonpriority creditor's name and mailing address**

**Erica Langston**
**3667 Clarington Ave 5**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124**
**6**

**Nonpriority creditor's name and mailing address**

**Erica Westley**
**175 2nd Street**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124**
**7**

**Nonpriority creditor's name and mailing address**

**Erika Brown**
**190 Devoe St**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124**
**8**

**Nonpriority creditor's name and mailing address**

**Erika Gesue**
**1 Worth Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**                                         Case number (if known)    **25-11937**
_____
Name

---

**3.1249**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Erin Hosler**
**875 10th Street NW 807**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1250**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Erin Levi**
**29 Birch Hill Road**
**Weston, CT 06883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1251**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Erin Sachse**
**326 Beirut Avenue**
**Pacific Pallisades, CA 90272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1252**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Erin Segal**
**1303 E 4th Ave**
**Salt Lake City, UT 84103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1253**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Erin Smith**
**4306 Latona Avenue**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1254**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ernest Enebi**
**c/o Ernest Enebi**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1255**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ernest Local Trucking Service**
**907 E 118 TH ST**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

**Ernest Wilson**
**6050 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 7**

**Nonpriority creditor's name and mailing address**

**Ernesto Roman**
**PO Box 320**
**Tannersville, NY 12485**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

**Ervin Cohen & Jessup LLP**
**9401 Wilshire Blvd. 9th Floor**
**Beverly Hllls, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

**Esperanza Vazquez**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

**ESPN**
**56 West 66th Street**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

**Espree Devora**
**1534 15th Street**
**Santa Monica, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

**Espresso Gears & Sons**
**7024 white oak ave**
**van nuys, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

**Espresso Primo Inc**
**15430 Cabrito Road**
**Los Angeles, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Essay Video LLC**
**2 Testa Place**
**Norwalk, CT 06854**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**Estate Wines Ltd**
**775 Baywood Drive**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**Estelle Lacroix**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Ethan Mark**
**1907 Canal St Apt. A**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Ethnio - Nate Bolt**
**1909 Rosalia Road**
**Los Angeles, CA 90927**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Eugene Kakaulin**
**138 Broadway 5G**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | | Case number (*if known*) | **25-11937** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eulogio Arzola**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eva Maria Daniels**
**215 West 10th Street Apt. 5B**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eva Pfeffer**
**836 Sanborn Ave.**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Evan Goldstein**
**1201 Broadway**
**New York City, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Evan Haros**
**1857 Echo Park Avenue**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Evan Krenzien**
**1550 N El Centro Ave**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Evan Tetreault**
**3544 The Paseo**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**

Name

Case number (*if known*)    **25-11937**

---

| 3.127 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Evelyn Hoffman**
**313 West 105th Street**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.127 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Even Magazine**
**12745 Hanover Street**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.127 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eventup, Inc.**
**600 West Chicago Ave.**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.128 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Everett Fitzpatrick**
**Fitzpatrick, Everett**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.128 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Everybody.World LLC**
**2404 Wilshire Blvd. PHA**
**LOS ANGELES, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.128 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Evoke**
**4250 Wilshire Blvd**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.128 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Evolutionary Media Group**
**4201 Holly Knoll Drive**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

**Exclusive Lighting & Electric, Inc**
**933 McDonald Ave**
**Brooklyn, NY 11218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

**Executive Security Professionals, Inc.**
**530 South Lake Avenue, Suite 852**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**Expand Entertainment**
**2046 Hillhurst Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**Exposure NY Inc.**
**100 Crosby Street**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**Extraordinary Families**
**221 North Ardmore Avenue**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**Extreme Reach Inc**
**75 2nd Avenue**
**Needham, MA 02494**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

**EZ Vans**
**PO Box 6811**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.129
1**

**Nonpriority creditor's name and mailing address**

**Ezra Reich**
**114 Horseshoe Hill Road**
**Pound Ridge, NY 10576**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129
2**

**Nonpriority creditor's name and mailing address**

**F. W. Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129
3**

**Nonpriority creditor's name and mailing address**

**Fabrica Collective LLC**
**110 East 25th St**
**New York, NY 10010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129
4**

**Nonpriority creditor's name and mailing address**

**Fabrice Martinez**
**1215 Reynolds Dr.**
**Glendale, CA 91205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129
5**

**Nonpriority creditor's name and mailing address**

**Fabricut**
**361 1/2 Doheny Dr**
**Beverly Hills, CA 90211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129
6**

**Nonpriority creditor's name and mailing address**

**Facade Agency, LLC**
**83 Eldridge St**
**New York, NY 10002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129
7**

**Nonpriority creditor's name and mailing address**

**FACTOR LAW INC**
**33 W MONROE SUITE 400**
**Chicago, IL 60603**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (*if known*)  **25-11937**
_____

---

| 3.129 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Faculty Department Inc**
**444 North Avenue 51**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**faith XLVII**
**721 Echo Park Terrace**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fame and Partners Inc.**
**411 N Venice Blvd.**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fanfare Creative**
**4143 Via Marina #416**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fares Floral & Events**
**47 74th street Apt 47A**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Farfetch**
**Attn: Anthony Denaro**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Farid Efraim**
**142 N Hudson Ave.**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (if known)   **25-11937**

---

**3.130
5**

**Nonpriority creditor's name and mailing address**

**Farm Wine Imports**
**1332 Fourth St.**
**Berkeley, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130
6**

**Nonpriority creditor's name and mailing address**

**Farmshop Commissary**
**225 26th Street**
**Santa Monica, CA 90402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130
7**

**Nonpriority creditor's name and mailing address**

**Faro Films LLC**
**5 East Main Street**
**Stony Point, NY 10980**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130
8**

**Nonpriority creditor's name and mailing address**

**FastLights, LLC**
**47 J Street**
**Turners Falls, MA 01376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130
9**

**Nonpriority creditor's name and mailing address**

**FastRock LLC**
**11601 Wilshire Blvd. ste 1840**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131
0**

**Nonpriority creditor's name and mailing address**

**Fathomers**
**2223 W Oak St**
**Burbank, CA 91506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131
1**

**Nonpriority creditor's name and mailing address**

**FCIP HOLDCO LLC**
**86th 12th ST 4B**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Federman Steifman LLP**
**6080 Jericho Turnpike Ste 101**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**FEDEX**
**Federal Express**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**Feffer Geo Consulting Inc.**
**1990 S Bundy Dr**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Feichi Shen**
**2667 Queen St.**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**Felicia Pride**
**1204 N New Hampshire Ave**
**Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**Felipe Fabian Edgardo Gonz lez Avila**
**83 Canal Street**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

**Fender Musical Instruments Corporation**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
**Fermata Entertainmen**
**Binta Niambi Brown**
**Cornwall, NY 12518**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 0**

**Nonpriority creditor's name and mailing address**
**Ferron Salniker**
**2825 1/2 Hillcrest Dr**
**Los Angeles, CA 90016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 1**

**Nonpriority creditor's name and mailing address**
**FGS Global (US) LLC**
**909 3rd Avenue**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 2**

**Nonpriority creditor's name and mailing address**
**Fidelity Security Services**
**Fidelity Security Services, Inc.**
**Santa Clarita, CA 91380**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 3**

**Nonpriority creditor's name and mailing address**
**Finance Commissioner**
**Dept of Finance Commissioner**
**New York, NY 10261**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 4**

**Nonpriority creditor's name and mailing address**
**FINE ART SOLUTIONS INC**
**3463 East 26th Street**
**Vernon, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 5**

**Nonpriority creditor's name and mailing address**
**Finery**
**915 Mateo St. Unit 201**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.132 6**

Nonpriority creditor's name and mailing address

**Finishing Concepts Inc.**
**1230 Monterey Pass Road**
**Monterey Park, CA 91754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 7**

Nonpriority creditor's name and mailing address

**Fink Entertainment LLC**
**2024 S Garth Avenue**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 8**

Nonpriority creditor's name and mailing address

**Finley Consulting Group, Inc.**
**330 Wilshire Blvd**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 9**

Nonpriority creditor's name and mailing address

**FIRAS MOUSTAPHA**
**373 Park Avenue South**
**New York, NY 10154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 0**

Nonpriority creditor's name and mailing address

**Fire Department of New York (Online)**
**9 Metro Tech Center**
**Brooklyn, NY 11201-3857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 1**

Nonpriority creditor's name and mailing address

**Firecracker Marketing LLC**
**319 South 17th Street**
**Nashville, TN 37206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 2**

Nonpriority creditor's name and mailing address

**FIRST CLASS INTERIOR CLEANERS**
**554 Glenwood Avenue**
**Teaneck, NJ 07666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.133
3**

**Nonpriority creditor's name and mailing address**

**Five Oceans Capital SO2 LLC**
**100 Wilshire Blvd., Suite 1270**
**Santa Monica, CA 90401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
4**

**Nonpriority creditor's name and mailing address**

**Five S Properties, Ltd.**
**5100 San Felipe Street**
**Houston, TX 77056**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
5**

**Nonpriority creditor's name and mailing address**

**Fivepals, Inc.**
**PO Box 21529**
**New York, NY 10087-1529**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
6**

**Nonpriority creditor's name and mailing address**

**Flamingo Estate Organics, Inc**
**5634 North Figueroa Street**
**Los Angeles, CA 90042**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
7**

**Nonpriority creditor's name and mailing address**

**Flat Iron Building Group Inc.**
**37 Advance Road**
**Toronto**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
8**

**Nonpriority creditor's name and mailing address**

**Flatiron 23rd Street Partnership DMA INC**
**230 5th Avenue**
**New York, NY 10001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
9**

**Nonpriority creditor's name and mailing address**

**Flavien Siliki**
**315 S La Fayette Park Place, APT. 315**
**Los Angeles, CA 90057**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

**Fleurs Bella LLC**
**55 East 11th Street**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

**Floating Frog LLC**
**c/o Irene Vega**
**Tarrytown, NY 10591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 2**

**Nonpriority creditor's name and mailing address**

**Flora Guillon**
**78 Vanderbilt Avenue, apt 1**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

**FLORAL CRUSH STUDIO, LLC**
**746 South Los Angeles Street**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**Floratorium LLC**
**166 Helm Avenue**
**Wood-Ridge, NJ 07075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**Florence Granteral Fall**
**1236 N Flores St**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**Florida Power and Light (Online)**
**General Mail Facility**
**Miami, FL 33188-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (if known) **25-11937**

---

**3.134
7**

**Nonpriority creditor's name and mailing address**

**Flower Girl NYC**
**245 Eldridge Street**
**New york, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134
8**

**Nonpriority creditor's name and mailing address**

**Flowerboy Project**
**824 Lincoln Blvd**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134
9**

**Nonpriority creditor's name and mailing address**

**Flowerbx USA Limited**
**9-20 35th Ave Suite 1C**
**Long Island City, NY 11106**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
0**

**Nonpriority creditor's name and mailing address**

**Flowers Gallery**
**PO Box 1203**
**New York, NY 10113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
1**

**Nonpriority creditor's name and mailing address**

**Flue Steam Inc.**
**Flue Steam Inc**
**Culver City, CA 90230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
2**

**Nonpriority creditor's name and mailing address**

**Flushing Lighting Fixture CO.**
**134-23 Northern Blvd**
**Flushing, NY 11354**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
3**

**Nonpriority creditor's name and mailing address**

**Flux Creative LLC**
**2554 Lincoln Blvd**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.135
4**

Nonpriority creditor's name and mailing address

**Flying Television - Lori Levine
137 East 15th Street
New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
5**

Nonpriority creditor's name and mailing address

**FN LLC
4761 W 12th St
Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
6**

Nonpriority creditor's name and mailing address

**FNBTech, Inc.
655 Oak Grove Ave Unit 880
Menlo Park, CA 94026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
7**

Nonpriority creditor's name and mailing address

**FNCTN
501 5th Ave. S.
Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
8**

Nonpriority creditor's name and mailing address

**FNDR
601 Crestmoore Place
Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
9**

Nonpriority creditor's name and mailing address

**Focus Lighting
221 West 116th Street
New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136
0**

Nonpriority creditor's name and mailing address

**Folasade Adeoso
917 North Bonnie Brae Street
Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.136**
**1**

**Nonpriority creditor's name and mailing address**

**Folded Victory LLC**
**16 Justin Road**
**New York, NY 10528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136**
**2**

**Nonpriority creditor's name and mailing address**

**Foliage Garden**
**120 West 28th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136**
**3**

**Nonpriority creditor's name and mailing address**

**Foot Locker Retail, Inc.**
**Attn: Jowell Palladino**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136**
**4**

**Nonpriority creditor's name and mailing address**

**For Office Use Only**
**49 Elizabeth Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136**
**5**

**Nonpriority creditor's name and mailing address**

**FormDecor**
**5600 Argosy Avenue**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136**
**6**

**Nonpriority creditor's name and mailing address**

**Forsyth Decorators INC.**
**316 Roebling st**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136**
**7**

**Nonpriority creditor's name and mailing address**

**Fort Greens Farm**
**19 North Oxford Street**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1368**

**Nonpriority creditor's name and mailing address**
**Forte Payments**
**500 W Bethany Dr**
**Allen, TX 75013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1369**

**Nonpriority creditor's name and mailing address**
**Fortessa Tableware Solutions, LLC**
**20412 Bashan Drive**
**Ashburn, VA 20147**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1370**

**Nonpriority creditor's name and mailing address**
**Fortune Media Corporation**
**40 Fulton Street**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$158,000.00**

---

**3.1371**

**Nonpriority creditor's name and mailing address**
**Foster LLC**
**947 Sonehill Lane**
**Los Angeles, CA 90049**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1372**

**Nonpriority creditor's name and mailing address**
**Fotohouse**
**Kurfurstendamm 178**
**Berlin**
**Germany**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$84,223,503.12**

---

**3.1373**

**Nonpriority creditor's name and mailing address**
**Founders Factory**
**77 Bowery St**
**NY, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1374**

**Nonpriority creditor's name and mailing address**
**Four In Hand**
**1756 Micheltorena St.**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**Four Star Seafood LAX, Inc.**
**1315 Egbert Ave,**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**Fox Rothschild LLP**
**Attn: Accounts Receivable - 72**
**Philadelphia, PA 19103-3222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

**Foxtrot Studio**
**1639 Southwest Boulevard**
**Kansas City, KS 66103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

**Fragomen, Del Rey, Bernsen & Loewy, LLP**
**90 Matawan Road**
**Matawan, NJ 07747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

**Franchise Tax Board**
**PO BOX 942857**
**Sacramento, CA 94257-0531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

**Francisco Diaz**
**903 Rosemont Ave**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

**Francisco Gonzalez**
**233 W 140th St**
**New York, NY 10030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.138 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Francisco MacMurtrie**
**111 Pioneer Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Frank Montes dba FM Design**
**877 W El Repetto B74**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Frank Toma Construction Inc.**
**518 La Casita Ln.**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Franklin Hartzell**
**932 Wilson St**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Franks WLA Inc.**
**10559 Santa Monica Blvd.**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fraser Design Consultants (BWF)**
**105 Kearney Avenue**
**Jersey City, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Frederic Lovenskiold**
**171 Suffolk Street**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1389**

**Nonpriority creditor's name and mailing address**

**Frederick A. McNeill**
**3777 Cimarron Street**
**Los Angeles, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1390**

**Nonpriority creditor's name and mailing address**

**Frederick Wildman & Sons LTD**
**111 Broadway, Suite 1102**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1391**

**Nonpriority creditor's name and mailing address**

**Freedman's**
**2619 Sunset Blvd**
**Los Angeles, LA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1392**

**Nonpriority creditor's name and mailing address**

**Fresh Northwest Designs**
**915 26th Avenue NW**
**Gig Harbor, WA 98335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1393**

**Nonpriority creditor's name and mailing address**

**Freshly Foraged Produce**
**19216 Bension Dr.**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1394**

**Nonpriority creditor's name and mailing address**

**FRNDS ONLY LLC**
**1301 Clay Street 70531**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1395**

**Nonpriority creditor's name and mailing address**

**From the Source**
**58-25 52nd Avenue**
**Woodside, NY 11377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1396**

**Nonpriority creditor's name and mailing address**

**Fron Side Solutions**
**3581-F GREENTREE CIRLCLE**
**Anaheim, CA 92804**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1397**

**Nonpriority creditor's name and mailing address**

**FRONTIER COMMUNICATIONS HOLDINGS LLC**
**401 Merritt 7**
**Norwalk, CT 06851**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1398**

**Nonpriority creditor's name and mailing address**

**Fruit of the Vines, inc.**
**51-02 Vernon Blvd**
**Long island City, NY 11101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1399**

**Nonpriority creditor's name and mailing address**

**Fulfillment Fund**
**433 N. Camden Drive, Suite 505 Beverly H**
**Beverly Hills, CA 90210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1400**

**Nonpriority creditor's name and mailing address**

**Funding Gates**
**173 North 8th Street**
**Brooklyn, NY 11211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1401**

**Nonpriority creditor's name and mailing address**

**Furey Financial Services**
**648 Oceanview Rd**
**Brielle, NJ 08730**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1402**

**Nonpriority creditor's name and mailing address**

**Furniture Consultants**
**1450 Broadway, 25th Floor**
**New York, NY 10018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

**Furniture Repair 911**
**916 Idlewood Road**
**Glendale, CA 91202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

**Further Products Inc.**
**P.O. BOX 1118**
**South Pasadena, CA 91031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**FusionStorm**
**124 Grove Street**
**Franklin, MA 02038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**GABBY MCINTOSH HOSTESS (THE TREAT GABBY)**
**160 E 26th St**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**

**Gabe Tapia**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

**Gabell Beaver LLC**
**1207 Delaware Avenue, Unit 2**
**Wilmington, DE 19806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

**Gabriel Alves De Rosa**
**4206 York Boulevard**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.141 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gabriel Eugene**
**300 East 39th Street**
**Brooklyn, NY 11203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gabriel Nivera Photography**
**1389 North Marengo Avenue**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gabriella Ferraresso**
**630 N Grand Ave**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gabriella Hughes**
**5011 Monte Vista Street APT 302**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gabrielle Sirkin**
**808 1/4 Lucile Avenue**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gabrielle Williams**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Galeria Alfredo Ginocchio**
**17147 N. Bayshore DR.**
**Miami, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1417**

**Nonpriority creditor's name and mailing address**

**Galley Los Angeles**
**748 vernon ave**
**venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1418**

**Nonpriority creditor's name and mailing address**

**Gangi Plumbing and Heating Contractors,**
**6901 10th Ave**
**Brooklyn, NY 11228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1419**

**Nonpriority creditor's name and mailing address**

**Gardiner & Theobald, Inc.**
**535 5th Avenue**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1420**

**Nonpriority creditor's name and mailing address**

**Garrett Gutierrez**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1421**

**Nonpriority creditor's name and mailing address**

**Garrett McConnell**
**5-09 48th Avenue**
**Long Island City, NY 11109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1422**

**Nonpriority creditor's name and mailing address**

**Garrett Miller**
**257 Gold Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1423**

**Nonpriority creditor's name and mailing address**

**Garrick Bernstein**
**129 West 29th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor   **Neuehouse Inc.**                                                Case number (*if known*)   **25-11937**
_____
Name

---

**3.142 4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Garth Management Group, LLC**                                     ☐ Contingent
**10800 Crenshaw Boulevard Apt. 23**                               ☐ Unliquidated
**Inglewood, CA 90303**                                            ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                                 Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.142 5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Gastro Garage**                                                  ☐ Contingent
**13700 Tahiti Way**                                               ☐ Unliquidated
**Marina Del Ray, CA 90292**                                       ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                                 Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.142 6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Gastronome Catering**                                            ☐ Contingent
**142 bank street**                                                ☐ Unliquidated
**new york, NY 10014**                                             ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                                 Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.142 7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Gavin Kelleher Marciello**                                       ☐ Contingent
**1007 manzanita street**                                          ☐ Unliquidated
**los angeles, CA 90029**                                          ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                                 Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.142 8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Gawker Media Group LLC**                                         ☐ Contingent
**114 Fifth Avenue, 2nd Floor**                                    ☐ Unliquidated
**New York, NY 10011**                                             ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                                 Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.142 9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**GCS Equity LLC**                                                 ☐ Contingent
**317 S Broadway, #1**                                             ☐ Unliquidated
**Los Angeles, CA 90013**                                          ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                                 Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.143 0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Gelato Festival**                                                ☐ Contingent
**15500 South Broadway**                                           ☐ Unliquidated
**Gardena, CA 90248**                                              ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                                 Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.143**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Gena Swint**<br>**2300 Beverly Boulevard Apt #322**<br>**Los Angeles, CA 90057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **General Catalyst**<br>**67 Thompson St.**<br>**New York, NY 10012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **General Plating Co.**<br>**1313 Mirasol Street**<br>**Los Angeles, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Genl Inc**<br>**250 W. 146th St.**<br>**New York, NY 10039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Geoevent, LLC**<br>**7139 Hazeltine Avenue apt. 217**<br>**Los Angeles, CA 91405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Geoffrey Christiansen**<br>**60 W 57th St**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **George Clinton**<br>**400 Capital Circle Southeast**<br>**Tallahassee, FL 32301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1438**

**Nonpriority creditor's name and mailing address**

**Georges Florus**
**257 West 139th Street**
**New York, NY 10030**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1439**

**Nonpriority creditor's name and mailing address**

**Gerrity Group, LLC**
**973 Lomas Santa Fe Drive**
**Solana Beach, CA 92075**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1440**

**Nonpriority creditor's name and mailing address**

**GES Equity LLC**
**9777 Wilshire Blvd., Ste. 811**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1441**

**Nonpriority creditor's name and mailing address**

**Get Me Out Productions**
**7326 Santa Monica Boulevard**
**West Hollywood, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1442**

**Nonpriority creditor's name and mailing address**

**Getika Solutions LLC**
**710 Morris Park Ave**
**Bronx, NY 10462**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1443**

**Nonpriority creditor's name and mailing address**

**Getppl, Inc.**
**Attn: Andrew Silberstein**
**Brooklyn, NY 11216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1444**

**Nonpriority creditor's name and mailing address**

**Gettleson, Witzer & O'Connor**
**Attn: Time's Up**
**Encino, CA 91436**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.144
5**

**Nonpriority creditor's name and mailing address**

**Getty Images(US), Inc
605 5th Avenue South,Suite 400
Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144
6**

**Nonpriority creditor's name and mailing address**

**ghd
2659 Townsgate Rd
Westlake Village, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144
7**

**Nonpriority creditor's name and mailing address**

**GHP
475 Heffernan Drive
West Haven, CT 06516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144
8**

**Nonpriority creditor's name and mailing address**

**Gi Step Records Inc.
361 Metropolitan Ave
BROOKLYN, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144
9**

**Nonpriority creditor's name and mailing address**

**Gideon Jacobs
1721 Hart Street
Queens, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145
0**

**Nonpriority creditor's name and mailing address**

**Gideon Lang-Laddie
409 N Palm Dr
Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145
1**

**Nonpriority creditor's name and mailing address**

**Gidich & Sepulveda Architecture
188 E Franklin TPKE
HO HO Kus, NJ 07423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.145 2**

**Nonpriority creditor's name and mailing address**

**Gil Weisblum**
**801 Glenmont Avenue**
**Los Angeles, CA 90024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 3**

**Nonpriority creditor's name and mailing address**

**Gilah Yelin Hirsch**
**2412 Oakwood Avenue**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 4**

**Nonpriority creditor's name and mailing address**

**Gildea & Ivanis LLP**
**535 Fifth Avenue**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

**Gina Moreno Valle**
**25 5th Ave, Apt 14C**
**New York, NY 10003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

**Gingy, Inc.**
**CSC Business Management**
**Encino, CA 91435**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 7**

**Nonpriority creditor's name and mailing address**

**Ginn Choe**
**93 Henry Street**
**New York, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 8**

**Nonpriority creditor's name and mailing address**

**Girl & Dug Farm Inc.**
**3588 N Twin Oaks Valley Rd**
**San Marcos, CA 92069-9743**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1459**

**Nonpriority creditor's name and mailing address**

**Gjusta**
**314 Sunset Ave**
**VENICE, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1460**

**Nonpriority creditor's name and mailing address**

**Glassdoor, Inc.**
**Department 3436**
**Dallas, TX 75312-3436**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1461**

**Nonpriority creditor's name and mailing address**

**Glenn D. Adamson**
**365 ST Johns Place**
**Brooklyn, NY 11238**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1462**

**Nonpriority creditor's name and mailing address**

**Global Audio Systems**
**30 Howard Place**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1463**

**Nonpriority creditor's name and mailing address**

**Global Equipment Company**
**29833 Network Place**
**Chicago, IL 60673-1298**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1464**

**Nonpriority creditor's name and mailing address**

**Global Industries**
**2505 Mill Center Parkway**
**Sugar Hill, GA 30518**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1465**

**Nonpriority creditor's name and mailing address**

**Global Music Rights, LLC**
**1100 Glendon Ave**
**Los Angeles, CA 90024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.146 6**

**Nonpriority creditor's name and mailing address**

**GLS Companies**
**6845 Winnetka Circle**
**Brooklyn Park, MN 55428**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.146 7**

**Nonpriority creditor's name and mailing address**

**Go Campaign**
**2461 Santa Monica Blvd.**
**Santa Monica, CA 90404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.146 8**

**Nonpriority creditor's name and mailing address**

**Go Fish Market LTD**
**177 Hardenburgh Avenue**
**Demarest, NJ 07627**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.146 9**

**Nonpriority creditor's name and mailing address**

**Go Fitness Media Inc.**
**245 5th Ave Suite 1102**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.147 0**

**Nonpriority creditor's name and mailing address**

**Gold Sky Productions, Inc.**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.147 1**

**Nonpriority creditor's name and mailing address**

**Goldberg Segalla LLP**
**665 Main Street**
**Buffalo, NY 14203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.147 2**

**Nonpriority creditor's name and mailing address**

**Golden Pig Collection LLC**
**1637 Range Rd**
**Oxnard, CA 93036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.147 3**

**Nonpriority creditor's name and mailing address**

**Golden State Wine Co.**
**16311 Stagg St.**
**Van Nuys, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

**Golenbock Eiseman Assor Bell & Pescoe LL**
**711 Third Ave**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**Golenbock, Eiseman, et al**
**711 Third Avenue**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,656.00**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**GONG MUSIC Culture & Entertainment Inc.**
**34-22 42nd Street**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Gonzalo de la Pezuela**
**7200 Selkirk Drive**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Good Decisions Inc.**
**c/o Tanton Group CPAS LLP**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Good Fast Cheap Productions Inc.**
**646 W. 207TH ST #2**
**New York, NY 10034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Good Political**
**11500 RED BRICK COURT**
**Providence Forge, VA 23140**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Goodwin Recruiting**
**4 Center Street**
**Exeter, NH 03833**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**Gordon Rees Scully Mansukhani, LLP**
**100 Pringle Avenue**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Gotham Seafood Corp**
**1049 Lowell Street**
**Bronx, NY 10459**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**Gouda, Incorporated**
**27 East 21st Street**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**Gould & Ratner LLP**
**222 North LaSalle Street, Suite 300**
**Chicago, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**GOURMET IMPORTS**
**PO BOX 1506**
**S PASADENA, CA 91031**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1487**

**Nonpriority creditor's name and mailing address**
**GRACE KTOWN**
**2022 W Sunset Blvd. Apt 401**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1488**

**Nonpriority creditor's name and mailing address**
**Grace Lee**
**5200 Wilshire Blvd**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1489**

**Nonpriority creditor's name and mailing address**
**Gradient Experiential LLC**
**150 W 28th St. Suite 200**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1490**

**Nonpriority creditor's name and mailing address**
**Graham Penniman**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1491**

**Nonpriority creditor's name and mailing address**
**Grainger**
**Dept 885858228**
**Palatine, IL 60038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1492**

**Nonpriority creditor's name and mailing address**
**Gramercy Creative, LLC**
**100 Maspeth Ave**
**Brooklyn, NY 11211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1493**

**Nonpriority creditor's name and mailing address**
**Gran Tivoli LLC**
**406 Broome St.**
**New York, NY 10472-3269**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.149
4**

**Nonpriority creditor's name and mailing address**

**Grand Cru Selections LLC
584 Broadway
New York, NY 10012**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.149
5**

**Nonpriority creditor's name and mailing address**

**Grandes Places Selections
584 Broadway
New York, NY 10012**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.149
6**

**Nonpriority creditor's name and mailing address**

**Grassland Botanicals, Inc.
60 29th Street
San Francisco, CA 94110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.149
7**

**Nonpriority creditor's name and mailing address**

**Gravity Hill
282 Grand Street
New York, NY 10002**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.149
8**

**Nonpriority creditor's name and mailing address**

**Gray Fox Flooring
252 West 37 th Street 5th Floor
New York, NY 10018**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.149
9**

**Nonpriority creditor's name and mailing address**

**Gray V
1098 W. Willow St.
Louisville, CO 80027**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150
0**

**Nonpriority creditor's name and mailing address**

**Grdloc Partners LLC
1024 Bayside Drive, Suite 402
Newport Beach, CA 92660**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.150**
**1**

Nonpriority creditor's name and mailing address
**GRECO DECOR INC.**
**2750 Casitas Avenue**
**Los Angeles, CA 90039**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150**
**2**

Nonpriority creditor's name and mailing address
**Green Farms California, LLC**
**2652 Long beach Ave**
**Los Angeles, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150**
**3**

Nonpriority creditor's name and mailing address
**Green Key LLC**
**136 Madison Ave**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150**
**4**

Nonpriority creditor's name and mailing address
**Green Spiegel US**
**1524 Delancey St., 4th Fl**
**Philadelphia, PA 19102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150**
**5**

Nonpriority creditor's name and mailing address
**Greenberg Traurig LLC**
**The Tabor Center**
**Denver, CO 80202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150**
**6**

Nonpriority creditor's name and mailing address
**Greenchance Inc.**
**4200 Marshall Road**
**Garden Valley, CA 95633**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150**
**7**

Nonpriority creditor's name and mailing address
**Greenmantle LLC**
**Attn: Morgan Mengini**
**Austin, TX 78749**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.150
8**

**Nonpriority creditor's name and mailing address**

**Greenwash Dry Cleaners, Inc.**
**3845 San Fernando Road**
**Glendale, CA 91204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150
9**

**Nonpriority creditor's name and mailing address**

**Greg Poole**
**4404 6th Ave, Apt 4C**
**Brooklyn, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151
0**

**Nonpriority creditor's name and mailing address**

**Greg Stikeleather**
**1905 Wilcox Ave.**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151
1**

**Nonpriority creditor's name and mailing address**

**Gregory Barasia**
**15 William Street #31A**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151
2**

**Nonpriority creditor's name and mailing address**

**Gregory Barris**
**970 Everett Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151
3**

**Nonpriority creditor's name and mailing address**

**Gregory Davalos**
**530 N Genesee Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151
4**

**Nonpriority creditor's name and mailing address**

**Gregory Eagles**
**5826 Carlton Way**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**Gregory Poole**
**4404 6th Ave, Apt 4C**
**Brooklyn, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**Gregory Thomaier**
**400 W 12th St**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Grille Room Trading Ltd Bill (WIRE)**
**C/O Pas Accountants Ltd, 2nd Floor, The**
**London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

**Gringer and Sons**
**29 First Avenue**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

**Grisoro Studio,LLC**
**1133 Broadway, Suite 1111**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**Groundwork Coffee Roasters, LLC**
**Groundwork Coffee**
**No. Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**Group Guru LLC**
**Attn: Josh Seegopaul**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**GSJ Believer**
**37-06 89 St.**
**Queens, NY 11372**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

**GSW T-FREE LLC**
**1507 7TH STREET STE. 490**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

**Guanabacoa Records**
**319E 21 street Apt-3C**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**Guillermo Villarreal**
**5309 Coldwater Canyon Ave**
**Sherman Oaks, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Guitar Center Stores, inc**
**5795 Lindero Canyon Rd**
**Westlake Village, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Gumbie Inc - Ben Koldyke**
**16426 Akron Street**
**Los Angeles, CA 90272**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**Gurney's**
**290 Old Montauk Highway**
**Montauk, NY 11954**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1529**

**Nonpriority creditor's name and mailing address**
**Guy Merin**
**839 Brooks Ave**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1530**

**Nonpriority creditor's name and mailing address**
**GV Art Conservation LLC**
**45 East 89th Street**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1531**

**Nonpriority creditor's name and mailing address**
**H&S Electric, Inc.**
**27895 Smyth Drive**
**Valencia, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1532**

**Nonpriority creditor's name and mailing address**
**H2o Coolers**
**2118 Avenue U**
**Brooklyn, NY 11229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1533**

**Nonpriority creditor's name and mailing address**
**Haber Law, P.A.**
**251 Northwest 23rd Street**
**Miami, FL 33127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1534**

**Nonpriority creditor's name and mailing address**
**Haber Law, P.A.**
**251 Northwest 23rd Street**
**Miami, FL 33127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1535**

**Nonpriority creditor's name and mailing address**
**Habit Wine Company**
**PO Box 11106**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**Hachette Book Group**
**53 State Street**
**Boston, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Hakan Chocolatier**
**462 Main Street**
**Beacon, NY 12508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**Ham Hawk Inc**
**8220 Pershing Drive**
**Los Angeles, CA 90293**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**Hamlin's Custom Beverages, Inc**
**2631 S La Cienega Blvd**
**Los Angeles, CA 90034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**Hammer Museum**
**10899 Wilshire Boulevard**
**Los Angeles, CA 90024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**Hammerling Wines**
**PO Box 11106**
**oakland, CA 94611-0106**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

**Hammers & Strings Tuning and Piano Care**
**14950 Mankato Street**
**Los Angeles, CA 91345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|--------|--------------------|--|--------------------------|--------------|
| | Name | | | |

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

**Hand & Rose, LLC**
**327 N Boylston St**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

**Hand Baldachin & Associates LLP**
**1325 Ave. of the Americas, 28th FLoor**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

**Hand Painted Signs by Johnathan**
**13511 Flomar Dr.**
**Whittier, CA 90605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

**Handsome Group**
**7421 Laurel Canyon Blvd.**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 7**

**Nonpriority creditor's name and mailing address**

**Hank Willis Thomas**
**323 West 39th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 8**

**Nonpriority creditor's name and mailing address**

**Hanna Leace**
**5700 West 6th Street**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154 9**

**Nonpriority creditor's name and mailing address**

**Hannah Lee**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Neuehouse Inc.**
_____
Name

Case number (*if known*)   **25-11937**

---

| 3.155 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hannah Stouffer**
**801 N. Occidental Blvd.**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.155 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hao Nguyen**
**5360 Tree Crest Court**
**Mississauga, ON L5R3Z6**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.155 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Haoyang Qu**
**22 Beaver Dam Dr**
**Sicklerville, NJ 08081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.155 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Happy Hour Tequila Seltzer**
**510 Robertson Boulevard**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.155 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Happy Socks North America, Inc.**
**900 THIRD AVENUE**
**NEW YORK, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.155 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Haralux, LLC**
**530 west 30th Street**
**New york, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.155 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harbor Distributing LLC**
**Neuehouse Hollywood LLC**
**Los Angeles, CA 90028-6442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Hard Knot Life Massage therapy**
**124 South Bushnell Avenue**
**Alhambra, CA 91801**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Harness Inc.**
**4640 Admiralty Way**
**Marina del Rey, CA 90292**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**Harney & Sons Tea Corporation**
**5723 Route 22**
**Millerton, NY 12546**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**Harrison Keithline**
**451 E 22nd St**
**Brooklyn, NY 11226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**Harsha Chanrai**
**224 Wythe Ave Apt. 72E**
**Brooklyn, NY 11249**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**Hartford Fire Insurance Co.**
**PO Box 660916**
**Dallas, TX 75266-0916**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$222,424.98

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**Hartford Fire Insurance Company (Auto-De**
**PO Box 660916**
**Dallas, TX 75266-0916**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**Harvey Schwartz**
**40 Mercer street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**Hatch Edit Inc.**
**1030 N Spaulding Ave**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**Hatteras**
**56 Park Road**
**Tinton Falls, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**Hauser Wirth & Schimmel Inc.**
**901 East 3rd St**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**Hawkins Mikita**
**c/o Bemel, Ross & Klein, LLP**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**Hawkridge Capital Management, L.P.**
**156 West 56th Street**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**Hay! Straws**
**601 Van Ness Ave**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.157**
**1**

**Nonpriority creditor's name and mailing address**

**Hayek Studio**
**1932 N Grace Ave**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.157**
**2**

**Nonpriority creditor's name and mailing address**

**Hayley Rynehart**
**371 Madison St**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.157**
**3**

**Nonpriority creditor's name and mailing address**

**Hayma Washington**
**Screecherspix Productions**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.157**
**4**

**Nonpriority creditor's name and mailing address**

**HB Alumisin**
**145 East 48th Street**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.157**
**5**

**Nonpriority creditor's name and mailing address**

**HCB Media LLC**
**2011 Alvarado Street**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.157**
**6**

**Nonpriority creditor's name and mailing address**

**HCH Comm LLC**
**2846 Royal Palm Avenue**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.157**
**7**

**Nonpriority creditor's name and mailing address**

**Health Equity**
**15 West Scenic Pointe Drive**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,637.97**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.157 8**

**Nonpriority creditor's name and mailing address**
**Health Equity. (Auto debit)**
**15 West Scenic Pointe Dr.**
**Draper, UT 84020**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 9**

**Nonpriority creditor's name and mailing address**
**Heather Bardocz**
**5420 Harold Way**
**Los Angeles, CA 90027**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 0**

**Nonpriority creditor's name and mailing address**
**Heather Lenz**
**Lenz Films**
**Orange, CA 92868**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 1**

**Nonpriority creditor's name and mailing address**
**Heather Peterson**
**1654 1/2 Lucile Ave.**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 2**

**Nonpriority creditor's name and mailing address**
**Heather Regnier**
**2525 Verbana Dr.**
**Los Angeles, CA 90068**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 3**

**Nonpriority creditor's name and mailing address**
**Heavy Furniture**
**117 S. 4th Street - BR**
**Brooklyn, NY 11249**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 4**

**Nonpriority creditor's name and mailing address**
**Heavy Sheet Productions**
**1490 Silverwood Drive**
**Los Angeles, CA 90041**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

**Heidi Lawden**
**3542 Greenwood Avenue**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**Heidi Sandi**
**1000 Peachtree Street Northeast**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Hello Artists LLC**
**11123 SE Yamhill St.**
**Portland, OR 97216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Hendrix Consulting, LLC**
**9630 Bolton Ave**
**Riverside, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Henry Printing + Graphic, Inc.**
**6124 Sunset Boulevard**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Herbie Hancock Institute of Jazz**
**5225 Wisconsin Avenue Northwest**
**Washington, DC 20015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Here Publishing Inc.**
**Pride Media. Attn: James Ilario**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Herk Edwards, Inc.**
**23822 Hawthorne Boulevard**
**Torrance, CA 90505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**Herman & Beinin**
**3361 Park Avenue**
**Wantagh, NY 11793**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

**Hermano Flower Shop**
**28621 Avenida La Vista**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

**Herrick, Feinstein LLP**
**2 Park Avenue**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

**Hersh Mannis LLP**
**9150 Wilshire Blvd.. Suite 209**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 7**

**Nonpriority creditor's name and mailing address**

**Heso Electrical Inc**
**19-10 Hazen Street**
**East Elmhurst, NY 11370**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

**Hessney and Co**
**421 Hudson Street**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1599**

**Nonpriority creditor's name and mailing address**

**Hewlett-Packard Financial Services Co**
**P.O. Box 402582**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1600**

**Nonpriority creditor's name and mailing address**

**High Beauty, Inc**
**406 Talbot Avenue**
**Santa Rosa, CA 95405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1601**

**Nonpriority creditor's name and mailing address**

**High Performance**
**6519 Metropolitan Avenue**
**Middle Village, NY 11379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1602**

**Nonpriority creditor's name and mailing address**

**Hillary Capps**
**1685 Gates Ave**
**Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1603**

**Nonpriority creditor's name and mailing address**

**HJ Public Relations Inc**
**222 N. Expressway 77 #100**
**Brownsville, TX 78521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1604**

**Nonpriority creditor's name and mailing address**

**Hollis Johnson**
**47 McKeever Place, Apt 19L**
**Brooklyn, NY 11225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1605**

**Nonpriority creditor's name and mailing address**

**Holly Murphy**
**110 East 25th Street**
**New york, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1606**

**Nonpriority creditor's name and mailing address**

**Holly Ross**
**c/o Russ Hand**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1607**

**Nonpriority creditor's name and mailing address**

**Holly Sanderson Schade**
**239 E 78 ST**
**New York, NY 10075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1608**

**Nonpriority creditor's name and mailing address**

**HOLLYWOOD LAMP AND SHADE CO.**
**2838 East 54th Street**
**Vernon, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1609**

**Nonpriority creditor's name and mailing address**

**Holotropic Breathwork LA, LLC**
**18 Ozone Avenue**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1610**

**Nonpriority creditor's name and mailing address**

**Holwick Constructors, Inc.**
**200 N. Westlake Blvd**
**Westlake Village, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1611**

**Nonpriority creditor's name and mailing address**

**Home Box Office, Inc.**
**1100 Avenue of the Americas**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1612**

**Nonpriority creditor's name and mailing address**

**Home Depot**
**2455 Paces Ferry Road / B-3**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.161
3**

**Nonpriority creditor's name and mailing address**

**Homegrown Pictures**
**11684 Ventura Blvd**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161
4**

**Nonpriority creditor's name and mailing address**

**Honora Shea**
**1817 17th Street, Unit B**
**Santa Monica, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161
5**

**Nonpriority creditor's name and mailing address**

**Horizon Alternative**
**3000 W Alameda Ave Bldg H Ste 150**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161
6**

**Nonpriority creditor's name and mailing address**

**Hornsby Films**
**250 Ashland Place**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161
7**

**Nonpriority creditor's name and mailing address**

**Horticultural Care Inc**
**6527 Olcott Street**
**Tujunga, CA 91042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161
8**

**Nonpriority creditor's name and mailing address**

**Hospitality by Bernard LLC c/o REV CAPIT**
**1732 Aviation Boulevard**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161
9**

**Nonpriority creditor's name and mailing address**

**Hospitality Careers Online, Inc**
**HCareers C/O Bank of America**
**Chicago, IL 60674-8242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**Hospitality Resource Industries**
**31 West 34th Street**
**New York, NY 10001**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

**Hot Bread Kitchen**
**Box # 1**
**New York, NY 10029**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 2**

**Nonpriority creditor's name and mailing address**

**Hotel Restaurant Supply.com**
**100 South Military Trail**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

**Houlihan Lokey Financial Advisors, Inc**
**10250 Constellation Boulevard**
**Los Angeles, CA 90067-6802**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

**House & Robertson Architects, INC.**
**10125 Washington Blvd.**
**Culver City, California 90232-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

**House of Waris Tea and Spice Company LLC**
**463 West 24th Street**
**New York, NY 10011**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

**Howard Street**
**121 Hopewell Wertsville Road**
**Hopewell, NJ 08525**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.162 7**

**Nonpriority creditor's name and mailing address**

**HUB International Northeast Limited**
**401 Broad Hollow Road, Suite 200**
**Melville, NY 11747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.162 8**

**Nonpriority creditor's name and mailing address**

**HubSpot, Inc**
**Hubspot Inc**
**Boston, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.162 9**

**Nonpriority creditor's name and mailing address**

**Hudson Horns**
**610 Myrtle Avenue**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.163 0**

**Nonpriority creditor's name and mailing address**

**Hudson Rouge**
**c/o Stephen Wright**
**New York, NY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.163 1**

**Nonpriority creditor's name and mailing address**

**HudsonGray, Inc.**
**333 Hudson Street, #601**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.163 2**

**Nonpriority creditor's name and mailing address**

**Huel Inc.**
**45 Main Street STE 604**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.163 3**

**Nonpriority creditor's name and mailing address**

**Hueso Records LLC**
**97 South 2nd Street**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.163
4**

**Nonpriority creditor's name and mailing address**

**Huge Soft Focus
Attn: Fern Diaz
New York, NY 10031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163
5**

**Nonpriority creditor's name and mailing address**

**Human AI Collaboration Inc.
Attn: Ankur Patel
Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163
6**

**Nonpriority creditor's name and mailing address**

**Hundredweight Ice
27-24 Jackson Avenue
Queens, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163
7**

**Nonpriority creditor's name and mailing address**

**Hunt and Gather
122 Hudson St 6th Floor
New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163
8**

**Nonpriority creditor's name and mailing address**

**Hunter Hoffman
2618 18Th St.
Astoria, NY 11102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163
9**

**Nonpriority creditor's name and mailing address**

**Hunter Monk LLC
1600 Vine St.
Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164
0**

**Nonpriority creditor's name and mailing address**

**Hurray`s Girl Beer
631 Pier
Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.164**
**1**

**Nonpriority creditor's name and mailing address**

**Hush Events NYC, LLC**
**17 Division Street**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.164**
**2**

**Nonpriority creditor's name and mailing address**

**Hydro Studios LLC**
**P.O. Box 981925**
**Park City, UT 84098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.164**
**3**

**Nonpriority creditor's name and mailing address**

**Hyperion Media Group**
**12100 Wilshire Blvd, Ste #1150**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.164**
**4**

**Nonpriority creditor's name and mailing address**

**Hyperion Talent Agency, LLC**
**8383 Wilshire Boulevard - Suite 702**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.164**
**5**

**Nonpriority creditor's name and mailing address**

**I Am Other**
**584 Broadway**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.164**
**6**

**Nonpriority creditor's name and mailing address**

**I. Halper Paper and Office Supplies Inc**
**51 Hook Road**
**Bayonne, NJ 07002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.164**
**7**

**Nonpriority creditor's name and mailing address**

**Iamesy Corp**
**325 N LARCHMONT BLVD**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.1648**

**Nonpriority creditor's name and mailing address**
**Ian Alden Russell**
**P.O Box 9408**
**Providence, RI 02940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1649**

**Nonpriority creditor's name and mailing address**
**Ian Christie**
**5314 Franklin Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1650**

**Nonpriority creditor's name and mailing address**
**Ian Madover**
**800 Park Ave**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1651**

**Nonpriority creditor's name and mailing address**
**Ice Bulb LLC**
**1048 Irvine Ave**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1652**

**Nonpriority creditor's name and mailing address**
**Ice Sculptures of NY**
**2328 Bathgate Ave**
**Bronx, NY 10458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1653**

**Nonpriority creditor's name and mailing address**
**ICM Partners**
**10250 Constellation Boulevard**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1654**

**Nonpriority creditor's name and mailing address**
**Iconic Design Gallery Inc.**
**8650 Biscayne Blvd**
**Miami, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.165 5**

**Nonpriority creditor's name and mailing address**
**ID Public Relations**
**7060 Hollywood Boulevard**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.165 6**

**Nonpriority creditor's name and mailing address**
**IDEKO Productions LLC**
**999 S Oyster Bay Road**
**Bethpage, NY 11714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**
**IDF Studio Scenery, Inc.**
**13618 Vaughn Street**
**San Fernando, CA 91340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**
**Ido Ostrowsky**
**10866 Wilshire Blvd**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**
**Ignacio Linares**
**1004 Bergen Street**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**
**Ignota Ltd. (WIRE)**
**110 Southgate Road, London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**
**Ihui Wu**
**5758 Aldama St**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Neuehouse Inc.**                                                     Case number (*if known*)    **25-11937**
_____
Name

---

**3.166 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ikechukwu Sharpe**
**Okonicha Studios LLC**                         ☐ Contingent
**Los Angeles, CA 90034**                        ☐ Unliquidated
                                                 ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                Is the claim subject to offset? ☑ No ☐ Yes

---

**3.166 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Illuminate - Regen Robinson**
**53 Park Place**                                ☐ Contingent
**New York City, NY 10007**                      ☐ Unliquidated
                                                 ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                Is the claim subject to offset? ☑ No ☐ Yes

---

**3.166 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Illustration Division, Inc.**
**360 East 55th Street**                         ☐ Contingent
**New York, NY 10022**                           ☐ Unliquidated
                                                 ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                Is the claim subject to offset? ☑ No ☐ Yes

---

**3.166 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Imacuclean Cleaning Services**
**213 W. 40th St.**                              ☐ Contingent
**New York, NY 10018-1678**                      ☐ Unliquidated
                                                 ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                Is the claim subject to offset? ☑ No ☐ Yes

---

**3.166 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**IMAESTRI**
**450 Park Avenue South**                        ☐ Contingent
**New York, NY 10016**                           ☐ Unliquidated
                                                 ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                Is the claim subject to offset? ☑ No ☐ Yes

---

**3.166 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Image Partnership**
**411 Lafayette St Suite 613**                   ☐ Contingent
**New York, NY 10003**                           ☐ Unliquidated
                                                 ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                Is the claim subject to offset? ☑ No ☐ Yes

---

**3.166 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Imagine Justice**
**269 S Beverly Dr**                             ☐ Contingent
**Beverly Hills, CA 90212**                      ☐ Unliquidated
                                                 ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _                Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Neuehouse Inc.**
_____
Name

Case number (*if known*)    **25-11937**

---

**3.1669**

**Nonpriority creditor's name and mailing address**

**Imagine Partners**
**116 Radio Circle Drive | Suite 201**
**Mount Kisco, NY 10549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1670**

**Nonpriority creditor's name and mailing address**

**Impact Enterprises, Inc.**
**11 Horse Hill Ln**
**Warwick, NY 10990**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1671**

**Nonpriority creditor's name and mailing address**

**Imperial Bag & Paper Co LLC**
**2825 Warner Avenue**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1672**

**Nonpriority creditor's name and mailing address**

**Imperial Dade**
**PO Box 27305**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1673**

**Nonpriority creditor's name and mailing address**

**Imperial Fire Protection Systems**
**PO Box 1111**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1674**

**Nonpriority creditor's name and mailing address**

**Imprint**
**369 Lexington Ave. 24th Fl**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1675**

**Nonpriority creditor's name and mailing address**

**In Heroes We Trust**
**1354 North Harper Avenue**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.167 6**

**Nonpriority creditor's name and mailing address**

**In Sheep's Clothing, LLC**
**1460 N Sweetzer Ave**
**WEST HOLLYWOOD, CA 90069**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167 7**

**Nonpriority creditor's name and mailing address**

**In These Eyes LLC**
**12200 Moorpark Street**
**Los Angeles, CA 91604**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167 8**

**Nonpriority creditor's name and mailing address**

**Incent One**
**160 Chubb Ave**
**Lyndenhurst, NJ 07071**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167 9**

**Nonpriority creditor's name and mailing address**

**Indaba Capital Management**
**145 1/2 South Harper Avenue**
**Los Angeles, CA 90048**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168 0**

**Nonpriority creditor's name and mailing address**

**Inder Mann**
**713 Lexington Ave.**
**Brooklyn, NY 11221**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168 1**

**Nonpriority creditor's name and mailing address**

**India Carney Music, Inc.**
**7439 Woodman Avenue**
**Van Nuys, CA 91405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168 2**

**Nonpriority creditor's name and mailing address**

**India Mandelkern**
**1120 1/2 North New Hampshire Avenue**
**Los Angeles, CA 90029**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

**Indifferent Language LLC**
**4120 Somers Ave**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

**Individual FoodService**
**5496 Lindbergh Lane**
**Bell, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

**Industrial Designers Society of America**
**1110 Herndon Parkway**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

**Industry West**
**4660 POW-MIA Memorial Pkwy Suite 100**
**Jacksonville, FL 32221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.168 7**

**Nonpriority creditor's name and mailing address**

**Innovative Pest Solutions**
**DEPT. 900 P.O. BOX 509141**
**SAN DIEGO, CA 92150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

**Insight Environmental, Inc.**
**74 East Main Street**
**Patchogue, NY 11772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

**Insight LA, Inc.**
**1430 Olympic Blvd**
**Santa Monica, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | |
|---|---|---|---|
| | Name | | |

Case number (*if known*)    **25-11937**

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

**Installations by Francis**
**18825 Castle Place**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 1**

**Nonpriority creditor's name and mailing address**

**Interactive Advertising Bureau, Inc.**
**116 East 27th Street**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 2**

**Nonpriority creditor's name and mailing address**

**Interior Foliage Design Inc.**
**47-47 58th Street**
**Woodside, NY 11377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 3**

**Nonpriority creditor's name and mailing address**

**INTERIOR SERVICES, INC**
**1803 S MYRTLE AVENUE**
**Monrovia, CA 91016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 4**

**Nonpriority creditor's name and mailing address**

**Intermedia.net Inc**
**PO Box 888897**
**Los Angeles, CA 90088-8897**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

**Intralinks, Inc.**
**685 3rd Avenue**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

**Intuit, Inc**
**PO Box 2981**
**Phoenix, AZ 85062-2981**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1697**

**Nonpriority creditor's name and mailing address**

**Inundata LLC**
**53 Crosby St.**
**New York, NY 10012**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1698**

**Nonpriority creditor's name and mailing address**

**IPO Wines**
**119 West 23rd Street**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1699**

**Nonpriority creditor's name and mailing address**

**Ira B Pollack + Associates, PLLC**
**26 Austin Pl**
**Port Chester, NY 10573**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1700**

**Nonpriority creditor's name and mailing address**

**Irell & Manella LLP**
**1800 Avenue of the Stars**
**Los Angeles, CA 90067**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1701**

**Nonpriority creditor's name and mailing address**

**Irene Richter**
**4528 Murietta Ave**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1702**

**Nonpriority creditor's name and mailing address**

**Irfan Shikari**
**251 East 51st Street**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1703**

**Nonpriority creditor's name and mailing address**

**Irina Chernova**
**1397 Greene Ave**
**Brooklyn, NY 11237**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|

Name

---

| 3.170 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Iron Mountain**
**PO BOX 601002**
**Pasadena, CA 91189-1002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Iron Mountain Incorporated (CROZIER)**
**21089 Box**
**Newyork, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isaac Adams**
**607 Saint Marks Avenue**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isaac Davidson**
**431 West 54th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isaac Montgomery**
**12121 La Maida st**
**Valley Village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isiah Mack-Johnson**
**255 S Grand Ave #317**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isisara Pratabulu-Bey**
**92 St. Nicholas Ave. Apt 5E**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

**Isotope Films**
**648 Broadway**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 2**

**Nonpriority creditor's name and mailing address**

**ISWHATWEDO PTY LTD**
**114 GEORGE STREET**
**Sydney**
**AUSTRALIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

**It Is Framing**
**PO Box 220439**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 4**

**Nonpriority creditor's name and mailing address**

**Italian Products USA, Inc.**
**57 Stirling Road**
**Warren, NJ 07059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

**Italy Fabrics**
**903 s. Wall St**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 6**

**Nonpriority creditor's name and mailing address**

**Iva Ulam Architecht**
**Iva Filipovic**
**Pelham, NY 10803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 7**

**Nonpriority creditor's name and mailing address**

**Ivory Digital NYC**
**150 N 5th Street #2**
**Brooklyn, NY 11211-3284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.171 8**

**Nonpriority creditor's name and mailing address**

**iWorks**
**2501 S. Malt Ave**
**Los Angeles, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.171 9**

**Nonpriority creditor's name and mailing address**

**Izzy Uncut**
**601 West 57th Street**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 0**

**Nonpriority creditor's name and mailing address**

**J.G Plumbing and Heating**
**133-14A Jamaica Ave**
**Richmond Hill, NY 11418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 1**

**Nonpriority creditor's name and mailing address**

**J.K. Place Rive Gauche/Kah Management Sa**
**82 Rue de Lille, Paris**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 2**

**Nonpriority creditor's name and mailing address**

**J.Millers Canvas, LLC**
**2429 South Birch Street**
**Santa Ana, CA 92707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

**Ja  Joseph**
**243 Covert Street**
**Brooklyn, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

**Jack Shainman Gallery, Inc. N.Y.C**
**513 West 20th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**
Name

Case number (*if known*) **25-11937**

---

**3.172 5**

**Nonpriority creditor's name and mailing address**
**Jack V. Hoffman**
**47 Market Street**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 6**

**Nonpriority creditor's name and mailing address**
**Jack Zemke**
**133 33rd Street**
**Union City, NJ 07087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 7**

**Nonpriority creditor's name and mailing address**
**Jackman Reinvention Inc.**
**345 Adelaide St. W.**
**Toronto**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 8**

**Nonpriority creditor's name and mailing address**
**Jackson Bach**
**741 East Sixth St**
**South Boston, MA 02127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172 9**

**Nonpriority creditor's name and mailing address**
**Jackson Brissette**
**4141 Lincoln Avenue**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173 0**

**Nonpriority creditor's name and mailing address**
**Jackson Lewis**
**1133 Westchester Avenue Suite S125**
**West Harrison, NY 10604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173 1**

**Nonpriority creditor's name and mailing address**
**Jackson Shrub Supply, Inc.**
**11505 Vanowen St**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.173**
**2**

**Nonpriority creditor's name and mailing address**

**JackTV LLC - Tim Williams**
**1301 Canyon Boulevard**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173**
**3**

**Nonpriority creditor's name and mailing address**

**Jaclyn Walsh**
**2 West 16th St**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173**
**4**

**Nonpriority creditor's name and mailing address**

**Jacob Jonas The Company, Inc.**
**1223 Wilshire Blvd #296**
**Santa Monica, CA 90403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173**
**5**

**Nonpriority creditor's name and mailing address**

**Jacob Sanoni**
**335 Patton Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173**
**6**

**Nonpriority creditor's name and mailing address**

**Jacqueline Schneider**
**408 Stuyvesant Avenue, 3F**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173**
**7**

**Nonpriority creditor's name and mailing address**

**Jacqueline Verdugo**
**133 E Ave 42**
**Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173**
**8**

**Nonpriority creditor's name and mailing address**

**Jacques Ceran**
**233 W 140th St**
**New York, NY 10030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Jacquie Chamberlain**
**110 E 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**Jada Haitoff**
**16 Hull street**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

**Jaia Thomas**
**510 S. Spring St**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174 2**

**Nonpriority creditor's name and mailing address**

**Jaime Kowal**
**149 Paus Lane**
**Hyde Park, VT 05655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174 3**

**Nonpriority creditor's name and mailing address**

**Jake Bronstein**
**712 Macon St**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174 4**

**Nonpriority creditor's name and mailing address**

**Jake Garcia**
**325 East 5th Street**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

**Jake Sargent**
**299 W 12th St**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

**Jake Sargent**
**299 W 12th Street**
**New York, NY 10014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 7**

**Nonpriority creditor's name and mailing address**

**Jaleel Bunton**
**10932 Southwest 161st Street**
**Miami, FL 33157**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

**JALIKUNDA CULTURAL SOCIETY INC**
**2445 WALTON AVENUE SUITE 2J**
**BRONX, NY 10457**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**James & Company LLC**
**60 East 42nd Street**
**New York, NY 10165**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**James A Clifford jr.**
**11202 North 45th Way**
**Phoenix, AZ 85028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

**James Bertucci**
**1432 Greene Ave, Unit 1L**
**Brooklyn, NY 11237**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 2**

**Nonpriority creditor's name and mailing address**

**James Black Acoustics LLC**
**220 South Church Avenue**
**Bozeman, MT 59715**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

**James Christian McCullen**
**400 North Michigan Avenue**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

**James O'Reilly**
**110 E 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

**James Palmer**
**7950 W Sunset Blvd**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

**James R Bishop III**
**6007 S St Andrews PL**
**Los Angeles, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

**James Robert Orraca - Tetteh**
**15 Wilson Avenue, Apt. 1R**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

**Jamie Carusi**
**345 St. Johns Place Apt. 1C**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

**Jamie Stuart**
**106 Mulberry Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**
Name

Case number (*if known*) **25-11937**

---

| 3.176 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jamie Wise**
**2564 1/2 West 5Th Street**
**Los Angeles, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jamin Warren**
**453 S Spring St #1200**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jammcard, Inc.**
**2720 Armstrong Avenue**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jan and George LLC**
**3326 Mary Street**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jan D Arnold**
**1832 Redcliff St**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jandell Selections Ltd**
**31 MAMARONECK AVE**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jane Creative, Inc.**
**360 W. 22nd St.**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.176 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Janelle Alexander**
**4706 Avenue K**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Janette Beckman**
**30 BOND STREET, #3**
**NEWYORK, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jangsoon Park**
**1000 Westmont Drive**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jankman LLC**
**50 Carmine St**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Janna Ireland**
**1414 Fremont Avenue, Apt. A**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Janovic Paint & Decorating Center**
**30-35 THOMSON AVE**
**LIC, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Janus Films Company,LP**
**250 East Hartsdale Ave**
**Hartsdale, NY 10530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

**Jared Spiegel**
**188 Cloudbank Road**
**Garrison, NY 10524**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

**JAS Consulting**
**17 Avon Place**
**Yonkers, NY 10701**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**Jasmine Eskandari**
**3002 39th ave, A313**
**Long Island City, NY 11101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

**Jason Eldredge**
**PO BOX 30066**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**Jason Groffman**
**455 1/2 South Soto Street**
**Los Angeles, CA 90033**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Jason Hardy Burks**
**3369 James M Wood Blvd**
**Los Angeles, CA 90006**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Jason Hoffmann**
**15 Crown Street**
**Brooklyn, NY 11225**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (*if known*)    **25-11937**

---

| 3.178 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason Kennedy**
**5011 Elmwood Ave.**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason League**
**110 E 25th Stree**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason Powell**
**6652 Royer Ave**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason Rush**
**34 Canyon Green Loop**
**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason Sugars**
**13428 Maxella Avenue**
**Marina del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jasper Rischen**
**1750 N Serrano Ave**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jaya Consulting, LLC**
**4706 Avenue K**
**BROOKLYN, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

**Jaynessa Rose**
**22249 Dolorosa Street**
**Los Angeles, CA 91367**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

**Jazmin Johnson**
**136 South Virgil Avenue**
**Los Angeles, CA 90004**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

**Jazz Foundation of America**
**322 W 48th St**
**New York, NY 10036**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**JCW Import & Export Inc.**
**108-20 180th Street**
**Queens, NY 11433**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**Jean Claude Dhien**
**505 LaGuardia Place Apt 27A**
**New York, NY 10012**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**Jean Oh**
**426 Lafayette Avenue**
**Brooklyn, NY 11238**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Jean Shim**
**4377 Cornishon Ave**
**La Canada Flt, CA 91011**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**Jean Shin**
**657 Lucas Avenue Extension**
**Hurley, NY 12443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

**Jean-Pierre Chesse**
**152 West 13th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.179 7**

**Nonpriority creditor's name and mailing address**

**Jed Wexler**
**15 W. 53rd Street #43F**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**Jeffer Mangels Butler & Mitchell LLP**
**Lockbox File 1263**
**Pasadena, CA 91199-1263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

**Jefferies Financial Group Inc.**
**520 Madison Avenue**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Chirinos**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.180 1**

**Nonpriority creditor's name and mailing address**

**Jeffrey Davila**
**319 E 95th St**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.180 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey Leeds Cohn**
**c/o Partos Company**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

**Jena Dominique Pruitt**
**846 S Mariposa Avenue**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

**Jenna Connects**
**80 Cranberry**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**Jenna Rosen**
**80 Cranberry Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**Jenna Sheingold**
**380 May Ave**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**Jenni Boelkens**
**524 South Jackson Street**
**Beverly Hills, FL 34465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**Jennifer Johnson**
**5891 E Waterford Rd**
**Hartford, WI 53027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**

Name

Case number (if known)  **25-11937**

---

| 3.180 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer Karakkal**
**105 Duane Street**
**New York, NY 10007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer Monroe**
**60-24 Palmetto Street**
**Ridgewood, NY 11385**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer Payan**
**203 Palisade Ave apt 3**
**Jersey City, NJ 07306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer Regan**
**2028 N. Beachwood Dr.**
**Los Angeles, CA 90068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer Risi**
**434 East 52nd St**
**New York, NY 10022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer Roman**
**410 E 6th St**
**New York, NY 10009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jenny Funkmeyer**
**2027 S. Spaulding Ave.**
**Los Angeles, CA 90016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**Jenny Sabin LLC**
**700 Cascadilla Street**
**Ithaca, NY 14850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 7**

**Nonpriority creditor's name and mailing address**

**Jensen Hughes**
**P.O.Box 62680**
**Baltimore, MD 21264-2680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**Jeremiah Brunnhoelzl**
**Jeremiah Brunnhoelzl**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**Jeremie Feinblatt**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**Jeremy Justin Rufino**
**1710 East Chevy Chase Drive**
**Glendale, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**Jeremy Sole**
**1013 1/2 Irving Avenue**
**Glendale, CA 91201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

**Jeremy Topping**
**725 Kohler Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Neuehouse Inc.**

Name

Case number (if known)    **25-11937**

| 3.182 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Jerico Mandybur** | ☐ Contingent | | |
| **3604 Bellevue Ave** | ☐ Unliquidated | | |
| **Los Angeles, CA 90026** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim: Business Debt - Notice** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.182 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Jermaine W Paul Jr** | ☐ Contingent | | |
| **6930 Balboa Boulevard** | ☐ Unliquidated | | |
| **Van Nuys, CA 91406** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim: Business Debt - Notice** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.182 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Jervaun Jordan Higgs** | ☐ Contingent | | |
| **472 Gramatan Avenue** | ☐ Unliquidated | | |
| **Mount Vernon, NY 10552** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim: Business Debt - Notice** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.182 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Jess Engel** | ☐ Contingent | | |
| **1355 Waterloo Street** | ☐ Unliquidated | | |
| **Los Angeles, CA 90026** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim: Business Debt - Notice** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.182 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Jessica Auerbach** | ☐ Contingent | | |
| **226 Lincoln Place** | ☐ Unliquidated | | |
| **Brooklyn, NY 00011-2117** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim: Business Debt - Notice** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.182 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Jessica Brownell** | ☐ Contingent | | |
| **1641 1/2 Lyman Pl** | ☐ Unliquidated | | |
| **Los Angeles, CA 90027** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim: Business Debt - Notice** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.182 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Jessica Foley** | ☐ Contingent | | |
| **1082 Dekalb Ave #2L** | ☐ Unliquidated | | |
| **Brooklyn, NY 11221** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim: Business Debt - Notice** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.1830**

**Nonpriority creditor's name and mailing address**

**Jessica Frietze**
**3523 South Norton Avenue 3**
**Los Angeles, CA 90018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1831**

**Nonpriority creditor's name and mailing address**

**Jessica Gonyea**
**2226 Ronda Vista Dr**
**Los Angeles, CA 90027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1832**

**Nonpriority creditor's name and mailing address**

**Jessica Graves**
**19 W 24th street**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1833**

**Nonpriority creditor's name and mailing address**

**Jessica Hanley**
**720 Riverside Drive**
**New York, NY 10031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1834**

**Nonpriority creditor's name and mailing address**

**Jessica Lee**
**595 Baltic Street, Apt 6J**
**Brooklyn, NY 11217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1835**

**Nonpriority creditor's name and mailing address**

**Jessica Young**
**250 Ashland Place**
**Brooklyn, NY 11217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1836**

**Nonpriority creditor's name and mailing address**

**Jesus Salazar**
**439 S Union Drive**
**Los Angeles, CA 90017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.183 7**

**Nonpriority creditor's name and mailing address**

**JET LLC**
**8255 South Las Vegas Boulevard**
**Las Vegas, NV 89123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Jett Kwong Kelly**
**5925 Tobias Avenue**
**Los Angeles, CA 91411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**JG Plumbing & Heating Corp**
**133-14A Jamaica Ave**
**Richmond Hill, NY 11418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

**Jill McDonnell**
**357 S Curson, #12K**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

**Jillian Kliewer**
**4439 Palmero Dr.**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

**Jimmy's Permit Service**
**7413 Hannum Avenue**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Jing Moore**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

**Jing Yang**
**50 Franklin Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

**JNY Music, INC**
**4028 E Vermont St**
**Long Beach, CA 90814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

**JO Creative Productions LLC**
**22 Bushwick Avenue**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

**Jo-Vin Decorators Inc.**
**94-23 jamaica avenue**
**Woodhaven, NY 11421**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

**Joan Creative**
**44 Wall Street**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

**Joana Duran**
**205 W. 13th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

**Joanna Cohen**
**414 Quincy St.**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.185**
**1**

**Nonpriority creditor's name and mailing address**
**Joanna Keita**
**704 Madison St Apt 2B**
**Brooklyn, NY 11221**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185**
**2**

**Nonpriority creditor's name and mailing address**
**Joanna Ramos**
**102 Castellow Ct**
**Yorktown, VA 23692**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185**
**3**

**Nonpriority creditor's name and mailing address**
**Jobsring Partners**
**P.O. Box 845388**
**Boston, MA 02284-5388**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185**
**4**

**Nonpriority creditor's name and mailing address**
**Joe Doucet Partners**
**51 Colombia Place #1**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185**
**5**

**Nonpriority creditor's name and mailing address**
**Joe Moller Events, Inc**
**1338 N Avenue 46**
**los angeles, CA 90012**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185**
**6**

**Nonpriority creditor's name and mailing address**
**Joe's Blackbook**
**239 Centre Street**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185**
**7**

**Nonpriority creditor's name and mailing address**
**Joel Lael Tauber**
**1910 Robinhood Road**
**Winston-Salem, NC 27104**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1858**

**Nonpriority creditor's name and mailing address**

**Johanna Strobel**
**31 Oliver Street**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1859**

**Nonpriority creditor's name and mailing address**

**John David Preap**
**PO Box 31604**
**Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1860**

**Nonpriority creditor's name and mailing address**

**John Francomacaro**
**54 mulberry st. Apt 20**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1861**

**Nonpriority creditor's name and mailing address**

**John Hancock (Auto Debit )**
**200 Berkeley Street**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1862**

**Nonpriority creditor's name and mailing address**

**John Holowesko**
**100 W 31st St**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1863**

**Nonpriority creditor's name and mailing address**

**John Jacobs**
**225 Fifth avenue**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1864**

**Nonpriority creditor's name and mailing address**

**John Kubin**
**289 N El Molino Ave Ste 616**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**
_____
Name

Case number (if known)    **25-11937**

---

**3.186
5**

**Nonpriority creditor's name and mailing address**

**John Livesay**
**603 N. Plymouth Blvd**
**Los Angeles, CA 90004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.186
6**

**Nonpriority creditor's name and mailing address**

**John Marshall**
**368 West 127th Street**
**New York, NY 10027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.186
7**

**Nonpriority creditor's name and mailing address**

**John Morris**
**119 W 57th St PHN**
**New York, NY 10019**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.186
8**

**Nonpriority creditor's name and mailing address**

**John O'Connor**
**58 Thomas St.**
**New York, NY 10013**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.186
9**

**Nonpriority creditor's name and mailing address**

**John Parot**
**1204 Innes Avenue #2**
**Los Angeles, CA 90026**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.187
0**

**Nonpriority creditor's name and mailing address**

**John Ried**
**449 Troutman St**
**Brooklyn, NY 11237**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.187
1**

**Nonpriority creditor's name and mailing address**

**John Williams**
**11955 Hesby St.**
**Valley Village, CA 91607**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.187 2**

**Nonpriority creditor's name and mailing address**

**JOJO ABOT**
**974 South Catalina Street**
**Los Angeles, CA 90006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 3**

**Nonpriority creditor's name and mailing address**

**Jon Christianson**
**32 Gramercy Park S.**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 4**

**Nonpriority creditor's name and mailing address**

**Jon Cooper**
**2053 E Live Oak Drive**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 5**

**Nonpriority creditor's name and mailing address**

**Jon Kupfer**
**44 Bergen Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 6**

**Nonpriority creditor's name and mailing address**

**Jon MacLeod**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 7**

**Nonpriority creditor's name and mailing address**

**Jon Oliver Knight**
**1011 N Fickett St.**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 8**

**Nonpriority creditor's name and mailing address**

**Jonah Aaron Rosenberg**
**274 Quincy Street**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.187 9**

**Nonpriority creditor's name and mailing address**

**Jonas Gonzalez**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 0**

**Nonpriority creditor's name and mailing address**

**Jonathan Carson**
**231 Cumberland St**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 1**

**Nonpriority creditor's name and mailing address**

**Jonathan Goss**
**3118 Dona Elena**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 2**

**Nonpriority creditor's name and mailing address**

**Jonathan Halata**
**REAL - c/o Serena Saitas**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

**Jonathan Kenol**
**2108 N ST, STE N**
**Sacramento, CA 95816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

**Jonathan Lewis**
**47 East 88th Street**
**New york, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

**Jonathan Nguyen**
**7250 Jumilla Ave**
**Winnetka, CA 91306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.188 6**

**Nonpriority creditor's name and mailing address**
**Jonathan Parker**
**2171 Broadview Terrace**
**Los Angeles, CA 90068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 7**

**Nonpriority creditor's name and mailing address**
**Jonathan Suttmiller**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 8**

**Nonpriority creditor's name and mailing address**
**Jonathon Ker**
**1360 North Crescent Heights Boulevard**
**West Hollywood, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188 9**

**Nonpriority creditor's name and mailing address**
**Jonelle Roman**
**Neuehouse Hollywood**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.189 0**

**Nonpriority creditor's name and mailing address**
**Jones Lang LaSalle Brokerage, Inc.**
**200 East Randolph Street**
**Chicago, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.189 1**

**Nonpriority creditor's name and mailing address**
**Jonna Piira**
**180 West 20th Street**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.189 2**

**Nonpriority creditor's name and mailing address**
**Jordan Jacinto**
**445 N Orange Grove Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.189
3**

**Nonpriority creditor's name and mailing address**

**Jordan King
171 Thompson St
New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.189
4**

**Nonpriority creditor's name and mailing address**

**Jordan Landsman
315 W. 106 St
New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.189
5**

**Nonpriority creditor's name and mailing address**

**Jordan Mackler
2428 Kansas Avenue
Santa Monica, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.189
6**

**Nonpriority creditor's name and mailing address**

**Jordan McNeile
2816 Waverly Dr.
Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.189
7**

**Nonpriority creditor's name and mailing address**

**Jordan Parvex
370 St Nicholas Ave,
New York, NY 10027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.189
8**

**Nonpriority creditor's name and mailing address**

**Jordan Shifrin
414 2nd St. #351
Hermosa Beach, CA 90254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.189
9**

**Nonpriority creditor's name and mailing address**

**Jordan Tetewsky
579 Knickerbocker Avenue Apt 2
Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.190 0**

**Nonpriority creditor's name and mailing address**

**Jorge N. Gonzalez**
**20708 Saticoy St**
**Winnetka, CA 91306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190 1**

**Nonpriority creditor's name and mailing address**

**Jorge Rodriguez**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190 2**

**Nonpriority creditor's name and mailing address**

**Jose Gamboa**
**524 S Harvard Blvd**
**Los Angeles, CA 90020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

**Joseph D Pendleton**
**15 Lawton Street**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

**Joseph D. Martines**
**15 Kirkwall Court**
**Rockville Centre, NY 11570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

**Joseph Duarte**
**271 Parke street**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

**Joseph Nicholas Duarte**
**271 Parke street**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**Joseph Ojeda**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190 8**

**Nonpriority creditor's name and mailing address**

**Joseph Oppenheimer**
**4207 Franklin Ave, Apt. 1**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190 9**

**Nonpriority creditor's name and mailing address**

**Joseph Perello**
**353 West 39th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.191 0**

**Nonpriority creditor's name and mailing address**

**Josh Bailey**
**551 Observer Highway**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.191 1**

**Nonpriority creditor's name and mailing address**

**Josh Pendley**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.191 2**

**Nonpriority creditor's name and mailing address**

**Josh Radnor**
**16633 Ventura Blvd**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.191 3**

**Nonpriority creditor's name and mailing address**

**Josh Trovato**
**7125 Lennox Ave**
**Van Nuys, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.191
4**

**Nonpriority creditor's name and mailing address**

**Josh Wyatt**
**1003 North Orlando Avenue**
**Los Angeles, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191
5**

**Nonpriority creditor's name and mailing address**

**Joshua Abram**
**124 E 101st Street**
**New York, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191
6**

**Nonpriority creditor's name and mailing address**

**Joshua da Costa**
**604 N Ave 54**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191
7**

**Nonpriority creditor's name and mailing address**

**Joshua fulfs**
**141 Kane St.**
**Brooklyn, NY 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191
8**

**Nonpriority creditor's name and mailing address**

**Joshua Ian Madden**
**10648 Woodbridge Street #208**
**Toluca Lake, CA 91602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191
9**

**Nonpriority creditor's name and mailing address**

**Joshua Johnson**
**3135 Boulder Street**
**Los Angeles, CA 90063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192
0**

**Nonpriority creditor's name and mailing address**

**Joshua Kessler**
**1959 N. New Hampshire Ave**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.192**
**1**

**Nonpriority creditor's name and mailing address**

**Joshua Lachter**
**401 West 25th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192**
**2**

**Nonpriority creditor's name and mailing address**

**Joshua Luce**
**515 Avenue G**
**Dallas, TX 75203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192**
**3**

**Nonpriority creditor's name and mailing address**

**Joshua Meindertsma**
**646 N. Spaulding Ave.**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192**
**4**

**Nonpriority creditor's name and mailing address**

**Joshua Mejia Visuals**
**6512 Woodman Avenue Apt 9**
**Los Angeles, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192**
**5**

**Nonpriority creditor's name and mailing address**

**JOSHUA MURILLO**
**c/o 73 Market Lessee LLC**
**Venice, CA 90291-3603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192**
**6**

**Nonpriority creditor's name and mailing address**

**Joshua S. Miller**
**7 Nepale Drive**
**New Paltz, NY 12561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192**
**7**

**Nonpriority creditor's name and mailing address**

**Joshua Taylor**
**73 South 6th Street**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1928**

**Nonpriority creditor's name and mailing address**

**Joshua Weinstein**
**116 Decatur Street**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1929**

**Nonpriority creditor's name and mailing address**

**Josue Lopez**
**85-14 Broadway**
**Elmhurst, NY 11373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1930**

**Nonpriority creditor's name and mailing address**

**Joy Marcus**
**99 Bank Street**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1931**

**Nonpriority creditor's name and mailing address**

**Joya LLC**
**499 Van Brunt Street, Suite 4A**
**Brooklyn, NJ 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1932**

**Nonpriority creditor's name and mailing address**

**Joyce Alvarez**
**2500 West St. Apt 16**
**Union City, NJ 07087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1933**

**Nonpriority creditor's name and mailing address**

**JPMorgan Chase Bank NA**
**131 South Dearborn Street**
**Chicago, IL 60603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1934**

**Nonpriority creditor's name and mailing address**

**JPT AMERICA, INC.**
**1760 Buchanan Street**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1935**

**Nonpriority creditor's name and mailing address**

**JTM Construction Group Inc.**
**44 West 28th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1936**

**Nonpriority creditor's name and mailing address**

**Juan Sebastian Baron**
**1616 N Serrano Ave**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1937**

**Nonpriority creditor's name and mailing address**

**Juan Veloz**
**13225 Victory Boulevard**
**Van Nuys, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1938**

**Nonpriority creditor's name and mailing address**

**Judy Richardson**
**9039 Sligo Creek Parkway**
**Silver Spring, MD 20901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1939**

**Nonpriority creditor's name and mailing address**

**Juicy Ventures LLC**
**515 W 7th St**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1940**

**Nonpriority creditor's name and mailing address**

**Julia Buonanno**
**160 East 65th Street**
**New york, NY 10065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1941**

**Nonpriority creditor's name and mailing address**

**Julia Kinkela**
**1921 S Harcourt Avenue**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.194 2**

**Nonpriority creditor's name and mailing address**

**Julia Kohler**
**13129 Bloomfield Street**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194 3**

**Nonpriority creditor's name and mailing address**

**Julia Pershan**
**1107 5th Ave**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

**Julian Royce Jones**
**800 Meyer Street**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

**Juliane Kringe**
**ErnstReinke-Stra e 6**
**Berlin**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

**Julianne Latino**
**237 Kent Avenue,**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194 7**

**Nonpriority creditor's name and mailing address**

**Julie Hermelin**
**2369 North Vermont Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

**Juliet Seniff**
**6170 Outlook Avenue**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.1949**

**Nonpriority creditor's name and mailing address**

**Julius Erving**
**5761 Cleon Ave**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1950**

**Nonpriority creditor's name and mailing address**

**Junk Films Inc**
**1515 North Avenue 50**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1951**

**Nonpriority creditor's name and mailing address**

**Just Married & Cooking**
**30 Christopher Street**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1952**

**Nonpriority creditor's name and mailing address**

**Justin Kerr**
**129 Greene Street**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1953**

**Nonpriority creditor's name and mailing address**

**Justin Markell**
**4943 W. Maplewood Ave.**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1954**

**Nonpriority creditor's name and mailing address**

**Justin McGoldrick**
**308 N Rossmore Ave.**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1955**

**Nonpriority creditor's name and mailing address**

**Justin Noble**
**5770 W Centinela Ave**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Neuehouse Inc.**
_____
Name

Case number (*if known*)   **25-11937**
_____

| 3.195 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Justin Petitto**
**11820 Chandler Blvd**
**Valley Village, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.195 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JVS Wines Import, Inc.**
**360 Swift Ave**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.195 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JxJ Ventures, LLC**
**16856 Kensington Drive**
**Macomb, MI 48044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.195 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kafa Bar Inc.**
**6201 Hollywood Blvd Unit 2012**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.196 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kai Gourmet, LLC**
**1310 East Grand Avenue**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.196 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kaitlin Forbes**
**164 7Th Ave**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.196 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kaitlyn Power**
**16-64 Woodbine Street**
**Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.196 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kallpod**
5225 Wilshire Boulevard
Los Angeles, CA 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kanban Signs**
6160 Fairmount Ave
San Diego, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kara Brown**
519 N Hayworth Ave
Los Angeles, CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kareem Black**
104 West 17th Street
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Obrist Photography**
822 St Johns Place #4R
Brooklyn, NY 11216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Williams**
7168 Village 7
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kari Aiya Barber**
375 E. 2nd Ave Apt 328
Los Angeles, CA 90012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Neuehouse Inc.**                                         Case number (if known)   **25-11937**
_____Name_____

---

**3.197
0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Karim Belkebir**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
1**

**Nonpriority creditor's name and mailing address**                         **$0.00**

**Karim Maachi**
**5025 Amigo Ave**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
2**

**Nonpriority creditor's name and mailing address**                         **$0.00**

**Karina M Ramirez**
**1844 N Kingsley Dr Apt 9**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
3**

**Nonpriority creditor's name and mailing address**                         **$0.00**

**Karl Finegan**
**1800 Purdy Avenue**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
4**

**Nonpriority creditor's name and mailing address**                         **$0.00**

**Karl Herrmann**
**2260 E. Maple Ave**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
5**

**Nonpriority creditor's name and mailing address**                         **$0.00**

**Karla Keskin**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
6**

**Nonpriority creditor's name and mailing address**                         **$0.00**

**Karla Otto Inc.**
**475 10th Ave**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.197 7**

**Nonpriority creditor's name and mailing address**
**Karla Smith-Brown**
**22 Rogers Ave**
**Brooklyn, NY 11216**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 8**

**Nonpriority creditor's name and mailing address**
**Karmic**
**Sara Arnell**
**Katonah, NY 10536**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 9**

**Nonpriority creditor's name and mailing address**
**Karolina Dmowska**
**110 Eagle Street**
**New York, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.198 0**

**Nonpriority creditor's name and mailing address**
**Kastriot Pacarada**
**710 Morris Park Avenue**
**New York, NY 10462**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.198 1**

**Nonpriority creditor's name and mailing address**
**Kat Araujo/Afternoon Culture**
**548 West 164 St.**
**New York, NY 10032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.198 2**

**Nonpriority creditor's name and mailing address**
**Kat Dines**
**345 E 57th St**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.198 3**

**Nonpriority creditor's name and mailing address**
**Kate Gardner**
**375 Lincoln Place**
**Brooklyn, NY 11238**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.198 4**

**Nonpriority creditor's name and mailing address**

**Kate Neckel**
**6805 Seward Park Ave S**
**Seattle Seward Park Ave S, WA 98118**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.198 5**

**Nonpriority creditor's name and mailing address**

**Kate Sims**
**827 2nd St Apt 307**
**Santa Monica, CA 90403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

**Kate Stein Inc.**
**1717 Troutman Street, Apt 254**
**Ridgewood, NY 11385**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.198 7**

**Nonpriority creditor's name and mailing address**

**Katelyn Aldrin**
**1800 N New Hampshire Ave**
**Los Angeles, CA 90027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

**Kateryna Pavlenko**
**4244 Lindblade drive,apt.16**
**Los Angeles, CA 90066**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

**Katharine Foley**
**14101 Marquesas Way**
**Marina del Rey, CA 90292**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

**Katherine Addis**
**12507 Martha St**
**Valley VIllage, CA 91607**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (if known)   **25-11937**
_____

| 3.199 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Katherine Chihuahua** | ☐ Contingent | |
| **6121 Sunset Blvd** | ☐ Unliquidated | |
| **Los Angeles, CA 90028** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Katherine Doherty** | ☐ Contingent | |
| **1660 Talmadge Street** | ☐ Unliquidated | |
| **Los Angeles, CA 90027** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Katherine Eaton** | ☐ Contingent | |
| **4848 N. Goldwater Blvd.** | ☐ Unliquidated | |
| **Scottsdale, AZ 85251** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Katherine Ella Wood** | ☐ Contingent | |
| **215 1/2 North Swall Drive** | ☐ Unliquidated | |
| **Beverly Hills, CA 90211** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Katheryn White / Galvanize** | ☐ Contingent | |
| **Attn: Greenstone** | ☐ Unliquidated | |
| **Boulder, CO 80302** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Kathryn Garcia** | ☐ Contingent | |
| **2344 McKinley Avenue** | ☐ Unliquidated | |
| **Los Angeles, CA 90291** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Kathryn Nadia Popiel** | ☐ Contingent | |
| **255 Union Ave** | ☐ Unliquidated | |
| **Brooklyn, NY 11211** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.199 8**

**Nonpriority creditor's name and mailing address**

**Katie Longmeyer**
**652 E. 6th Street**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

**Katini Skin LLC**
**5110 Main Street**
**Williamsville, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

**Katini Yamaoka Dinkubahi**
**256 north 6th street apt 2A**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

**Katom Restaurant Supply, Inc.**
**305 Katom Drive**
**Kodak, TN 37764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 2**

**Nonpriority creditor's name and mailing address**

**Katsu New York**
**1 Irving Place #G16C**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

**Katy Daly**
**1201 Broadway**
**New York City, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

**Katzie Guy-Hamilton**
**130 West 20th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Neuehouse Inc.**
Name

Case number (*if known*) **25-11937**

| | | |
|---|---|---|
| 3.200 5 | **Nonpriority creditor's name and mailing address**<br>**Kavel Gounden**<br>**194 E 2Nd Street**<br>**New York, NY 10009** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 6 | **Nonpriority creditor's name and mailing address**<br>**Kay Madati**<br>**c/o BET**<br>**Hollywood, CA 90028** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 7 | **Nonpriority creditor's name and mailing address**<br>**Kaya Newton**<br>**8505 Gulana Ave**<br>**Playa del Rey, CA 90293** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 8 | **Nonpriority creditor's name and mailing address**<br>**Kaya Wilkins**<br>**100 Kent Street #3R**<br>**Brooklyn, NY 11222** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 9 | **Nonpriority creditor's name and mailing address**<br>**Kaylee Hultgren**<br>**3506 34th St.**<br>**Long Island City, NY 10016** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.201 0 | **Nonpriority creditor's name and mailing address**<br>**Kealan Finlay-Mulligan**<br>**18832 Florida Street**<br>**Huntington Beach, CA 92648** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.201 1 | **Nonpriority creditor's name and mailing address**<br>**Keith Behrle Productions, LLC**<br>**23 Winding Way**<br>**North Caldwell, NJ 07006** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.201** **2**

**Nonpriority creditor's name and mailing address**

**Kelly Haddad**
**301 E 48th Street**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201** **3**

**Nonpriority creditor's name and mailing address**

**Kelly Mac Music**
**70 Kosciuszko St**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201** **4**

**Nonpriority creditor's name and mailing address**

**Ken Kamba Electric, Inc**
**11479 Jefferson Blvd**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201** **5**

**Nonpriority creditor's name and mailing address**

**Kenadi Delacerna**
**812 Crown St.**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201** **6**

**Nonpriority creditor's name and mailing address**

**Kendall Bessent**
**1122 To Lani Drive**
**Stone Mountain, GA 30083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201** **7**

**Nonpriority creditor's name and mailing address**

**Kenien Spann**
**7123 Hazeltine Ave**
**Van Nuys, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201** **8**

**Nonpriority creditor's name and mailing address**

**Kenji777x LLC**
**SushiPrivateChef | Attn: Sainatee Jampat**
**Brea, CA 92822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2019**

**Nonpriority creditor's name and mailing address**

**Kennady Bob**
**206 S Coronado St**
**Los Angeles, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2020**

**Nonpriority creditor's name and mailing address**

**Kenneth James Laubbacher**
**2365 Teviot Street**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2021**

**Nonpriority creditor's name and mailing address**

**Kent Anderson**
**253 Ridgeview Dr**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2022**

**Nonpriority creditor's name and mailing address**

**Kent Creative**
**100 Maspeth Ave.**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2023**

**Nonpriority creditor's name and mailing address**

**Kenton Chen**
**5056 Tujunga Avenue**
**Los Angeles, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2024**

**Nonpriority creditor's name and mailing address**

**Kevin Barth**
**340 E64th**
**New York, NY 10065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2025**

**Nonpriority creditor's name and mailing address**

**Kevin McCormick**
**240 Sullivan Street**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2026**

**Nonpriority creditor's name and mailing address**
**Kevin Stuessi**
**221 W 78th Street**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2027**

**Nonpriority creditor's name and mailing address**
**Key Business Solutions**
**575 Virginia Drive**
**Fort Washington, PA 19034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2028**

**Nonpriority creditor's name and mailing address**
**KGUK**
**247 Nassau Ave**
**Manhasset, NY 11030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2029**

**Nonpriority creditor's name and mailing address**
**Kilroy Realty, LP**
**12200 West Olympic Boulevard**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2030**

**Nonpriority creditor's name and mailing address**
**Kim Do**
**1906 N. Alexandria Ave.**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2031**

**Nonpriority creditor's name and mailing address**
**Kimberlina Whettam & Associates, Inc**
**241 S. Figueroa Street, Suite 250**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2032**

**Nonpriority creditor's name and mailing address**
**Kimberly Cohen**
**1844 N Edgemont St.,**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Neuehouse Inc.**
_____
Name

Case number (*if known*)   **25-11937**
_____

| 3.203 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kimberly Phoebus**
**210 Madison Avenue**
**Spring Lake, NJ 07762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kimberly Sibilia**
**5850 Lexington Avenue**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kimmie H Kim**
**2800 Neilson Way**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**King & Partners, LLC**
**9 East 40th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**King Draft Inc**
**PO Box 740432**
**Rego Park, NY 11374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kings County Distillery**
**63 Flushing Avenue**
**Queens, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kingsley Produce**
**54-60 48TH STREET**
**MASPETH, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2040**

**Nonpriority creditor's name and mailing address**

**Kinney Custom Signs, Inc.**
**2209 Federal Ave**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2041**

**Nonpriority creditor's name and mailing address**

**Kira Powell**
**6059 Lexington Ave**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2042**

**Nonpriority creditor's name and mailing address**

**Kirt Gittens**
**482 Seneca Avenue**
**Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2043**

**Nonpriority creditor's name and mailing address**

**Kitty Green**
**212 E 25th St.**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2044**

**Nonpriority creditor's name and mailing address**

**Knibb Design Corp**
**822 Lincoln Blvd**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2045**

**Nonpriority creditor's name and mailing address**

**KOATJI, Inc**
**660 Lilac Drive**
**Montecito, CA 93108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2046**

**Nonpriority creditor's name and mailing address**

**Kocquece Jackson**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.204 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kolkata Chai Co**
**199 East 3rd Street**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KONE INC**
**1821 Tyburn Street**
**Glendale, CA 91204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kore To**
**916 East Navilla Place**
**Covina, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Korie Payne**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Koury Angelo Photography, Inc.**
**Koury Angelo Photography, Inc**
**Burbank, CA 91501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Koury Engineering & Testing Inc.**
**14280 Euclid Avenue**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KPFF, INC.**
**700 South Flower Street**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2054**

**Nonpriority creditor's name and mailing address**

**KR Hollywood, LLC**
**12200 W. Olympic Blvd.**
**Los Angeles, CA 90064**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2055**

**Nonpriority creditor's name and mailing address**

**Kravet Inc**
**PO Box 5500**
**Hauppauge, NY 11788**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2056**

**Nonpriority creditor's name and mailing address**

**Kristi Cornelius**
**1334 N Las Palmas**
**Los Angeles, CA 90028**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2057**

**Nonpriority creditor's name and mailing address**

**Kristin Hensley**
**4149 Farmdale Ave**
**Studio City, CA 91604**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2058**

**Nonpriority creditor's name and mailing address**

**Kristin Ofria**
**1244 11th Street**
**Los Angeles, CA 90401**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2059**

**Nonpriority creditor's name and mailing address**

**Kristina Jenkins**
**917 2nd St**
**Santa Monica, CA 90403**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2060**

**Nonpriority creditor's name and mailing address**

**Kristina Raymond**
**14213 Leadwell Street**
**Van Nuys, CA 91405**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.206**
**1**

**Nonpriority creditor's name and mailing address**
**Kristine Barilli**
**371 Manhattan Avenue**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206**
**2**

**Nonpriority creditor's name and mailing address**
**Kucker Marino Winiarsky & Bittens, LLP**
**Attention: Edmond O'Brien 747 Third Aven**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206**
**3**

**Nonpriority creditor's name and mailing address**
**Kulczar-Marin, LLC**
**61 Greenpoint Avenue**
**BROOKLYN, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206**
**4**

**Nonpriority creditor's name and mailing address**
**Kurt Voltmann**
**18-21 Bleecker St**
**Queens, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206**
**5**

**Nonpriority creditor's name and mailing address**
**Kyn Entertainment U.S., Inc**
**c/o CohnReznick**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206**
**6**

**Nonpriority creditor's name and mailing address**
**Kyoko Hamaguchi**
**2518 Avenue I**
**Brooklyn, NY 11210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206**
**7**

**Nonpriority creditor's name and mailing address**
**Kyra Marshall**
**9 Brook Way**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.2068**

Nonpriority creditor's name and mailing address

**L&B Apparel LLC**
**91 East 4th Street**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.2069**

Nonpriority creditor's name and mailing address

**L&K Partners, Inc**
**104 Est 25th Street, 7th Fl**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.2070**

Nonpriority creditor's name and mailing address

**L'Oreal USA**
**121 E 23rd St**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.2071**

Nonpriority creditor's name and mailing address

**L-OBJET LLC**
**3515 Conflans Road**
**Irving, TX 75061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.2072**

Nonpriority creditor's name and mailing address

**L.A. Hydro-Jet + Rooter Service, Inc.**
**10639 Wixom Street**
**Sun Valley, CA 91352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.2073**

Nonpriority creditor's name and mailing address

**LA Art Guy**
**12405 Venice Blvd**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.2074**

Nonpriority creditor's name and mailing address

**La Bottega USA**
**264 West 40th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**                                              Case number (if known)   **25-11937**
_____
Name

| 3.207 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**La Burg LLC**
**1118 Mohawk Street, Apt. 101**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**La Casona Gardens Designs**
**23400 Southwest 187th Avenue**
**Homestead, FL 33031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**La Colombe Torrefaction**
**2620 East Tioga St**
**Philadelphia, PA 19134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**La Competencia Imports LLC**
**La Competencia Imports LLC**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LA Dream Rentals**
**5757 Wilshire Boulevard**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LA Electrical LLC**
**60-10 Bleecker St**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**La Grenouille Wine Imports**
**921 16th Street**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.208
2**

**Nonpriority creditor's name and mailing address**

**La Huesuda Tacos
8228 Morton Ave
Los Angeles, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
3**

**Nonpriority creditor's name and mailing address**

**LA Mision Associates
1351 Air Wing rd.
san diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
4**

**Nonpriority creditor's name and mailing address**

**La Pecora Bianca Holdings LLC
Ozaneaux LTD
New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
5**

**Nonpriority creditor's name and mailing address**

**La Petite Gardenia
651 Clover Street
Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
6**

**Nonpriority creditor's name and mailing address**

**LA vs The World LLC
646 N Curson Ave
Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
7**

**Nonpriority creditor's name and mailing address**

**LAFC Corporation
PO Box 433
Los Angeles, CA 90078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
8**

**Nonpriority creditor's name and mailing address**

**Lake Hills LLC
7955 Magnolia Avenue
Riverside, CA 92504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (*if known*)  **25-11937**

---

**3.2089**

**Nonpriority creditor's name and mailing address**
**Lam and Kaaononi Engineering Corp.**
**617 W 7th St**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2090**

**Nonpriority creditor's name and mailing address**
**Lamar Robillard**
**11 Roosevelt place**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2091**

**Nonpriority creditor's name and mailing address**
**Lambda Sigma Llc DBA Alchemy Media**
**3434 Overland Ave**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2092**

**Nonpriority creditor's name and mailing address**
**Lamps Plus**
**20250 Plummer Street**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2093**

**Nonpriority creditor's name and mailing address**
**Lan Nguyen**
**20898 Monarch Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2094**

**Nonpriority creditor's name and mailing address**
**Lana's dream Inc**
**244 W 54th Street**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2095**

**Nonpriority creditor's name and mailing address**
**Land Design Studio Inc**
**76 Spruce Street**
**Blauvelt, NY 10913**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | **25-11937** |

---

**3.2096**

**Nonpriority creditor's name and mailing address**
**LandCorp**
**7600 E Redfield Rd**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2097**

**Nonpriority creditor's name and mailing address**
**Langdon Shiverick Inc.**
**610 S Main St, #344**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2098**

**Nonpriority creditor's name and mailing address**
**Langley Fox Inc.**
**4611 N. Hale Avenue**
**Tampa, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2099**

**Nonpriority creditor's name and mailing address**
**Lara Cocken**
**500 W 30th St**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2100**

**Nonpriority creditor's name and mailing address**
**Lara Talatinian**
**5130 Windermere Ave**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2101**

**Nonpriority creditor's name and mailing address**
**Larchmont Village Florist**
**420 North Larchmont Boulevard**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2102**

**Nonpriority creditor's name and mailing address**
**Larder Baking Company**
**3310 S. Robertson Blvd**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.210 3**

**Nonpriority creditor's name and mailing address**

**Large Lemonade**
**2110 4th Street**
**Santa Monica, CA 90405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 4**

**Nonpriority creditor's name and mailing address**

**Large Marge**
**1539 Fishburn Ave**
**Los Angeles, CA 90063**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 5**

**Nonpriority creditor's name and mailing address**

**Lark Farnum Design**
**310 West Mariposa Street**
**Altadena, CA 91001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 6**

**Nonpriority creditor's name and mailing address**

**LARQ Inc**
**950 Tower Ln, Suite 2100**
**Foster City, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 7**

**Nonpriority creditor's name and mailing address**

**LAs Painter**
**164 1/2 North Avenue 23**
**Los Angeles, CA 90031**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 8**

**Nonpriority creditor's name and mailing address**

**LASP System USA LLC**
**1527 W 13th St**
**Upland, CA 91786**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 9**

**Nonpriority creditor's name and mailing address**

**LAST LOOKS STUDIO LLC**
**2190 E 14TH ST #144**
**LOS ANGELES, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.211 0**

**Nonpriority creditor's name and mailing address**

**Latham and Watkins LLP**
**555 WEST 5TH STREET**
**LOS ANGELES, CA 90013-1010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211 1**

**Nonpriority creditor's name and mailing address**

**Latonya Crawford**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211 2**

**Nonpriority creditor's name and mailing address**

**Launch Sequence LLC**
**335 Collins Avenue**
**Miami Beach, FL 33139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211 3**

**Nonpriority creditor's name and mailing address**

**Laundry Day Industries Inc**
**2614 Bridge Street**
**Victoria**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211 4**

**Nonpriority creditor's name and mailing address**

**Laura Currie**
**250 Bowery**
**New York, NY 10012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

**Laura S Dedman**
**580 Leonard St**
**Brooklyn, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

**Lauren Blum**
**900 W Olympic blvd**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
| | Name | | | |

---

**3.211 7**

**Nonpriority creditor's name and mailing address**

**Lauren Casamassima**
**110 E 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211 8**

**Nonpriority creditor's name and mailing address**

**Lauren Dalvia**
**1010 10Th Street**
**Santa Monica, CA 90403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.211 9**

**Nonpriority creditor's name and mailing address**

**Lauren Estevez**
**925 SanbornAve**
**Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.212 0**

**Nonpriority creditor's name and mailing address**

**Lauren Kim**
**337 N Ave.**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.212 1**

**Nonpriority creditor's name and mailing address**

**Lauren Kop**
**1418 Echo Park Avenue**
**Los Angeles,, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.212 2**

**Nonpriority creditor's name and mailing address**

**Lauren Roth**
**68 Center Avenue**
**Atlantic Highlands, NJ 07716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

**Lauren Urband**
**2228 N. Commonwealth Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

**Law Office of Isabel Hidrobo, PC**
**110 E 25th St**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

**Law Office of Jordan R. Bernstein PC**
**137 North Larchmont Boulevard - 190**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

**LAWFORMER CORP**
**239 Rosemont Avenue**
**San Gabriel, CA 91775**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

**Lawrence Taylor**
**576 Eastern Pkwy**
**Brooklyn, NY 11225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

**Lawson Kuehernt**
**407 West Union St**
**Morganton, NC 28655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**LAXART**
**518 N Western Ave**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**LAZ KARP Associates LLC**
**PO Box 782252**
**Philadelphia, PA 19178-2252**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.213**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **LC Productions LLC**<br>**145 S. Irvine Blvd.**<br>**Los Angeles, CA 90004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.213**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **LCC Cabinets**<br>**1520 Commerce St #D**<br>**Corona, CA 92880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.213**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **LeadingEdge Plumbing & Rooter, Inc.**<br>**12300 Foothill Boulevard**<br>**Los Angeles, CA 91342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.213**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Leandro Justen**<br>**4 West 126th Street**<br>**New York, NY 10027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.213**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Leap the Pond**<br>**3 Schooner Lane**<br>**Milford, CT 06460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.213**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **LEAVEN & CO**<br>**220 COSTER STREET**<br>**BRONX, NY 10474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.213**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Lee & Associates Commercial Real Estate**<br>**1055 E. Colorado Blvd., Suite 330**<br>**Pasadena, CA 91106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Neuehouse Inc.**

Name

Case number (*if known*)   **25-11937**

| 3.213 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lee Rierson**
**2140 Canyon Dr.**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leerink Partners LLC**
**1 Citizens Drive**
**Riverside, RI 02915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Left of Way, LLC**
**billing@forservicesof.com**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Legendary Productions, LLC**
**328 Pleasant Avenue**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lehach & Filippa, LLP**
**80 Pine Street**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lehualani Puakea Kupaa Trock**
**3898 3/4 Filion Street**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leica Camera Inc**
**1 Pearl Court Unit A**
**Allendale, NJ 07401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**

Name

Case number (if known) **25-11937**

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**Leigh Peterson**
**4525 Russell Ave**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

**Leila Shams**
**2029 N Berendo St**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 7**

**Nonpriority creditor's name and mailing address**

**Leily Soleimani**
**310 East 53rd St**
**NY, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 8**

**Nonpriority creditor's name and mailing address**

**Leisure World Inc.**
**287 Park Avenue South**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 9**

**Nonpriority creditor's name and mailing address**

**Leonardo da Silva**
**4512 46th Street**
**Sunnyside, NY 11104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.215 0**

**Nonpriority creditor's name and mailing address**

**Les Bider**
**1017 N. Roxbury Dr**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.215 1**

**Nonpriority creditor's name and mailing address**

**Lesley McKenzie**
**1511 Dexter Street**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (if known)  **25-11937**

---

| 3.215 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LESSIN MEDIA COMPANY**
**1 POST ST STE 1040**
**SAN FRANCISCO, CA 94104**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.215 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LEVB, INC (MTB Event Rentals)**
**325 W Cerritos Ave**
**Glendale, CA 91204**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.215 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Level Hospitality Group LLC**
**1730 East Holly Avenue**
**El Segundo, CA 90245**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.215 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Levy Baguin**
**1354 N Harper Ave**
**West Hollywood, CA 90046**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.215 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lexie Lowell Creative LLC**
**65 Saint Pauls Road North**
**Hempstead, NY 11550**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.215 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LH Productions**
**1453 VIrginia Ave**
**Baldwin Park, CA 91706**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.215 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lia Fernandez**
**5930 Barton Ave**
**Hollywood, CA 90038**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2159**

**Nonpriority creditor's name and mailing address**

**Liam Collins**
**PO Box 1382**
**Summit, NJ 07902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2160**

**Nonpriority creditor's name and mailing address**

**Liam Young**
**315 East 8th Street**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2161**

**Nonpriority creditor's name and mailing address**

**LIAN HWA FOODS USA INC.**
**23497 Eichler St, Unit B**
**Hayward, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2162**

**Nonpriority creditor's name and mailing address**

**Liberate INC**
**938 4th Street**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2163**

**Nonpriority creditor's name and mailing address**

**Liberty Mutual Insurance**
**100 Liberty Way**
**Dover, NH 03820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$68,945.00

---

**3.2164**

**Nonpriority creditor's name and mailing address**

**Liberty Mutual Insurance**
**100 Liberty Way**
**Dover, NH 03820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2165**

**Nonpriority creditor's name and mailing address**

**Libra Arts - Billy Jones**
**115 S 5th Street**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

**Life & Thyme Inc.**
**1350 Carlton Drive**
**Glendale, CA 91205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.216 7**

**Nonpriority creditor's name and mailing address**

**Life House**
**150 Lombard Street**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.216 8**

**Nonpriority creditor's name and mailing address**

**Lifetree Media Ltd**
**2500 Hollyridge Drive**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**

**Liffey Van Lines, Inc**
**234 East 121st Street**
**New York, NY 10035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**

**Lighthouse Creative Work**
**110 E 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**

**Lightstone Group**
**460 Park Avenue at 57th Street**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217 2**

**Nonpriority creditor's name and mailing address**

**Lightwerks Communication Systems, Inc**
**701 East Gardena Blvd.**
**Carson, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.217 3**

**Nonpriority creditor's name and mailing address**

**Lil Blankiee LLC**
**829 Bushwick Avenue #1**
**Brooklyn, NY 11221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 4**

**Nonpriority creditor's name and mailing address**

**Lilian Kendall**
**270 Park Avenue**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 5**

**Nonpriority creditor's name and mailing address**

**Liliana Fraga**
**324 N NEW HAMPSHIRE AVE**
**Los Angeles, CA 90004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 6**

**Nonpriority creditor's name and mailing address**

**Lillian Kwong**
**15 Park Row**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 7**

**Nonpriority creditor's name and mailing address**

**Lily Malek**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 8**

**Nonpriority creditor's name and mailing address**

**Lincoln Hall Acoustics**
**5104 W. Washington Blvd**
**Los Angeles, CA 90016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 9**

**Nonpriority creditor's name and mailing address**

**Lincoln Life & Annuity Company of NY**
**PO Box 7247-0347**
**Philadelphia, PA 19170-0347**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**
Name

Case number *(if known)* **25-11937**

---

**3.218
0**

**Nonpriority creditor's name and mailing address**

**Linda Honan**
**900 Orlando**
**Los Angeles, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218
1**

**Nonpriority creditor's name and mailing address**

**Linda Vanessa Tovar**
**163 W. Claremont St.**
**Pasadena, California [CA] 91103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218
2**

**Nonpriority creditor's name and mailing address**

**Lindsay Benner**
**2139 El Molino Ave**
**Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218
3**

**Nonpriority creditor's name and mailing address**

**Lindsay Herr**
**160 Havemeyer St #24**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218
4**

**Nonpriority creditor's name and mailing address**

**Lindsay Mancini**
**1126 Marion Ave**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218
5**

**Nonpriority creditor's name and mailing address**

**Lindsay Pulaski**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218
6**

**Nonpriority creditor's name and mailing address**

**Lindsay Waterbury**
**1 Irving Place**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.218 7**

**Nonpriority creditor's name and mailing address**

**Linkedin**
**62228 Collections Center Drive**
**Chicago, IL 60693-0622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

**Linus Bike, Inc.**
**12655 W Washington Blvd**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

**Lion's Share World LLC**
**8204 Brucar Court**
**Gaithersburg, MD 20877**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

**Lionel Geneste**
**8260 Gould Avenue**
**Los angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 1**

**Nonpriority creditor's name and mailing address**

**Lipsky Lowe LLP**
**630 Third Avenue**
**New York, NY 10017-6705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 2**

**Nonpriority creditor's name and mailing address**

**Lisa Chamberlain**
**1252 Havenhurst Drive**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 3**

**Nonpriority creditor's name and mailing address**

**Lisa Reider**
**718 Inlet Shore Drive**
**Delavan, WI 53115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (*if known*)   **25-11937**

---

**3.219
4**

**Nonpriority creditor's name and mailing address**

**Listen TWO Me LLC**
**541 S Sparks Street**
**Burbank, CA 91506**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219
5**

**Nonpriority creditor's name and mailing address**

**Lithographix, Inc.**
**12250 South Crenshaw Blvd**
**Hawthorne, CA 90250**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219
6**

**Nonpriority creditor's name and mailing address**

**Lithologie inc.**
**803 Rue de Castelnau Est**
**Montreal**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219
7**

**Nonpriority creditor's name and mailing address**

**Little Cinema LLC**
**PO Box 182051**
**Columbus, OH 43218**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219
8**

**Nonpriority creditor's name and mailing address**

**Little West LLC**
**4470 W. Sunset Blvd**
**Los Angeles, CA 90027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219
9**

**Nonpriority creditor's name and mailing address**

**Live Art Plantscapes, Inc.**
**1323 West 130th Street**
**Gardena, CA 90247**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220
0**

**Nonpriority creditor's name and mailing address**

**Live Work Strategize, LLC**
**168 Beechmont Drive**
**New Rochelle, NY 10804**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Neuehouse Inc.**                                                    Case number (if known)    **25-11937**
_____
Name

---

| 3.220 | | |
|---|---|---|
| 1 | | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Liz Friedland Consulting LLC**
**300 Mercer Street**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Liza Lax Gordon**
**260 Park Avenue South**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Liza Wachter**
**c/o Faeron**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Lizbeth Marquez**
**3987 princeton street**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Loamis Media**
**2899 West 71st Place**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Lobster Place Whlsl. Sfd**
**75 Ninth Avenue**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Local Natives Touring Inc**
**235 Park Avenue South, FL 9**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.220 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Loescher Meachem Architects, Inc.**
**353 South Broadway**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Evan Thomas**
**1616 Beverley Road**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Millwork, LLC**
**46 Clinton Street**
**Newton, NJ 07860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Rice**
**6044 La Prada St**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LoopNet**
**PO Box 7410099**
**Chicago, IL 60674-5095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lord Jones**
**3200 Ellington Drive**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Loring Consulting Engineers, Inc**
**360 West 31st Street - 14th Floor**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

**Lorne Grabe**
**437 W 54th St**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

**Lorraine Nicholson**
**Attn: Edward White and Company**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 7**

**Nonpriority creditor's name and mailing address**

**Lorza Renovations Inc**
**1695 Lexington Avenue**
**New York,, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

**Los Angeles Conservancy**
**523 W 6th St Ste 826**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

**Los Angeles County Tax Collector**
**225 North Hill Street, Room 122**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

**Los Angeles Department of Water & Power**
**P O Box 30808**
**Los Angeles, CA 90030-0808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

**Los Angeles Distributing Co**
**LA Distributing Co**
**Vernon, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.222 2**

**Nonpriority creditor's name and mailing address**

**Los Angeles Tourism & Convention Board**
**633 W 5th St**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 3**

**Nonpriority creditor's name and mailing address**

**Loupe Digital Inc**
**117 east 24th street, 2nd floor**
**New York City, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 4**

**Nonpriority creditor's name and mailing address**

**Love Swirls**
**4815 Baltimore St**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 5**

**Nonpriority creditor's name and mailing address**

**Lowenstein Sandler LLP**
**Lowenstein Sandler LLP**
**Roseland, NJ 07068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 6**

**Nonpriority creditor's name and mailing address**

**LPIII Tattoo, Co.**
**230 E Palm Ave**
**Orange, CA 92866**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 7**

**Nonpriority creditor's name and mailing address**

**LTO Capital**
**667 Madison Avenue, 5th Floor**
**New York, NY 10065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 8**

**Nonpriority creditor's name and mailing address**

**LTS Management**
**1011 Avenue of the Americas**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.222 9**

**Nonpriority creditor's name and mailing address**

**Lubert-Adler Management, LP**
**2929 Arch St**
**Philadelphia, PA 19103-2868**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

**Luca Alemanno**
**217 Marguerita Avenue**
**Alhambra, CA 91801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

**Luca Crostella**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.223 2**

**Nonpriority creditor's name and mailing address**

**Luca Hamm**
**222 South Main Street**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.223 3**

**Nonpriority creditor's name and mailing address**

**Luca Lucarelli**
**915 Cole Drive**
**Brielle, NJ 08730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.223 4**

**Nonpriority creditor's name and mailing address**

**Lucas Asensi Costa**
**1232 madison st**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.223 5**

**Nonpriority creditor's name and mailing address**

**Lucas Associates Temps, Inc.**
**Loucas Group**
**Cincinnati, OH 45263-8364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**
_____
Name

Case number (if known)    **25-11937**
_____

| | |
|---|---|
| 3.223 6 | |

**Nonpriority creditor's name and mailing address**

**Lucifer Lighting Company**
**3750 IH 35 North**
**San Antonio, TX 78219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.223 7 | |

**Nonpriority creditor's name and mailing address**

**Lucos**
**247 Nassau Ave**
**Manhasset, NY 11030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.223 8 | |

**Nonpriority creditor's name and mailing address**

**Lucrin USA Inc.**
**8963 Stirling Road Suite 103**
**Cooper City, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.223 9 | |

**Nonpriority creditor's name and mailing address**

**Lucy Sandler**
**3544 The Paseo**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.224 0 | |

**Nonpriority creditor's name and mailing address**

**Ludwig Chang**
**11 Denhurst PL**
**Darien, CT 06820-3802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.224 1 | |

**Nonpriority creditor's name and mailing address**

**Luggage Free**
**c/o Jeff Boyd**
**Woodside, NY 11377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.224 2 | |

**Nonpriority creditor's name and mailing address**

**Luis Escobar**
**14517 S VERMONT AVE**
**GARDENA, CA 90247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**

Name

Case number (*if known*) **25-11937**

---

**3.224 3**

Nonpriority creditor's name and mailing address

**Luis Rodriguez**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224 4**

Nonpriority creditor's name and mailing address

**Luis Ruiz**
**1 Sadore Lane**
**Yonkers, NY 10710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224 5**

Nonpriority creditor's name and mailing address

**Luke Carter**
**70 Wyckoff Ave.**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224 6**

Nonpriority creditor's name and mailing address

**Luke Noseda**
**9 Heather Drive**
**Northport, NY 11768**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224 7**

Nonpriority creditor's name and mailing address

**Luke Reyes**
**8325 Lookout Mountain Ave**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224 8**

Nonpriority creditor's name and mailing address

**Lumen Technologies Group**
**PO Box 90182**
**Denver, CO 80291-0182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224 9**

Nonpriority creditor's name and mailing address

**Lumpkin Custom Builders LLC**
**717 West Woodbury Road**
**Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.225 0**

**Nonpriority creditor's name and mailing address**

**Lutron Services Co., Inc.**
**7200 Suter Road**
**Coopersburg, PA 18036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 1**

**Nonpriority creditor's name and mailing address**

**Lux Lounge EFR**
**106 1/2 Judge John Aiso Street**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 2**

**Nonpriority creditor's name and mailing address**

**Luxe Seafood Co**
**732 S. Alameda St.**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 3**

**Nonpriority creditor's name and mailing address**

**Lydia Kutko**
**1549 County Route 7**
**Ancram, NY 12502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 4**

**Nonpriority creditor's name and mailing address**

**Lynda Clarizio**
**144 East 30th Street**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 5**

**Nonpriority creditor's name and mailing address**

**Lyndsay Siegel**
**1887 Lucile Ave**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225 6**

**Nonpriority creditor's name and mailing address**

**Lynisha Nikki Kynard**
**141 Spencer st. apt. 404**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.225 7**

**Nonpriority creditor's name and mailing address**

**Lynnet Rodriguez**
**6206 Allston Street**
**East Los Angeles, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.225 8**

**Nonpriority creditor's name and mailing address**

**Lyra LLC**
**290 East L Street**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.225 9**

**Nonpriority creditor's name and mailing address**

**Lyric Hospitality, Inc.**
**One Embarcadero Center, Unit 26859**
**San Franscisco, CA 94126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.226 0**

**Nonpriority creditor's name and mailing address**

**M+A Group US Inc**
**520 W 27th St, Ste 901**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.226 1**

**Nonpriority creditor's name and mailing address**

**M. Blaustein & Son Inc**
**32 N. Moore Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.226 2**

**Nonpriority creditor's name and mailing address**

**M. Powers Group Ltd**
**245 E Glaucus**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.226 3**

**Nonpriority creditor's name and mailing address**

**M. Tucker**
**150 S TWIN VALLEY RD**
**ELVERSON, PA 19520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.226 4**

Nonpriority creditor's name and mailing address
**M. Tucker 210896**
**150 S TWIN VALLEY RD**
**ELVERSON, PA 19520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226 5**

Nonpriority creditor's name and mailing address
**M. Tucker 215300**
**150 S TWIN VALLEY RD**
**ELVERSON, PA 19520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226 6**

Nonpriority creditor's name and mailing address
**M. Tucker 215399**
**150 S TWIN VALLEY RD**
**ELVERSON, PA 19520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226 7**

Nonpriority creditor's name and mailing address
**M. Tucker 216464**
**150 S TWIN VALLEY RD**
**ELVERSON, PA 19520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226 8**

Nonpriority creditor's name and mailing address
**M.S. Walker Inc. (Online)**
**975 University Avenue**
**Norwood, MA 02062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226 9**

Nonpriority creditor's name and mailing address
**M2L, INC.**
**135 MADISON AVE**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227 0**

Nonpriority creditor's name and mailing address
**MA Bowers, Inc**
**433 W 21st St, #5F**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**
_____
Name

Case number (*if known*)    **25-11937**

---

| 3.227 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MAADMOISELLE LLC** **711 S Olive St** **Los Angeles, CA 90014** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.227 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maavven LLC** **9190 W Olympic Blvd** **Beverly Hills, CA 90212** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.227 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Mable Wholesale, Inc** **50 Jefferson Street** **Newburyport, MA 01950** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.227 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Mackenzie King** **231 Stanhope Street** **Brooklyn, NY 11237** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.227 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Mad Agency** **915 Shore Acres Drive** **Mamaroneck, NY 10543** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.227 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maddie Cordoba** **4528 Stern Ave** **Sherman Oaks, CA 91423** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.227 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Made in the Shade Awnings, Inc** **3265 E 59th Street** **Long Beach, CA 90805** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2278**

**Nonpriority creditor's name and mailing address**
**Madeleine Rose Studios**
**1475 Dean Street**
**Brooklyn, NY 11213**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2279**

**Nonpriority creditor's name and mailing address**
**Madeleine Salvage**
**3329 Large Avenue**
**Los Angeles, CA 90039**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2280**

**Nonpriority creditor's name and mailing address**
**Madelyn Bucci**
**Maddie Bucci Designs**
**New York, NY 10030**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2281**

**Nonpriority creditor's name and mailing address**
**Maestro Piano Technologies Inc**
**15 Half Moon Pond Road**
**Ridge, NY 11961**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2282**

**Nonpriority creditor's name and mailing address**
**Magda Berliner**
**3205 Berkeley Ave**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2283**

**Nonpriority creditor's name and mailing address**
**Maggie Shannon**
**617 East Woodbury Road**
**Altadena, CA 91001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2284**

**Nonpriority creditor's name and mailing address**
**Magic Mind**
**2261 Market Street STE 4164**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.228 5**

**Nonpriority creditor's name and mailing address**

**Magna Studios, Inc.**
**11601 Wilshire Boulevard**
**Suite 2180**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,375.00**

---

**3.228 6**

**Nonpriority creditor's name and mailing address**

**Magnum Photos Inc.**
**12 West 31st Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 7**

**Nonpriority creditor's name and mailing address**

**Maharam**
**74 Horseblock Road**
**Yaphank, NY 11980**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 8**

**Nonpriority creditor's name and mailing address**

**Mahjong Mistress**
**1411 North Altadena Drive**
**Pasadena, CA 91104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 9**

**Nonpriority creditor's name and mailing address**

**Mahzedahr Bakery**
**56 West 11th Street Apt 7 RW**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 0**

**Nonpriority creditor's name and mailing address**

**Maiden Ventures, LLC**
**245 E 87th Street, Suite 14G**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 1**

**Nonpriority creditor's name and mailing address**

**MAISON d  ETTO**
**245 East 87th Street**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.229
2**

**Nonpriority creditor's name and mailing address**

**Maitre de Chai LLC**
**PO Box 11106**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.229
3**

**Nonpriority creditor's name and mailing address**

**Maiya Norton**
**1429 Murray Drive**
**Los Angeles, CA 90026-2113**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.229
4**

**Nonpriority creditor's name and mailing address**

**Majandra Delfino Walton**
**31 Massacre Lane**
**Scarborough, ME 04074**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.229
5**

**Nonpriority creditor's name and mailing address**

**MAJOR MATTER, INC.**
**909 S Serrano Avenue**
**Los Angeles, CA 90006**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.229
6**

**Nonpriority creditor's name and mailing address**

**Make It Happen**
**51 Warren St**
**New York, NY 10007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.229
7**

**Nonpriority creditor's name and mailing address**

**Make it Nice, LLC**
**3 Stony Point Road**
**Westport, CT 06880**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.229
8**

**Nonpriority creditor's name and mailing address**

**Makenzie Murdock**
**540 E 5Th Street**
**New York, NY 10009**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2299**

**Nonpriority creditor's name and mailing address**

**Maker Wine**
**11 Edwards Avenue**
**Sausalito, CA 94965**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2300**

**Nonpriority creditor's name and mailing address**

**Maksym Brama**
**257 Williams Road**
**Cresco, PA 18326**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2301**

**Nonpriority creditor's name and mailing address**

**Maksym Chyzhevskyy**
**5937 Willoughby Ave.**
**Los Angeles, CA 90038**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2302**

**Nonpriority creditor's name and mailing address**

**Mal Creative Studio**
**c/o Maria Fernanda Alcocer**
**Brooklyn, NY 11221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2303**

**Nonpriority creditor's name and mailing address**

**Malcolm Javier Santiago**
**715 N Isabel St.**
**Glendale, CA 91206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2304**

**Nonpriority creditor's name and mailing address**

**Malecon Productions**
**c/o Carment Rita Wong**
**New York, NY 10007**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2305**

**Nonpriority creditor's name and mailing address**

**Malerie Schwartz**
**105 Church Street Apt 1**
**Newport, RI 02840**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.230 6**

**Nonpriority creditor's name and mailing address**

**Malinder Tooray**
**5200 Wilshire Boulevard**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.230 7**

**Nonpriority creditor's name and mailing address**

**Mallory McDonagh**
**373 Park Ave**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.230 8**

**Nonpriority creditor's name and mailing address**

**MamaLayla LLC**
**849 Avenue D**
**San Francisco, CA 94130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.230 9**

**Nonpriority creditor's name and mailing address**

**Managed by Q LLC**
**PO BOX 392222**
**Pittsburgh, PA 15251-9222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.231 0**

**Nonpriority creditor's name and mailing address**

**Management Associates**
**770 Crestview Drive**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.231 1**

**Nonpriority creditor's name and mailing address**

**Mandell Frazier**
**24035 Ocean Ave.**
**Torrance, CA 90505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.231 2**

**Nonpriority creditor's name and mailing address**

**Manhattan Beer Distributors, LLC (Online**
**955 East 149th Street**
**Bronx, NY 10455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.231**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Manhattan Entertainment International LL** | ☐ Contingent | |
| **753 East 5th Street** | ☐ Unliquidated | |
| **New York, NY 10009** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.231**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Manhattan Performing Arts Co.** | ☐ Contingent | |
| **250 West 99th Street** | ☐ Unliquidated | |
| **New York, NY 10025** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.231**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mankara Technologies Inc (Hudini)** | ☐ Contingent | |
| **221 River Street** | ☐ Unliquidated | |
| **Hoboken, NJ 07030** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.231**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mann Brothers** | ☐ Contingent | |
| **758 N. LA BREA AVE.** | ☐ Unliquidated | |
| **Los Angeles, CA 90038** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.231**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **MANSION** | ☐ Contingent | |
| **2750 South Redondo Boulevard** | ☐ Unliquidated | |
| **Los Angeles, CA 90016** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.231**
**8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Map Design LLC** | ☐ Contingent | |
| **1740 Jefferson Ave** | ☐ Unliquidated | |
| **Miami Beach, FL 33139** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.231**
**9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Maquette Fine Art Services** | ☐ Contingent | |
| **48-49 35th Street** | ☐ Unliquidated | |
| **Long Island City, NY 11101** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Marble Haus Corp**
**678 Grand Street**
**brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**MARC HENRY**
**1318 N Las Palmas Ave**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 2**

**Nonpriority creditor's name and mailing address**

**Marc Jordan**
**15260 Ventura Blvd.**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 3**

**Nonpriority creditor's name and mailing address**

**Marc Macaluso**
**6251 Coldwater Canyon Ave**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 4**

**Nonpriority creditor's name and mailing address**

**Marc Sailor**
**26 E 235th Street**
**Bronx, NY 10470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 5**

**Nonpriority creditor's name and mailing address**

**Marc Webb**
**12424 Wilshire Blvd. #1150**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 6**

**Nonpriority creditor's name and mailing address**

**Marcela Pardo Ariza**
**1420 45th St Studio 45**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.232 7**

**Nonpriority creditor's name and mailing address**

**Marcio Honorato**
**34-05 34th Street**
**Queens, NY 11106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 8**

**Nonpriority creditor's name and mailing address**

**Marcus Maddox**
**1229 N Taney St**
**Philadelphia, PA 19121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 9**

**Nonpriority creditor's name and mailing address**

**Margaret Wardrop**
**50 Wildey Street**
**Tarrytown, NY 10591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 0**

**Nonpriority creditor's name and mailing address**

**Margaux Froley**
**5806 Waring Ave**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 1**

**Nonpriority creditor's name and mailing address**

**Maria Haddad**
**170 Knightbridge**
**Watchung, NJ 07069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 2**

**Nonpriority creditor's name and mailing address**

**Maria Pi-Sunyer De Gispert**
**1044 West Edgeware Rd**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 3**

**Nonpriority creditor's name and mailing address**

**Maria Pia Riverola Garcia**
**1333 Alessandro Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Neuehouse Inc.**

Name

Case number (*if known*)    **25-11937**

---

**3.233 4**

**Nonpriority creditor's name and mailing address**

**Maria R Joaquin Barrueta**
**333 s New Hampshire av #317**
**Los Aneles, CA 90020**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.233 5**

**Nonpriority creditor's name and mailing address**

**Marianna Bouttier**
**709 Hart St. Apt 2C**
**Brooklyn, NY 11221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.233 6**

**Nonpriority creditor's name and mailing address**

**Marie Azam**
**2728 Oakhurst Drive**
**Los Angeles, CA 90034**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.233 7**

**Nonpriority creditor's name and mailing address**

**Marino Monferrato**
**4959 Santa Monica Blvd**
**Los Angeles, CA 90029**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.233 8**

**Nonpriority creditor's name and mailing address**

**Mario Caldato Jr**
**4611 Yosemite Way**
**Los Angeles, CA 90041**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.233 9**

**Nonpriority creditor's name and mailing address**

**Mario Garcia**
**13665 Prichard Street**
**La Puente, CA 91746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.234 0**

**Nonpriority creditor's name and mailing address**

**Marisa Kuney**
**4132 Warner Blvd Apt C**
**Burbank, CA 91505**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.234**
**1**

**Nonpriority creditor's name and mailing address**
**Marisa Langley**
**1040 Bushwick Avenue**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234**
**2**

**Nonpriority creditor's name and mailing address**
**Marissa Alper**
**6805 60th Ln**
**Flushing, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234**
**3**

**Nonpriority creditor's name and mailing address**
**Marissa Cascarilla**
**WeWork - Attn: Phaneros**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234**
**4**

**Nonpriority creditor's name and mailing address**
**Marissa McKinney**
**33 Pine Dr**
**Santa Barbara, CA 93105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234**
**5**

**Nonpriority creditor's name and mailing address**
**Mark A. Wright**
**1020 Mission St**
**South Pasadena, CA 91030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234**
**6**

**Nonpriority creditor's name and mailing address**
**Mark Cole**
**14116 Tiara Street Apt 8**
**Sherman Oaks, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234**
**7**

**Nonpriority creditor's name and mailing address**
**Mark Daiss**
**713 Parkman Avenue**
**Los Angees, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2348**

**Nonpriority creditor's name and mailing address**

**Marketing Theories LLC**
**17 Winchester Ave, #2A**
**Yonkers, NY 10710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2349**

**Nonpriority creditor's name and mailing address**

**Marnie Herald**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2350**

**Nonpriority creditor's name and mailing address**

**Marshak Enterprises LLC**
**1712 Pioneer Avenue**
**Cheyenne, WY 82001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2351**

**Nonpriority creditor's name and mailing address**

**Marshal Herridge**
**1316 Halsey Street**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2352**

**Nonpriority creditor's name and mailing address**

**Marta Stattmiller**
**1555 N. Kenmore Ave**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2353**

**Nonpriority creditor's name and mailing address**

**MARTHA CLARK**
**90-05 161ST STREET**
**JAMAICA, NY 11432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2354**

**Nonpriority creditor's name and mailing address**

**Martha Leon de la Bara**
**4675 Galendo St**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.235 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Martin Bowier**
**1430 S. Pointview St**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Martin Wallace**
**629 West 115th St #6D**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Martina Mcflyy**
**395 Leonard Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Martine Bury**
**2416 1/2 North Beachwood Drive**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Martine's Wines**
**285 Bel Marin Keys Blvd., STE Q**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARTINEZ SANTIAGO JOSE**
**Attention of Selma Ljaljicic**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Kathleen Sloan**
**11131 Huston Street**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Neuehouse Inc.**

Name

Case number (*if known*)   **25-11937**

---

**3.236.2**

**Nonpriority creditor's name and mailing address**

**Maryam Lieberman**
**11150 West Olympic Boulevard**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.236.3**

**Nonpriority creditor's name and mailing address**

**Marzipan LLC**
**264 Montgomery St**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.236.4**

**Nonpriority creditor's name and mailing address**

**Masanghai Youboty**
**dba Val Fleury**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.236.5**

**Nonpriority creditor's name and mailing address**

**Masha Martinovic**
**1741 Maltman Avenue**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.236.6**

**Nonpriority creditor's name and mailing address**

**Masienda LLC**
**11515 West Pico Boulevard**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.236.7**

**Nonpriority creditor's name and mailing address**

**Mason Richards**
**1961 Argyle Avenue**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.236.8**

**Nonpriority creditor's name and mailing address**

**Mass Interact Inc**
**11 E Hubbard St**
**Chicago, IL 60611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2369**

**Nonpriority creditor's name and mailing address**
**Master & Dynamic**
**132 West 31st St**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2370**

**Nonpriority creditor's name and mailing address**
**Mata Construction Services, Inc.**
**5016 Eagle Rock Blvd.**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2371**

**Nonpriority creditor's name and mailing address**
**Matriark**
**Patricia Assui Reed**
**Sag Harbor, NY 11963**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2372**

**Nonpriority creditor's name and mailing address**
**Matt Checkowski**
**4006 6th Ave**
**Los Angeles, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2373**

**Nonpriority creditor's name and mailing address**
**Matt McKenna**
**605 Lincoln Rd.**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2374**

**Nonpriority creditor's name and mailing address**
**Matt Pincus**
**MS Pincus & Co.**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2375**

**Nonpriority creditor's name and mailing address**
**Matt Ritter**
**128 North Ardmore Ave**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.237
6**

**Nonpriority creditor's name and mailing address**

**Matt Ruskin**
**1717 N Ogden Dr**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237
7**

**Nonpriority creditor's name and mailing address**

**Matte Finish**
**174 Hudson St**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237
8**

**Nonpriority creditor's name and mailing address**

**Matter Surfaces**
**179 Campanelli Pkwy**
**Stoughton, MA 02072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237
9**

**Nonpriority creditor's name and mailing address**

**Matthew Andrews**
**265 Stockholm Street**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.238
0**

**Nonpriority creditor's name and mailing address**

**Matthew Brodbine**
**1016 South Golden West Avenue**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.238
1**

**Nonpriority creditor's name and mailing address**

**Matthew Bull**
**43 Hickory Lane**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.238
2**

**Nonpriority creditor's name and mailing address**

**Matthew Drori**
**408 beach 137th Street**
**Queens, NY 11694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**

_____
Name

Case number (*if known*)  **25-11937**

---

**3.238 3**

**Nonpriority creditor's name and mailing address**

**Matthew Hartman**
**830 S Olive St**
**Los Angeles, CA 90014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 4**

**Nonpriority creditor's name and mailing address**

**Matthew Komorowski**
**35 Market St**
**Los Angeles, CA 90291**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 5**

**Nonpriority creditor's name and mailing address**

**Matthew Rakow**
**4020 Royal Oak Pl**
**Encino, CA 91436**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 6**

**Nonpriority creditor's name and mailing address**

**Matthew Schwartz**
**412 Drown Avenue**
**Ojai, CA 93023**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 7**

**Nonpriority creditor's name and mailing address**

**Matthew Watanabe**
**343 Linden Street**
**Brooklyn, NY 11237**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 8**

**Nonpriority creditor's name and mailing address**

**Mauhan LLC**
**4140 SW Washouga Ave**
**Portland, OR 97239**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 9**

**Nonpriority creditor's name and mailing address**

**Maureen Gillis**
**134 Willoughby Avenue**
**Brooklyn, NY 11205**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2390**

**Nonpriority creditor's name and mailing address**

**Max Faigen**
**150 West 21st Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.2391**

**Nonpriority creditor's name and mailing address**

**Max hemphill**
**1810 S BENTLEY AVE**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.2392**

**Nonpriority creditor's name and mailing address**

**Max Rippon**
**2829 West Silver Lake Drive**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.2393**

**Nonpriority creditor's name and mailing address**

**Max Steiner Design**
**327 Irving Avenue**
**brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.2394**

**Nonpriority creditor's name and mailing address**

**MAX VAN VILLE**
**449 North Orlando Avenue**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.2395**

**Nonpriority creditor's name and mailing address**

**Max Weinberg**
**5200 Wilshire Blvd**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.2396**

**Nonpriority creditor's name and mailing address**

**Maxime Pasquier**
**1389 Fulton Street 2nd Floor**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2397**

**Nonpriority creditor's name and mailing address**

**Maximilian A. Lewin**
**13 Highland Woods Blvd**
**Highland Mills, NY 10930**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2398**

**Nonpriority creditor's name and mailing address**

**Maximilla Lukacs**
**1217 Bellevue Ave**
**Los Angeles, CA 90026**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2399**

**Nonpriority creditor's name and mailing address**

**Maximus Stoneworks Unlimited Inc**
**23-21 BQE West**
**Astoria, NY 11103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2400**

**Nonpriority creditor's name and mailing address**

**Maxwell Britten Consulting, LLC**
**270 Greene Ave 1A**
**Brooklyn, NY 11238**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2401**

**Nonpriority creditor's name and mailing address**

**Maxwell Brown**
**694 Chauncey St**
**Brooklyn, NY 11207**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2402**

**Nonpriority creditor's name and mailing address**

**Maya Albert**
**Devocion**
**Brooklyn, NY 11249**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2403**

**Nonpriority creditor's name and mailing address**

**MAYUMI MATUTINA LLC**
**4763 West 12th Street**
**los angeles, CA 90019**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.240
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **McCoySpace, Inc.**<br>**210 Norman Avenue**<br>**Brooklyn, NY 11222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **McHugh Furnishings LLC**<br>**125 Laser Court**<br>**Hauppauge, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **McKenzie McClure**<br>**208 South Avenue 58**<br>**Los Angeles, CA 90042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **McMaster-Carr Supply**<br>**600 N. County Line Rd**<br>**Elmhurst, IL 60126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **McNicholas & McNicholas, LLP**<br>**10866 Wilshire Blvd., Suite 1400**<br>**Los Angeles, CA 90024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **McQueens Flowers**<br>**120 West 28th Street**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.241
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **MD Build Group Inc.**<br>**5391 Arrow Highway**<br>**Montclair, CA 91763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.241
1**

**Nonpriority creditor's name and mailing address**

**Meagan Duffy**
**1712 Morton Avenue**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.241
2**

**Nonpriority creditor's name and mailing address**

**Media Art Design House, LLC**
**54 Mercer Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.241
3**

**Nonpriority creditor's name and mailing address**

**MediaMonks**
**1214 Abbot Kinney Blvd.**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.241
4**

**Nonpriority creditor's name and mailing address**

**Megan Baldwin**
**709 Nowita Place**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.241
5**

**Nonpriority creditor's name and mailing address**

**Megan Deem**
**7 East 14th Street #1229**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.241
6**

**Nonpriority creditor's name and mailing address**

**Mejorado Partners LLC**
**641 Wall Street**
**La Habra, CA 90631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.241
7**

**Nonpriority creditor's name and mailing address**

**Mel Eslyn**
**228 Columbia Ave.**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number (if known)  **25-11937**
_____

| 3.2418 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Melanie Harris** | ☐ Contingent | |
| **6121 Sunset Blvd** | ☐ Unliquidated | |
| **Los Angeles, CA 90028** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2419 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Meleana Hawaii** | ☐ Contingent | |
| **710 Lawelawe Street** | ☐ Unliquidated | |
| **Honolulu, HI 96821** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2420 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Melissa Ceria** | ☐ Contingent | |
| **105 East 101st Street** | ☐ Unliquidated | |
| **New York, NY 10029** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2421 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Melissa Fleming** | ☐ Contingent | |
| **17 Park Avenue, Apt 902** | ☐ Unliquidated | |
| **New York, NY 10016** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2422 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Melodee Mata Solomon** | ☐ Contingent | |
| **780 Saint Marks Ave., Apt. 1C** | ☐ Unliquidated | |
| **Brooklyn, NY 11213** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2423 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **MelodyVR, Inc** | ☐ Contingent | |
| **370 Grays Inn Road, London** | ☐ Unliquidated | |
| **ENGLAND** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2424 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Meltwater News US Inc.** | ☐ Contingent | |
| **Dept. LA 23721** | ☐ Unliquidated | |
| **Pasadena, CA 91706-1300** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Neuehouse Inc.**
_____
Name

Case number (*if known*)   **25-11937**

---

**3.242 5**

**Nonpriority creditor's name and mailing address**

**Melvin Tercan**
**737 Bush St | #304**
**San Francisco, CA 94108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.242 6**

**Nonpriority creditor's name and mailing address**

**Mendel Azdrubal Varela**
**2117 West Lincoln Avenue, Apt D**
**Montebello, CA 90640**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.242 7**

**Nonpriority creditor's name and mailing address**

**Menlo Scientific Acoustics, Inc.**
**101 S Topanga Cyn Blvd, Suite 1610**
**Topanga, CA 90290**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.242 8**

**Nonpriority creditor's name and mailing address**

**Mennlay Golokeh Aggrey**
**2326 Fruitvale Avenue**
**Oakland, CA 94601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.242 9**

**Nonpriority creditor's name and mailing address**

**MENU North America**
**1700 Aviara Parkway**
**Carlsbad, CA 92011**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.243 0**

**Nonpriority creditor's name and mailing address**

**MEP Capital Management, LLC**
**244 Madison Avenue #1214**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.243 1**

**Nonpriority creditor's name and mailing address**

**Merakmark**
**50 E 28th Street**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

**Meredith Belle**
**9663 Santa Monica Blvd**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 3**

**Nonpriority creditor's name and mailing address**

**Meredith Michalojko**
**449 N Hoover St #14**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

**Meredith Rogers**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 5**

**Nonpriority creditor's name and mailing address**

**Mess Ko**
**159 Irving Ave. #3A**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 6**

**Nonpriority creditor's name and mailing address**

**MetLife**
**18210 Crane Nest Drive**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 7**

**Nonpriority creditor's name and mailing address**

**Metropolis Group, Inc**
**22 Cortlandt Street**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 8**

**Nonpriority creditor's name and mailing address**

**Metropolitan Capital Bank & Trust**
**9 E Ontario St**
**Chicago, IL 60611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.243 9**

Nonpriority creditor's name and mailing address
**Metropolitana Developments LLC**
**86 Orchard St**
**New York, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 0**

Nonpriority creditor's name and mailing address
**Mette Loulou Von Kohl**
**82 Chippewa Road**
**Yonkers, NY 10710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 1**

Nonpriority creditor's name and mailing address
**MEYERSON ASSOCIATES INC**
**200 PARK AVE SOUTH**
**NEW YORK, NY 10003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 2**

Nonpriority creditor's name and mailing address
**Mezostudio**
**439 South Berendo Street**
**Los Angeles, CA 90020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 3**

Nonpriority creditor's name and mailing address
**MHCeramics**
**710 Glenandale Terrace**
**Glendale, CA 91206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 4**

Nonpriority creditor's name and mailing address
**MHW, Ltd/ Haus Alpenz USA**
**1129, Northern Blvd.**
**Manhasset, NY 11030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 5**

Nonpriority creditor's name and mailing address
**Miami Vice Permitting Inc**
**1080 West 46th Street**
**Hialeah, FL 33012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

**Miami-Dade Water and Sewer Department(on**
**PO Box 026055**
**Miami, FL 33102-6055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.244 7**

**Nonpriority creditor's name and mailing address**

**Miami-Dade Water and Sewer Dpt**
**PO Box 026055**
**Miami, FL 33102-6055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$769.00**

---

**3.244 8**

**Nonpriority creditor's name and mailing address**

**Miamiview of South Florida LLC**
**277 SE 5th Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.244 9**

**Nonpriority creditor's name and mailing address**

**Michael Abitebol**
**247 W 87th St.**
**New york, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.245 0**

**Nonpriority creditor's name and mailing address**

**Michael Anthony Davila**
**287 Edgecombe Avenue 1D**
**New York, NY 10031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.245 1**

**Nonpriority creditor's name and mailing address**

**Michael Connor**
**11825 iowa ave**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.245 2**

**Nonpriority creditor's name and mailing address**

**Michael Dommermuth**
**2401 S. Santa Fe Ave**
**Los Angeles, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.245
3**

**Nonpriority creditor's name and mailing address**

**Michael Donatini**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245
4**

**Nonpriority creditor's name and mailing address**

**Michael Florio**
**195 Java St**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245
5**

**Nonpriority creditor's name and mailing address**

**Michael Francese**
**33 Chelsea Road**
**New Rochelle, NY 10805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245
6**

**Nonpriority creditor's name and mailing address**

**Michael Gomez**
**7813 Bonner Ave**
**Sun Valley, CA 91352**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245
7**

**Nonpriority creditor's name and mailing address**

**Michael Gowen**
**707 Main Street**
**Nashville, TN 37206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245
8**

**Nonpriority creditor's name and mailing address**

**Michael J Brooks**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245
9**

**Nonpriority creditor's name and mailing address**

**Michael J. Orlofsky**
**48 Wall Street, 26th floor**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

| 3.246 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Legum**
**315 S. Willaman Dr.**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.246 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael McGuire**
**2030 Meridian Ave**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.246 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Mosby**
**4 S 3rd St**
**Hudson, NY 12534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.246 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Oloyede**
**162 Sumpter St.**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.246 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Page International, inc.**
**Attn: A/P | ATTN -392604 500**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.246 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Porter**
**11546 Hesby Street**
**Valley Village, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.246 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Schreiber**
**645 East 11th St #5F**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.246 7**

**Nonpriority creditor's name and mailing address**
**Michael Swan**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.246 8**

**Nonpriority creditor's name and mailing address**
**Michael Turner**
**21-06 35th St Apt 3C**
**Astoria, NY 11105**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.246 9**

**Nonpriority creditor's name and mailing address**
**Michael Verselli**
**827 Saint Johns Place**
**Brooklyn, NY 11216**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.247 0**

**Nonpriority creditor's name and mailing address**
**Michael Wood**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.247 1**

**Nonpriority creditor's name and mailing address**
**Michele Evans**
**17 EAST 13TH STREET**
**New York, NY 10003**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.247 2**

**Nonpriority creditor's name and mailing address**
**Michelle Booso**
**280 Park Ave South #10K**
**New York, NY 10010**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.247 3**

**Nonpriority creditor's name and mailing address**
**Michelle Maclaren**
**Kaller Management, Inc.**
**Agoura Hills, CA 91301**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

**Michelle McCormick**
**160 West 71st Street**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 5**

**Nonpriority creditor's name and mailing address**

**Michelle Rodriguez**
**530 S. Hewitt St. #322**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 6**

**Nonpriority creditor's name and mailing address**

**Michelle Skinner**
**6201 Hollywood Blvd.**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 7**

**Nonpriority creditor's name and mailing address**

**Mickey Flicks**
**610 S Main Street**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 8**

**Nonpriority creditor's name and mailing address**

**MicroDrive Inc**
**11 Westgate Court**
**Colts Neck, NJ 07722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 9**

**Nonpriority creditor's name and mailing address**

**Micros**
**1200 Harbor Blvd**
**Weehawken, NJ 07086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 0**

**Nonpriority creditor's name and mailing address**

**Mid America Gourmet Inc.**
**11500 West 90Th Street**
**Overland Park, KS 66214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Neuehouse Inc.**
_____
         Name

Case number (*if known*)  **25-11937**

---

| 3.248 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mid-West Wholesale Lighting**
**5250 Hollywood Blvd**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Midnight Visuals**
**5901 canterbury Dr**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Midre**
**60-01 Northern Blvd.**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Miguel Bernardino**
**12737 Vanowen**
**North Hollywood, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Brown**
**466 West 142nd Street**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Pepi**
**337 W 76th Apt 1d**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Miles Felix**
**726 Lorimer St**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
Name

Case number (*if known*) **25-11937**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**Miles Jay**
**8587 Cuddy Valley Rd**
**Frazier Park, CA 93225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

**Miles Raymer**
**247 Suydam Street**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 0**

**Nonpriority creditor's name and mailing address**

**Miles Tackett**
**5918 Echo Street**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 1**

**Nonpriority creditor's name and mailing address**

**Milic Group LLC**
**664 30th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 2**

**Nonpriority creditor's name and mailing address**

**Milica Perovic**
**19 St. Marks place**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 3**

**Nonpriority creditor's name and mailing address**

**Millan Architect Studio**
**73 Market St**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 4**

**Nonpriority creditor's name and mailing address**

**Milrose Consultants, Inc.**
**498 7th Avenue**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.249 5**

**Nonpriority creditor's name and mailing address**

**Mimi McAndrew LLC**
**959 1st Ave #16D**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 6**

**Nonpriority creditor's name and mailing address**

**Mini Media LLC**
**8283 Willis Avenue**
**Panorama City, CA 91402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 7**

**Nonpriority creditor's name and mailing address**

**Miriam R. Dexter**
**5475 Katherine Avenue**
**Sherman Oaks, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 8**

**Nonpriority creditor's name and mailing address**

**MirMir LLC**
**5722 Tujunga Ave**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249 9**

**Nonpriority creditor's name and mailing address**

**Miro**
**201 Spear Street Suite 1100**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.250 0**

**Nonpriority creditor's name and mailing address**

**MIRO HOUSE INC.**
**1012 Robertson Boulevard**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.250 1**

**Nonpriority creditor's name and mailing address**

**Misael Vega**
**958 Seneca Ave**
**Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.250
2**

**Nonpriority creditor's name and mailing address**

**Mishcon de Reya LLP (Wire) (GBP)**
**Africa House, 70 Kingsway, London**
**ENGLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250
3**

**Nonpriority creditor's name and mailing address**

**Mission Pictures International**
**23642 Calabasas Rd**
**Calabasas, CA 91302**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250
4**

**Nonpriority creditor's name and mailing address**

**Mitchell's NY**
**31-10 48th ave**
**LIC, NY 11101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250
5**

**Nonpriority creditor's name and mailing address**

**Mitchell-Innes + Nas**
**534 West 26th Street**
**New York, NY 10001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250
6**

**Nonpriority creditor's name and mailing address**

**Mitra Productions**
**2 North 6th Street**
**Brooklyn, NY 11249**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250
7**

**Nonpriority creditor's name and mailing address**

**Mitsui Sumitomo Insurance Company Of**
**Ame**
**15149 Collections Center Drive**
**Chicago, IL 60693**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250
8**

**Nonpriority creditor's name and mailing address**

**Mixed Collective**
**4529 Corliss Street**
**Los Angeles, CA 90041**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.250 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mixed Greens Event Design Inc**
**178 E. 117th St.**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mixolojuice**
**13027 Victory Boulevard**
**Los Angeles, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MK CCM LLC**
**41 Bleeker #4**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MKG Productions**
**933 N. Le Brea**
**West Hollywood, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mobayen**
**9663 Santa Monica BLVD**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mode: Green Inc**
**PO BOX 309**
**STONY POINT, NY 10980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Modern Day Marketing DBA Grand Natural I**
**3111 North Tustin Street**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

**Modern Floristry Inc.**
**5656 Washington Boulevard**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 7**

**Nonpriority creditor's name and mailing address**

**Moeko Nitohbe**
**245 Frost St**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

**Moises Leon**
**9041/2 N.Normandie Ave**
**Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

**Molly Hallam**
**3310 Barham Blvd**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252 0**

**Nonpriority creditor's name and mailing address**

**Molly Keene**
**181 Thompson Street**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$893.90**

---

**3.252 1**

**Nonpriority creditor's name and mailing address**

**Molly Keene**
**181 Thompson Street**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252 2**

**Nonpriority creditor's name and mailing address**

**Molly Keene (Employee)**
**181 Thompson Street Apt 4,**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.252 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Molly Miller**
**2915 St. George St. Apt 4**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Moment Ventures Management, LLC**
**516 High Street**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mommenpop Co**
**PO Box 11106**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mon Dieu Music LLC**
**491 6th Avenue, Apt 2**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monica Julianna Mirabile**
**766 Macdonough Street Apt 1R**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monica Perez**
**4434 FOUNTAIN AVE**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monik Sheth**
**1101 Ludlow Street**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (if known) **25-11937**

| 3.253 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monique Francois**
**1812 N La Brea Ave**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monique Gates**
**11135 Weddington St,**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mono a Mono, LLC**
**6132 Saint Clair Ave**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mono LLC**
**2243 Mira Vista Ave**
**MONTROSE, CA 91020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MONSIEUR TOUTON SELECTION LTD**
**(Online)**
**129 W 27th Street #9**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Moonbaby Media Inc.**
**1313 w Piru St**
**Rosewood, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MOPS AV**
**4922 Port Royal Road STE B9**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Neuehouse Inc.**
Name

Case number (*if known*)   **25-11937**

---

**3.253 7**

**Nonpriority creditor's name and mailing address**
**Morgan Cleary**
**111 W. 7th st. PH10**
**Los Angeles, CA 90014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253 8**

**Nonpriority creditor's name and mailing address**
**Morgan Peck**
**3424 7th Avenue**
**Los Angeles, CA 90018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253 9**

**Nonpriority creditor's name and mailing address**
**Morgan Young**
**20373 Skyhawk Lane**
**Topanga, CA 90290**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254 0**

**Nonpriority creditor's name and mailing address**
**Morgenstern's Finest Ice Cream**
**2 Rivington Street**
**New York, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254 1**

**Nonpriority creditor's name and mailing address**
**Morihata International**
**19 West Lancaster Avenue**
**Ardmore, PA 19003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254 2**

**Nonpriority creditor's name and mailing address**
**Morris & Co Animal Wellness**
**85 North 3rd Street**
**Brooklyn, NY 11249**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254 3**

**Nonpriority creditor's name and mailing address**
**Morris B Abram Jr**
**World Mixed Media**
**Los Angeles, CA 90014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2544**

**Nonpriority creditor's name and mailing address**

**Morrison Cohen LLP**
**909 Third Avenue, 27th Floor**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2545**

**Nonpriority creditor's name and mailing address**

**Mosh Pit Productions LLC**
**100 South Seranado Street**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2546**

**Nonpriority creditor's name and mailing address**

**Moshe Goldfein**
**East 32nd Street**
**Brooklyn, NY 11234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2547**

**Nonpriority creditor's name and mailing address**

**Mountain Philanthropy Partners**
**55 W 14th St**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2548**

**Nonpriority creditor's name and mailing address**

**Mover Services, Inc.**
**721 E Compton Blvd.**
**Rancho Dominguez, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2549**

**Nonpriority creditor's name and mailing address**

**Moveway Transfer & Storage Inc.**
**314 Scholes Street**
**Brooklyn, NY 11206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2550**

**Nonpriority creditor's name and mailing address**

**Moving Image Technologies**
**17760 Newhope St**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.255
1**

Nonpriority creditor's name and mailing address

**MPH
31 West 34th Street
New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255
2**

Nonpriority creditor's name and mailing address

**Mr & Mrs Smith
60 Broad St
New York, NY 10004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255
3**

Nonpriority creditor's name and mailing address

**Mr. GOODBOY Record Carts
3371 Glendale Boulevard
Los Angeles, CA 90039**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255
4**

Nonpriority creditor's name and mailing address

**Mud Australia Inc.
8216 West 3rd St
Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255
5**

Nonpriority creditor's name and mailing address

**Muir-Chase Plumbing Co.,Inc
4530 Brazil St.
Los Angeles, CA 90039**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255
6**

Nonpriority creditor's name and mailing address

**Murray's Cheese, LLC
25-19 Borden Ave
Long Island City, NY 11101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255
7**

Nonpriority creditor's name and mailing address

**Muse Floral
3339 Mclaughlin Ave
Los Angeles, CA 90066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2558**

**Nonpriority creditor's name and mailing address**

**Mutual Trading Co., Inc.**
**4200 Shirley Avenue**
**El Monte, CA 91731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2559**

**Nonpriority creditor's name and mailing address**

**My Box Shop, Inc**
**29500 Heathcliff RD**
**Malibu, CA 90265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2560**

**Nonpriority creditor's name and mailing address**

**My Young Auntie**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2561**

**Nonpriority creditor's name and mailing address**

**Myers Foodservice Equipment Supply & Des**
**1599 Cleveland Avenue**
**Santa Rosa, CA 95401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2562**

**Nonpriority creditor's name and mailing address**

**MyKnobs.com**
**485-29 South Broadway**
**Hicksville, NY 11801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2563**

**Nonpriority creditor's name and mailing address**

**Myla Collective**
**23012 Saddle Peak Rd**
**Topanga, CA 90290**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2564**

**Nonpriority creditor's name and mailing address**

**Mz Work Room Corp**
**4655 metropolitan ave**
**Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2565**

**Nonpriority creditor's name and mailing address**

**Nabih Youssef & Associates**
**550 South Hope Street**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2566**

**Nonpriority creditor's name and mailing address**

**NABU Global Inc**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2567**

**Nonpriority creditor's name and mailing address**

**Nada Alic**
**1065 OLANCHA DR**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2568**

**Nonpriority creditor's name and mailing address**

**Nadege Furman-Collot**
**5131 Ranchito Ave**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2569**

**Nonpriority creditor's name and mailing address**

**Nadine Johnson & Associates**
**436 West 18th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2570**

**Nonpriority creditor's name and mailing address**

**Naeiri Petrosian**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2571**

**Nonpriority creditor's name and mailing address**

**Nahabi Roman**
**2465 atlantic ave 1st fl**
**Brooklyn, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.257
2**

**Nonpriority creditor's name and mailing address**

**Nancy Baker Cahill Studio
5727 La Mirada Av3
Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257
3**

**Nonpriority creditor's name and mailing address**

**Nancy Maguire
455 West 37th Street
New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257
4**

**Nonpriority creditor's name and mailing address**

**Naomi Bustamante
1944 Isabel St
Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257
5**

**Nonpriority creditor's name and mailing address**

**Naserin Bogado
157 S. Westmoreland Ave.
Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257
6**

**Nonpriority creditor's name and mailing address**

**Natalia Lopez de Quintana
1869 Grove Street Apt 2L
Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257
7**

**Nonpriority creditor's name and mailing address**

**Natalia Thomas
1869 Grove Street
Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257
8**

**Nonpriority creditor's name and mailing address**

**Natalie Godinez
6130 Afton Place
Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2579**

**Nonpriority creditor's name and mailing address**
**Natalie Rey**
**609 Saint Paul Ave Apt. 652A**
**Los Angeles, CA 90017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2580**

**Nonpriority creditor's name and mailing address**
**Natalie Robehmed**
**2246 Fair Oak Terrace**
**Los Angeles, CA 90039**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2581**

**Nonpriority creditor's name and mailing address**
**Nate Kuo**
**222 Hicks Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2582**

**Nonpriority creditor's name and mailing address**
**Nathan Cartier**
**8918 Hanna Ave**
**West Hills, CA 91304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2583**

**Nonpriority creditor's name and mailing address**
**Nathan Frankel**
**3499 Beverly Glen Blvd**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2584**

**Nonpriority creditor's name and mailing address**
**Nathan Gold**
**1150 Sunvue Pl.**
**Los Angeles, CA 90012**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2585**

**Nonpriority creditor's name and mailing address**
**Nathan Streifel**
**4409 Clinton Street**
**Los Angeles, CA 90004**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

**National Association of Latino Independe**
**3415 South Sepulveda Blvd Suite 1100**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

**National Fail Safe**
**6422 Industry Way**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 8**

**Nonpriority creditor's name and mailing address**

**National Fire Adjustment Co Inc**
**500 Franklin Avenue,**
**Nutley, NJ 07110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 9**

**Nonpriority creditor's name and mailing address**

**National Fire Safety**
**213 Washington Street**
**Mount Vernon, NY 10553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 0**

**Nonpriority creditor's name and mailing address**

**NATIONAL PEN COMPANY**
**342 Shelbyville Mills Road**
**Shelbyville, TN 37160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 1**

**Nonpriority creditor's name and mailing address**

**Nationwide Lighting and Electric Supply**
**1360 E. Walnut St**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 2**

**Nonpriority creditor's name and mailing address**

**Natoora US Inc.**
**99 Scott Ave Suite J**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.259 3**

**Nonpriority creditor's name and mailing address**

**Natural Diamond Council**
**PO Box 570152**
**Whitestone, NY 11357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.259 4**

**Nonpriority creditor's name and mailing address**

**Natural Resources Defense Council**
**40 West 20th Street**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.259 5**

**Nonpriority creditor's name and mailing address**

**Nature's Produce**
**3305 Bandini Boulevard**
**Vernon, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

**Nautical Needles and Decorative Interior**
**500 Main Street, Suite 6**
**Deep River, CT 06417**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.259 7**

**Nonpriority creditor's name and mailing address**

**Navisite LLC**
**1255 Treat Boulevard**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**Neeraj Chandra**
**412 W 15th St**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

**Neesha Rodriguez**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

**Negotiatus**
**156 5th Avenue**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

**Neige Thebault**
**37 Rue Jean-Pierre Timbaud, Paris**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 2**

**Nonpriority creditor's name and mailing address**

**Neil Luthra**
**1107 Broadway**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

**Nell Skoda**
**100 Manhattan Avenue**
**Union City, NJ 07087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

**Nelson Manufacturing Group, Inc. (Palmer**
**71 cypress st**
**warwick, RI 02888**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

**Nemi Native Foods LLC**
**6311 North Paulina Street**
**Chicago, IL 60660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

**NeoFunds**
**P.O. Box 6813**
**Carol Stream, IL 60197-6813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.260 7**

**Nonpriority creditor's name and mailing address**

**Nephcure Kidney International**
**150 S Warner Rd, Suite 402**
**King of Prussia, PA 19406**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

**Neue Bond**
**180 Water St.**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.260 9**

**Nonpriority creditor's name and mailing address**

**Neuehouse Hollywood LLC**
**Timothy Shickle, Petty Cash Custodian fo**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261 0**

**Nonpriority creditor's name and mailing address**

**Neuehouse LLC**
**373 Park Avenue South**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261 1**

**Nonpriority creditor's name and mailing address**

**New Balloon**
**100 Wilshire**
**Santa Monica, CA 90401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261 2**

**Nonpriority creditor's name and mailing address**

**New Box Solutions LLC**
**14141 Covello St.**
**Van Nuys, CA 91405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261 3**

**Nonpriority creditor's name and mailing address**

**New Breed Marketing LLC**
**44 Lakeside Avenue**
**Burlington, VT 05401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.261**
**4**

**Nonpriority creditor's name and mailing address**
**NEW DIMENSIONS GROUP LLC**
**13835 EMERALD LANE**
**GARDENA, CA 90247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261**
**5**

**Nonpriority creditor's name and mailing address**
**New Haircut**
**7 Circle Terrace**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261**
**6**

**Nonpriority creditor's name and mailing address**
**New Holland Properties LLC**
**12 Beekman Place Suite 11D**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261**
**7**

**Nonpriority creditor's name and mailing address**
**New York Beverage Wholesalers**
**515 Bruckner Blvd**
**Bronx, NY 10455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261**
**8**

**Nonpriority creditor's name and mailing address**
**New York Labor Law Poster Service**
**911 Central Avenue, #260**
**Albany, NY 12206-1350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261**
**9**

**Nonpriority creditor's name and mailing address**
**New York Shakespeare Festival**
**425 Lafayette Street**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262**
**0**

**Nonpriority creditor's name and mailing address**
**New York State Liquor Authority**
**PO Box 8000**
**Buffalo, NY 14267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.262 1**

**Nonpriority creditor's name and mailing address**

**NewChef Fashion Inc.**
**3223 East 46th Street**
**Los Angeles, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.262 2**

**Nonpriority creditor's name and mailing address**

**Newport Meat Company**
**16691 Hale Ave**
**Irvine CA 92606, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.262 3**

**Nonpriority creditor's name and mailing address**

**Newscreed**
**c/o Molly Siems**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.262 4**

**Nonpriority creditor's name and mailing address**

**Nextpoint Management Co., Inc.**
**6684 32nd Pl. NW**
**Washington, DC 20015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.262 5**

**Nonpriority creditor's name and mailing address**

**Nexudus Limited**
**1-3 Brixton Road**
**Kennington Workspace**
**London SW9 6DE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

**$8,500.00**

---

**3.262 6**

**Nonpriority creditor's name and mailing address**

**Nexudus Limited (Wire GBP)**
**1-3 Brixton Road. Kennington Workspace**
**London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.262 7**

**Nonpriority creditor's name and mailing address**

**NFT VIP LLC**
**3900 Crown Road Southeast**
**Atlanta, GA 30304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.262
8**

**Nonpriority creditor's name and mailing address**

**Ngaio Parr
5/304 Clovelly Road
Clovelly
ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262
9**

**Nonpriority creditor's name and mailing address**

**Niall Taro Ferguson
2581 Arvia Street
Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263
0**

**Nonpriority creditor's name and mailing address**

**Nicholas Coblence
39 Gramercy Park N
New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263
1**

**Nonpriority creditor's name and mailing address**

**Nicholas DeMarco
279 Prospect Ave.
Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263
2**

**Nonpriority creditor's name and mailing address**

**Nicholas Gazin
79 Huron Street
Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263
3**

**Nonpriority creditor's name and mailing address**

**Nicholas Graybeal
1297 Saint Johns Place
Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263
4**

**Nonpriority creditor's name and mailing address**

**Nicholas James Cageao
158 Franklin Street
Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.263<br>5 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Jones**<br>**20 Sickles St #C3**<br>**New York, NV 10040** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263<br>6 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Katz**<br>**325 W 86th St**<br>**New York, NY 10024** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263<br>7 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Wood**<br>**6121 Sunset Boulevard**<br>**Los Angeles, CA 90028** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263<br>8 | **Nonpriority creditor's name and mailing address**<br>**Nick Bilton**<br>**1611 North Orange Grove Ave**<br>**Los Angeles, CA 90046** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263<br>9 | **Nonpriority creditor's name and mailing address**<br>**Nick Cochis**<br>**3357 Madera Avenue**<br>**Los Angeles, CA 90039** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264<br>0 | **Nonpriority creditor's name and mailing address**<br>**Nick Di Fruscia**<br>**3933 Cumberland Avenue**<br>**Los Angeles, CA 90027** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264<br>1 | **Nonpriority creditor's name and mailing address**<br>**Nick Jones**<br>**298 12th St. apt #3R**<br>**Brooklyn, NY 11215** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.264.2**

**Nonpriority creditor's name and mailing address**
**Nick Katz**
**325 W. 86th St. apt. 14A**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264.3**

**Nonpriority creditor's name and mailing address**
**Nick Reber**
**70 West 3rd Street**
**New YOrk, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264.4**

**Nonpriority creditor's name and mailing address**
**Nick Santucci**
**18654 Community Street**
**Los Angeles, CA 91324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264.5**

**Nonpriority creditor's name and mailing address**
**Nickey Kehoe**
**816 N la Fayette park place**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264.6**

**Nonpriority creditor's name and mailing address**
**Nicki Jaeger**
**454 South Rossmore Avenue**
**Los Angeles, CA 90020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264.7**

**Nonpriority creditor's name and mailing address**
**Nickson Occean**
**1400 Bergen Street**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264.8**

**Nonpriority creditor's name and mailing address**
**Nicole Kormegay**
**dba NIC Kay**
**Bronx, NY 10454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2649**

**Nonpriority creditor's name and mailing address**
**Nicole Mcgee**
**1246 N Hayworth Ave**
**West Hollywood, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2650**

**Nonpriority creditor's name and mailing address**
**Nicole Vasquez**
**1742 E Walnut Creek Pkwy**
**West Covina, CA 91791**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2651**

**Nonpriority creditor's name and mailing address**
**Nicoleta De Deugd**
**3375 Dandolo Circle**
**Cape Coral, FL 33909**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2652**

**Nonpriority creditor's name and mailing address**
**Nicolle Merrilyne Ventures LLC**
**4107 Southwest Edmunds Street**
**Seattle, WA 98116**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2653**

**Nonpriority creditor's name and mailing address**
**Nikolas Koenig Photography LLC**
**151 Norfolk Street, Apt 5D**
**New York, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2654**

**Nonpriority creditor's name and mailing address**
**Nikole Powers**
**155 South Sycamore Avenue**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2655**

**Nonpriority creditor's name and mailing address**
**Nimbus Eco**
**1804 Garnet Ave #122**
**San Diego, CA 92109**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Neuehouse Inc.**

Name

Case number (*if known*)    **25-11937**

---

| 3.265 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nina Freudenberger**
**108 N. NORTON AVE.**
**LOS ANGELES,, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nina Levent**
**9 N. Moore St**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nina Sarnelle**
**1926 1/2 5th Ave**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nina Tarr**
**295 Greenwich Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nina-Marie Gardner**
**11 Charlotte Place Flat 1**
**London**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nir Hod**
**888 Newark Avenue**
**Jersey City, NJ 07306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nirav Mehta**
**1240 Yale St #101**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.266 3**

**Nonpriority creditor's name and mailing address**
**No Man Curse, LLC**
**10736 Jefferson Boulevard**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 4**

**Nonpriority creditor's name and mailing address**
**No Us Without You LA**
**768 S Boyle Ave**
**Los Angeles, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 5**

**Nonpriority creditor's name and mailing address**
**Noah Webb**
**4112 McLaughlin Ave**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 6**

**Nonpriority creditor's name and mailing address**
**Noble Sound Solutions**
**988 Harvest Grove Trail**
**Dover, DE 19901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 7**

**Nonpriority creditor's name and mailing address**
**Nolan Jackson**
**988 Harvest Grove Trail**
**Dover, DE 19901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 8**

**Nonpriority creditor's name and mailing address**
**Nomadic Distribution**
**5934 Zelzah Avenue**
**Encino, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 9**

**Nonpriority creditor's name and mailing address**
**Nomadica**
**P.O. Box 17457**
**Los Angeles, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.267 0**

**Nonpriority creditor's name and mailing address**
**Nona Entertainment**
**1583 S ridgeley dr**
**los angeles, CA 90019**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 1**

**Nonpriority creditor's name and mailing address**
**Noppadol Disatapundhu**
**9001 Arcadia Avenue**
**San Gabriel, CA 91775**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 2**

**Nonpriority creditor's name and mailing address**
**Nora Nolasco**
**1005 NORTH STANLEY**
**West Hollywood, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 3**

**Nonpriority creditor's name and mailing address**
**Norintel, Inc.**
**1635 Old 41 Highway Northwest**
**Kennesaw, GA 30152**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 4**

**Nonpriority creditor's name and mailing address**
**North Six, Inc.**
**159 Bleecker Street**
**New York, NY 10012**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 5**

**Nonpriority creditor's name and mailing address**
**Northwest Wines Ltd.**
**1879 26th Avenue**
**San Francisco, CA 94122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 6**

**Nonpriority creditor's name and mailing address**
**Nossaman,LLP**
**777 South Figueroa St, 34th Floor**
**Los Angeles, CA 90017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**                                    Case number (if known)  **25-11937**
_____
Name

| 3.267 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Novena Wallach**
**1500 S. Hayworth Avenue #5**
**Los Angeles, CA 90035-4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.267 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NRAI Services LLC**
**160 Greentree Drive**
**Dover, DE 19904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.267 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NRAI, Inc**
**28 Liberty Street**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.268 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NY Art Installation Inc.**
**1027 Grand Street 2A**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.268 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NY Hockey Holdings**
**c/o Nick Pizzutello**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.268 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NYC All Glass System Inc**
**4819 2nd Ave**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.268 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NYC Department of Buildings**
**280 Broadway**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.268
4**

**Nonpriority creditor's name and mailing address**
**NYC Department of Finance (Online)**
**P.O. Box 3615, Church street Station**
**New York, NY 10008-3615**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268
5**

**Nonpriority creditor's name and mailing address**
**NYC Dept. of Health and Mental Hygene**
**Division of Permits**
**Philadelphia, PA 19178-7656**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268
6**

**Nonpriority creditor's name and mailing address**
**NYS Dept of Taxation & Finance**
**NYS Dept of Taxation & Finance Corp-V**
**Albany, NY 12212-5163**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268
7**

**Nonpriority creditor's name and mailing address**
**NYS Estimated Corportion tax**
**PO BOX 4136**
**Binghamton, NY 13902-4136**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268
8**

**Nonpriority creditor's name and mailing address**
**O'Bryant Electric, Inc.**
**9314 Eton Avenue**
**Chatsworth, CA 91311**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268
9**

**Nonpriority creditor's name and mailing address**
**Oakland Printing Company**
**1714 Franklin Street Suite 100-164**
**Oakland, CA 94612**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.269
0**

**Nonpriority creditor's name and mailing address**
**Oaklandish LLC**
**601 Brush Street**
**Oakland, CA 94607**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.269
1**

**Nonpriority creditor's name and mailing address**

**Oakstone Glass Corporation**
**3330 E. Thousand Oaks Blvd.**
**Westlake Village, CA 91362**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
2**

**Nonpriority creditor's name and mailing address**

**Oban Technologies LLC**
**333 West 57th Street**
**New York, NY 10019**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
3**

**Nonpriority creditor's name and mailing address**

**OCEAN BY FISH FOODIES**
**74 Stratford Green**
**Farmingdale, NY 11735**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
4**

**Nonpriority creditor's name and mailing address**

**Ocean Futures Inc**
**8 THE GREEN STE A**
**Dover, DE 19901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
5**

**Nonpriority creditor's name and mailing address**

**OCEAN SEAFOOD LONG ISLAND**
**101-32 DUPONT STREET**
**PLAINVIEW, NY 11803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
6**

**Nonpriority creditor's name and mailing address**

**OCHS Design**
**39 Bennit Avenue**
**San Anselmo, CA 94960**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
7**

**Nonpriority creditor's name and mailing address**

**Odd Jobs of Long Island LLC**
**23 Summer Avenue**
**Great Neck,, NY 11020**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.269 8**

Nonpriority creditor's name and mailing address

**Odell Girton Siegel LLC**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269 9**

Nonpriority creditor's name and mailing address

**Odessa PR**
**55 Perry St.**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.270 0**

Nonpriority creditor's name and mailing address

**Odile Isralson**
**390 1st Avenue**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.270 1**

Nonpriority creditor's name and mailing address

**Odilia Romero**
**5854 Denver Avenue**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.270 2**

Nonpriority creditor's name and mailing address

**Office of Finance, City of Los Angeles**
**Attn: Michael Brandon, REU**
**Los Agneles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.270 3**

Nonpriority creditor's name and mailing address

**Ofir Braverman**
**4012 S. Rainbow Blvd**
**Las Vegas, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.270 4**

Nonpriority creditor's name and mailing address

**Oktober LLC**
**5 Colfax Street Northeast**
**Grand Rapids, MI 49505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.270 5**

**Nonpriority creditor's name and mailing address**
**OLA Beach Tennis LLC**
**810 Indiana Ave**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.270 6**

**Nonpriority creditor's name and mailing address**
**Olamm Media, Inc**
**37 Greenpoint Ave Suite #509**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.270 7**

**Nonpriority creditor's name and mailing address**
**Old Republic Title Company**
**101 North Brand Blcd**
**Glendale, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.270 8**

**Nonpriority creditor's name and mailing address**
**Olga Segura**
**520 N. Curson Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.270 9**

**Nonpriority creditor's name and mailing address**
**Oliver McCrum Wines**
**545 Sanchez Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.271 0**

**Nonpriority creditor's name and mailing address**
**Olivia Song Design LLC**
**170 Amity St**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.271 1**

**Nonpriority creditor's name and mailing address**
**Olivia Tucker**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**                                    Case number (if known)    **25-11937**
_____
Name

---

| 3.271 |
|-------|
| 2 |

**Nonpriority creditor's name and mailing address**

**Ollie Holdings**
**ATTN: Moshe Morgenstern**
**New York, NY 10016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**

**Ollivier Corporation**
**8726 S. Sepulveda Blvd.**
**Los Angeles, CA 90045**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**

**OM Construction**
**318 East Glenoaks Blvd**
**LOS ANGELES, California 91201-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**

**Omar Al Rantisi**
**8436 Brier Dr**
**Los Angeles, CA 90046**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**

**Omar Mendez**
**424 N Colonia De Las Palmas**
**Los Angeles, CA 90022**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**

**Omar Naeem**
**81 Greene St Apt. 5**
**New York, NY 10012**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 |
|-------|
| 8 |

**Nonpriority creditor's name and mailing address**

**Omar Ramirez**
**40 Booraem Avenue**
**Jersey City, NJ 07307**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2719**

**Nonpriority creditor's name and mailing address**
**Omega Blue Seafood, llc**
**4325 Glencoe Avenue**
**Marina del Rey, CA 90292**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2720**

**Nonpriority creditor's name and mailing address**
**Omgiving**
**724 South Spring Street Suite 501**
**Los Angeles, CA 90014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2721**

**Nonpriority creditor's name and mailing address**
**Omyo Color Studio**
**5618 Scotwood Dr.**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2722**

**Nonpriority creditor's name and mailing address**
**On The Hotline**
**400 N Toland Ave**
**West Covina, CA 91790**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2723**

**Nonpriority creditor's name and mailing address**
**ONE HAUS**
**134 N.4th Street 2nd Fl.**
**BROOKLYN, NY 11249**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2724**

**Nonpriority creditor's name and mailing address**
**One Lux Studio, LLC**
**158 West 29th Street**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2725**

**Nonpriority creditor's name and mailing address**
**One Sound Promotion, Inc.**
**c/o Juliette Vassilkioti**
**Long Island City, NY 11101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.272
6**

**Nonpriority creditor's name and mailing address**
**Onecap Services LLC**
**77 Spruce Street**
**Cedarhurst, NY 11516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.272
7**

**Nonpriority creditor's name and mailing address**
**Opal Juneau**
**10749 Camarillo Street #8**
**Toluca Lake, CA 91602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.272
8**

**Nonpriority creditor's name and mailing address**
**Open Hxouse Inc.**
**130 Queens Quay East**
**Toronto**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.272
9**

**Nonpriority creditor's name and mailing address**
**OpenPath Security Inc.**
**DEPT LA 21951**
**PASADENA, CA 91185-1951**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273
0**

**Nonpriority creditor's name and mailing address**
**Opensense, Inc.**
**1390 Market Street Ste 200**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273
1**

**Nonpriority creditor's name and mailing address**
**Openwater Software, LLC**
**4401 Fairfax Drive**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273
2**

**Nonpriority creditor's name and mailing address**
**Opici Family Distributing(Online)**
**PO BOX 412852**
**Boston, MA 02241-2852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.273 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OPS Holding LLC**
**3801 Collins Avenue**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ORACLE AMERICA, INC.**
**PO BOX 44471**
**San Francisco, CA 94144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OrangeJuliusMusic, LLC.**
**9 Bowbell Rd**
**White Plains, NY 10607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Oren lock & key inc**
**23908 Mariano Street**
**Los Angeles, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Orez, LLC**
**150 Charles Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Organic Design Inc**
**323 6th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ORKIN, LLC**
**1053 Crenshaw Blvd**
**LOS ANGELES, CA 90019-1940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2740**

**Nonpriority creditor's name and mailing address**
**Ortega Oscar**
**1478 Hilltop Lane**
**Norco, CA 92860**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2741**

**Nonpriority creditor's name and mailing address**
**Orwasher's Bakery**
**1187 East**
**Bronx, NY 10474**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2742**

**Nonpriority creditor's name and mailing address**
**Oscar Molina**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2743**

**Nonpriority creditor's name and mailing address**
**Oscilloscope Pictures, Inc.**
**140 Havemeyer Street**
**Brooklyn, NY 11211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2744**

**Nonpriority creditor's name and mailing address**
**Oshen Creative, LLC**
**2019 Hillcrest Road**
**Los Angeles, CA 90068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2745**

**Nonpriority creditor's name and mailing address**
**OTA LLC**
**956 s wilton pl #302**
**Los Angeles, CA 90019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2746**

**Nonpriority creditor's name and mailing address**
**Out There**
**234 Fifth Ave**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.274
7**

**Nonpriority creditor's name and mailing address**

**Owen Campbell**
**4120 Somers Ave**
**Los Angeles, CA 90065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274
8**

**Nonpriority creditor's name and mailing address**

**OWL Venice**
**171 Pier Ave**
**Santa Monica, CA 90405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274
9**

**Nonpriority creditor's name and mailing address**

**Oxford Valuation Partners**
**30 Upper Ferry Road**
**Ewing, NJ 08628**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275
0**

**Nonpriority creditor's name and mailing address**

**P & O Movers**
**2835 Gundry Ave**
**Signal Hill, CA 90755**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275
1**

**Nonpriority creditor's name and mailing address**

**P&D Seafood Co.**
**920 Agatha Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275
2**

**Nonpriority creditor's name and mailing address**

**P&R Paper Supply Company, Inc**
**PO Box 590**
**Redlands, CA 92373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275
3**

**Nonpriority creditor's name and mailing address**

**P.L.D. Enterprises, Inc.**
**1621 W. 25th Street, Suite 228**
**San Pedro, CA 90732**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Neuehouse Inc.**
Name

Case number (if known) **25-11937**

---

| 3.275 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**P.S.I. Mechanical**
**122-17 18th Ave**
**College Point 11356, NY 11356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pac Team America, Inc.**
**205 ROBIN RD. STE 200**
**PARAMUS, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pace Creative Group**
**2025 Guadalupe Street**
**Austin, TX 78705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Appliance Repair Services, Inc**
**24009 Ingomar St**
**West Hills, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Coast Propane**
**539 W Main Street**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Edge Wines & Spirits**
**5155 Clareton Drive**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Event Services, Inc**
**2523 N Ontario St**
**Burbank, CA 91504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.276 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pacific Union International**
**3333 Mendocino Ave.**
**Santa Rosa, CA 94503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paige Emery**
**1031 Coronado Terrace**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Palm Ventures**
**19 West Elm St**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pamela Auchincloss LLC**
**4335 County Road 85**
**Tabernash, CO 80478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paper bag media LLC**
**573 Annadale Road**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PAPERCHASE ACCOUNTANCY INC.**
**(Autodebit)**
**19 West 36th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paradigm Talent Agency**
**c/o Jack Pitney**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.276 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paramount Pictures - Stacey Bordenave**
**13941 Sherman Way**
**Los Angeles, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pardis Partow, LLC**
**1085 Hancock Street**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paris Gourmet of New York, Inc.**
**145 Grand Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Park Street Imports/Yola Mezcal**
**1000 Brickell Avenue**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Parking Concepts, INC**
**1801 South Gergia Street**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Parlor Coffee**
**11 Vanderbilt Ave**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Parrish PR LLC**
**270 Lafayette St, Suite 504**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Neuehouse Inc.**

Name

Case number (if known)   **25-11937**

---

**3.277 5**

**Nonpriority creditor's name and mailing address**

**Party Rental LTD.**
**275 North Street**
**Teterboro, NJ 07608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 6**

**Nonpriority creditor's name and mailing address**

**PartySlate Inc**
**351 W Hubbard St**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 7**

**Nonpriority creditor's name and mailing address**

**Pascal Bonifay**
**4846 River Road**
**Point Pleasant, PA 18950**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 8**

**Nonpriority creditor's name and mailing address**

**Pasquini Imports Inc.**
**2902 Gilroy Street**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 9**

**Nonpriority creditor's name and mailing address**

**PastPresentFuture Inc.**
**107 Suffolk Street #415**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.278 0**

**Nonpriority creditor's name and mailing address**

**Pat LaFrieda**
**Pat La Frieda Meat Pureyors**
**North Bergen, NJ 07047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.278 1**

**Nonpriority creditor's name and mailing address**

**Pathman Lewis, LLP**
**One Biscayne Tower - Suite 2400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.278 2**

**Nonpriority creditor's name and mailing address**

**Pathman Schermer Tandy, LLP**
**2 South Biscayne Boulevard**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 3**

**Nonpriority creditor's name and mailing address**

**Pato Paez**
**437 Prospect Ave.**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 4**

**Nonpriority creditor's name and mailing address**

**Patrick G. Lakey**
**2301 N Gower St**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 5**

**Nonpriority creditor's name and mailing address**

**Patrick Soluri**
**1 West 100th Street**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 6**

**Nonpriority creditor's name and mailing address**

**patrick vale**
**50 Bridge Street**
**New York, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 7**

**Nonpriority creditor's name and mailing address**

**Pattern Brands, LLC**
**228 Park Ave S Pmb 73891**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 8**

**Nonpriority creditor's name and mailing address**

**Paul Briganti**
**826 Hyperion Ave**
**Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.278 9**

**Nonpriority creditor's name and mailing address**

**Paul Cornish**
**19956 Sherman Way**
**Winnetka, CA 91306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.279 0**

**Nonpriority creditor's name and mailing address**

**Paul D. Miller**
**4 Maple Street**
**Roscoe, NY 12776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.279 1**

**Nonpriority creditor's name and mailing address**

**Paul Hastings LLP**
**Lockbox 4803**
**Los Angeles, CA 90189-4803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.279 2**

**Nonpriority creditor's name and mailing address**

**Paul Kirz Jr**
**546 North Marengo Avenue**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.279 3**

**Nonpriority creditor's name and mailing address**

**Paul L. Johnson**
**34-19 146th Street**
**Flushing, NY 11354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.279 4**

**Nonpriority creditor's name and mailing address**

**Paul Pescador**
**351 S. Occidental Blvd unit 13**
**Los Angeles, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.279 5**

**Nonpriority creditor's name and mailing address**

**Paul Vaitkus**
**29 Sagamore Street**
**Dorchestrer, MA 02125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2796**

**Nonpriority creditor's name and mailing address**

**Paulette Lewis**
**110 E 25th St**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2797**

**Nonpriority creditor's name and mailing address**

**Pause Wellness PC**
**13353 Washington Blvd**
**Los Angeles, CA 90066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2798**

**Nonpriority creditor's name and mailing address**

**Pavone Pastries**
**1327 East Harvard Street**
**Glendale, CA 91205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2799**

**Nonpriority creditor's name and mailing address**

**PCAM, LLC**
**3165 Garfield Avenue**
**Los Angeles, CA 90040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2800**

**Nonpriority creditor's name and mailing address**

**PDG Building Consultants**
**39 Broadway**
**New York, NY 10006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2801**

**Nonpriority creditor's name and mailing address**

**PDS LA, LLC**
**6255 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2802**

**Nonpriority creditor's name and mailing address**

**Peay Vineyards LLC**
**11106 Box Road**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**

Name

Case number (*if known*)  **25-11937**

---

| 3.280 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pence Ranch**
**PO Box 11106**
**oakland, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.280 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Penny Pound Ice**
**515 W 7th Street**
**Los Angeles, CA 90014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.280 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Penta Water LLC**
**1601 E Steel RD**
**Colton, CA 92324**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.280 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Perfect Pour Draft Beer Specialists**
**81 PONDFIELD RD #171**
**BRONXVILLE, NY 10708**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.280 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Performance Food Group, Inc.**
**PO BOX 951080**
**Dallas, TX 75395-1080**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.280 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Perot Ginosar Holdings, LLC - Asaf Bar N**
**250 West 55th Street**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.280 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Persuit Inc.**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**                                           Case number (*if known*)    **25-11937**
_____
Name

| 3.281 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**PestPoint Exterminator Co.**
**3206 marine ave**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Petals and Co.**
**8222 De Longpre Ave Apt 3**
**West Hollywood, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Petar Krsikapa**
**812 Middle Neck Road**
**Great Neck, NY 11024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Peter Cincotti**
**17 Beach Road**
**Monmouth Beach, NJ 07750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**PETER G. GOODMAN**
**30 Broad Street, 37th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Peter Gaffney**
**750 Columbus Ave**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Peter McGraw**
**1755 Argyle Avenue**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2817**

**Nonpriority creditor's name and mailing address**

**Peter Olsen**
**4440 Finley**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2818**

**Nonpriority creditor's name and mailing address**

**Peter Yochim Woodworking**
**10057 Gaynor Avenue**
**North Hills, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2819**

**Nonpriority creditor's name and mailing address**

**Peyton Fulford**
**1546 North Avenue 46**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2820**

**Nonpriority creditor's name and mailing address**

**PH Entertainment Group**
**2728 Thomson Ave.**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2821**

**Nonpriority creditor's name and mailing address**

**Phase 3 Interiors, LLC**
**1201 Broadway**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2822**

**Nonpriority creditor's name and mailing address**

**Phil Moya**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2823**

**Nonpriority creditor's name and mailing address**

**Philip Moya**
**5333 Balboa Blvd**
**Encino, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (*if known*)    **25-11937**

---

**3.282
4**

**Nonpriority creditor's name and mailing address**
**PhilipHoang**
**6672 Ampere Ave,**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.282
5**

**Nonpriority creditor's name and mailing address**
**Phillips Draperies**
**161 N. Sierra Madere Blvd**
**Pasadena, CA 91107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.282
6**

**Nonpriority creditor's name and mailing address**
**Phoenix LTD**
**6190 Fairmount Avenue**
**San Diego, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.282
7**

**Nonpriority creditor's name and mailing address**
**Phosphonos Studios**
**304 S. Doheny Drive, Unit 007**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.282
8**

**Nonpriority creditor's name and mailing address**
**Phuc Nguyen**
**7611 Hellman Avenue**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.282
9**

**Nonpriority creditor's name and mailing address**
**Physical Memory LLC**
**1844 N Kinglsey Drive**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.283
0**

**Nonpriority creditor's name and mailing address**
**Piano Rental New York LLC**
**244 West 54th St**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.283**
**1**

Nonpriority creditor's name and mailing address

**Pico Cleaners**
**9150 W PICO BLVD**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.283**
**2**

Nonpriority creditor's name and mailing address

**Picture machine, llc**
**278 6th Ave.**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.283**
**3**

Nonpriority creditor's name and mailing address

**Pieterjan Mattan**
**380 Broadway 2B**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.283**
**4**

Nonpriority creditor's name and mailing address

**Pigsty Studio LLC**
**2469 Walnut Ave**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.283**
**5**

Nonpriority creditor's name and mailing address

**Pillar Designs LLC**
**333 N. Green Street**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.283**
**6**

Nonpriority creditor's name and mailing address

**Pillsbury Winthrop Shaw Pittman LLP**
**50 Fremont Street, 4th Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.283**
**7**

Nonpriority creditor's name and mailing address

**Pindler & Pindler, Inc.**
**11910 Poindexter Avenue**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**
Name

Case number (if known)    **25-11937**

| 3.283 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Pinnacle Communication Services**<br>**730 Fairmont Avenue**<br>**Glendale, CA 91203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.283 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Pit Fire Executives LLC**<br>**1905 Lincoln Boulevard**<br>**Santa Monica, CA 90291** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Pitney Bowes**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250-7874** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **PKF O'Connor Davies LLP**<br>**665 Fifth Ave**<br>**New York, NY 10022-5342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Plaid Bunny Inc**<br>**22 S Elm Street**<br>**Beacon, NY 12508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Plan Do See Wedding**<br>**6255 Sunset Blvd**<br>**Los Angeles, CA 90028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Planet Wine, Inc.**<br>**1009 Factory Street Unit A**<br>**RICHMOND, CA 94801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.284 5**

**Nonpriority creditor's name and mailing address**

**Plantasia**
**2550 Via Tejon**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 6**

**Nonpriority creditor's name and mailing address**

**Plantscape Inc. (wire)**
**9901 West 74th Street**
**Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 7**

**Nonpriority creditor's name and mailing address**

**Plaza Bolivar, Inc**
**107 Lefferts Place, #1**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 8**

**Nonpriority creditor's name and mailing address**

**Plaza Construction LLC**
**1065 Avenue of the Amerias**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 9**

**Nonpriority creditor's name and mailing address**

**Plus One Communications Inc**
**c/o Clare Chiu, Exec Office, Warwick Hot**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 0**

**Nonpriority creditor's name and mailing address**

**Plus One Music, Inc**
**28 West Walk**
**West Haven, CT 06516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 1**

**Nonpriority creditor's name and mailing address**

**PMDL & Company**
**777 E Tahquitz Canyon #200-42**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.285
2**

**Nonpriority creditor's name and mailing address**

**Pod Foods Co
PO BOX 77490
San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
3**

**Nonpriority creditor's name and mailing address**

**Podcast Tables Shop LLC
3201 N Carlock
Wichita, KS 67204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
4**

**Nonpriority creditor's name and mailing address**

**Point B
7200 93rd Ave N, Ste140
Minneapolis, MN 55445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
5**

**Nonpriority creditor's name and mailing address**

**Polaner Selections
19 N. Moger Ave
Mt. Kisco, NY 10549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
6**

**Nonpriority creditor's name and mailing address**

**Pollack
979 Third Avenue
New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
7**

**Nonpriority creditor's name and mailing address**

**Pook Diemont & Ohl, Inc
701 East 132nd Street
Bronx, NY 10454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
8**

**Nonpriority creditor's name and mailing address**

**Porter and Sail
60 Broad St
New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.2859**

**Nonpriority creditor's name and mailing address**
**Porter Packaging**
**Unit 2C/1 Beresford Square, Eden Terrace**
**Auckland**
**NEW ZEALAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2860**

**Nonpriority creditor's name and mailing address**
**Porto Aperto, Inc.**
**4276 Tujunga Ave**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2861**

**Nonpriority creditor's name and mailing address**
**Poshmark Inc**
**203 Redwood Shores Parkway**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2862**

**Nonpriority creditor's name and mailing address**
**Powell Communications, LLC**
**40 Exchange Place**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2863**

**Nonpriority creditor's name and mailing address**
**Power and Distribution Electric**
**1250 Ironwood Street**
**La Habra, CA 90631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2864**

**Nonpriority creditor's name and mailing address**
**PR Consulting Inc.**
**304 HUDSON ST. Suite 702**
**NEW YORK, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2865**

**Nonpriority creditor's name and mailing address**
**PR Dept Inc**
**4201 Wilshire Blvd**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2866**

**Nonpriority creditor's name and mailing address**
**Prachi Raval**
**106 Pershing Road**
**Clifton, NJ 07013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2867**

**Nonpriority creditor's name and mailing address**
**Precision IT Group**
**242 W. 36th Street**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2868**

**Nonpriority creditor's name and mailing address**
**Precision Property Measurements**
**242 W. 36th St**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2869**

**Nonpriority creditor's name and mailing address**
**Preferred Security Investigations Inc.**
**585 Stewart Avenue**
**Garden City, NY 11530**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2870**

**Nonpriority creditor's name and mailing address**
**Premier Electrical Group (PEG)**
**83 Robert Street**
**Freeport, NY 11520**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2871**

**Nonpriority creditor's name and mailing address**
**Premier Meat Company**
**P.O. Box 58183**
**Vernon, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2872**

**Nonpriority creditor's name and mailing address**
**Pressed Juicery, INC.**
**8671 Hayden Place**
**Culver City, CA 90232**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.287 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PriceKubecka, PLLC - PKP**
**16775 Addison Road Suite 500**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pricewaterhouse Coopers LLP**
**PO Box 514038**
**Los Angeles, CA 90051-4038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pride of Lions**
**150 Charles St**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Prinstapix**
**19185 Castlebay Ln**
**Northridge, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Print Graphics INC.**
**PO box 90789**
**Austin, TX 78709-0789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Printglobe Inc.**
**2512 S. IH 35, Suite 100**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PrintScan**
**21 Pulaski Road**
**Kings Park, NY 11754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Neuehouse Inc.**
_____
Name

Case number (*if known*)   **25-11937**

---

| 3.288 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Priscilla Stark**
**373 Park Avenue South**
**New York, NY 10154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.288 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ProActive Technology Group**
**14 Plaza Road**
**Greenvale, NY 11548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$8,944.69

---

| 3.288 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ProActive Technology Group**
**14 Plaza Road**
**Greenvale, NY 11548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.288 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PROCURE CHANGE LLC**
**6006 Sunset**
**Winter Garden, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.288 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Professional Diversified Flooring, Inc.**
**4 Vanderbilt Unit A**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.288 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Promax International**
**1801 Century Park East**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.288 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ProSeal Plus**
**1701 Westfork Drive**
**Lithia Springs, GA 30122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**                                    Case number (if known)    **25-11937**
_____
Name

---

**3.2887**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Proskauer Rose LLP**
**11 Times Square**                                                ☐ Contingent
**New York, NY 10036**                                             ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Business Debt - Notice**
Last 4 digits of account number _
                                                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2888**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Prosper Brands**
**300 20th Street**                                                ☐ Contingent
**Brooklyn, NY 11215**                                             ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Business Debt - Notice**
Last 4 digits of account number _
                                                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2889**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Protek Restaurant Services LLC**
**3592 Roasemead Blvd**                                            ☐ Contingent
**Rosemead, CA 91770**                                             ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Business Debt - Notice**
Last 4 digits of account number _
                                                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2890**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Provence, LP**
**214 South Dean Street**                                          ☐ Contingent
**Englewood, NJ 07631**                                            ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Business Debt - Notice**
Last 4 digits of account number _
                                                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2891**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Pulp Pantry**
**2330 Hidalgo Ave**                                               ☐ Contingent
**LOS ANGELES, CA 90039**                                          ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Business Debt - Notice**
Last 4 digits of account number _
                                                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2892**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**PUMA North America, Inc.**
**455 Grand Union Blvd**                                           ☐ Contingent
**Somerville, MA 02145**                                           ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Business Debt - Notice**
Last 4 digits of account number _
                                                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2893**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**PumpMan NYC**
**24-25 46th Street**                                              ☐ Contingent
**Astoria, NY 11103**                                              ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Business Debt - Notice**
Last 4 digits of account number _
                                                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.289 4**

**Nonpriority creditor's name and mailing address**
**Purchasing Associates Inc.**
**650 Central Avenue**
**Peekskill, NY 10566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 5**

**Nonpriority creditor's name and mailing address**
**Pure Seafood by Gullo**
**520 Main Street**
**Westbury, NY 11590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 6**

**Nonpriority creditor's name and mailing address**
**PureFreight, Inc.**
**5330 W Washington Blvd**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 7**

**Nonpriority creditor's name and mailing address**
**Purple**
**322 8th Ave**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 8**

**Nonpriority creditor's name and mailing address**
**Q5 Inc**
**110 East 25th Street, studio 315**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 9**

**Nonpriority creditor's name and mailing address**
**QSDL New World Inc.**
**382 NE 191st St.**
**Miami, FL 33179-3899**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.290 0**

**Nonpriority creditor's name and mailing address**
**Quaba Venza Ernest**
**486 Madison St**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.290**
**1**

**Nonpriority creditor's name and mailing address**
**Quadient, Inc.**
**478 Wheelers Farm Road**
**Milford, CT 06461**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290**
**2**

**Nonpriority creditor's name and mailing address**
**Quartz**
**c/o Jay Lauf**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290**
**3**

**Nonpriority creditor's name and mailing address**
**Questyme USA, Inc**
**26878 Wembley Court**
**Farmington Hills, MI 48331**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290**
**4**

**Nonpriority creditor's name and mailing address**
**Quick Fix Furniture Repair**
**12001 thorson ave**
**Lynwood, CA 90262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290**
**5**

**Nonpriority creditor's name and mailing address**
**R & Company**
**64 White Street**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290**
**6**

**Nonpriority creditor's name and mailing address**
**R&A Heating and Contracting Co., Inc.**
**20-94 46th Street,**
**NY, NY 11105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290**
**7**

**Nonpriority creditor's name and mailing address**
**R3 Worldwide Inc.**
**79 Madison Avenue**
**7th Floor**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,400.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2908**

**Nonpriority creditor's name and mailing address**
**Rabuild Commercial Services LLC**
**449 West Foothill Blvd.**
**Glendora, CA 91741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2909**

**Nonpriority creditor's name and mailing address**
**Rachael Barrett**
**100 Battersea Church Road, London**
**ENGLAND**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2910**

**Nonpriority creditor's name and mailing address**
**Rachel Deane**
**1489 Wallace Avenue**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2911**

**Nonpriority creditor's name and mailing address**
**Rachel Harrison Communication**
**1103 Jefferson Avenue**
**Brooklyn, NY 11221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2912**

**Nonpriority creditor's name and mailing address**
**Rachel Mellis**
**404 Myrtle St #4**
**Glendale,, CA 91203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2913**

**Nonpriority creditor's name and mailing address**
**Rachel Quinn**
**4677 West 63rd Street**
**Los Angeles, CA 90043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2914**

**Nonpriority creditor's name and mailing address**
**Rackspace US, Inc.**
**PO BOX 730759**
**Dallas, TX 75373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2915**

**Nonpriority creditor's name and mailing address**

**Raft Architects**
**12 Vestry St**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2916**

**Nonpriority creditor's name and mailing address**

**Rainforest Distribution Corp.**
**20 Pulaski Street**
**Bayonne, NJ**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2917**

**Nonpriority creditor's name and mailing address**

**Raisa Dominique Thomas**
**106 Esplanade**
**Mt. Vernon, NY 10553**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2918**

**Nonpriority creditor's name and mailing address**

**Ralina Shaw Public Relations**
**1750 Wilcox Ave. #114**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2919**

**Nonpriority creditor's name and mailing address**

**Ramon Cortes**
**11948 Hart Street**
**Los Angeles, CA 91605**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2920**

**Nonpriority creditor's name and mailing address**

**Ramon Dejesus**
**1440 Bronx River Avenue**
**Bronx, NY 10472**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2921**

**Nonpriority creditor's name and mailing address**

**Ramona Orley**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.292
2**

**Nonpriority creditor's name and mailing address**

**Ramona Reps**
**202 Mott St.**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
3**

**Nonpriority creditor's name and mailing address**

**Rancho Gordo Inc.**
**1924 Yajome Street**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
4**

**Nonpriority creditor's name and mailing address**

**Randy Shropshire**
**1520 Spruce Street**
**South Pasadena, CA 91030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
5**

**Nonpriority creditor's name and mailing address**

**RASA World Group Inc**
**560 Kings Road**
**West Hollywood, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
6**

**Nonpriority creditor's name and mailing address**

**Rasha Mosa**
**500 Molino Street**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
7**

**Nonpriority creditor's name and mailing address**

**Rasheed Ingram**
**660 Grand Street**
**Jersey City, NJ 07304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
8**

**Nonpriority creditor's name and mailing address**

**Rated PG Productions**
**Attn: Paul Garnes | Delta Blue Productio**
**Metarie, CA 70001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 419 of 556

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2929**

**Nonpriority creditor's name and mailing address**     **$0.00**

**RayAccess Inc.**
**4109 Via Marina**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2930**

**Nonpriority creditor's name and mailing address**     **$0.00**

**Razorsharp, LLC**
**38 Halley drive**
**Pamona, NY 10970**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2931**

**Nonpriority creditor's name and mailing address**     **$0.00**

**RBM Maintenance LLC**
**8 Campus Drive**
**Parsippany-Troy Hills, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2932**

**Nonpriority creditor's name and mailing address**     **$0.00**

**RC Finishing**
**1045 ocean Ave # 2**
**SANTA MONICA, CA 90403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2933**

**Nonpriority creditor's name and mailing address**     **$0.00**

**RCC Associates, Inc.**
**255 JIM MORAN BLVD**
**DEERFIELD BEACH, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2934**

**Nonpriority creditor's name and mailing address**     **$0.00**

**re-ply with heart LLC**
**101 Greenwich Street**
**New York, NY 10006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2935**

**Nonpriority creditor's name and mailing address**     **$0.00**

**Re_Grocery**
**5046 York Boulevard**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.293 6**

Nonpriority creditor's name and mailing address
**REA Commercial Security**
**2461 W. 205th St.**
**Torrance, CA 90501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.293 7**

Nonpriority creditor's name and mailing address
**Ready Refresh by Nestle**
**PO Box 856158**
**Louisville, KY 40285-6158**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.293 8**

Nonpriority creditor's name and mailing address
**Ready Set Inc**
**663 Morgan Avenue**
**Brooklyn, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.293 9**

Nonpriority creditor's name and mailing address
**REAKT, LLC**
**15523 Woodington Avenue**
**Bellflower, CA 90706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.294 0**

Nonpriority creditor's name and mailing address
**Real Soda in Real Bottles, LTD.**
**Real Soda in Real Bottles Ltd**
**Palos Verdes, CA 90274**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.294 1**

Nonpriority creditor's name and mailing address
**Realgzdotcom Entertainment Inc**
**1741 North Avenue 46**
**Los Angeles, CA 90041**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.294 2**

Nonpriority creditor's name and mailing address
**Reality Capture Experts LLC.**
**1391 West Fifth Avenue, Suite 410**
**Columbus, OH 43212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.294
3**

**Nonpriority creditor's name and mailing address**

**Reaneil Robel Nwoko
112 N Mar Vista Ave
Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.294
4**

**Nonpriority creditor's name and mailing address**

**Rebecca Clarke
PO Box 1653
Key West, FL 33041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.294
5**

**Nonpriority creditor's name and mailing address**

**Rebecca Norris
4242 Bakman Avenue
Studio City, CA 91602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.294
6**

**Nonpriority creditor's name and mailing address**

**Rebecca Parekh
75 Bank St
New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.294
7**

**Nonpriority creditor's name and mailing address**

**Rebecca Pietri
55 East 116th Street
New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.294
8**

**Nonpriority creditor's name and mailing address**

**Rebecca Shieh
64 N Oak Ave Unit 1
PASADENA, CA 91107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.294
9**

**Nonpriority creditor's name and mailing address**

**Rebekah Han
198 6th Street
Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.295 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Reclamation Ventures LLC**
**159 20th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Red Art Projects Inc.**
**224 Elizabeth Street**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Red Brook RE**
**112 N. 12th St.**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Red Carpet Systems**
**8306 Wilshire Blvd**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Red Eye Productions**
**5363 Lagorce Drive**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Red Light Vinyl**
**5674 Heatherdale Drive**
**Windsor Hills, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Redbird**
**114 E 2nd St**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.295 7**

**Nonpriority creditor's name and mailing address**

**Reed L. Black**
**60 Little St. Apt 1**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.295 8**

**Nonpriority creditor's name and mailing address**

**Regal Wine Imports**
**2 Commerce Drive**
**Moorestown, NJ 08057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.295 9**

**Nonpriority creditor's name and mailing address**

**Regine Bigler-Jacobs**
**832 East 32nd Street**
**Brooklyn, NY 11210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 0**

**Nonpriority creditor's name and mailing address**

**Reid Watson**
**2278 Silver Ridge Avenue**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 1**

**Nonpriority creditor's name and mailing address**

**Reiss, Brown, Ekmekji, Inc.**
**18980 Ventura Blvd. Suite 350**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 2**

**Nonpriority creditor's name and mailing address**

**RelationEdge LLC**
**10120 Pacific Heights Blvd**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 3**

**Nonpriority creditor's name and mailing address**

**Relationships MGMT LLC**
**639 North Fairfax Avenue**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.296 4**

**Nonpriority creditor's name and mailing address**

**Relay Inc**
**2230 Bandmate Way**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 5**

**Nonpriority creditor's name and mailing address**

**Remy Radulovic**
**228 Odak Farm Rd**
**Milan, NY 12571**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 6**

**Nonpriority creditor's name and mailing address**

**Ren Acquisition Inc**
**2771 Napa Valley corporate Dr**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 7**

**Nonpriority creditor's name and mailing address**

**Renate Thalhammer**
**173 Green Street, 3A**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 8**

**Nonpriority creditor's name and mailing address**

**Rendez-Vous Flowers**
**7961 West 3rd Street**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296 9**

**Nonpriority creditor's name and mailing address**

**Rendy Shop UK**
**42 North Worple Way, London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.297 0**

**Nonpriority creditor's name and mailing address**

**Renee A Neufville**
**503 Harmon Cove Tower One**
**Seacaucus, NJ 07084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.297**
**1**

**Nonpriority creditor's name and mailing address**
**Renny Maslow**
**3259 Deronda Dr.**
**Los Angeles, CA 90068**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297**
**2**

**Nonpriority creditor's name and mailing address**
**Renzo Fidani**
**11271 Ventura Boulevard**
**Los Angeles, CA 91604**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297**
**3**

**Nonpriority creditor's name and mailing address**
**Republic Master Chefs**
**1664 West Washington Boulevard**
**Los Angeles, CA 90007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297**
**4**

**Nonpriority creditor's name and mailing address**
**Republic National Distributing Company o**
**Young's Market Company**
**LOS ANGELES, CA 90013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297**
**5**

**Nonpriority creditor's name and mailing address**
**Resonance Consultancy**
**801-602 W Hastings St**
**Vancouver**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297**
**6**

**Nonpriority creditor's name and mailing address**
**Restaurant Supply LLC**
**312 Murphy Road**
**Hartford, CT 06114**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297**
**7**

**Nonpriority creditor's name and mailing address**
**Restoration Hardware**
**15 Koch Rd**
**Corte Madera, CA 94925**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2978**

Nonpriority creditor's name and mailing address
**Retail Security Solutions LLC**
**375 Bethmour Road**
**Bethany, CT 06524**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2979**

Nonpriority creditor's name and mailing address
**Reuben Junius & Rose, LLP**
**One Bush Street**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2980**

Nonpriority creditor's name and mailing address
**Rev & Refined Photobooths**
**7290 Edinger Ave**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2981**

Nonpriority creditor's name and mailing address
**Revel Wine LLC (Online)**
**PO Box 11106**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2982**

Nonpriority creditor's name and mailing address
**Rex 23 LLC (Wire)**
**1100 Northwest 23rd Street**
**Miami beach, FL 33139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2983**

Nonpriority creditor's name and mailing address
**RF Binder Partners Inc.**
**950 3rd Avenue**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2984**

Nonpriority creditor's name and mailing address
**Rhianon Jones**
**157 S. Fuller Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.2985**

**Nonpriority creditor's name and mailing address**

**Rhodes Associates Executive Search**
**555 Fifth Ave**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2986**

**Nonpriority creditor's name and mailing address**

**Ribbit...Inc**
**123 Mercer Avenue**
**Hartsdale, NY 10530**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2987**

**Nonpriority creditor's name and mailing address**

**Ricardo Luci-Plaza, Architect PLLC**
**144-04 37th Avenue**
**Flushing, NY 11354**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2988**

**Nonpriority creditor's name and mailing address**

**Rich Brilliant Willing**
**575 Boices Lane**
**Kingston, NY 12401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2989**

**Nonpriority creditor's name and mailing address**

**Richard Carreon**
**10 East 13th Street**
**New York, NY 10003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2990**

**Nonpriority creditor's name and mailing address**

**Richard Lawrence Stein**
**2515 Ridgeview Avenue**
**Los Angeles, CA 90041**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2991**

**Nonpriority creditor's name and mailing address**

**Richard Mettler**
**115 Elizabeth Street**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**
_____
Name

Case number (*if known*)    **25-11937**

---

**3.299 2**

**Nonpriority creditor's name and mailing address**
**Richard Schatzberger**
**2608 N. Beachwood Drive**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299 3**

**Nonpriority creditor's name and mailing address**
**Richard Shane**
**211 East 70th Street**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299 4**

**Nonpriority creditor's name and mailing address**
**Richards Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299 5**

**Nonpriority creditor's name and mailing address**
**Richie Siegel**
**7 Stuyvesant Oval**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299 6**

**Nonpriority creditor's name and mailing address**
**Richloom Fabrics Group**
**261 5th Avenue, 12th Floor**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299 7**

**Nonpriority creditor's name and mailing address**
**Ride The World**
**David Rudoff**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299 8**

**Nonpriority creditor's name and mailing address**
**Right Answers Mostly**
**2215 Ashland Ave**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2999**

**Nonpriority creditor's name and mailing address**
**Riley Schmidt**
**PO Box 1387**
**Los Angeles, CA 90078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3000**

**Nonpriority creditor's name and mailing address**
**Rina Mimoun**
**2446 Wild Oak Dr**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3001**

**Nonpriority creditor's name and mailing address**
**RIPE PRODUCTIONS**
**568 Grand Street #J2005**
**NEW YORK, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3002**

**Nonpriority creditor's name and mailing address**
**Rippl Labs, Inc.**
**100 Maspeth Avenue**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3003**

**Nonpriority creditor's name and mailing address**
**Rishi Bali**
**15 Broad Street**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3004**

**Nonpriority creditor's name and mailing address**
**Rishi Renjen**
**55 Thompson Street**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3005**

**Nonpriority creditor's name and mailing address**
**Rishi Shah**
**1910 Sunset Boulevard**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.300 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rite Aid Corporation - 94858**
**200 newberry commons**
**etters, PA 17319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rite Plumbing and Heating Inc**
**2701 Queens Plaza N**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**River Place II LLC**
**7 World trade Center**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Riveron Consulting LLC**
**2515 McKinney Avenue**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rivka Noskeau**
**1720 Bedford Avenue**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RJ Raizk, LLC**
**372 Dekalb Avenue**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RLP Architect**
**144-04 37th Avenue**
**Flushing, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Neuehouse Inc.**
Name

Case number (*if known*)  **25-11937**

---

3.301
3

**Nonpriority creditor's name and mailing address**
**RMS Project Management, Inc**
**6 Hollinwood**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.301
4

**Nonpriority creditor's name and mailing address**
**Roaming Hunger LLC**
**1001 Gayley Avenue**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.301
5

**Nonpriority creditor's name and mailing address**
**Roanne Adams Wahba**
**2813 Herkimer St.**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.301
6

**Nonpriority creditor's name and mailing address**
**Rob Letterman**
**2700 Creston Drive**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.301
7

**Nonpriority creditor's name and mailing address**
**Rob McNeil**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.301
8

**Nonpriority creditor's name and mailing address**
**Robb Moss**
**280 9th Avenue**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.301
9

**Nonpriority creditor's name and mailing address**
**Robert Andrew Isaac**
**170-02 84th Road**
**Jamaica, NY 11432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3020**

**Nonpriority creditor's name and mailing address**

**Robert Butler**
**625 N Kenwood St**
**Glendale, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3021**

**Nonpriority creditor's name and mailing address**

**Robert C. Magee**
**2912 Hillcrest Drive**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3022**

**Nonpriority creditor's name and mailing address**

**ROBERT DERECTOR ASSOCIATES**
**19 WEST 44TH STREET**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3023**

**Nonpriority creditor's name and mailing address**

**Robert Etropolski**
**55 Hope St.**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3024**

**Nonpriority creditor's name and mailing address**

**Robert Frederick**
**30-90 38th st. Apt 1L**
**Astoria, NY 11103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3025**

**Nonpriority creditor's name and mailing address**

**Robert Half International Inc.**
**2613 Camino Ramon**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3026**

**Nonpriority creditor's name and mailing address**

**Robert Hardege**
**5029 Florinda Ave**
**Temple, CA 91780**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.302 7**

**Nonpriority creditor's name and mailing address**

**Robert Klingensmith**
**420 East 54th street**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.302 8**

**Nonpriority creditor's name and mailing address**

**Robert Odell**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.302 9**

**Nonpriority creditor's name and mailing address**

**Robert Rooze**
**11081 Rose Ave**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 0**

**Nonpriority creditor's name and mailing address**

**Robert Schatzberger**
**2608 N. Beachwood Drive**
**Los Angeles, NY 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 1**

**Nonpriority creditor's name and mailing address**

**Robert Soros**
**c/o Soros Capital Management LLC**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 2**

**Nonpriority creditor's name and mailing address**

**Robert Wilder**
**1300 S 6th St**
**Austin, YX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 3**

**Nonpriority creditor's name and mailing address**

**Robert Zabrecky**
**12348 Emelita Street**
**Valley Village, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.303<br>4**

**Nonpriority creditor's name and mailing address**

**Roberto Padron**
**443 W Garvey Ave #C414**
**Monterey Park, CA 91754**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303<br>5**

**Nonpriority creditor's name and mailing address**

**Roberto Padron Refrigeration**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303<br>6**

**Nonpriority creditor's name and mailing address**

**Robin Albin LLC**
**PO Box 480**
**North Salem, NY 10560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303<br>7**

**Nonpriority creditor's name and mailing address**

**Robyn Haley Consulting**
**Robbyn Wilkov**
**New York, NY 10282**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303<br>8**

**Nonpriority creditor's name and mailing address**

**Rochelle Hoi-Yiu Kwan**
**19 Mott Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303<br>9**

**Nonpriority creditor's name and mailing address**

**Rockenwagner Bakery**
**5462 W. Adams Blvd.**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.304<br>0**

**Nonpriority creditor's name and mailing address**

**Rocker Bros. Meat & Provision, Inc.**
**405 No. Centinela Avenue**
**Inglewood, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.304**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rockstar Music, Inc.**<br>**506 Sheldon Street**<br>**El Segundo, CA 90245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.304**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rockwell Architecture Planning and Desig**<br>**Union Square West, FL 8**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.304**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rodolfo Martinez**<br>**4938 Maplewood Avenue**<br>**Los Angeles, CA 90004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.304**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rodolfo Sanches**<br>**28-26 44th Street**<br>**Queens, NY 11103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.304**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roger Panameno**<br>**2833 South Norton Avenue**<br>**Los Angeles, CA 90018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.304**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roger Paul Corley**<br>**6109 Lakeshore Dr**<br>**Rowlett, TX 75089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.304**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rogue Coffee Techs**<br>**PO BOX 17986**<br>**Long Beach, CA 90807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt - Notice** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3048**

**Nonpriority creditor's name and mailing address**

**Roland's Hardwood Floors Inc**
**18212 Parthenia St**
**Northridge, CA 91325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3049**

**Nonpriority creditor's name and mailing address**

**Roll and Hill LLC**
**6192 Valduga Dr SW**
**Byron Center, MI 49315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3050**

**Nonpriority creditor's name and mailing address**

**Rolling Greens Nursery, Inc.**
**2420 S Eastern Ave**
**Commerce, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3051**

**Nonpriority creditor's name and mailing address**

**Rollins Capital**
**401 Locust Street**
**Columbia, MO 65201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3052**

**Nonpriority creditor's name and mailing address**

**Roma Syrups and Beverage Systems**
**7401 16th Avenue**
**Brooklyn, NY 11204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3053**

**Nonpriority creditor's name and mailing address**

**Roman Sacke Floral Design**
**1380 Miller Place**
**Los Angeles, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3054**

**Nonpriority creditor's name and mailing address**

**Romina Foods, Inc**
**PO Box 232385**
**Encinitas, CA 92023-2385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.305 5**

**Nonpriority creditor's name and mailing address**
**Ron Bergeron**
**1933 North Pass Avenue**
**Burbank, CA 91505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305 6**

**Nonpriority creditor's name and mailing address**
**Ron Prince**
**18 West 70th Street**
**New York, NY 10023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305 7**

**Nonpriority creditor's name and mailing address**
**Roni Selects**
**1429 Mt. Pleasant St.**
**Los Angeles, CA 90042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305 8**

**Nonpriority creditor's name and mailing address**
**Ronnie Munoz**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305 9**

**Nonpriority creditor's name and mailing address**
**Rooftop Cinema Club**
**4136 Del Rey Avenue**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.306 0**

**Nonpriority creditor's name and mailing address**
**Room, Inc.**
**119 West 72nd Street**
**New York, NY 10023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.306 1**

**Nonpriority creditor's name and mailing address**
**Roopster LLC**
**125 S Sweetzer Ave**
**Los Angeles, CA 90048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.306 2**

**Nonpriority creditor's name and mailing address**

**Rope24 Production, Inc.**
**4233 MOORE ST.**
**LOS ANGELES, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 3**

**Nonpriority creditor's name and mailing address**

**Rosalila Inc.**
**302 Morgan Avenue**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 4**

**Nonpriority creditor's name and mailing address**

**Rose Callahan**
**104 Minna Street**
**Brooklyn, NY 11218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 5**

**Nonpriority creditor's name and mailing address**

**Rose Engineering, Inc.**
**3325 South University Drive**
**Davie, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.306 6**

**Nonpriority creditor's name and mailing address**

**Rosemary Walker**
**135 1/2 South Avenue 54**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 7**

**Nonpriority creditor's name and mailing address**

**Rosenthal Wine Merchant (NY) Ltd**
**56-43 58th Street**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 8**

**Nonpriority creditor's name and mailing address**

**Ross Engineering Inc.**
**3325 South University Drive**
**Davie, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3069**

**Nonpriority creditor's name and mailing address**
**Ross Hinkle**
**1110 Hacienda Pl.**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3070**

**Nonpriority creditor's name and mailing address**
**Rothenberg Ventures**
**35 Holmes Lane**
**Bedford, NY 10506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3071**

**Nonpriority creditor's name and mailing address**
**Rothschild Retseck Inc**
**110 E 25th St**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3072**

**Nonpriority creditor's name and mailing address**
**Rountree Glass Co.**
**615 Ruberta Avenue**
**Glendale, CA 91201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3073**

**Nonpriority creditor's name and mailing address**
**Roxanne Sarhangi**
**1205 N Hayworth Avenue #7**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3074**

**Nonpriority creditor's name and mailing address**
**Roy Hopp & Co.**
**510 West 6th Street**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3075**

**Nonpriority creditor's name and mailing address**
**Roy Rochlin**
**207 Prospect Park Southwest**
**Brooklyn, NY 11218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.307 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Royal Bakers LLC**
**PO Box 175**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Royal Norwegian Consulate General**
**One Dag Hammarskjold Plaza**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Royal Window Products Inc.**
**5520 West Pico Boulevard**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Royalty Commercial Cleaning LLC**
**1131 23rd St**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RPDT, INC Restaurant Project Development**
**186 N Crescent Dr**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RTK, LLC**
**Rhiannon Kubicka**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ruby Event Staffing and Catering**
**28-03 21st Ave Apt 3**
**Astoria, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.308 3**

**Nonpriority creditor's name and mailing address**

**Rugiyatou**
**732 S Spring St**
**Los angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308 4**

**Nonpriority creditor's name and mailing address**

**RumbaTime**
**c/o Drew Deters**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308 5**

**Nonpriority creditor's name and mailing address**

**Run Direct**
**465 West 23rd Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308 6**

**Nonpriority creditor's name and mailing address**

**Runway Waiters LLC**
**1230 Horn Avenue**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308 7**

**Nonpriority creditor's name and mailing address**

**Ruschmeyer's Hotel**
**161 Second House Rd**
**Montauk, NY 11954**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308 8**

**Nonpriority creditor's name and mailing address**

**Rustbelt Reclamation LLC**
**1427 East 36th Street**
**Cleveland, OH 44114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308 9**

**Nonpriority creditor's name and mailing address**

**RWDI USA LLC**
**3617 Hayden Avenue, Suite 100**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3090**

**Nonpriority creditor's name and mailing address**

**RXR Sports**
**110 East 25th St.**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3091**

**Nonpriority creditor's name and mailing address**

**Ryan Alshak**
**1713 Angelo Dr.**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3092**

**Nonpriority creditor's name and mailing address**

**Ryan Commins**
**100 Lefferts Avenue**
**Brooklyn, NY 11225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3093**

**Nonpriority creditor's name and mailing address**

**Ryan Feng**
**13934 Ashworth Street**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3094**

**Nonpriority creditor's name and mailing address**

**Ryan Keelan**
**185 Woodpoint Road**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3095**

**Nonpriority creditor's name and mailing address**

**Ryan Marsico**
**12321 Burbank Blvd**
**Valley Village, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3096**

**Nonpriority creditor's name and mailing address**

**Ryan Piers Williams**
**Altman Greenfield & Selvaggi, CPA's**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.309<br>7 | **Nonpriority creditor's name and mailing address**<br>**Ryan Ridley**<br>**4236 Sunset Drive**<br>**Los Angeles, CA 90027** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:  Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.309<br>8 | **Nonpriority creditor's name and mailing address**<br>**Ryan Sallis**<br>**409 S. Cochian Avenue**<br>**Los Angeles, CA 90036** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:  Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.309<br>9 | **Nonpriority creditor's name and mailing address**<br>**Ryan Walton**<br>**1031 N Rampart Blvd**<br>**Los Angeles, CA 90026** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:  Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.310<br>0 | **Nonpriority creditor's name and mailing address**<br>**Ryan Wuestewald**<br>**2408 Beverley Road**<br>**Brooklyn, NY 11226** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:  Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.310<br>1 | **Nonpriority creditor's name and mailing address**<br>**S.A. Media**<br>**1242 Sagamore Lane**<br>**Ventura, CA 93001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:  Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.310<br>2 | **Nonpriority creditor's name and mailing address**<br>**Sa Rang Han**<br>**2207 W 11th Street**<br>**Los Angeles, CA 90006** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:  Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.310<br>3 | **Nonpriority creditor's name and mailing address**<br>**Sabrina Lopez**<br>**1765 N Sycamore Ave**<br>**Los Angeles, CA 90028** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:  Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.310 4**

**Nonpriority creditor's name and mailing address**

**Sabrina Smith**
**6323 West 6th Street**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.310 5**

**Nonpriority creditor's name and mailing address**

**Sacred Thirst Selections, LLC**
**PO Box 8964**
**Emeryville, CA 94662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.310 6**

**Nonpriority creditor's name and mailing address**

**Safe Art SAT**
**19-40 Hazen Street**
**East Emhurst, NY 11370**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.310 7**

**Nonpriority creditor's name and mailing address**

**SafetyPark Corp**
**13420 Beach Ave.**
**Marina del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.310 8**

**Nonpriority creditor's name and mailing address**

**Safire Partners**
**269 S Beverly Dr**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.310 9**

**Nonpriority creditor's name and mailing address**

**salesforce.com, inc.**
**PO Box 203141**
**Dallas, TX 75320-3141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.311 0**

**Nonpriority creditor's name and mailing address**

**Salido, Inc.**
**ATTN: Carrie Krebbs**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.311**
**1**

**Nonpriority creditor's name and mailing address**
**Sally Klingenstein Martell**
**2150 Broadway**
**New York, NY 10023**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**
**2**

**Nonpriority creditor's name and mailing address**
**Saltwater & Chaos LLC**
**1513 Park Row**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**
**3**

**Nonpriority creditor's name and mailing address**
**Sam Barsh Productions**
**118 S Everett St**
**Glendale, CA 91205**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**
**4**

**Nonpriority creditor's name and mailing address**
**Sam Tell & Son, Inc.**
**P.O. Box 1180**
**Farmingdale, NY 11735**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**
**5**

**Nonpriority creditor's name and mailing address**
**Sam Tillotson**
**2431 abbot kinney blvd**
**venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**
**6**

**Nonpriority creditor's name and mailing address**
**Samantha Barcellos**
**4459 Lexington Avenue**
**Los Angeles, CA 90029**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**
**7**

**Nonpriority creditor's name and mailing address**
**Samantha Brooks**
**19525 Nordhoff St, 438**
**Los Angeles, CA 91324**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3118**

**Nonpriority creditor's name and mailing address**

**Samantha Clark**
**295 Maple Street**
**Brooklyn, NY 11225**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3119**

**Nonpriority creditor's name and mailing address**

**Samantha Culp**
**5960 West 2nd Street**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3120**

**Nonpriority creditor's name and mailing address**

**Samantha Gallardo**
**373 Park Avenue South**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3121**

**Nonpriority creditor's name and mailing address**

**Samantha Katz**
**300 West 109th Street,**
**New York, NY 10025**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3122**

**Nonpriority creditor's name and mailing address**

**Samantha Ressler**
**431 Westbourne Dr**
**West Hollywood, CA 90048**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3123**

**Nonpriority creditor's name and mailing address**

**Samoya Whyte**
**939 East 221st Street**
**The Bronx, NY 10469**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3124**

**Nonpriority creditor's name and mailing address**

**Samuel Finkelstein**
**22 Riverside Drive**
**New York, NY 10023**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.312 5**

**Nonpriority creditor's name and mailing address**

**Samuel Gardner**
**3550 W 6TH ST, PH02**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.312 6**

**Nonpriority creditor's name and mailing address**

**Samuel McKale Porterfield**
**159 Eagle St.**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.312 7**

**Nonpriority creditor's name and mailing address**

**Samuel Sutcliffe**
**Old Route 82**
**Hudson, NY 12534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.312 8**

**Nonpriority creditor's name and mailing address**

**Sang Luo**
**140 East 40th Street**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.312 9**

**Nonpriority creditor's name and mailing address**

**Sann Communications**
**PO Box 352**
**Sagaponack, NY 11962**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.313 0**

**Nonpriority creditor's name and mailing address**

**Santa Monica Seafood**
**18531 S. Broadwick Street**
**Rancho Dominguez, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.313 1**

**Nonpriority creditor's name and mailing address**

**Sara Hallowell**
**4101 Beck Avenue**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.313**
**2**

**Nonpriority creditor's name and mailing address**
**Sarah Abdallah Designs LLC**
**110 East 125th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313**
**3**

**Nonpriority creditor's name and mailing address**
**Sarah Flynn**
**105 East 10th Street**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313**
**4**

**Nonpriority creditor's name and mailing address**
**Sarah Grimm Studio LLC**
**3738 Kirkham Street**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313**
**5**

**Nonpriority creditor's name and mailing address**
**Sarah King**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313**
**6**

**Nonpriority creditor's name and mailing address**
**Sarah Kirsh**
**16 Lia Fail Way**
**Greenwich, CT 06807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313**
**7**

**Nonpriority creditor's name and mailing address**
**Sarah Koik**
**5834 Irvine Avenue**
**Los Angeles, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313**
**8**

**Nonpriority creditor's name and mailing address**
**Sarah Meyohas**
**117 East 24th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.313 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sarah Ocenasek**
**431 1/2 N Gardner Street**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sarah Perez**
**905 Centennial St,**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sarah Rara Fischbeck**
**1861 Echo Park Avenue**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sarah Rodriguez**
**2029 S Palm Grove Ave**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sarah Scheurich**
**3814 Deer Grass Ct.**
**Houston, TX 77059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sarah Simon**
**2249 Mountain Oak Dr**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sarah Solemani**
**3724 Buena Park Dr**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.314 6**

**Nonpriority creditor's name and mailing address**

**Sarah Yeeun Lee**
**13701 Harvest Glen Way**
**Germantown, MD 20874**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 7**

**Nonpriority creditor's name and mailing address**

**Sarno Technologies LLC**
**32 Wells Hill Road**
**Weston, CT 06883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 8**

**Nonpriority creditor's name and mailing address**

**Sasaki Associates, Inc**
**110 Chauncy Steet, Suite 200**
**Boston, MA 02111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 9**

**Nonpriority creditor's name and mailing address**

**Sascha Rice**
**2658 Griffith Park Blvd**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 0**

**Nonpriority creditor's name and mailing address**

**Sasha Marie Sandoval**
**1944 State Street**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 1**

**Nonpriority creditor's name and mailing address**

**Satevis MC**
**Le Ruscino**
**14 Quai Antoine 1 er**
**Monaco 98000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$269.89**

---

**3.315 2**

**Nonpriority creditor's name and mailing address**

**SATEVIS MC**
**Le Ruscino, 14 Quai Antoine 1 er**
**Monaco**
**FRANCE  98000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.315.3**

**Nonpriority creditor's name and mailing address**

**Saturdays at Seven**
**625 Camino Roberto**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315.4**

**Nonpriority creditor's name and mailing address**

**Save The Music Foundation**
**1515 Broadway**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315.5**

**Nonpriority creditor's name and mailing address**

**Savinien Caracostea-Balan**
**18 West 71st St**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315.6**

**Nonpriority creditor's name and mailing address**

**Savory Gourmet, Inc.**
**13720 South Gramercy Place**
**Gardena, CA 90249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315.7**

**Nonpriority creditor's name and mailing address**

**Sayuri London Ltd (GBP)**
**71-75 Shelton Street, London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315.8**

**Nonpriority creditor's name and mailing address**

**SBA PLUMBING CORP**
**23-30 50th Avenue**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315.9**

**Nonpriority creditor's name and mailing address**

**Scent Air Technologies, Inc**
**P.O. Box 978754**
**Dallas, TX 75397-8754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
| | Name | | | |

---

**3.316
0**

**Nonpriority creditor's name and mailing address**

**Scent Marketing Institute
7 Fox Meadow Rd
Scarsdale, NY 10583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
1**

**Nonpriority creditor's name and mailing address**

**School Night LLC
1726 N Spring St
Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
2**

**Nonpriority creditor's name and mailing address**

**Scoop Wasserstein
10899 Chalon Rd
Los Angeles, CA 90077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
3**

**Nonpriority creditor's name and mailing address**

**Scott Campbell
2527 Berkeley Ave
Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
4**

**Nonpriority creditor's name and mailing address**

**Scott Korzep
1415 Pacific Street
Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
5**

**Nonpriority creditor's name and mailing address**

**Scott Leibfried
2817 Federal Ave
Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
6**

**Nonpriority creditor's name and mailing address**

**Scott Lipps
1550 North El Centro Ave
Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.316 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Minker**
**714 Westholme Ave**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Morris Architects Ltd**
**801 Coeur D'Alene**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Root**
**373 Park Ave S**
**NY, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Stewart**
**410 Brockmont Dr.**
**Glendale, CA 91202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scotty Crowe**
**PO Box 480650**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scout Distribution, LLC**
**10119 Carroll Canyon Road**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Screening Service Group LLC**
**8670 Wilshire Blvd, Suite 112**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.317
4**

**Nonpriority creditor's name and mailing address**

**Scribe Winery**
**PO Box 11106**
**OAKLAND, CA 94611-0106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.317
5**

**Nonpriority creditor's name and mailing address**

**Sea Coast Systems LLC**
**1555 ROUTE 37 WEST**
**Toms River, NJ 08755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.317
6**

**Nonpriority creditor's name and mailing address**

**Sean Knapp**
**1911 1-2 Griffith Park Boulevard**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.317
7**

**Nonpriority creditor's name and mailing address**

**Sean Patrick DMP**
**37572 Melrose Drive**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.317
8**

**Nonpriority creditor's name and mailing address**

**Sean Stout**
**314 W Avenue 43**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.317
9**

**Nonpriority creditor's name and mailing address**

**Sebastian Cassetta**
**Cassetta Photo**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.318
0**

**Nonpriority creditor's name and mailing address**

**Sebastian Chimil**
**717 S Harvard Blvd**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Neuehouse Inc.**
Name                                                    Case number (if known)    **25-11937**

---

**3.318**
**1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Sebastien Barjon**                        ☐ Contingent
**18307 Burbank Blvd**                      ☐ Unliquidated
**Tarzana, CA 91356**                       ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318**
**2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Securitas Security Services USA, Inc**    ☐ Contingent
**1055 Wilshire Boulevard**                 ☐ Unliquidated
**Los Angeles, CA 90017**                   ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318**
**3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Security Training Center, LLC.**          ☐ Contingent
**6520 Platt Ave.**                         ☐ Unliquidated
**West Hills, CA 91307-3218**               ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318**
**4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Sedano Cleaning Services**                ☐ Contingent
**3530 West 111th Place**                   ☐ Unliquidated
**Inglewood, CA 90303**                     ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318**
**5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Sedra Taylor**                            ☐ Contingent
**457 Jefferson Ave.**                      ☐ Unliquidated
**Brooklyn, NY 11215**                      ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318**
**6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**See Factor Industry Inc**                 ☐ Contingent
**30-30 0th Street**                        ☐ Unliquidated
**Woodside, NY 11377**                      ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318**
**7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Seeing You Productions, LLC**             ☐ Contingent
**85 Ave A #4A**                            ☐ Unliquidated
**New York, NY 10009**                      ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:   Business Debt - Notice**

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.318 8**

**Nonpriority creditor's name and mailing address**

**Seher Sikandar**
**162 Decatur St. #3**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 9**

**Nonpriority creditor's name and mailing address**

**Selena Flowers**
**660 Obispo Avenue**
**Long Beach, CA 90814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.319 0**

**Nonpriority creditor's name and mailing address**

**Self Employed**
**C/O Gelfand Rennert & Feldman**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.319 1**

**Nonpriority creditor's name and mailing address**

**Selma Ljaljicic**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.319 2**

**Nonpriority creditor's name and mailing address**

**Sep Alavi**
**110 E 25th St**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.319 3**

**Nonpriority creditor's name and mailing address**

**Serge Fils-Aime**
**6 Darby Terrace**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.319 4**

**Nonpriority creditor's name and mailing address**

**Sergei Poido**
**Perfect Number Inc.**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Neuehouse Inc.**                                    Case number (*if known*) **25-11937**
_____
Name

| | |
|---|---|
| 3.319 5 | |

**Nonpriority creditor's name and mailing address**

**Servpro of Central Manhattan**
**3090 Route 112**
**Medford, NY 11763**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.319 6 | |

**Nonpriority creditor's name and mailing address**

**SESAC Rights Management, Inc.**
**35 Music Sq E**
**Nashville, TN 37203-4362**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.319 7 | |

**Nonpriority creditor's name and mailing address**

**Set Editions**
**PO Box 1314**
**Hudson, NY 12534**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.319 8 | |

**Nonpriority creditor's name and mailing address**

**Set Midtown LLC**
**3801 Collins Avenue**
**Miami Beach, FL 33140**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.319 9 | |

**Nonpriority creditor's name and mailing address**

**Seth Gilgus**
**376 Stockton Street Apt 4l**
**Brooklyn, NY 11206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.320 0 | |

**Nonpriority creditor's name and mailing address**

**Seth R Peterson LLC**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.320 1 | |

**Nonpriority creditor's name and mailing address**

**Seth Richardson**
**1830 George Street, 1R**
**Ridgewood, NY 11385**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Neuehouse Inc.**
Name

Case number (*if known*) **25-11937**

---

**3.320 2**

**Nonpriority creditor's name and mailing address**

**Setor Tsikudo**
**3500 Snyder Ave.**
**Brooklyn, NY 11203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 3**

**Nonpriority creditor's name and mailing address**

**SEVENROOMS**
**127 W. 24th St.**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 4**

**Nonpriority creditor's name and mailing address**

**Shadow Public Relations Inc.**
**30 West 21st st 10th floor**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 5**

**Nonpriority creditor's name and mailing address**

**Shahin Pirjanloo**
**413 N Adams Street**
**Los Angeles, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 6**

**Nonpriority creditor's name and mailing address**

**Shane Bunda**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 7**

**Nonpriority creditor's name and mailing address**

**Shane Michael Chamberlain**
**aka Shags Chamberlain**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 8**

**Nonpriority creditor's name and mailing address**

**Shane Strategies LLC**
**1232 N Kings Road**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3209**

**Nonpriority creditor's name and mailing address**
**Shanghai Phantom Music**
**5482 Wilshire Blvd #133**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3210**

**Nonpriority creditor's name and mailing address**
**Shannon Warner Events, Inc.**
**4429 Lennox Ave**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3211**

**Nonpriority creditor's name and mailing address**
**Shantell Martin, Inc**
**2600 John F. Kennedy Boulevard**
**Jersey City, NJ 07306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3212**

**Nonpriority creditor's name and mailing address**
**Shapermint**
**RTN MAIL 0620**
**Las Vegas, NV**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3213**

**Nonpriority creditor's name and mailing address**
**Sharad Devarajan**
**218 S. Peck Dr.**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3214**

**Nonpriority creditor's name and mailing address**
**Sharash Industries**
**85 Allen St**
**New York, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3215**

**Nonpriority creditor's name and mailing address**
**Shari Tipich Artist & Specialty Painting**
**1621 West 25th Street**
**San Pedro, CA 90732**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3216**

**Nonpriority creditor's name and mailing address**

**Sharif Matar**
**2130 Beachwood Dr**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3217**

**Nonpriority creditor's name and mailing address**

**Sharon Radisch**
**317 3rd Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3218**

**Nonpriority creditor's name and mailing address**

**Sharp Image Printing**
**6230 WILSHIRE BLVD**
**los angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3219**

**Nonpriority creditor's name and mailing address**

**Shaw Industries Inc.**
**Mail Drop 026-CBD**
**Dalton, GA 30722-2128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3220**

**Nonpriority creditor's name and mailing address**

**Shawmut Woodworking & Supply Inc.**
**560 Harrison Avenue**
**Boston, MA 02118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3221**

**Nonpriority creditor's name and mailing address**

**Shawn Baptiste**
**1760 Wilcox Avenue**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3222**

**Nonpriority creditor's name and mailing address**

**Shawn Lisle**
**425 west 24th st 4b**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Neuehouse Inc.**                                      Case number (if known)   **25-11937**
_____
Name

---

| 3.322 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheik N Beik**
**67 West St. #228**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shelby Duncan**
**13475 Stoneybrook Drive**
**Reno, NV 89511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shelby Shum**
**3415 Primera Ave.**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shelly Erion**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shelly Kleyn Armistead**
**22832 Pacific Coast Highway**
**Malibu, CA 90265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shelving Inc.**
**29275 Stephenson Highway**
**Madison Heights, MI 48071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shenelle Francis**
**373 Park Avenue South**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.323 0**

**Nonpriority creditor's name and mailing address**
**Sheppard Mullin Richter & Hampton LLP**
**333 South Hope Street**
**Los Angeles, CA 90071-1422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323 1**

**Nonpriority creditor's name and mailing address**
**Shindy Chen**
**228 Park Ave. S.**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323 2**

**Nonpriority creditor's name and mailing address**
**Shiraz Creative**
**146 West 29th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323 3**

**Nonpriority creditor's name and mailing address**
**Shlemmer Algaze Associates Interiors & A**
**6083 Bristol Parkway**
**Culver, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323 4**

**Nonpriority creditor's name and mailing address**
**Shotbykyle**
**109 S Berendo St. Apt 4**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323 5**

**Nonpriority creditor's name and mailing address**
**Shucks Oyster Co**
**1125 North Fairfax St**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323 6**

**Nonpriority creditor's name and mailing address**
**Shulman Paper**
**25 E 21st**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.323 7**

**Nonpriority creditor's name and mailing address**

**Sian Gordon**
**1912 Paci?c Ave #1**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 8**

**Nonpriority creditor's name and mailing address**

**Sid Wainer**
**PO BOX 22264**
**NEW YORK, NY 10087-2264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 9**

**Nonpriority creditor's name and mailing address**

**SIERRA FILTRATIAN SERVICES LLC**
**61 S Baldwin Ave #1242**
**Sierra Madre, CA 91025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 0**

**Nonpriority creditor's name and mailing address**

**Sight to Site Film Locations, Inc.**
**5938 Aldea Ave.**
**Encino, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 1**

**Nonpriority creditor's name and mailing address**

**Sign Expo Enterprises**
**127 West 26th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 2**

**Nonpriority creditor's name and mailing address**

**Signarama LAX**
**440 S Hindry**
**Inglewood, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 3**

**Nonpriority creditor's name and mailing address**

**Signarama Manhattan**
**SLAL Inc.**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.324
4**

**Nonpriority creditor's name and mailing address**

**Signitel Inc.**
**100A Broadway**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
5**

**Nonpriority creditor's name and mailing address**

**Sigrid Lauren Paulus**
**7517 64th Place #3R**
**Flushing, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
6**

**Nonpriority creditor's name and mailing address**

**Silent Volume LLC**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
7**

**Nonpriority creditor's name and mailing address**

**Silicon Valley Communication Foundation**
**Attn: Philip Wiggett**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
8**

**Nonpriority creditor's name and mailing address**

**Simon Boyce**
**27429 Garza Drive**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
9**

**Nonpriority creditor's name and mailing address**

**Simon Hudson**
**8302 rue Drolet**
**Montreal**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325
0**

**Nonpriority creditor's name and mailing address**

**SIMON INDUSTRIES, LLC**
**23-41 Borden Ave**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

**3.325**
**1**

Nonpriority creditor's name and mailing address

**Simon Mirren**
**3609 Hayden Avenue**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325**
**2**

Nonpriority creditor's name and mailing address

**Simon Renggli**
**1530 North Easterly Terrace**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325**
**3**

Nonpriority creditor's name and mailing address

**Simone Sneed**
**80 Madison Ave.**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325**
**4**

Nonpriority creditor's name and mailing address

**Sinclair Social**
**405 Lexington Ave, Floor 9**
**New York, NY 10174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325**
**5**

Nonpriority creditor's name and mailing address

**Singer Equipment Company, Inc**
**150 South Twin Valley Road**
**Elverson, PA 19520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325**
**6**

Nonpriority creditor's name and mailing address

**Sirina Protection Systems Corp**
**151 Herricks Road, Suite 103**
**Garden City Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325**
**7**

Nonpriority creditor's name and mailing address

**SK Digital LLC**
**41 Varick Avenue**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.325 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SKi Beer**
**169 Gardner Avenue**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Skurnik Wines (online)**
**PO Box 1315**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SKURNIK WINES WEST (online)**
**100 JERICHO QUAD**
**JERICHO, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Slack Technologies, Inc.**
**PO Box 207795**
**Dallas, TX 75320-7795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Small World LLC**
**15706 Crenshaw Blvd**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Smart Care Equipment Solutions**
**370 Wabasha St N**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Smartsheet Inc.**
**500 108th Ave NE**
**Bellvue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.326 5**

**Nonpriority creditor's name and mailing address**
**SmartSign**
**300 Cadman Plaza West, Suite 1303**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.326 6**

**Nonpriority creditor's name and mailing address**
**Sming Sming Books & Objects**
**18803 Martha Ave**
**Saratoga, CA 95070**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.326 7**

**Nonpriority creditor's name and mailing address**
**Smith-Emery Laboratories**
**P.O. Box 512333**
**Los Angeles, CA 90051**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.326 8**

**Nonpriority creditor's name and mailing address**
**Smitty**
**6944 Knowlton Place**
**Los Angeles, CA 90045**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.326 9**

**Nonpriority creditor's name and mailing address**
**Snowflake Design**
**460 W 49th Street, apt 5**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.327 0**

**Nonpriority creditor's name and mailing address**
**SoCalGas (Online)**
**PO Box C**
**Monterey Park, CA 91756-5111**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.327 1**

**Nonpriority creditor's name and mailing address**
**Social House Touring Inc.**
**12100 Wilshire Boulevard**
**Los Angeles, CA 90025**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.327
2**

**Nonpriority creditor's name and mailing address**

**Social Impact Commons**
**6370 Church rd**
**Philadelphia, PA 19151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327
3**

**Nonpriority creditor's name and mailing address**

**Social Sounds LLC**
**19511 Cardin Pl**
**Los Angeles, CA 01324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327
4**

**Nonpriority creditor's name and mailing address**

**SocialTables, Inc.**
**1325 G Street NW**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327
5**

**Nonpriority creditor's name and mailing address**

**Socket Group Inc**
**110 E 25th street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327
6**

**Nonpriority creditor's name and mailing address**

**Sofia Crespo**
**Rua Coelho da Rocha 22, Lisbon**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327
7**

**Nonpriority creditor's name and mailing address**

**Sofia M Johnson**
**348 Hauser Blvd**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327
8**

**Nonpriority creditor's name and mailing address**

**SoftFocus**
**100 Hamilton Place**
**New York, NY 10031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3279**

**Nonpriority creditor's name and mailing address**

**SOFTlab Inc.**
**34 West 27th St.**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3280**

**Nonpriority creditor's name and mailing address**

**Softmart a PC connection Company**
**450 Acorn Lane**
**Downingtown, PA 19335-3040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3281**

**Nonpriority creditor's name and mailing address**

**Sogno Toscano Tuscan Dream, Inc.**
**1445 W 12th Place, Suite 101**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3282**

**Nonpriority creditor's name and mailing address**

**Solar Art**
**23042 Mill Creek Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3283**

**Nonpriority creditor's name and mailing address**

**Solar Winds**
**PO BOX 730720**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3284**

**Nonpriority creditor's name and mailing address**

**Solo Energy & Electrical, Inc**
**41 Dumont Ave, Suite B**
**Staten Island, NY 10305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3285**

**Nonpriority creditor's name and mailing address**

**Solomon Mordechai**
**10100 Santa Monica Blvd., Suite 300, Off**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3286**

**Nonpriority creditor's name and mailing address**

**Solonje Burnett-Loucas**
**431 Bleecker Street**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3287**

**Nonpriority creditor's name and mailing address**

**Solutions painting NY Corp**
**108-33 corona Ave apt153**
**New York, NY 11368**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3288**

**Nonpriority creditor's name and mailing address**

**Sontitum Inc.**
**2 Mint Place**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3289**

**Nonpriority creditor's name and mailing address**

**Sooki Studio LLC**
**1146 N Central Ave #348**
**Glendale, CA 91202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3290**

**Nonpriority creditor's name and mailing address**

**Soothe, Inc.**
**1110 N Virgil Ave PMB 98075**
**Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3291**

**Nonpriority creditor's name and mailing address**

**Sopher + Co Chartered Accountants**
**5 Elstree Way, Borehamwood**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3292**

**Nonpriority creditor's name and mailing address**

**Sophie Beder**
**5 Merrymeeting Lane**
**Lloyd Harbor, NY 11743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.329
3**

**Nonpriority creditor's name and mailing address**

**Sophie Hertz
6121 Sunset Blvd
Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329
4**

**Nonpriority creditor's name and mailing address**

**Sophie Panton
185 Metropolitan Avenue
Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329
5**

**Nonpriority creditor's name and mailing address**

**Sorority Theater Projects
1030 Sanborn Avenue
Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329
6**

**Nonpriority creditor's name and mailing address**

**Sorrell Scrutton
815 N Fuller ave
Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329
7**

**Nonpriority creditor's name and mailing address**

**Soul Health Living Limited
Townsend Lane, Jubilee House
London NW9 8TZ**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$98,683.87**

---

**3.329
8**

**Nonpriority creditor's name and mailing address**

**Soul Through Sound
15 Gramercy Park South
New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329
9**

**Nonpriority creditor's name and mailing address**

**Sound Fabrication LLC
705 Central Avenue
New Providence, NJ 07974**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.330 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Soundhouse Rentals Inc**
**39 Norman Ave**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Soundsnap.com**
**Tasos Frantzolas**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sous Les Etoiles**
**915 Shore Acres Dr.**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Souter Partners**
**50 Madison Ave**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**South Coast Mechanical, Inc**
**800 East Orangethorpe Avenue**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Southeast Asia Market LLC**
**52 15th St**
**Brooklyn, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Southern California Edison**
**P.O. Box 600**
**Rosemead, CA 91771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.330 7**

**Nonpriority creditor's name and mailing address**

**Southern California Electrical Firm**
**4002 Admirable Drive**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330 8**

**Nonpriority creditor's name and mailing address**

**Southern California Land Use Inc**
**407 North Pacific Coast Highway**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330 9**

**Nonpriority creditor's name and mailing address**

**Southern Glazer's of CA South (online)**
**File 56002**
**Los Angeles, CA 90074-6002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 0**

**Nonpriority creditor's name and mailing address**

**Southern Glazer's of NY Metro (online)**
**PO. Boz 3143**
**Hicksville, NY 11802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 1**

**Nonpriority creditor's name and mailing address**

**Space Carpenter LLC**
**306 East 5th Street**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 2**

**Nonpriority creditor's name and mailing address**

**Space of Time Studio**
**1920 Hillhurst Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 3**

**Nonpriority creditor's name and mailing address**

**Sparkletts**
**PO Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.331
4**

**Nonpriority creditor's name and mailing address**

**Spartan Office Solutions, LLC**
**PO Box 519**
**Running Springs, CA 92382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331
5**

**Nonpriority creditor's name and mailing address**

**SPEAKMANS GOWANUS LLC**
**233 Butler Street**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331
6**

**Nonpriority creditor's name and mailing address**

**Spectra Contract Flooring**
**811 Wilshire Blvd, Suite 2050**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331
7**

**Nonpriority creditor's name and mailing address**

**Spencer Kohn**
**41 Union Square West**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331
8**

**Nonpriority creditor's name and mailing address**

**Spencer Wells**
**292A 13th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331
9**

**Nonpriority creditor's name and mailing address**

**Spencer Wohlrab**
**804 Macon Street**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332
0**

**Nonpriority creditor's name and mailing address**

**Spherical LLC**
**200 Centre Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.332**
**1**

Nonpriority creditor's name and mailing address
**SPILLMAN BLACKWELL Fine Art, LLC**
**866 Camp Street**
**New Orleans, LA 70130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.332**
**2**

Nonpriority creditor's name and mailing address
**SPIN Global Holdings LLC**
**Attn: Andrew Gordon**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.332**
**3**

Nonpriority creditor's name and mailing address
**Splash**
**228 Park Ave S PMB 56031**
**New York, NY 10003-1502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.332**
**4**

Nonpriority creditor's name and mailing address
**Spotless Cleaning Systems INC.**
**2181 Sequoia Avenue**
**Simi Valley, CA 93063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.332**
**5**

Nonpriority creditor's name and mailing address
**Spring McManus Art Advisory**
**670 NE 52nd Terrace**
**Miami, FL 33137**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.332**
**6**

Nonpriority creditor's name and mailing address
**Springboard Wine Company LLC**
**PO Box 8525**
**Pasadena, CA 91109-8525**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.332**
**7**

Nonpriority creditor's name and mailing address
**Sprinkle Lab, LLC**
**3246 Ettie Street**
**Oakland, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.332 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sprout Social**
**131 South Dearborn**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spruce NYC**
**205 East 78th Street**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SQN Asset Servicing LLC - Juliet Tr**
**100 Wall St**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Squar Milner LLP**
**4100 Newport Place Dr**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SRP Graphics**
**21 Burbank Ave**
**Bedford Hills, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**St Agrestis**
**208 Dupont Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STA Architectural Group, Inc.**
**3526 North Miami Avenue**
**Miami, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.333
5**

**Nonpriority creditor's name and mailing address**

**Stacey Eber
4137 Edenhurst Avenue
Los Angeles, CA 90039**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.333
6**

**Nonpriority creditor's name and mailing address**

**Stadium
2321 Abbot Kinney Blvd
Venice, CA 90291**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.333
7**

**Nonpriority creditor's name and mailing address**

**Stadium Status Group
222 E 111th St. 4G
New York, NY 10029**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.333
8**

**Nonpriority creditor's name and mailing address**

**Stadri Inc.
1760 Glasco Turnpike
Woodstock, NY 12498**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.333
9**

**Nonpriority creditor's name and mailing address**

**Staffed Inc Delaware
110 West 40th Street Room 601
New York, NY 10018**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.334
0**

**Nonpriority creditor's name and mailing address**

**STAFFORD ENVIRONMENTAL SERVICES,
INC
Dept 900 P.O. BOX 509141
SAN DIEGO, CA 92150**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.334
1**

**Nonpriority creditor's name and mailing address**

**Stages Consultants, LLC
300 Raritan Ave, 2nd Flr.
Highland Park, NJ 08904**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.334 2**

**Nonpriority creditor's name and mailing address**

**Staggs Security Services LLC**
**325 E 25 Street 404**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.334 3**

**Nonpriority creditor's name and mailing address**

**Stainless Steel Welding Service**
**P.O. Box 506**
**High Falls, NY 12440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.334 4**

**Nonpriority creditor's name and mailing address**

**Stalin Gaisie**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.334 5**

**Nonpriority creditor's name and mailing address**

**Stanley Steemer International, Inc.**
**PO Box 205819**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.334 6**

**Nonpriority creditor's name and mailing address**

**Staples Advantage**
**Deptt NY**
**Boston, MA 02241-5256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.334 7**

**Nonpriority creditor's name and mailing address**

**Staples, Inc**
**Philadelphia**
**Philadelphia, PA 70242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.334 8**

**Nonpriority creditor's name and mailing address**

**STAR PEOPLE NATION INC.**
**33214 Coventry Drive**
**Leesburg, FL 34788**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.334 9**

**Nonpriority creditor's name and mailing address**

**STARING ELF INC**
**601 E 2nd St, Apt 107**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 0**

**Nonpriority creditor's name and mailing address**

**Station to Station Projects, LLC**
**74 Hudson Avenue**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 1**

**Nonpriority creditor's name and mailing address**

**Steep Hill Imports, LLC**
**Att: Nate Archibald**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 2**

**Nonpriority creditor's name and mailing address**

**Steep LA**
**970 North Broadway**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 3**

**Nonpriority creditor's name and mailing address**

**Stefan L. Smith**
**11911 Weddington St**
**Valley Village, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 4**

**Nonpriority creditor's name and mailing address**

**Stefanie Cove & Co.**
**8816 Ashcroft Avenue**
**West Hollywood, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 5**

**Nonpriority creditor's name and mailing address**

**Steiner Construction**
**5525 Oakdale Avenue**
**Los Angeles, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.335 6**

**Nonpriority creditor's name and mailing address**

**Steinway Inc.**
**1 Steinway Place**
**Queens, NY 11105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 7**

**Nonpriority creditor's name and mailing address**

**Stella Mozgawa**
**c/o Parr3 LLC**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 8**

**Nonpriority creditor's name and mailing address**

**Stellah De Ville**
**1350 Natoma Street**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 9**

**Nonpriority creditor's name and mailing address**

**Stellar Collective**
**32-15 35th Street**
**Astoria, NY 11106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 0**

**Nonpriority creditor's name and mailing address**

**Stellar Works USA Inc.**
**57 Lispenard Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 1**

**Nonpriority creditor's name and mailing address**

**Stephane Liot**
**2216 W Court St**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 2**

**Nonpriority creditor's name and mailing address**

**Stephanie Boxerbaum**
**12219 Laurel Terrace Drive**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.336 3**

**Nonpriority creditor's name and mailing address**

**Stephanie Bray**
**11684 Ventura Blvd**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 4**

**Nonpriority creditor's name and mailing address**

**Stephanie Horton**
**130 William Street**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 5**

**Nonpriority creditor's name and mailing address**

**Stephanie K Meyer**
**634 Flamingo Dr**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 6**

**Nonpriority creditor's name and mailing address**

**Stephanie Moses**
**2801 North Thomas Street**
**Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 7**

**Nonpriority creditor's name and mailing address**

**Stephanie Straub**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 8**

**Nonpriority creditor's name and mailing address**

**Stephen Foy Mechanical Service Corp**
**54-04 64th Street**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 9**

**Nonpriority creditor's name and mailing address**

**Stephen Kenn**
**1250 Long Beach Ave, Suite 120**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3370**

**Nonpriority creditor's name and mailing address**
**Stephen Viksjo**
**53 Clay Street, #S410**
**Brooklyn, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3371**

**Nonpriority creditor's name and mailing address**
**Steve Galindo**
**815 Ashland Avenue**
**Santa Monica, CA 90405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3372**

**Nonpriority creditor's name and mailing address**
**Steven Alba**
**102 Glenwood Avenue**
**Point Lookout, NY 11569**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3373**

**Nonpriority creditor's name and mailing address**
**Steven Chen**
**212 E Broadway**
**New York, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3374**

**Nonpriority creditor's name and mailing address**
**Steven Cooper**
**2750W 33 St**
**Brooklyn, NY 11224**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3375**

**Nonpriority creditor's name and mailing address**
**Steven drinkard**
**4092 Visions Drive**
**Fullerton, CA 92833**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3376**

**Nonpriority creditor's name and mailing address**
**Steven Heyer**
**4-5 Sutton PL**
**New York, NY 10022-3056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.337
7**

**Nonpriority creditor's name and mailing address**

**Steven Phillips-Horst
1720 Himrod St
Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337
8**

**Nonpriority creditor's name and mailing address**

**Steven Rojas
300 W 49th St
New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337
9**

**Nonpriority creditor's name and mailing address**

**Steven Vinasco
110 E25th Street
New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338
0**

**Nonpriority creditor's name and mailing address**

**Stewart Filmscreen Corp
1161 W. Sepulveda Blvd
Torrance, CA 90502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338
1**

**Nonpriority creditor's name and mailing address**

**Stiven Luca
1911  Giffith Park Blvd
Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338
2**

**Nonpriority creditor's name and mailing address**

**Stoic, Inc.
Attn: Steve Zerneri
Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338
3**

**Nonpriority creditor's name and mailing address**

**Stojo Products, Inc.
41 Flatbush Avenue
New York, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.338 4**

**Nonpriority creditor's name and mailing address**
**Stolpman Vineyards**
**2434 Alamo Pintado Road**
**Los Olivos, CA 93441-0488**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.338 5**

**Nonpriority creditor's name and mailing address**
**Stone Brewing Company**
**2865 Executive Place**
**Escondido, CA 92029**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.338 6**

**Nonpriority creditor's name and mailing address**
**Stone Distributing Company**
**PO BOX 847766**
**Los Angeles, CA 90084-7766**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.338 7**

**Nonpriority creditor's name and mailing address**
**Stone Masters**
**7819 Cowan Ave**
**Los Angeles, CA 90045**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.338 8**

**Nonpriority creditor's name and mailing address**
**StreetTeam Software LLC**
**312 S Alameda St.**
**Los Angeles, CA 90013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.338 9**

**Nonpriority creditor's name and mailing address**
**Stretch Music Inc**
**915A Lafayette Ave**
**Brooklyn, NY 11221**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 0**

**Nonpriority creditor's name and mailing address**
**Stroock & Stroock & Lavan LLP**
**180 Maiden Lane**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.339
1**

**Nonpriority creditor's name and mailing address**

**Stuart Regen Gallery, Inc. DBA Regen Pro
6750 Santa Monica Boulevard
Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339
2**

**Nonpriority creditor's name and mailing address**

**Studio 40 Inc
810 Humboldt Street
Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339
3**

**Nonpriority creditor's name and mailing address**

**Studio Arthur Casas
124 West 23rd Street
New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339
4**

**Nonpriority creditor's name and mailing address**

**Studio Ceria
105 E 101st St
New York, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339
5**

**Nonpriority creditor's name and mailing address**

**Studio Industria
33 Airport Center Drive
New Windsor, NY 12553**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339
6**

**Nonpriority creditor's name and mailing address**

**Studio Instrument Rentals, Inc.
475 10th Avenue
NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339
7**

**Nonpriority creditor's name and mailing address**

**Studio Proba Inc.
414 Greene Avenue
Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.339
8**

**Nonpriority creditor's name and mailing address**

**Studio SB LLC**
**603 West 115th Street**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339
9**

**Nonpriority creditor's name and mailing address**

**Studio Shamshiri**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340
0**

**Nonpriority creditor's name and mailing address**

**Studio Warm LLC**
**2820 Sawtelle Boulevard 209**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340
1**

**Nonpriority creditor's name and mailing address**

**Stys Hospitality Initiative, LLC**
**PO Box 225**
**Topsfield, MA 01983**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340
2**

**Nonpriority creditor's name and mailing address**

**Subrigo International Corporation**
**650 S Grand Avenue, Suite 714**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340
3**

**Nonpriority creditor's name and mailing address**

**Succarra**
**Attn: Nash Yacoub**
**Sharon, MA 02067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340
4**

**Nonpriority creditor's name and mailing address**

**Sudek USA Inc**
**12 Minneakoning Road Unit 109 A**
**Flemington, NJ 08822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**

Name

Case number (*if known*) **25-11937**

---

| 3.340 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sugarbird Sweets, LLC**
**242 N Avenue 25, Unit 254**
**Los Angeles, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Suited**
**110 E 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SULLIVAN STREET BAKERY**
**533 West 47th street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Summa Hawaii Inc.**
**970 North Kalaheo Avenue**
**Kailua, HI 96734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Summer Watson**
**325 N. Larchmont Boulevard**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Summit Restaurant Repairs INC.**
**160 E 2ND STREET**
**MINEOLA, NY 11501-3507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Summit Riser Systems Inc.**
**15245 Alton Parkway**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.341**
**2**

**Nonpriority creditor's name and mailing address**

**Sung Yoo**
**220 E 26th Street #2F**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341**
**3**

**Nonpriority creditor's name and mailing address**

**Sunny Communications**
**12980 West Cedar Drive**
**Lakewood, CO 80228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341**
**4**

**Nonpriority creditor's name and mailing address**

**Sunoz Soroosh**
**190 East 3rd St**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341**
**5**

**Nonpriority creditor's name and mailing address**

**SunPoint Public Adjusters, Inc.**
**1550 Parkside Drive**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341**
**6**

**Nonpriority creditor's name and mailing address**

**Sunset Cultures**
**2493 Wabash Ave**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341**
**7**

**Nonpriority creditor's name and mailing address**

**SuperCool Creamery**
**8341 Ridpath Dr.**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341**
**8**

**Nonpriority creditor's name and mailing address**

**SUPERGOOP**
**149 5th Avenue**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3419**

**Nonpriority creditor's name and mailing address**
**Superior Alarm**
**9001 Canoga Avenue**
**Canoga Park, CA 91304**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3420**

**Nonpriority creditor's name and mailing address**
**Suplex LLC**
**846 S Broadway #301**
**Los Angeles, CA 90014**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3421**

**Nonpriority creditor's name and mailing address**
**Supreme Home Services, Inc.**
**4265 Bedford Avenue**
**Brooklyn, NY 11229**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3422**

**Nonpriority creditor's name and mailing address**
**Supreme Parking Co.**
**3680 Wilshire Boulevard**
**Los Angeles, CA 90010**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3423**

**Nonpriority creditor's name and mailing address**
**Supreme Systems**
**248 West 35th Street**
**New York, NY 10001**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3424**

**Nonpriority creditor's name and mailing address**
**Sur Mesure Search**
**829 Park Ave**
**New York, NY 10021**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3425**

**Nonpriority creditor's name and mailing address**
**Surfas, Inc.**
**3225 West Washington Blvd.**
**Los Angeles, CA 90018**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.342 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Cooper**
**16 Ardmore Road**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susanna Ferrell**
**1458 Calumet Avenue**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susanne Bohnet - Serafini Pictures**
**19 Stuyvesant Oval**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Suttles Plumbing Inc**
**21541 Nordhoff St**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SUTTON**
**322 Eighth Avenue**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Suzi Darre**
**4533 North Turnbull Drive**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Svenska Handelsbanken**
**Att: Cash Management Processing C/O**
**SAND**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.343 3**

**Nonpriority creditor's name and mailing address**

**Swaby Projects**
**372 Communipaw Avenue**
**Jersey City, NJ 07304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.343 4**

**Nonpriority creditor's name and mailing address**

**Swank Motion Pictures, Inc.**
**2844 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.343 5**

**Nonpriority creditor's name and mailing address**

**Swati Sharma**
**70 East 10th Street**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.343 6**

**Nonpriority creditor's name and mailing address**

**Swede Farms Inc**
**480 Alfred Avenue**
**Teaneck, NJ 07666**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.343 7**

**Nonpriority creditor's name and mailing address**

**Sweet & Chilli, LLC**
**2401 W 208th, Unit 9**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.343 8**

**Nonpriority creditor's name and mailing address**

**SweetNyumm**
**81 Severn Drive A**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.343 9**

**Nonpriority creditor's name and mailing address**

**Sweetwater**
**5501 US Hwy 30 W**
**Fort Wayne, IN 46818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.344 0**

**Nonpriority creditor's name and mailing address**

**Swisher Productions, LLC (Wire)**
**6255 W Sunset Blvd**
**Hollywood, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 1**

**Nonpriority creditor's name and mailing address**

**Sydney Athena Reese Yatco**
**1015 Doyle Place**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 2**

**Nonpriority creditor's name and mailing address**

**Sydney Edwards**
**1541 Green Edge Trail**
**Wake Forest, NC 27587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 3**

**Nonpriority creditor's name and mailing address**

**Syllable Studio, LLC**
**Attn: Tushar Adya**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 4**

**Nonpriority creditor's name and mailing address**

**Sylvana Levy & Co.**
**7024 Southwest 103rd Place**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 5**

**Nonpriority creditor's name and mailing address**

**Sysco Los Angeles Inc**
**20701 E. Currier Road**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 6**

**Nonpriority creditor's name and mailing address**

**T.Edward Wines LTD**
**66 West Broadway**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Neuehouse Inc.**

Name

Case number (*if known*) **25-11937**

---

**3.344 7**

**Nonpriority creditor's name and mailing address**

**Taber Company Inc**
**121 Waterworks Way, Suite 100**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.344 8**

**Nonpriority creditor's name and mailing address**

**Tabitha Denholm**
**1924 Talmadge St**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.344 9**

**Nonpriority creditor's name and mailing address**

**Tabitha Swanson**
**Fredersdorfer Stra e 12**
**Berlin**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.345 0**

**Nonpriority creditor's name and mailing address**

**Table Method**
**950 Enchanted Way**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.345 1**

**Nonpriority creditor's name and mailing address**

**Tacombi**
**30 West 24th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.345 2**

**Nonpriority creditor's name and mailing address**

**Taction Consulting LLC**
**19321 80th Ave W**
**Edmonds, WA 98026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.345 3**

**Nonpriority creditor's name and mailing address**

**Tagliaferro Ceramics**
**10548 Wagner Creek Road**
**Talent, OR 97540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3454**

**Nonpriority creditor's name and mailing address**

**Taj Paxton**
**6400 1/2 W Olympic Blvd**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3455**

**Nonpriority creditor's name and mailing address**

**TaJonn Nickelson**
**11 Franklin St. Unit 12**
**West Boylston, MA 01583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3456**

**Nonpriority creditor's name and mailing address**

**TalkBox LLC**
**4760 Walnut St**
**Boulder, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3457**

**Nonpriority creditor's name and mailing address**

**Tammy Jo Dearen**
**885 North West Knoll Drive**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3458**

**Nonpriority creditor's name and mailing address**

**Tanya Maria Akim**
**1424 N Crescent Heights Blvd**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3459**

**Nonpriority creditor's name and mailing address**

**Tapuz Inc**
**P. O. Box 517**
**south Easton, MA 02375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3460**

**Nonpriority creditor's name and mailing address**

**Tara Alexa Thomas**
**480 Irvine Avenue**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.346
1**

**Nonpriority creditor's name and mailing address**

**Tara Rose Morris
1221 W 3rd st. #707
Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.346
2**

**Nonpriority creditor's name and mailing address**

**Tarrah Von Lintel
2525 Michigan Ave
Santa Monica, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.346
3**

**Nonpriority creditor's name and mailing address**

**Taschen
107 Greene Street
New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.346
4**

**Nonpriority creditor's name and mailing address**

**Tavern Beverage Refrigeration
18203 Parthenia Street
Northridge, CA 91325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.346
5**

**Nonpriority creditor's name and mailing address**

**Tavern Service Inc
18228 Parthenia St.
Northridge, CA 91325-3391**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.346
6**

**Nonpriority creditor's name and mailing address**

**Taylor Ann Trad
28201 Horizon Rd
Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.346
7**

**Nonpriority creditor's name and mailing address**

**Taylor Creative Inc.
1450 Broadway
New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.346 8**

**Nonpriority creditor's name and mailing address**

**Taylor Williams**
**616 South Pacific Coast Highway**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 9**

**Nonpriority creditor's name and mailing address**

**Taylor Wong**
**1204 Magnolia Avenue**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 0**

**Nonpriority creditor's name and mailing address**

**TBA Agency**
**TBA Agency c/o PARR3 LLC**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 1**

**Nonpriority creditor's name and mailing address**

**TBS Inc**
**Warner Brothers Discovery**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 2**

**Nonpriority creditor's name and mailing address**

**TCG Capital Management, LP**
**3003 Tasman Drive**
**Santa Clara, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 3**

**Nonpriority creditor's name and mailing address**

**Teach For America**
**25 Broadway, 12th Floor**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 4**

**Nonpriority creditor's name and mailing address**

**Teall LP**
**1880 Century Park East**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.347
5**

**Nonpriority creditor's name and mailing address**

**Tech 24**
**410 E Washington St**
**Greenville, SC 29601-2927**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.347
6**

**Nonpriority creditor's name and mailing address**

**Technetron Electronic, Inc.**
**29 East 31st Street**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.347
7**

**Nonpriority creditor's name and mailing address**

**technicolor, inc**
**PO Box 848498**
**Los Angeles, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.347
8**

**Nonpriority creditor's name and mailing address**

**Techstars Central LLC**
**1050 Walnut Street**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.347
9**

**Nonpriority creditor's name and mailing address**

**Ted Y Sim**
**1216 Lodi Pl.**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.348
0**

**Nonpriority creditor's name and mailing address**

**Tek Engineering Group, Inc**
**16830 Ventura Blvd**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.348
1**

**Nonpriority creditor's name and mailing address**

**Teknavo US inc**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.348
2**

**Nonpriority creditor's name and mailing address**

**Telemasters Inc**
**6850 Canby Avenue**
**Reseda, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348
3**

**Nonpriority creditor's name and mailing address**

**Tell Somebody LLC**
**12204 Alberta Drive**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348
4**

**Nonpriority creditor's name and mailing address**

**Telnet Solutions, Inc.**
**2961 W. Mac Arthur Blvd**
**Santa Ana, CA 46-1837084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348
5**

**Nonpriority creditor's name and mailing address**

**Temp-Air**
**8029 Solutions Center**
**Chicago, IL 60677-8000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348
6**

**Nonpriority creditor's name and mailing address**

**Temple Simpson Studio**
**downgrade**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348
7**

**Nonpriority creditor's name and mailing address**

**Templi Inc**
**1000 Dean Street**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348
8**

**Nonpriority creditor's name and mailing address**

**Ten Ten Photosynthesis**
**1010 S Olive St**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt - Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3489**

**Nonpriority creditor's name and mailing address**
**TEN VISIONS PRODUCTION LLC**
**27 N 6TH ST, APT 3O**
**BROOKLYN, NY 11249**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3490**

**Nonpriority creditor's name and mailing address**
**Tendu LLC**
**PO Box 11106**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3491**

**Nonpriority creditor's name and mailing address**
**Tenfifteen Production**
**9215 Alden Drive**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3492**

**Nonpriority creditor's name and mailing address**
**Teresa Lai**
**1550 N El Centro Ave**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3493**

**Nonpriority creditor's name and mailing address**
**Terra Kaffe, Inc.**
**61 Greenpoint Avenue**
**Brooklyn, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3494**

**Nonpriority creditor's name and mailing address**
**Terran Artis**
**3630 Latrobe St.**
**Los Angeles, CA 90031**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3495**

**Nonpriority creditor's name and mailing address**
**Terrior Selections**
**Chad LeMieux**
**Brooklyn, NY 11206**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3496**

**Nonpriority creditor's name and mailing address**

**Terry Sahagan Layton**
**860 South Los Angeles St**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Business Debt - Notice** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3497**

**Nonpriority creditor's name and mailing address**

**Thaddeus Brooks**
**1092 Hillcrest Drive**
**Xenia, OH 45385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Business Debt - Notice** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3498**

**Nonpriority creditor's name and mailing address**

**The American Movie Company**
**808 Broadway**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Business Debt - Notice** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3499**

**Nonpriority creditor's name and mailing address**

**The Artist Influence**
**9113 Crenshaw Boulevard**
**Inglewood, CA 90305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Business Debt - Notice** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3500**

**Nonpriority creditor's name and mailing address**

**The Barefoot Artist LLC**
**318 Kickerbocker Ave**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Business Debt - Notice** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3501**

**Nonpriority creditor's name and mailing address**

**The Boston Beer Company**
**Attn: Jessica Paar**
**Boston, MA 02210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Business Debt - Notice** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3502**

**Nonpriority creditor's name and mailing address**

**The Chefs Warehouse West Coast, LLC**
**PO Box 601154**
**Pasadena, CA 91189-1154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Business Debt - Notice** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.350 3**

**Nonpriority creditor's name and mailing address**

**The Colors You Like, LLC**
**369 Lexington Ave**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.350 4**

**Nonpriority creditor's name and mailing address**

**The Copper Key**
**607 S Park View Street**
**Los Angeles, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.350 5**

**Nonpriority creditor's name and mailing address**

**The Correctional Association of New York**
**262 1st Avenue**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.350 6**

**Nonpriority creditor's name and mailing address**

**The Creative House**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.350 7**

**Nonpriority creditor's name and mailing address**

**The Design Agency**
**845 Adelaide St. West**
**Toronto**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.350 8**

**Nonpriority creditor's name and mailing address**

**The Digital UpRoar**
**200 East Ridge Road**
**Pharr, TX 78577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.350 9**

**Nonpriority creditor's name and mailing address**

**The Diva Hair Jewelry & Accessories, Inc**
**2803 E 208th St**
**Carson, CA 90810-1102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.351 0**

**Nonpriority creditor's name and mailing address**

**The Eipel Engineering Group D.P.C**
**307 7th Avenue**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.351 1**

**Nonpriority creditor's name and mailing address**

**The Entertainment Industry Foundation**
**10880 Wilshire Boulevard**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.351 2**

**Nonpriority creditor's name and mailing address**

**The Eric Nam Company Inc.**
**235 Park Avenue South 9th Floor**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.351 3**

**Nonpriority creditor's name and mailing address**

**The George Gallo Company, LLC**
**1216 North La Cienega Blvd.**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.351 4**

**Nonpriority creditor's name and mailing address**

**The Group**
**Love Malone**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.351 5**

**Nonpriority creditor's name and mailing address**

**The Hunger Project**
**110 West 30th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.351 6**

**Nonpriority creditor's name and mailing address**

**The Hungry Gardens**
**8904 Wheatland Avenue**
**Sun Valley, CA 91352**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.351
7**

**Nonpriority creditor's name and mailing address**

**THE INDUSTRY PRODUCTIONS INC
244 San Pedro Street
Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351
8**

**Nonpriority creditor's name and mailing address**

**The Institue
8012 Happy Lane
Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351
9**

**Nonpriority creditor's name and mailing address**

**The JaQuel Knight Foundation
15233 Ventura Boulevard
Los Angeles, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
0**

**Nonpriority creditor's name and mailing address**

**The Knot
195 Broadway
New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
1**

**Nonpriority creditor's name and mailing address**

**The Kollo Group, Inc.
242 N. Avenue 25 #247
Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
2**

**Nonpriority creditor's name and mailing address**

**The Lakeshore Planning Group Inc.
10 Morrison Street
Toronto
CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
3**

**Nonpriority creditor's name and mailing address**

**The Laundress
247 West 30th street
New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.352 4**

**Nonpriority creditor's name and mailing address**

**The Licensing Project LLC**
**424 Broadway #401-402**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 5**

**Nonpriority creditor's name and mailing address**

**THE LINE LLC**
**76 Greene Street 4th Flr**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 6**

**Nonpriority creditor's name and mailing address**

**The Match Group**
**21 Andrea Drive**
**Caldwell, NJ 07006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 7**

**Nonpriority creditor's name and mailing address**

**The Milo House**
**652 Milo Terrace**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 8**

**Nonpriority creditor's name and mailing address**

**The Mistake Room**
**1811 East 20th Street**
**Los Angeles, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 9**

**Nonpriority creditor's name and mailing address**

**The Ness Group, LLC**
**20770 Hwy 281 North Suite 108 450**
**San Antonio, TX 78258**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353 0**

**Nonpriority creditor's name and mailing address**

**The New York Times**
**3986 Clayton Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.353**
**1**

Nonpriority creditor's name and mailing address

**The NK Project - Natalie Krinsky**
**1434 North Orange Grove Avenue**
**West Hollywood, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353**
**2**

Nonpriority creditor's name and mailing address

**The One Club for Creativity**
**450 W 31ST STREET FL 6**
**NEW YORK, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353**
**3**

Nonpriority creditor's name and mailing address

**The Organic Company US Inc.**
**109 East Emerson Road**
**Lexington, MA 02420**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353**
**4**

Nonpriority creditor's name and mailing address

**The Path**
**28 west 12th**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353**
**5**

Nonpriority creditor's name and mailing address

**The People Walker, LLC**
**c/o Charles McCarthy**
**Los Angeles, CA 90068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353**
**6**

Nonpriority creditor's name and mailing address

**The Popcorn Company North LLC**
**4763 Orion Avenue**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353**
**7**

Nonpriority creditor's name and mailing address

**The Regency NYC Inc.**
**32 West 39th Street 12 Floor**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3538**

**Nonpriority creditor's name and mailing address**

**The Restaurant Source**
**5005 Washington St.**
**Denver, CO 80216-2092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3539**

**Nonpriority creditor's name and mailing address**

**The Ridgway Group, Inc**
**530 South Hewitt Street**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3540**

**Nonpriority creditor's name and mailing address**

**The Rug Company Ltd**
**219 E. 59th St.**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3541**

**Nonpriority creditor's name and mailing address**

**The Serenity Collection**
**96 Club Rd**
**Riverside, CT 06878**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3542**

**Nonpriority creditor's name and mailing address**

**The Shade Store LLC**
**21 Abendroth Avenue**
**Port Chester, NY 10573**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3543**

**Nonpriority creditor's name and mailing address**

**The Sheridan Group**
**2045 Pontius Avenue**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3544**

**Nonpriority creditor's name and mailing address**

**The Sherwin-Williams Company**
**A/R 101 Prospect Ave NW**
**Cleveland, OH 44115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.354 5**

**Nonpriority creditor's name and mailing address**

**The Shift Is LLC**
**3717 W 59th St.**
**Los Angeles, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.354 6**

**Nonpriority creditor's name and mailing address**

**The Society of Composers + Lyricists**
**Attn: Ashley Irwin**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.354 7**

**Nonpriority creditor's name and mailing address**

**The Swatch Group US Inc**
**703 Waterford Way**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.354 8**

**Nonpriority creditor's name and mailing address**

**The Tembo Group**
**150 Fifth Ave**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.354 9**

**Nonpriority creditor's name and mailing address**

**The Travelers Indemnity Co.**
**385 Washington Street**
**Saint Paul, MN 55102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

$18,619.34

---

**3.355 0**

**Nonpriority creditor's name and mailing address**

**The Travelers Indemnity Company (Online)**
**385 Washington Street**
**Saint Paul, MN 55102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.355 1**

**Nonpriority creditor's name and mailing address**

**The Unlikely Florist**
**715 Hampton Drive**
**Venice Beach, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number *(if known)* | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.355 2**

**Nonpriority creditor's name and mailing address**

**The Utmost**
**1426 Allesandro Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.355 3**

**Nonpriority creditor's name and mailing address**

**The Vision Lab**
**WeWork**
**New York, NY 10003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.355 4**

**Nonpriority creditor's name and mailing address**

**The Webstaurant Store, Inc**
**40 Citation Lane**
**Lititz, PA 17543**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.355 5**

**Nonpriority creditor's name and mailing address**

**The Wild Bunch LLC**
**27 Orchard Street #14**
**New York, NY 10002**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.355 6**

**Nonpriority creditor's name and mailing address**

**The Wine Enthusiast, Inc(wire)**
**200 Summit Lake Drive**
**Valhalla, NY 10595**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.355 7**

**Nonpriority creditor's name and mailing address**

**Theresa Hyuna Hwang**
**4525 S Slauson Ave**
**Culver City, CA 90230**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.355 8**

**Nonpriority creditor's name and mailing address**

**THETRIANGLELAB CO.**
**1370 N Street Andrew's Place**
**Los Angeles, CA 90028**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|

Name

---

**3.3559**

Nonpriority creditor's name and mailing address
**THEVERYMANY LLC**
**124 State Street, 3**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3560**

Nonpriority creditor's name and mailing address
**Thierry Dreyfus**
**16 Rue du Moulin Joly, Paris**
**FRANCE**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3561**

Nonpriority creditor's name and mailing address
**Think Box Media Inc.**
**188 N Main St**
**Freeport, NY 11520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3562**

Nonpriority creditor's name and mailing address
**Think Olio INC**
**296 Old Route 22**
**Wassaic, NY 12592**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3563**

Nonpriority creditor's name and mailing address
**Thomas Brockert**
**1267 Sunset AVE**
**Los Angeles, CA 91103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3564**

Nonpriority creditor's name and mailing address
**Thomas Christopher (NSIDE VOICES LLC)**
**4105 Somerset Drive**
**Los Angeles, CA 90008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3565**

Nonpriority creditor's name and mailing address
**Thomas Degenhardt**
**359 N Sycamore Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.356 6**

Nonpriority creditor's name and mailing address

**Thomas Salgado Medina**
**172 Suydam Street**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356 7**

Nonpriority creditor's name and mailing address

**Thomas Schneider**
**5932 Barton Ave**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356 8**

Nonpriority creditor's name and mailing address

**Thomson Tribe Studios, LLC**
**1445 Conrad St.**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356 9**

Nonpriority creditor's name and mailing address

**Thriller Films, LLC**
**Attn: Justin Jones**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357 0**

Nonpriority creditor's name and mailing address

**Thrive**
**RMC**
**Woburn, MA 01888**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357 1**

Nonpriority creditor's name and mailing address

**Through Films**
**c/o Marcus Cox**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357 2**

Nonpriority creditor's name and mailing address

**Thyra Heder**
**204 Park Pl**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.357
3**

**Nonpriority creditor's name and mailing address**

**Tiffany and Co**
**Attn: Christy Brega**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
4**

**Nonpriority creditor's name and mailing address**

**Tiffany Davis**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
5**

**Nonpriority creditor's name and mailing address**

**Tiffany Tyson**
**3021 Ganahl Street**
**Los Angeles, CA 90063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
6**

**Nonpriority creditor's name and mailing address**

**Tiffany Weiss**
**2647 Frederick Douglas Blvd**
**New York, NY 10030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
7**

**Nonpriority creditor's name and mailing address**

**Tiki Rocket, Inc.**
**2604-B**
**El Camino, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
8**

**Nonpriority creditor's name and mailing address**

**Tilit NYC**
**319 Grand St**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
9**

**Nonpriority creditor's name and mailing address**

**Tim Chan**
**739 N. SweetzerAve, Unit 2**
**Los Angeles, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.358 0**

**Nonpriority creditor's name and mailing address**

**Tim Geary**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 1**

**Nonpriority creditor's name and mailing address**

**Tim Grupp**
**541 Comstock Ave**
**LOS ANGELES, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 2**

**Nonpriority creditor's name and mailing address**

**Tim Hans**
**275 N. Garfield Ave**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 3**

**Nonpriority creditor's name and mailing address**

**Tim Richardson**
**605 East 14th Street 9G**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 4**

**Nonpriority creditor's name and mailing address**

**Tim Shickle**
**1844 North Bronson Avenue**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 5**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable**
**PO Box 7186**
**Pasadena, CA 91109-7186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$329.98**

---

**3.358 6**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable (Autopay)**
**PO Box 7186**
**Pasadena, CA 91109-7186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.358 7**

**Nonpriority creditor's name and mailing address**

**TimePayment Corp**
**PO Box 847237**
**Boston, MA 02284-7237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.358 8**

**Nonpriority creditor's name and mailing address**

**Timothy M. Nevius**
**9 West 10th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.358 9**

**Nonpriority creditor's name and mailing address**

**Timothy Vasquez**
**110 E 25th St**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.359 0**

**Nonpriority creditor's name and mailing address**

**Tina Frey Designs, LLC**
**1485 Bancroft Avenue**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.359 1**

**Nonpriority creditor's name and mailing address**

**TINT ETC LLC**
**850 CALLE PLANO, STE N**
**CAMARILLO, CA 93012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.359 2**

**Nonpriority creditor's name and mailing address**

**Tiny Horse**
**1920 Cleveland Ave**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.359 3**

**Nonpriority creditor's name and mailing address**

**Titilola Laosebikan**
**5720 W Centinela Ave**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor **Neuehouse Inc.**

Name

Case number (if known) **25-11937**

---

**3.359 4**

**Nonpriority creditor's name and mailing address**

**TJ Degenhardt**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 5**

**Nonpriority creditor's name and mailing address**

**To-Rise LLC**
**118-40 Montauk Street**
**Saint Albans, NY 11412**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 6**

**Nonpriority creditor's name and mailing address**

**Toast Inc. (Autopay)**
**401 Park Drive**
**Boston, MA 02215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 7**

**Nonpriority creditor's name and mailing address**

**Tocci Made LLC**
**6 Riverside Circle**
**Ormond Beach, FL 32176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 8**

**Nonpriority creditor's name and mailing address**

**Todd Anthony Helbing**
**3080 N Beachwood Dr**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 9**

**Nonpriority creditor's name and mailing address**

**Todd Selby**
**1249 North Tigertail Rd**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360 0**

**Nonpriority creditor's name and mailing address**

**Todd Snyder Inc.**
**77 Hot Metal Street**
**Pittsburgh, PA 15203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.360**
**1**

Nonpriority creditor's name and mailing address

**Tolga Albayrak**
**17 Rue Vieille du Temple, Paris**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360**
**2**

Nonpriority creditor's name and mailing address

**Tolula Adeyemi**
**2009 1/2 Ocean Park Boulevard**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360**
**3**

Nonpriority creditor's name and mailing address

**Tom Aulet**
**415 Leonard St**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360**
**4**

Nonpriority creditor's name and mailing address

**Tomas Aranda**
**1114 Brianna Ave**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360**
**5**

Nonpriority creditor's name and mailing address

**Tomcat Bakery, Inc**
**PO Box 844040**
**Boston, MA 02284-4040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360**
**6**

Nonpriority creditor's name and mailing address

**Tommy Jackson Productions**
**2057 West 108th Street**
**Los Angeles, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360**
**7**

Nonpriority creditor's name and mailing address

**Tony Goldwyn**
**P.O. Box 4789**
**Stamford, CT 06907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Neuehouse Inc.**
Name

Case number *(if known)* **25-11937**

---

| 3.360 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Top Hat Uniform Inc.**
**dba Top Hat Imageware**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Toranto Productions LLC**
**Attn: Lee Rierson**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TORTILLERIA CHINANTLA INC**
**975 Grand Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tossware**
**10460 Hickson Street**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Total Fire Protection**
**5322 Avenue N**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tout Le Monde Touring, Inc**
**6121 Sunset Boulevard**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Town & Country Event Rentals, Inc/ SLP T**
**7725 Airport Business Park Way**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.361 5**

**Nonpriority creditor's name and mailing address**

**TPG Architecture LLP**
**31 Pennsylvania Plaza**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 6**

**Nonpriority creditor's name and mailing address**

**Tracey Ryans**
**110 Berkeley Place**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 7**

**Nonpriority creditor's name and mailing address**

**Tracy Britto**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 8**

**Nonpriority creditor's name and mailing address**

**Tracy Mouzon**
**53 Irving Avenue**
**Floral Park, NY 11001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 9**

**Nonpriority creditor's name and mailing address**

**Tracy Oliver**
**Your Financial Alternative, Inc.**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362 0**

**Nonpriority creditor's name and mailing address**

**Trade Supplies**
**5625 Firestone Blvd.**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362 1**

**Nonpriority creditor's name and mailing address**

**Tradecraft**
**200 Broadway**
**Garden City Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.362 2**

**Nonpriority creditor's name and mailing address**

**Transcon International Inc**
**234 Rider Avenue**
**Bronx, NY 10451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.362 3**

**Nonpriority creditor's name and mailing address**

**Transit Check**
**5 Bryant Park 1065 Ave of the Americas**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.362 4**

**Nonpriority creditor's name and mailing address**

**Trap Heals, LLC**
**3787 South Saint Andrews Place**
**Los Angeles, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.362 5**

**Nonpriority creditor's name and mailing address**

**Trapital**
**PO Box 401192**
**San Francisco, CA 94140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.362 6**

**Nonpriority creditor's name and mailing address**

**Travelex Currency Services Inc.**
**34 Desbrosses Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.362 7**

**Nonpriority creditor's name and mailing address**

**Travis Bacon**
**104 Adelphi St**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.362 8**

**Nonpriority creditor's name and mailing address**

**TRC Companies Inc**
**TRC Lockbox**
**Pittsburgh, PA 15253-5904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.362 9**

**Nonpriority creditor's name and mailing address**

**TreePeople, Inc.**
**12601 Mulholland Drive**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 0**

**Nonpriority creditor's name and mailing address**

**Tremeika Small**
**1540 Park Place**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 1**

**Nonpriority creditor's name and mailing address**

**Trevor Brown**
**39 Ocean Avenue #3C**
**Brooklyn, NY 11225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 2**

**Nonpriority creditor's name and mailing address**

**Trifocal Leadership Inc.**
**8424 Santa Monica Blvd, #A222**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 3**

**Nonpriority creditor's name and mailing address**

**Trillectro**
**10 magin mountain Ct**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 4**

**Nonpriority creditor's name and mailing address**

**TriMark R.W. Smith**
**P.O. Box 51847**
**Los Angeles, CA 90051-6147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 5**

**Nonpriority creditor's name and mailing address**

**Tripleseat Software, LLC (autodebit)**
**300 Baker Ave**
**West Concord, MA 01742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.363 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Trisha Brown Company**
**341 West 38Th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tristan Moffatt**
**783 Marlboro Court**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TRL Systems**
**9531 Milliken Ave**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**True Capital Partners, LLC**
**1717 Arch Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Truffle Brothers, Inc.**
**4073 W Washington Blvd**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Truong Vo**
**308 Danforth Street**
**Portland, ME 04102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tuff Stuff Products by Kormex USA, INC**
**9600 Road 256**
**Terra Bella, CA 93270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business Debt - Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.364 3**

**Nonpriority creditor's name and mailing address**

**Turbo Chilled Corporation**
**7231 Atoll Avenue**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 4**

**Nonpriority creditor's name and mailing address**

**Turelk, Inc.**
**3815 Bayer Street**
**Marina, CA 90808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 5**

**Nonpriority creditor's name and mailing address**

**Tusk, Ltd.**
**1133 Broadway**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 6**

**Nonpriority creditor's name and mailing address**

**Two Torin's LLC**
**276 1st Avenue**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 7**

**Nonpriority creditor's name and mailing address**

**Ty Joseph**
**7870 Woodrow Wilson Drive**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 8**

**Nonpriority creditor's name and mailing address**

**Ty Marichris**
**13001 W. Washington Blvd. Apt. A**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 9**

**Nonpriority creditor's name and mailing address**

**Ty Wells**
**aka William Wells**
**Studio City, CA 91602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.365 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tyko Sign Group**
**5002 Venice Boulevard**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tyler Burt**
**202 E 6th St**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tyler Peters**
**1308 Factory Place**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tyra Colar**
**10829 Hesby St.**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**U&I Group**
**3 Times Square 24th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ugly Fruit**
**153 E. 57th Street**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ULINE (Online)**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.365 7**

**Nonpriority creditor's name and mailing address**
**Ultra Events LLC**
**47 Maple Dr.**
**Fairfield, CT 06824**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.365 8**

**Nonpriority creditor's name and mailing address**
**Ultrafabrics Inc.**
**303 South Broadway, Suite 201**
**Tarrytown, NY 10591**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.365 9**

**Nonpriority creditor's name and mailing address**
**Umma Saima**
**187 Harman Street**
**Brooklyn, NY 11221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.366 0**

**Nonpriority creditor's name and mailing address**
**Umut Kisa**
**1724 Highland Avenue**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.366 1**

**Nonpriority creditor's name and mailing address**
**Unconquered, LLC**
**21 S Linwood Ave**
**Baltimore, MD 21224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.366 2**

**Nonpriority creditor's name and mailing address**
**UNFI - United Natural Foods**
**P.O. Box 742930**
**Los Angeles, CA 90074-2930**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.366 3**

**Nonpriority creditor's name and mailing address**
**Union Beer Distributors (online)**
**1213 Grand Street**
**SECAUCUS, NJ 07094**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.366 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Union Plant Service**
**854 South Oxford Avenue**
**Los Angeles,, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Unique Entertainment**
**110 Wall Street #6067**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Unison Electric**
**16652 Gemini Lace**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Unity Building Services Inc.**
**379 Fifth Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal City Studios Productions LLLP**
**100 Universal City Plaza**
**Universal City, CA 91608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal Metro, Inc.**
**12253 East Florence Avenue**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal Studios c/o Arturo Barquet**
**100 Universal City Plaza Bldg.**
**Universal City, CA 91608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.367**
**1**

**Nonpriority creditor's name and mailing address**

**Unleash Global Good**
**1395 Lexington Ave**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367**
**2**

**Nonpriority creditor's name and mailing address**

**Uovo Art LLC**
**26 W. 17th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367**
**3**

**Nonpriority creditor's name and mailing address**

**UpFront Studios**
**110 Horatio St**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367**
**4**

**Nonpriority creditor's name and mailing address**

**Upland**
**134 Market Street**
**Philadelphia, PA 19106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367**
**5**

**Nonpriority creditor's name and mailing address**

**Ursula 1000 Music**
**137 Jackson Street #1B**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367**
**6**

**Nonpriority creditor's name and mailing address**

**US Evergreens**
**U.S. EVERGREEN**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367**
**7**

**Nonpriority creditor's name and mailing address**

**US Foods, Inc. (Online)**
**US Foods, Inc.**
**Los Angeles, CA 90074-6993**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.367 8**

**Nonpriority creditor's name and mailing address**

**USA Wine Imports, Inc (Online)**
**285 West Broadway**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 9**

**Nonpriority creditor's name and mailing address**

**UsableNet, Inc.**
**Dept. 781768**
**Detroit, MI 48278-1768**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.368 0**

**Nonpriority creditor's name and mailing address**

**USC School of Architecture**
**University of Southern California, Unive**
**Los Angeles, CA 90089-0291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.368 1**

**Nonpriority creditor's name and mailing address**

**USI Consulting Group, Inc**
**95 Glastonbury Blvd.**
**Glastonbury, CT 06033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.368 2**

**Nonpriority creditor's name and mailing address**

**USI Insurance Services LLC**
**P.O. Box 62937**
**Virgina Beach, VA 23466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.368 3**

**Nonpriority creditor's name and mailing address**

**Utter, Inc.**
**2121 AVENUE OF THE STARS, 15TH FLOOR**
**LOS**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.368 4**

**Nonpriority creditor's name and mailing address**

**Uyen Tieu**
**525 W 22nd St**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Neuehouse Inc._____    Case number (if known) __25-11937__

Name

| 3.368 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**V&T Carbonic Inc.**
**V&T Carbonic Inc.**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt - Notice__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**V.C.R MUSIC**
**1213 Princeton Drive**
**Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt - Notice__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vaeao Tupua**
**518 W. 10Th Street**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt - Notice__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valar**
**281 Park Avenue South**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt - Notice__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valerie Confections**
**3630 W 1st Street**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt - Notice__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VALFRE LLC**
**3701 Beverly Blvd**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt - Notice__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vallee Electrical Services**
**3716 Park Place**
**Montrose, CA 91020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt - Notice__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.369
2**

**Nonpriority creditor's name and mailing address**

**Vance Wine Selections
5146 North Commerce Avenue
Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
3**

**Nonpriority creditor's name and mailing address**

**Vanessa Barboni
555 West 23rd Street
New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
4**

**Nonpriority creditor's name and mailing address**

**VANESSA BIVINS
945 North Serrano Avenue
Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
5**

**Nonpriority creditor's name and mailing address**

**Vanessa Black
1550 N El Centro Ave #1604
Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
6**

**Nonpriority creditor's name and mailing address**

**Vanessa Rimando LLC
55 Winchester Road
Ronkonkoma, NY 11779**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
7**

**Nonpriority creditor's name and mailing address**

**Vanja Alispahic
4421 Santa Monica Blvd
Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
8**

**Nonpriority creditor's name and mailing address**

**Vault Rentals, LLC
315 Indiana Street
El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3699**

**Nonpriority creditor's name and mailing address**
**Vedder Price P.C.**
**222 N. LaSalle Street**
**Chicago, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$876.50**

---

**3.3700**

**Nonpriority creditor's name and mailing address**
**VEDDER PRICE P.C.**
**222 N. LaSalle Street**
**Chicago, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3701**

**Nonpriority creditor's name and mailing address**
**Velizar Ionikov**
**261 N Florence St**
**Burbank, CA 91505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3702**

**Nonpriority creditor's name and mailing address**
**Venice Chamber of Commerce**
**313 Grand Blvd., 202**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3703**

**Nonpriority creditor's name and mailing address**
**Venice Paparazzi**
**1901 Oceanfront Walk # 3**
**venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3704**

**Nonpriority creditor's name and mailing address**
**Venture Lending & Leasing VII LLC**
**c/o U.S Bank, N.A.**
**Milwaukee, WI 53212**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3705**

**Nonpriority creditor's name and mailing address**
**Venture Lending & Leasing VIII, Inc.**
**c/o Union Bank, N.A. Global Custody Serv**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.370 6**

**Nonpriority creditor's name and mailing address**

**Venturesome LLC - Elliott Azrak**
**10 West 33rd**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 7**

**Nonpriority creditor's name and mailing address**

**Veritas Imports**
**929 South Brand Boulevard**
**Glendale, CA 91204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 8**

**Nonpriority creditor's name and mailing address**

**Verity Wines LLC**
**148 Madison Avenue**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 9**

**Nonpriority creditor's name and mailing address**

**Verizon (Autopay)**
**PO Box 15124**
**Albany, NY 12212-5124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 0**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless**
**PO Box 408**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$93.49**

---

**3.371 1**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless (Auto Pay)**
**P.O. Box 408**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 2**

**Nonpriority creditor's name and mailing address**

**Veronica Dennsion - Media One Partners**
**1455 Roosevelt place**
**Pelham, NY 10803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.371 3**

**Nonpriority creditor's name and mailing address**

**Verte**
**c/o Danelle Brown**
**Brooklyn, NY 11226**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 4**

**Nonpriority creditor's name and mailing address**

**Vertical Group**
**239 Centre Street**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 5**

**Nonpriority creditor's name and mailing address**

**VERVE Professional Services, Inc**
**47 Waterbury Road, 4-127**
**Prospect, CT 06712**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 6**

**Nonpriority creditor's name and mailing address**

**Vervet LLC**
**1830 Taft Ave**
**Los Angeles, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 7**

**Nonpriority creditor's name and mailing address**

**Vespa Pictures, Inc.**
**200 PArk Avenue South 8 FL**
**New York, NY 10003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 8**

**Nonpriority creditor's name and mailing address**

**Vesta Food Service**
**L.A. SPECIALTY**
**SANTA FE SPRINGS, CA 90670**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 9**

**Nonpriority creditor's name and mailing address**

**Vesuvio in NYC, LLC**
**160 Prince Street**
**New York, NY 10012**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.372 0**

**Nonpriority creditor's name and mailing address**

**Viacom**
**4533 Los Feliz Blvd.**
**LOS ANGELES, California 90027-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372 1**

**Nonpriority creditor's name and mailing address**

**Vibe Inc.**
**2018 156th Avenue Northeast**
**Bellevue, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372 2**

**Nonpriority creditor's name and mailing address**

**Vibration Products, Inc.**
**949 King Avenue**
**Columbus, OH 43212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372 3**

**Nonpriority creditor's name and mailing address**

**Vicky Deuel**
**207 East 27th Street**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372 4**

**Nonpriority creditor's name and mailing address**

**Victor & Bernstein, P.C.**
**18 East 41st Street**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372 5**

**Nonpriority creditor's name and mailing address**

**Victor Armendariz**
**1831 Madison Ave**
**New York, NY 10035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372 6**

**Nonpriority creditor's name and mailing address**

**Victor Basta - DAI Magister Ltd**
**3 Thomas More Square, London**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3727**

**Nonpriority creditor's name and mailing address**

**Victor Buhler**
**465 East Glenarm Street**
**Pasadena, CA 91106**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3728**

**Nonpriority creditor's name and mailing address**

**Victor Mendoza**
**110 W 25th Street**
**NY, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3729**

**Nonpriority creditor's name and mailing address**

**Victoria Brito**
**325 East 5th Street**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3730**

**Nonpriority creditor's name and mailing address**

**Victoria Elie**
**1396 East 94th Street**
**Brooklyn, NY 11236**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3731**

**Nonpriority creditor's name and mailing address**

**Victoria Keen**
**1936 Armacost Ave.**
**Los Angeles, CA 90025**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3732**

**Nonpriority creditor's name and mailing address**

**Victoria Lam**
**110 E25th Street**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3733**

**Nonpriority creditor's name and mailing address**

**Victoria Rawlins**
**6439 Densmore Avenue**
**Los Angeles, CA 91406**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.373 4**

**Nonpriority creditor's name and mailing address**

**Victoria Roggeman**
**613 1/2 Micheltorena St.**
**Los Angeles, CA 90026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.373 5**

**Nonpriority creditor's name and mailing address**

**Videri Inc.**
**19 West 34th Street**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.373 6**

**Nonpriority creditor's name and mailing address**

**Village Print & Media**
**10E 39th Street**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.373 7**

**Nonpriority creditor's name and mailing address**

**Villainess Productions**
**1950 Tamarind Avenue**
**Los Angeles, CA 90068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.373 8**

**Nonpriority creditor's name and mailing address**

**Vin2U Wine Group**
**1614 118th Avenue Southeast**
**Bellevue, WA 98005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.373 9**

**Nonpriority creditor's name and mailing address**

**VincentKima**
**199 claremont ave**
**jersey city, NJ 07305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374 0**

**Nonpriority creditor's name and mailing address**

**Vino Los Angeles**
**1100 South Hope Street**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.374**
**1**

**Nonpriority creditor's name and mailing address**

**Virginia Thomas Gray**
**29 Brooks Avenue #C**
**Venice, CA 90291**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374**
**2**

**Nonpriority creditor's name and mailing address**

**Virtual Reality JAM LTD**
**86-90 Paul Street, London**
**ENGLAND**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374**
**3**

**Nonpriority creditor's name and mailing address**

**Vision Prompt Inc**
**23958 Craftsman Road**
**Calabasas, CA 91302**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374**
**4**

**Nonpriority creditor's name and mailing address**

**Vistar**
**PO Box 951080**
**Dallas, TX 75395**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374**
**5**

**Nonpriority creditor's name and mailing address**

**Vitra Inc.**
**217 West 18th Street**
**New York, NY 10011**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374**
**6**

**Nonpriority creditor's name and mailing address**

**Vittoria Food + Beverage Corporation**
**c/o Eims**
**Los Angeles, CA 90049-5118**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374**
**7**

**Nonpriority creditor's name and mailing address**

**Vivian Shih**
**423 S Hoover St**
**Los Angeles, CA 90020**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.3748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Voila Event Solutions**
**109-23 71st Rd.**
**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Voy Investment Management**
**145 E. 16th St.**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vulcan Protection Services Inc.**
**939 8th Avenue**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vybes L.A.**
**8581 Santa Monica Blvd.**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vyne Pictures**
**416 Stanhope Street**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**W Communications**
**2483 Coney Island Avenue**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,550.52** |
|---|---|---|---|

**WageWorks Inc.**
**4609 Regents Boulevard**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.375 5**

**Nonpriority creditor's name and mailing address**

**WageWorks, Inc.(Autopay)**
**4609 Regents Blvd.**
**Irving, TX 75063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375 6**

**Nonpriority creditor's name and mailing address**

**Walden Mode Inc**
**521 12th Street**
**Brooklyn,, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375 7**

**Nonpriority creditor's name and mailing address**

**Wallace Melton**
**1000 S Hope St Apt 409**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375 8**

**Nonpriority creditor's name and mailing address**

**Walter James Thompson III**
**29901 Bridlegate Way**
**Menifee, CA 92584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375 9**

**Nonpriority creditor's name and mailing address**

**Warwick International Hotels**
**325 5th Avenue**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.376 0**

**Nonpriority creditor's name and mailing address**

**Wasserstrom**
**477 South Front St**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.376 1**

**Nonpriority creditor's name and mailing address**

**Waste Connections (Online)**
**3 Waterway Square Place**
**The Woodlands, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.376<br>2 | **Nonpriority creditor's name and mailing address**<br>**WaterBox LLC**<br>**2500 East Imperial Highway**<br>**Brea, CA 92821**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.376<br>3 | **Nonpriority creditor's name and mailing address**<br>**Waterlogic USA LLC (Quench Usa Inc.) (On**<br>**PO Box 677867**<br>**Dallas, TX 75267-7867**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376<br>4 | **Nonpriority creditor's name and mailing address**<br>**WAVA Water corp.**<br>**276 Malden turnpike**<br>**Saugerties, NY 12477**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376<br>5 | **Nonpriority creditor's name and mailing address**<br>**WB Mason**<br>**59 Centre St**<br>**Brockton,, MA 02303**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376<br>6 | **Nonpriority creditor's name and mailing address**<br>**We Are All Guided Incorporated**<br>**20 Barwick Street**<br>**Floral Park, NY 11001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376<br>7 | **Nonpriority creditor's name and mailing address**<br>**WE ARE PRISMATICS**<br>**2138 Hyperion Avenue**<br>**Los Angeles, CA 90027**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376<br>8 | **Nonpriority creditor's name and mailing address**<br>**We Are Unified (USA) Inc**<br>**c/o Claudell Charlemagne**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt - Notice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

| 3.376 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**We Believers**
**700 Canal St**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Webster Lock & Hardware Co., Inc.**
**2471 Webster Ave**
**Bronx, NY 10458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wednesday Agency - Alex O'Brien**
**114 Ridge Street**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Weight-Eighteen**
**Jed Wexler**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Weinstein Carnegie Philanthropic**
**207 Front Street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wellth Collective**
**2128 Willow Dell Dr**
**Seabrook, TX 77586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wendy James**
**1931 Leighton Ave**
**Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3776**

**Nonpriority creditor's name and mailing address**

**West Coast Ice Provisions**
**PO BOX 1269**
**LOMITA, CA 90717**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3777**

**Nonpriority creditor's name and mailing address**

**West Coast Prime Meats LLC**
**344 Cliffwood Park St**
**Brea, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3778**

**Nonpriority creditor's name and mailing address**

**Westbury Fish Company**
**20 CENTRAL AVENUE**
**FARMINGDALE, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3779**

**Nonpriority creditor's name and mailing address**

**Western Exterminator Company**
**PO Box 16350**
**Reading, PA 19612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3780**

**Nonpriority creditor's name and mailing address**

**Western Pest Services**
**800 Lanidex Plaza**
**Parsippany-Troy Hills, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3781**

**Nonpriority creditor's name and mailing address**

**WestNews, Inc**
**P.O. Box 21451**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3782**

**Nonpriority creditor's name and mailing address**

**WGBH Educational Foundation**
**Attn: Accounts Receivable Department**
**Boston, MA 02241-4670**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.378
3**

**Nonpriority creditor's name and mailing address**

**White Plains Linen
4 John Walsh Blvd.
Peekskill, NY 10566-5324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.378
4**

**Nonpriority creditor's name and mailing address**

**White Radish, LLC
75 Bank St
New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.378
5**

**Nonpriority creditor's name and mailing address**

**Whitespace Hong Kong Limited
Danielle Huthart
New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.378
6**

**Nonpriority creditor's name and mailing address**

**Who Gives a Crap Inc
8605 Santa Monica Boulevard
West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.378
7**

**Nonpriority creditor's name and mailing address**

**Wild Dreams Inc.
579 Stonehurst Dr.
Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.378
8**

**Nonpriority creditor's name and mailing address**

**Wild Posting
5555 Inglewood Blvd 205
Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.378
9**

**Nonpriority creditor's name and mailing address**

**William Booth
235 8th Street
Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

| 3.379 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Keane**
**26 Kathleen Pl**
**Morris Plains, NJ 07950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Lowell**
**950 N. Kings Rd.**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Valentine**
**86 Geltson Ave. Flr 1**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Vitacco Associates, Ltd.**
**William Vitacco Associates Ltd.**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Willie Mack**
**4316 Kingswell Ave.**
**Los Angeles, CA 20027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Willow Rothbart**
**6731 Leland Way #323**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Wilson Cetina Group**
**5154 Parkglen Avenue**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3797**

**Nonpriority creditor's name and mailing address**

**Wilson Daniels Wholesale LLC (Online)**
**19 West 24th St. 7th Flr.**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.3798**

**Nonpriority creditor's name and mailing address**

**WIMCO Villas**
**PO Box 1461**
**Newport, RI 02840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.3799**

**Nonpriority creditor's name and mailing address**

**Winc**
**BWSC, LLC | Attn: Accounts Payable**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.3800**

**Nonpriority creditor's name and mailing address**

**Windish Talent LLC**
**1658 N Milwaukee Ave #211**
**Chigago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.3801**

**Nonpriority creditor's name and mailing address**

**Window Repair NYC LLC**
**244 5th Avenue**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.3802**

**Nonpriority creditor's name and mailing address**

**Windstream Holdings, Inc.**
**4001 North Rodney Parham Road**
**Little Rock, AR 72212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.3803**

**Nonpriority creditor's name and mailing address**

**Wine Twist Distributor, LLC**
**125 Woodbury Rd**
**Hicksville, NY 11801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.380 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Wine Warehouse** | ☐ Contingent |
| **6550 East Washington Boulevard** | ☐ Unliquidated |
| **Commerce, CA 90040** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.380 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Winebow - CA** | ☐ Contingent |
| **PO Box 748661** | ☐ Unliquidated |
| **Los Angeles, CA 90074-8661** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.380 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Winebow - NY (Online)** | ☐ Contingent |
| **PO BOX 416636** | ☐ Unliquidated |
| **Boston, MA 02241-6636** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.380 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Winfrey Oribhabor DJ FREE** | ☐ Contingent |
| **4205 Lockwood Avenue** | ☐ Unliquidated |
| **Los Angeles, CA 90029** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.380 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Winmill Software, Inc.** | ☐ Contingent |
| **400 Park Ave, FL 19** | ☐ Unliquidated |
| **New York, NY 10022** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.380 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Wipfli LLP** | ☐ Contingent |
| **PO Box 3160** | ☐ Unliquidated |
| **Milwaukee, WI 53201-3160** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.381 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **WirelessGuys, Inc** | ☐ Contingent |
| **144 W. Los Angeles Ave., 106-300** | ☐ Unliquidated |
| **Moorpark, CA 93021** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Business Debt - Notice** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Neuehouse Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **25-11937** |

---

**3.381**
**1**

**Nonpriority creditor's name and mailing address**

**Wisteria Lane**
**23309 Sylvan St**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381**
**2**

**Nonpriority creditor's name and mailing address**

**Withers Bergman LLP**
**157 Church Street**
**New Haven, CT 06510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381**
**3**

**Nonpriority creditor's name and mailing address**

**WME - Jennifer Rudolph Walsh**
**400 N Roxbury Drive**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381**
**4**

**Nonpriority creditor's name and mailing address**

**WME Live Ventures, LLC**
**110 East 25th Street**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381**
**5**

**Nonpriority creditor's name and mailing address**

**Wolf Kasteler Public Relations, LLC**
**2355 Westwood Blvd., #773**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381**
**6**

**Nonpriority creditor's name and mailing address**

**Wolf Spirits**
**2752 Halsey Road**
**Topanga, CA 90290**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381**
**7**

**Nonpriority creditor's name and mailing address**

**Wolf Wood Studio LA**
**37800 Da Vall Dr Unit 10**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (*if known*) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3818**

**Nonpriority creditor's name and mailing address**
**Wolfson Frontier Advisors LLC**
**437 29th Street**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3819**

**Nonpriority creditor's name and mailing address**
**Woman., LLC**
**1583 S. Ridgeley Drive**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3820**

**Nonpriority creditor's name and mailing address**
**Women Make Movies**
**231 West 29th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3821**

**Nonpriority creditor's name and mailing address**
**Wonderland Media Ventures, LLC**
**Casey Patterson c/o Management Partners,**
**New York, NY 10107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3822**

**Nonpriority creditor's name and mailing address**
**Woo Woo Company LLC**
**891-I Rockville Pike**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3823**

**Nonpriority creditor's name and mailing address**
**Woods Bagot Architects, P.C.**
**30 Broad Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3824**

**Nonpriority creditor's name and mailing address**
**Woolard Brandwork**
**110 East Elliott Place Garden**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Neuehouse Inc.**
_____
Name

Case number *(if known)*  **25-11937**

---

**3.382 5**

**Nonpriority creditor's name and mailing address**
**Woolmark Americas, Inc**
**135 5th Avenue**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 6**

**Nonpriority creditor's name and mailing address**
**Workable Inc.**
**33 Arch Street, Suite 3110**
**Boston, MA 02110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 7**

**Nonpriority creditor's name and mailing address**
**WorkEatPlay**
**WorkEatPlay**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 8**

**Nonpriority creditor's name and mailing address**
**Works Manufacturing**
**1205 Manhattan Ave.**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 9**

**Nonpriority creditor's name and mailing address**
**Worldone, Inc**
**200 Park Avenue South Suite 1310**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 0**

**Nonpriority creditor's name and mailing address**
**Worldwide Freight Management, LLC**
**20 South Ellerman Road**
**Lake Saint Louis, MO 63367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 1**

**Nonpriority creditor's name and mailing address**
**Worldwide Produce**
**PO Box 54399**
**Los Angeles, CA 90054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Neuehouse Inc.**
_____
Name

Case number (if known)   **25-11937**

---

| 3.383 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wpromote, LLC**
**PO Box 741315**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.383 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WT Media Inc**
**C/O Funaro & Co**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.383 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WWCC LLC**
**2 Enterprise**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.383 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Xin Liu**
**33 Springhurst Road**
**Bedford Hills, NY 10507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.383 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Xtrachef Inc.**
**701 E. Cathedral Road**
**Suite 45**
**Philadelphia, PA 19128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$241.00**

---

| 3.383 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Xtrachef Inc.**
**701 E Cathedral Rd Ste 45**
**Philadelphia, PA 19128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.383 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**YALOO**
**740 s hobart bvld apt10,**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.3839**

**Nonpriority creditor's name and mailing address**

**Yeah, not bad LLC**
**504 Grand Street, Apt E22**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3840**

**Nonpriority creditor's name and mailing address**

**Yee Yuen Linen Service**
**2575 S. Normandie Ave**
**Los Angeles, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3841**

**Nonpriority creditor's name and mailing address**

**Yerum Chun**
**1332 Bergen Street**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3842**

**Nonpriority creditor's name and mailing address**

**Yes, It's Vegan Inc.**
**1901 S. 9th Street**
**Philadelphia, PA 19148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3843**

**Nonpriority creditor's name and mailing address**

**YEYE Projects Inc**
**601 East Palomar Street**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3844**

**Nonpriority creditor's name and mailing address**

**Yoox Net-A-Porter Group**
**Attn: Accounts Payable**
**Mahwah, NJ 07430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3845**

**Nonpriority creditor's name and mailing address**

**Yoruba Richen**
**25 Moffat Street**
**Brooklyn, NY 11207-1418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.384 6**

**Nonpriority creditor's name and mailing address**

**Yossi Bouzaglo**
**P.O. Box 48666**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384 7**

**Nonpriority creditor's name and mailing address**

**Young Inglewood Vineyards (Online)**
**PO Box 11106**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384 8**

**Nonpriority creditor's name and mailing address**

**Young Presidents Organization**
**11444 West Olympic Boulevard**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384 9**

**Nonpriority creditor's name and mailing address**

**Your Special Delivery Service Inc.**
**647 W 27th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.385 0**

**Nonpriority creditor's name and mailing address**

**Yoxi LLC**
**331 W 18th Steet**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.385 1**

**Nonpriority creditor's name and mailing address**

**Yulia Puzanova**
**3114 Scotland Street**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.385 2**

**Nonpriority creditor's name and mailing address**

**Yun-Chih Tsai**
**401 South Kingsley Drive**
**Los Angeles, CA 90020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (if known) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.385 3**

**Nonpriority creditor's name and mailing address**

**Yuri Hasegawa Photography**
**18312 Erwin St.**
**Tarzana, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 4**

**Nonpriority creditor's name and mailing address**

**Yvan Nguyen**
**4712 Winter Park Drive**
**Richardson, TX 75082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 5**

**Nonpriority creditor's name and mailing address**

**Yvette Vega**
**145 71st St**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 6**

**Nonpriority creditor's name and mailing address**

**Yvonne Faison**
**4958 Woodman Avenue**
**Los Angeles, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 7**

**Nonpriority creditor's name and mailing address**

**Zac's Sweet Shop**
**230 West Avenue 26**
**Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 8**

**Nonpriority creditor's name and mailing address**

**Zachary Bennett**
**Abaxx Technologies**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 9**

**Nonpriority creditor's name and mailing address**

**Zachary Patrick**
**3373 Overland Ave**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

---

**3.386 0**

**Nonpriority creditor's name and mailing address**

**ZACHARY T OBRIEN**
**53 Hart Street**
**Brooklyn, NY 11206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.386 1**

**Nonpriority creditor's name and mailing address**

**Zachary Teague**
**280 Fort Washington Avenue**
**New York, NY 10032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.386 2**

**Nonpriority creditor's name and mailing address**

**Zack DeZon Photography, Inc**
**14 Verona Pl Apt 4**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.386 3**

**Nonpriority creditor's name and mailing address**

**Zandie Brockett**
**1626 South Sierra Bonita Avenue**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.386 4**

**Nonpriority creditor's name and mailing address**

**Zara Meerza**
**242 Washington Avenue**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.386 5**

**Nonpriority creditor's name and mailing address**

**Zara Meerza**
**363 Washington Avenue**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.386 6**

**Nonpriority creditor's name and mailing address**

**Zayo Group**
**PO Box 952136**
**Dallas, TX 75395-2136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Neuehouse Inc.** | | Case number (*if known*) | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3867**

**Nonpriority creditor's name and mailing address**

**ZB Media LLC**
**74 Bowers St**
**Jersey City, NJ 07307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3868**

**Nonpriority creditor's name and mailing address**

**Zeel Networks, Inc.**
**45 W. 45th St**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3869**

**Nonpriority creditor's name and mailing address**

**Zeena Koda**
**1202 South Sycamore Ave**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3870**

**Nonpriority creditor's name and mailing address**

**Zeller Digital Innovations**
**2200 N Main**
**Normal, IL 61761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3871**

**Nonpriority creditor's name and mailing address**

**Zeman Global Selections Inc.**
**7660 Fay Ave Ste H367**
**La Jolla, CA 92037-0021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3872**

**Nonpriority creditor's name and mailing address**

**Zenme**
**Camilla Sacre-Dallerup**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3873**

**Nonpriority creditor's name and mailing address**

**Zev Norotsky**
**1234 Daniels Dr**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt - Notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Neuehouse Inc.** | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.387 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zoe Kuipers**
**c/o Zoe Communications, London**
**ENGLANd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.387 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zoe O'Dea**
**6121 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.387 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zonia Films LLC**
**6150 Transverse Dr**
**Las Vegas, CA 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.387 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zoom Video Communications Inc.**
**55 Almaden Boulevard, 6th Floor**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.387 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zoominfo Midco LLC**
**805 Broadway St**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.387 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZRS Wines LLC**
**119 Ingraham Street**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.388 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zulema Barrientos Sosa**
**6410 Tujunga Ave #1**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt - Notice**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Neuehouse Inc.** | Case number (if known) | **25-11937** |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Supreme Court State of NY County of New York 60 Centre Street New York, NY 10013** | Line **3.13** ☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 10,106.25 |
| 5b. Total claims from Part 2 | 5b. + | $ | 84,980,272.82 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 84,990,379.07 |

**Fill in this information to identify the case:**

Debtor name   **Neuehouse Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **25-11937**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Expires 6/3/2026** | |
|           State the term remaining    **8** | **Cisco Meraki** |
|           List the contract number of any government contract | **500 Terry A Francois Boulevard** **San Francisco, CA 94158** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Bizhub C450i** **Expires 7/1/2026** | |
|           State the term remaining    **9** | **DRP Solutions** |
|           List the contract number of any government contract | **300 Fellowship Road** **Mount Laurel, NJ 08054** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Cleaning Rental,** **Supplies & Services** **Expires 11/24/2026** | |
|           State the term remaining    **14** | **Ecolab** |
|           List the contract number of any government contract | **1 Ecolab Place** **Saint Paul, MN 55102** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Advertising for** **Services Exchange** | |
|           State the term remaining | **Fortune Media Coporation** |
|           List the contract number of any government contract | **40 Fulton Street** **New York, NY 10038** |

Debtor 1  **Neuehouse Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **25-11937**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Design & furniture for services exchange Expires 8/24/2027** | |
|---|---|---|---|
| | State the term remaining | | **GUBI Design, Inc. Klubiensvej 7-9, 2150 Copenhagen, Denmark** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Expires 2/15/2026** | |
|---|---|---|---|
| | State the term remaining | **S** | **Nexudus 205 Chester House 1-3 Brixton Road, SW( 6DE United Kingdom** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **OneSignal 201 South B Street Suite 200 San Mateo, CA 94401** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **IT Management Services Expires 10/22/2025** | |
|---|---|---|---|
| | State the term remaining | **1** | **Proactive Technology Group 14 Plaza Road Greenvale, NY 11548** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Expires 1/31/2026** | |
|---|---|---|---|
| | State the term remaining | **4** | **Sage Intact 300 Park Avenue Suite 1400 San Jose, CA 95110** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Neuehouse Inc.** | | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Expires 7/14/2026** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Salesforce 415 Mission Street San Francisco, CA 94105** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Security at Venice Beach** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | |
| | List the contract number of any government contract | | **Securitas Security Services 1055 Wilshire Boulevard #1600 Los Angeles, CA 90017** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Expires 9/17/2027** | |
|---|---|---|---|
| | State the term remaining | **24** | |
| | List the contract number of any government contract | | **Spectrum Enterprise 400 Washington Boulevard Stamford, CT 06902** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Video Expires 7/1/2029** | |
|---|---|---|---|
| | State the term remaining | **45** | |
| | List the contract number of any government contract | | **Spectrum Enterprise 400 Washington Boulevard Stamford, CT 06902** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Expires 11/23/2025** | |
|---|---|---|---|
| | State the term remaining | **2** | |
| | List the contract number of any government contract | | **SplashThat 228 Park Avenue S PMB 56031 New York, NY 10003** |

| Debtor 1 | **Neuehouse Inc.** | | | Case number *(if known)* | **25-11937** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Sprout Social** |
| | List the contract number of any government contract | | **131 S. Dearborn Street** |
| | | | **Suite 700** |
| | | | **Chicago, IL 60603** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Expires 5/1/2026** | |
|---|---|---|---|
| | State the term remaining | **7** | |
| | List the contract number of any government contract | | **Toast** |
| | | | **333 Summer Street** |
| | | | **Boston, MA 02210** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Pest Control at Venice Expires 9/27/2025** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Western Exterminator Company** |
| | | | **305 N. Crescent Way** |
| | | | **Anaheim, CA 92801** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Expires 2/11/2026** | |
|---|---|---|---|
| | State the term remaining | **4** | **Workable** |
| | List the contract number of any government contract | | **83 Morse Street** |
| | | | **Building 6** |
| | | | **Norwood, MA 02062** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **WP Engine** |
| | List the contract number of any government contract | | **504 Lavaca Street** |
| | | | **Suite 1000** |
| | | | **Austin, TX 78701** |

Debtor 1   **Neuehouse Inc.**
_____          Case number *(if known)*   **25-11937**
First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Expires 9/22/2025** | |
|---|---|---|---|
| | State the term remaining | | **ZoomInfo** |
| | | | **805 Broadway Street** |
| | List the contract number of any government contract | | **Suite 900** |
| | | | **Vancouver, WA 98660** |

**Fill in this information to identify the case:**

Debtor name __**Neuehouse Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __**25-11937**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**　　　　　　　　　　　　　　　　　　　*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City　State　Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City　State　Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City　State　Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City　State　Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |