**RIMON P.C.**
Proposed Counsel to Kenneth P. Silverman, Esq.,
The Interim Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Brian Powers
Courtney M. Roman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

NEUEHOUSE INC.,                                       Chapter 7
fdba CULTUREWORKS INC.                                Case No. 25-11937 (MG)
fdba FOTOGRAFISKA NEUEHOUSE INC.,

        Debtor.
----------------------------------------------------------x
In re:

63 MARKET LESSEE LLC,                                 Chapter 7
                                                      Case No. 25-11940 (MG)

        Debtor.
----------------------------------------------------------x
In re:

BRADBURY LESSEE LLC,                                  Chapter 7
                                                      Case No. 25-11941 (MG)

        Debtor.
----------------------------------------------------------x
In re:

NEUEHOUSE NEW YORK HQ LLC,                            Chapter 7
                                                      Case No. 25-11942 (MG)

        Debtor.
----------------------------------------------------------x
In re:

NEUEHOUSE OPTIMIZATION INC.,                          Chapter 7
                                                      Case No. 25-11943 (MG)

        Debtor.

```
---------------------------------------------------------x
In re:

                                                          Chapter 7
NH F&B INC.,                                              Case No. 25-11944 (MG)

                    Debtor.
---------------------------------------------------------x
In re:

                                                          Chapter 7
73 MARKET LESSEE LLC,                                     Case No. 25-11946 (MG)

                    Debtor.
---------------------------------------------------------x
In re:

                                                          Chapter 7
NEUEHOUSE MANAGEMENT, LLC,                                Case No. 25-11947 (MG)

                    Debtor.
---------------------------------------------------------x
In re:

                                                          Chapter 7
NEUEHOUSE HOLLYWOOD LLC,                                  Case No. 25-11948 (MG)

                    Debtor.
---------------------------------------------------------x
In re:

                                                          Chapter 7
NH HOLDINGS TRUST,                                        Case No. 25-11953 (MG)

                    Debtor.
---------------------------------------------------------x
In re:

                                                          Chapter 7
NEUEHOUSE MADISON SQUARE LLC,                             Case No. 25-11970 (MG)

                    Debtor.
---------------------------------------------------------x
```

**TRUSTEE'S MOTION FOR ORDER DIRECTING JOINT
ADMINISTRATION OF THE ABOVE-CAPTIONED CASES PURSUANT TO
RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Kenneth P. Silverman, Esq., the interim chapter 7 Trustee (the "<u>Trustee</u>") of NeueHouse

2

Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., 63 Market Lessee LLC, Bradbury Lessee LLC, Neuehouse New York HQ LLC, Neuehouse Optimization Inc., NH F&B Inc., 73 Market Lessee LLC, Neuehouse Management, LLC, Neuehouse Hollywood LLC, NH Holdings Trust, and Neuehouse Madison Square LLC (collectively, the "Debtors"), respectfully submits this motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an order directing the joint administration of the above-captioned chapter 7 cases and respectfully represents:

## JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for the relief requested in this Motion is Rule 1015 of the Bankruptcy Rules.

## BACKGROUND

4. On September 5, 2025, NeueHouse Inc. filed a voluntary petition for relief in accordance with chapter 7 of the Bankruptcy Code in this Court.

5. On September 7, 2025, 63 Market Lessee LLC, Bradbury Lessee LLC, Neuehouse New York HQ LLC, Neuehouse Optimization Inc., and NH F&B Inc. each filed a voluntary petition for relief in accordance with chapter 7 of the Bankruptcy Code in this Court.

6. On September 8, 2025, 73 Market Lessee LLC, Neuehouse Management, LLC, and Neuehouse Hollywood LLC each filed a voluntary petition for relief in accordance with chapter 7 of the Bankruptcy Code in this Court.

7. On September 9, 2025, NH Holdings Trust filed a voluntary petition for relief in accordance with chapter 7 of the Bankruptcy Code in this Court.

8.  September 10, 2025, Neuehouse Madison Square LLC filed a voluntary petition for relief in accordance with chapter 7 of the Bankruptcy Code in this Court.

9.  By Notices of Appointment dated between September 8, 2025 and September 10, 2025, Kenneth P. Silverman, Esq. was appointed the interim chapter 7 trustee (the "Trustee") of each of the Debtors' estates.

10. Prior to the Petition Date, the Debtors operated a chain of members only clubs catering to those working in creative industries. The Debtors' spaces were used for various purposes, including weddings and corporate events, and were often licensed to creatives and/or artists as workshops and galleries.

11. The Debtors are all affiliated companies, that had the same ownership and core management.

## RELIEF REQUESTED

12. By this Motion, the Trustee seeks the entry of an order directing joint administration of these cases for procedural purposes only, pursuant to Bankruptcy Rule 1015(b).

13. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order joint administration of the estates." FED. R. BANKR. P. 1015(b). Here, the Debtors are *affiliates* as that term is defined by Bankruptcy Code § 101. Thus, joint administration of the Debtors' cases is appropriate.

14. Additionally, joint administration is warranted and will avoid the preparation and replication of duplicative notices, applications and orders, thereby saving the estates considerable expenses and resources. The Debtors' businesses were closely related and most, if not all, of the motions made on behalf of each of the Debtors will affect all of the Debtors.

15. The Trustee respectfully requests that the captions of their cases be modified to reflect the joint administration of these filed cases, as follows:

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:
                                                                      Chapter 7
NEUEHOUSE INC.                                                        Case No. 25-11937 (MG)
fdba CULTUREWORKS INC.                                                (Jointly Administered)
fdba FOTOGRAFISKA NEUEHOUSE INC., et al.,

                             Debtors.
-----------------------------------------------------------------x
```

16. The Trustee also requests that a docket entry be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 7 cases of 63 Market Lessee LLC, Bradbury Lessee LLC, Neuehouse New York HQ LLC, Neuehouse Optimization Inc., NH F&B Inc., 73 Market Lessee LLC, Neuehouse Management, LLC, Neuehouse Hollywood LLC, NH Holdings Trust, and Neuehouse Madison Square LLC and all further pleadings and other papers shall be filed in, and all further docket entries made in, Case No. 25-11937 (MG)

## CONCLUSION

17. Notice of this Motion will be given to: (a) the Office of the United States Trustee; (b) the twenty largest unsecured creditors of the Debtors; and (c) all parties requesting notice pursuant to Fed. R. Bankr. P. 2002. In light of the nature of the relief requested, the Trustee submits that such notice is adequate under Bankruptcy Rule 1015 and no other or further notice is required.

18. No previous request for relief sought herein has been made by the Trustee to this or any other Court.

**WHEREFORE**, the Trustee respectfully requests that the Court approve the relief requested in the Motion, enter the proposed order annexed hereto as **Exhibit A**, and grant the Trustee such other and further relief as the Court may deem just and proper.

Dated: Jericho, New York  
      September 12, 2025

**RIMON P.C.**  
Proposed Attorneys for Kenneth P. Silverman, Interim Chapter 7 Trustee

By:   *s/ Brian Powers*  
Brian Powers  
Partner  
100 Jericho Quadrangle, Suite 300  
Jericho, New York 11753  
(516) 479-6300