UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

NEUEHOUSE INC.
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC.,

                  Debtor.

Chapter 7
Case No. 25-11937 (MG)

------------------------------------------------------------x
In re:

63 MARKET LESSEE LLC,

                  Debtor.

Chapter 7
Case No. 25-11940 (MG)

------------------------------------------------------------x
In re:

BRADBURY LESSEE LLC,

                  Debtor.

Chapter 7
Case No. 25-11941 (MG)

------------------------------------------------------------x
In re:

NEUEHOUSE NEW YORK HQ LLC,

                  Debtor.

Chapter 7
Case No. 25-11942 (MG)

------------------------------------------------------------x
In re:

NEUEHOUSE OPTIMIZATION INC.,

                  Debtor.

Chapter 7
Case No. 25-11943 (MG)

------------------------------------------------------------x
In re:

NH F&B INC.,

                  Debtor.

Chapter 7
Case No. 25-11944 (MG)

25-11937-mg    Doc 14    Filed 09/15/25    Entered 09/15/25 14:42:33    Main Document
Pg 2 of 4

------------------------------------------------------------x
In re:

73 MARKET LESSEE LLC,

                Debtor.

Chapter 7
Case No. 25-11946 (MG)

------------------------------------------------------------x
In re:

NEUEHOUSE MANAGEMENT, LLC,

                Debtor.

Chapter 7
Case No. 25-11947 (MG)

------------------------------------------------------------x
In re:

NEUEHOUSE HOLLYWOOD, LLC,

                Debtor.

Chapter 7
Case No. 25-11948 (MG)

------------------------------------------------------------x
In re:

NH HOLDINGS TRUST,

                Debtor.

Chapter 7
Case No. 25-11953 (MG)

------------------------------------------------------------x
In re:

NEUEHOUSE MADISON SQUARE LLC,

                Debtor.

Chapter 7
Case No. 25-11970 (MG)

------------------------------------------------------------x

**ORDER GRANTING TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION OF
THE DEBTORS' CHAPTER 7 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)**

Upon the motion (the "<u>Motion</u>")[1], dated September 10, 2025, of Kenneth P. Silverman, Esq., the interim Trustee of the estates of NeueHouse Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., 63 Market Lessee LLC, Bradbury Lessee LLC, Neuehouse New

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

York HQ LLC, Neuehouse Optimization Inc., NH F&B Inc., 73 Market Lessee LLC, Neuehouse Management, LLC, Neuehouse Hollywood LLC, NH Holdings Trust, and Neuehouse Madison Square LLC (collectively, the "Debtors") the above-captioned debtors, for an order pursuant to Bankruptcy Rule 1015(b) directing the joint administration of the Debtors' chapter 7 cases for procedural purposes only; and the Court having jurisdiction to consider the Motion for the relief requested therein pursuant to 28 U.S.C. § 1334; and no notice of the Motion being necessary under the circumstances; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and all parties in interest; and after due deliberation and sufficient cause appearing for the relief requested in the Motion, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Debtors' cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

**ORDERED**, that the caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

| | |
|---|---|
| NEUEHOUSE INC. | Chapter 7 |
| fdba CULTUREWORKS INC. | Case No. 25 - 11937 (MG) |
| fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.,* | (Jointly Administered) |

                Debtors.
-----------------------------------------------------------------x

; and it is further

**ORDERED** that a docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 7 cases of 63 Market Lessee, LLC, Bradbury Lessee LLC, Neuehouse New York HQ LLC, Neuehouse Optimization Inc., NH F&B Inc., 73 Market Lessee LLC, Neuehouse Management, LLC, Neuehouse Hollywood LLC, NH Holdings Trust, and

3

Neuehouse Madison Square LLC and all further pleadings and other papers shall be filed in, and all further docket entries made in, Case No. 25-11937 (MG); and it is further,

**ORDERED**, that the Trustee is authorized to utilize a combined service list for the jointly administered cases, and combined notices may be sent to creditors of the Debtors' estates and other parties in interest, as applicable; and it is further

**ORDERED**, the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order

Dated: New York, New York
       September 15, 2025

                                              **/s/Martin Glenn**
                                       The Honorable Martin Glenn
                                       United States Bankruptcy Judge