UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.*,

                        Debtors.
------------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
Jointly Administered

## ORDER GRANTING TRUSTEE'S APPLICATION SEEKING AUTHORIZATION PURSUANT TO 11 U.S.C. § 721 TO OPERATE DEBTOR'S BUSINESS ON A LIMITED BASIS

Upon the application (the "Application") of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of NeueHouse Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "Debtors") by his proposed counsel, Rimon P.C., seeking the entry of an order (i) pursuant to Section 721 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing him to continue the operations of the Debtors' business for the purposes set forth below through and including December 31, 2025 (the "Limited Basis"), subject to further extensions as may be warranted under the circumstances; (ii) pursuant to Section 363(b) of the Bankruptcy Code and Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing and approving a management agreement (the "Management Agreement"), substantially in the form annexed hereto as **Exhibit B**, by and between the Trustee and CHG MSQ Manager, LLC ("CHG"); and (iii) granting such other and different relief as the Court deems just and proper; and notice of the Application having been sufficient under the circumstances; and no objection to the relief requested in the Application having been filed; and upon the hearing held before the Court on September 25, 2025 to consider the granting of the relief requested in the Application, the record of which is incorporated herein

1

by reference; and after due deliberation and sufficient cause appearing that the relief requested in the Application is in the best interest of the Debtors' estates and its creditors; it is now hereby

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that the Trustee is authorized to operate the Debtors' business for the Limited Basis, pursuant to Bankruptcy Code § 721, for the purposes and to the extent set forth in the Application and herein; and it is further

**ORDERED**, that the Trustee is authorized to enter into the Management Agreement substantially in the form annexed to the Application as Exhibit B; and it is further

**ORDERED**, that the Trustee is authorized, empowered, and directed to do such things, execute such documents, and expend such funds as are necessary to implement the terms of his appointment and the conditions of this Order.

Dated: New York, New York
       September __, 2025

                                              HONORABLE MARTIN GLENN
                                              UNITED STATES BANKRUPTCY JUDGE