UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC.,

                      Debtors.

-----------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NASSAU    )

    I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by Rimon P.C.

    On September 22, 2025, deponent served the within:

- **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S APPLICATION (I) SEEKING AUTHORIZATION PURSUANT TO 11 U.S.C. § 721 TO OPERATE DEBTOR'S BUSINESS ON A LIMITED BASIS AND (II) AUTHORIZING AND APPROVING THE MANAGEMENT AGREEMENT WITH CONVENE HOSPITALITY GROUP PURSUANT TO 11 U.S.C. § 363(b) AND RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;**

- **TRUSTEE'S APPLICATION (I) SEEKING AUTHORIZATION PURSUANT TO 11 U.S.C. § 721 TO OPERATE DEBTOR'S BUSINESS ON A LIMITED BASIS AND (II) AUTHORIZING AND APPROVING THE MANAGEMENT AGREEMENT WITH CONVENE HOSPITALITY GROUP PURSUANT TO 11 U.S.C. § 363(b) AND RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE , together with supporting Exhibit A - Proposed Order and Exhibit B - Management Agreement; AND**

- **DECLARATION OF KENNETH P. SILVERMAN, ESQ. IN SUPPORT OF CHAPTER 7 TRUSTEE'S APPLICATION (I) SEEKING AUTHORIZATION PURSUANT TO 11 U.S.C. § 721 TO OPERATE DEBTOR'S BUSINESS ON A LIMITED BASIS AND (II) AUTHORIZING AND APPROVING THE MANAGEMENT AGREEMENT WITH CONVENE HOSPITALITY GROUP PURSUANT TO 11 U.S.C. § 363(b) AND RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

by **Electronic Mail** to the addresses listed below, said addresses designated for that purpose.

**TO:** **Debtor's Attorney**
DuffyAmedeo LLP
Attn:   Todd E. Duffy, Esq.
Email:  tduffy@duffyamedeo.com

**United States Trustee**
United States Trustee
Attn:   Mark Bruh, Esq.
Email: mark.bruh@usdoj.gov

**Attorneys for 25 Park LLC**
MORRISON COHEN LLP
Attn:   David J. Kozlowski, Esq.
        Joseph T. Moldovan, Esq.
Email: dkozlowski@morrisoncohen.com
       jmoldovan@morrisoncohen.com

# - AND -

On September 22, 2025, deponent served the within:

- **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S APPLICATION (I) SEEKING AUTHORIZATION PURSUANT TO 11 U.S.C. § 721 TO OPERATE DEBTOR'S BUSINESS ON A LIMITED BASIS AND (II) AUTHORIZING AND APPROVING THE MANAGEMENT AGREEMENT WITH CONVENE HOSPITALITY GROUP PURSUANT TO 11 U.S.C. § 363(b) AND RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;**

- **TRUSTEE'S APPLICATION (I) SEEKING AUTHORIZATION PURSUANT TO 11 U.S.C. § 721 TO OPERATE DEBTOR'S BUSINESS ON A LIMITED BASIS AND (II) AUTHORIZING AND APPROVING THE MANAGEMENT AGREEMENT WITH CONVENE HOSPITALITY GROUP PURSUANT TO 11 U.S.C. § 363(b) AND RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE , together with supporting Exhibit A - Proposed Order and Exhibit B - Management Agreement; AND**

- **DECLARATION OF KENNETH P. SILVERMAN, ESQ. IN SUPPORT OF CHAPTER 7 TRUSTEE'S APPLICATION (I) SEEKING AUTHORIZATION PURSUANT TO 11 U.S.C. § 721 TO OPERATE DEBTOR'S BUSINESS ON A LIMITED BASIS AND (II) AUTHORIZING AND APPROVING THE MANAGEMENT AGREEMENT WITH CONVENE HOSPITALITY GROUP PURSUANT TO 11 U.S.C. § 363(b) AND RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

by **Overnight Delivery** to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the Federal Express Corporation within the State of New York.

**\*\*\* See Attached Service List \*\*\***

                                           *s/ Melissa Cohen*
                                           **MELISSA COHEN**

Sworn to before me this
22nd day of September, 2025.

                 Gina Meyers
                 Notary Public, State of New York
                 No.: 01ME6377839
                 Qualified in Suffolk County
                 Commission Expires July 16, 2026

 *s/ Gina Meyers*
       Notary Public

**SERVICE LIST**

**20 Largest Creditors**

CR3 Partners, LLC
13355 Noel Road, Suite 2005
Dallas, TX 75240

Maiden Ventures, LLC
245 E. 87th Street, Suite 14G
New York, NY 10128

SALESFORCE
415 Mission Street
San Francisco, CA 94105

Empire Facility Services
9520 Escondido Cyn. Road
Santa Clarita, CA 91390

NYS Department of Taxation and Finance
Attn: Office of Counsel
Building 9
W A Harriman Campus
Albany NY 12227

Royalty Commercial Cleaning LLC
1131 23rd Street
Santa Monica, CA 90403

Big Time Operators, Inc.
875 N. Virgil Avenue
Los Angeles, CA 90029

Atlas Builders LLC
216 EAST 45th Street, 13th Floor
New York, NY 10017

Los Angeles County Tax Collector
225 North Hill Street, Room 122
Los Angeles, CA 90012

Liberty Mutual Insurance
100 Liberty Way
Dover, NH 03820

Rockwell Architecture Planning and Design
Union Square West, Floor 8
New York, NY 10003

Soul Health Living Limited
Townsend Lane, Jubilee House
LONDON NW9 8TZ

Amex
1500 NW 136th Avenue
Ft. Lauderdale, FL 33329

Fortessa Tableware Solutions, LLC
20412 Bashan Drive
Ashburn, VA 20147

Hartford Fire Insurance Co.
717 N. Harwood Street, Suite 1350
Dallas, TX 75201-6536

Five Oceans Capital SO2 LLC
100 Wilshire Blvd., Suite 1270
Santa Monica, CA 90401

373-381 PAS Associates LLC
97-77 Queens Blvd.
Rego Park, NY 11374

25 Park LLC
c/o Colliers Int'l
1114 6th Avenue, 11th Floor
New York, NY 10036

KR Hollywood, LLC
12200 W. Olympic Blvd.
Los Angeles, CA 90064

FOTOHOUSE
Kurfurstendamm 178
Berlin 10707
GERMANY