UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.*,

                Debtors.

-------------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

## ORDER APPROVING TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. § 365(A), AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES

Upon the motion (the "Motion") of Kenneth P. Silverman, Esq., the interim chapter 7 trustee (the "Trustee") of NeueHouse Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "Debtors") for entry of an order (this "Rejection Order") pursuant to section 365(a) of Title 11 of the United Sates Code (the "Bankruptcy Code"), and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Trustee to reject certain unexpired leases (the "Leases"), as of the date thereof, and such other and further relief as the Court deems just and proper; and that notice of the Motion, including all exhibits annexed thereto, was sufficient and no additional notice is required under the circumstances; and the relief sought in the Motion is in the best interests of the estates, their creditors and other parties in interest and is supported by good business reasons as set forth in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establishing sufficient cause for the relief requested; and, therefore

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2. The Leases, as set forth in Schedule 1 hereof, shall be deemed rejected pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, effective as of September 30, 2025.

3. Any claims relating to the Leases, including with respect to the rejection thereof, shall be filed on or before the later of (i) thirty (30) days following entry this Order; and (ii) the general unsecured bar date established in the case of the Debtor which was party to such Lease.

4. Upon entry of this Order, the Trustee shall cause a copy of this Order to be served upon all counterparties under the Leases.

5. The Trustee is authorized to make such payments and take any and all actions reasonably necessary to perform or enforce any and all obligations contemplated by this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       October ___, 2025

                                    Honorable Martin Glenn
                                    United States Bankruptcy Judge

## SCHEDULE 1

| Debtor Name | Case No. | Address | Description | Contract Date |
|---|---|---|---|---|
| 63 Market Lessee LLC | 25-11940 | 63-69 Market Street, Venice, California 90291 | Lease of Venice Real Property | October 10, 2019 |
| 73 Market Lessee LLC | 25-11946 | 73 Market Street, Venice, California 90291 | Lease of Venice Real Property with 73 Market Street, LLC | February 1, 2019 |
| Neuehouse Hollywood LLC | 25-11948 | 6131 West Sunset Boulevard, Los Angeles, California 90028 | Lease for Los Angeles Real Property with KR Hollywood, LLC | June 30, 2014 |
| NeueHouse New York HQ LLC | 25-11942 | 373 Park Avenue South, New York, New York 10016 | Lease for Park Avenue New York Real Property with 373-381 PAS Associates, LLC | June 30, 2015 |