RIMON P.C.
Proposed Attorneys for Kenneth P. Silverman, Esq.
  Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brian Powers
Courtney M. Roman

**Objection Deadline: October 31, 2025**
**Time: 12:00 p.m. ET**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.*,

                  Debtors.
------------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

## NOTICE OF PROPOSED ABANDONMENT

**PLEASE TAKE NOTICE** that in accordance with section 554 of title 11, United States

Code (the "Bankruptcy Code") and Rule 6007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), notice is given by Kenneth P. Silverman, Esq., the chapter 7 trustee (the

"Trustee") of the jointly administered bankruptcy estates of NeueHouse Inc., fdba Cultureworks

Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "Debtors"),[1] of the proposed abandonment of

all of the Trustee's and the Debtors' estate's right, title and interest, if any, to any personal

property, including furniture, fixtures, and equipment (the "Personal Property") located at the

following locations: (i) 63-69 Market Street, Venice, California and 73 Market Street Venice,

---

[1] The Debtors in these jointly administered cases are: (i) 63 Market Lessee LLC, Case No. 25-11940; (ii) Bradbury Lessee LLC, Case No. 25-11941; (iii) Neuehouse New York HQ LLC, Case No. 25-11942; (iv) Neuehouse Optimization Inc., Case No. 25-11943; (v) NH F&B Inc., Case No. 25-11944; (vi) 73 Market Lessee LLC, Case No. 25-11946; (vii) Neuehouse Management, LLC, Case No. 25-11947; (viii) Neuehouse Hollywood LLC, Case No. 25-11948; (ix) NH Holdings Trust, Case No. 25-11953; (x) Neuehouse Madison Square LLC, Case No. 25-11970.

California, (ii) 6121 West Sunset Boulevard, Los Angeles, California, and (iii) 373 Park Avenue South, New York, New York (the "Real Properties").

The Trustee has determined that, when taking into account that the leases for the Real Properties have been rejected pursuant to order of this Court, and the administrative costs and expenses associated with maintaining the Personal Property at their current locations, and potential liens against the Personal Property, the liquidation of Personal Property is unlikely to yield a benefit to the Debtors' estates and their creditors. Accordingly, the Trustee has concluded that the retention of the Personal Property is burdensome and of inconsequential value to the Debtors' estates. The Trustee files this notice in order to advise parties in interest of his conclusion and to afford parties in interest the opportunity to object to, or take any other action in respect of, that conclusion.

**PLEASE TAKE FURTHER NOTICE**, that objections ("Objections") to the Trustee's proposed abandonment shall be: (i) made in writing; (ii) conform to the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court; and (iii) be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, for the United States Bankruptcy Court of the Southern District of New York, One Bowing Green, New York, New York 10004, and a copy served upon and received by the Trustee's counsel, Rimon P.C., 100 Jericho Quadrangle Suite 300, Jericho, New York 11753, Attn: Brian Powers, Esq., and The Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York, 10004-1408, Attn: Mark Bruh, Esq., on or before **October 31, 2025 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if timely Objections are not filed, the Court may enter an order, substantially in the form annexed hereto as **Exhibit A**, authorizing the

abandonment of the Personal Property without further notice. If timely Objections are filed, a hearing to consider the Objection(s) may be scheduled by the Court upon such additional notice to creditors and parties in interest as the Court may direct.

Dated: Jericho, New York
        October 17, 2025

**RIMON P.C.**
Counsel to Kenneth P. Silverman, Esq.,
the Chapter 7 Trustee


By:      *s/ Brian Powers*
        Brian Powers
        Partner
        100 Jericho Quadrangle, Suite 300
        Jericho, New York 11753