UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.,*

                        Debtors.
---------------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

**ORDER AUTHORIZING THE TRUSTEE TO ABANDON**
**PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 554**

Upon the notice dated October 17, 2025 (the "Notice")[1], by Kenneth P. Silverman, Esq, the chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of NeueHouse Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "Debtors")[1], and pursuant to Bankruptcy Code §554(a) and Bankruptcy Rule 6007, giving notice of the Trustee's intent to abandon (the "Abandonment") all of the Debtors' rights, title and interest, if any, to any personal property, including furniture, fixtures, and equipment (the "Personal Property") located at the following locations: (i) 63-69 Market Street, Venice, California and 73 Market Street Venice, California, (ii) 6121 West Sunset Boulevard, Los Angeles, California, and (iii) 373 Park Avenue South, New York, New York; and the Notice constituting good and sufficient notice of the proposed Abandonment and no additional notice being necessary or required; and no objections or opposition to the Abandonment being filed with the Court; and upon the Trustee's business judgment as set forth in the Notice that liquidation of the Personal Property would not provide a

---

[1] The Debtors in these jointly administered cases are: (i) 63 Market Lessee LLC, Case No. 25-11940; (ii) Bradbury Lessee LLC, Case No. 25-11941; (iii) Neuehouse New York HQ LLC, Case No. 25-11942; (iv) Neuehouse Optimization Inc., Case No. 25-11943; (v) NH F&B Inc., Case No. 25-11944; (vi) 73 Market Lessee LLC, Case No. 25-11946; (vii) Neuehouse Management, LLC, Case No. 25-11947; (viii) Neuehouse Hollywood LLC, Case No. 25-11948; (ix) NH Holdings Trust, Case No. 25-11953; (x) Neuehouse Madison Square LLC, Case No. 25-11970.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Notice.

benefit to the Debtors' estates and that the abandonment is in the best interests of the Debtors, their creditors, and other parties in interest; it is now hereby

**ORDERED,** that the Abandonment is authorized; and it is further

**ORDERED**, that the Abandonment is effective as of October 17, 2025; and it is further

**ORDERED**, that the Trustee is authorized to do such things, execute such documents and expend funds as are necessary to effectuate the Abandonment.

Dated: New York, New York
November __, 2025

                                               HONORABLE MARTIN GLENN
                                               UNITED STATES BANKRUPTCY JUDGE