UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC.,

                Debtors.

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NASSAU     )

      I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by Rimon P.C.

      On October 17, 2025, deponent served the within:

- **NOTICE OF PROPOSED ABANDONMENT,** together with supporting Exhibit A – Proposed Order

by **First Class Mail** to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

*** See Attached Service List ***

                                                                          _s/ Melissa Cohen_
                                                                      **MELISSA COHEN**

Sworn to before me this
17th day of October, 2025.

> Gina Meyers
> Notary Public, State of New York
> No.: 01ME6377839
> Qualified in Suffolk County
> Commission Expires July 16, 2026

 _s/ Gina Meyers_
       Notary Public

## SERVICE LIST

**Debtor**
NeueHouse Inc.
373 Park Avenue South
Suite 500
New York, NY 10016

**Debtor's Attorney**
Todd E. Duffy
DuffyAmedeo LLP
132 W. 31st Street
9th Floor
New York, NY 10001

**United States Trustee**
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Attn: Mark Bruh

**Notice of Appearance**

MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, New York 10022
  Attn:   Joseph T. Moldovan, Esq.
          David J. Kozlowski, Esq.

KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
  Attn:   Robert L. LeHane, Esq.
          John A. Churchill, Jr., Esq.

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
  Attn:   Ivan Gold, Esq.
          Michael Greger, Esq.
          Matt Pham, Esq.

HAND BALDACHIN & ASSOCIATES LLP
1325 Avenue of the Americas, 28th floor
New York, NY 10019
  Attn.:  Michael E. Norton, Esq.
          Alan Baldachin, Esq.

**20 Largest Creditors**

CR3 Partners, LLC
13355 Noel Road, Suite 2005
Dallas, TX 75240

Maiden Ventures, LLC
245 E. 87th Street, Suite 14G
New York, NY 10128

SALESFORCE
415 Mission Street
San Francisco, CA 94105

Empire Facility Services
9520 Escondido Cyn. Road
Santa Clarita, CA 91390

NYS Department of Taxation and Finance
Attn: Office of Counsel
Building 9
W A Harriman Campus
Albany NY 12227

Royalty Commercial Cleaning LLC
1131 23rd Street
Santa Monica, CA 90403

Big Time Operators, Inc.
875 N. Virgil Avenue
Los Angeles, CA 90029

Atlas Builders LLC
216 East 45th Street, 13th Floor
New York, NY 10017

Los Angeles County Tax Collector
225 North Hill Street, Room 122
Los Angeles, CA 90012

Liberty Mutual Insurance
100 Liberty Way
Dover, NH 03820

Rockwell Architecture Planning and Design
Union Square West, Floor 8
New York, NY 10003

Soul Health Living Limited
Townsend Lane, Jubilee House
LONDON NW9 8TZ

Amex
1500 NW 136th Avenue
Ft. Lauderdale, FL 33329

Fortessa Tableware Solutions, LLC
20412 Bashan Drive
Ashburn, VA 20147

Hartford Fire Insurance Co.
717 N. Harwood Street, Suite 1350
Dallas, TX 75201-6536

Five Oceans Capital SO2 LLC
100 Wilshire Blvd., Suite 1270
Santa Monica, CA 90401

373-381 PAS Associates LLC
97-77 Queens Blvd.
Rego Park, NY 11374

25 Park LLC
c/o Colliers Int'l
1114 6th Avenue, 11th Floor
New York, NY 10036

KR Hollywood, LLC
12200 W. Olympic Blvd.
Los Angeles, CA 90064

FOTOHOUSE
Kurfurstendamm 178
Berlin 10707
GERMANY

**Landlords**

Five Oceans Street Capital S02 LLC
63-69 Market Street
Venice, California 90291

73 Market Street LLC
73 Market Street
Venice California 90291

Robert L. LeHane
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Jones Lang LaSalle
515 S. Flower St., Suite 1300
Los Angeles , CA 90071

KR Hollywood, LLC
c/o Kilroy Realty Corporation
12200 West Olympic Boulevard, Suite 200
Los Angeles, California 90064
Attention: Legal Department

Kilroy Realty Corporation
12200 West Olympic Boulevard, Suite 200
Los Angeles, California 90064
Attn.:   Mr. John Fucci
            Richard Mount
            Lauren Phillip

Kilroy Realty Corporation
6255 W. Sunset Blvd., Suite 2200
Los Angeles, California 90028
Attention: Tony Kathol

Elkins Kalt Weintraub Reuben Gartside LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067
Attention: Keith D. Elkins, Esq.

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100

373-381 PAS Associates, LLC
Atco Properties & Management Inc.
555 Fifth Avenue
New York, NY 10017

**Taxing Authorities**

New York City Dept. of Finance
Attn: Legal Affairs Division
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

Internal Revenue Service
Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

New York State Dept. of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, New York 12205-0300

United States Attorney's Office
Southern District of New York
Attn:  Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, New York 10007