UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC.,

               Debtors.
----------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NASSAU    )

      I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by Rimon P.C.

      On October 17, 2025, deponent served the within:

- **ORDER APPROVING TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. §365(A), AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES**

by **First Class Mail** to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

*** See Attached Service List ***

                                              *s/ Melissa Cohen*
                                              **MELISSA COHEN**

Sworn to before me this
17th day of October, 2025.

Gina Meyers
Notary Public, State of New York
No.: 01ME6377839
Qualified in Suffolk County
Commission Expires July 16, 2026

 *s/ Gina Meyers*
     Notary Public

**SERVICE LIST**

**Landlords**

Five Oceans Street Capital S02 LLC
63-69 Market Street
Venice, California 90291

73 Market Street LLC
73 Market Street
Venice California 90291

Robert L. LeHane
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Jones Lang LaSalle
515 S. Flower St., Suite 1300
Los Angeles , CA 90071

KR Hollywood, LLC
c/o Kilroy Realty Corporation
12200 West Olympic Boulevard, Suite 200
Los Angeles, California 90064
Attention: Legal Department

Kilroy Realty Corporation
12200 West Olympic Boulevard, Suite 200
Los Angeles, California 90064
Attn.:   Mr. John Fucci
         Richard Mount
         Lauren Phillip

Kilroy Realty Corporation
6255 W. Sunset Blvd., Suite 2200
Los Angeles, California 90028
Attention: Tony Kathol

Elkins Kalt Weintraub Reuben Gartside LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067
Attention: Keith D. Elkins, Esq.

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100

373-381 PAS Associates, LLC
Atco Properties & Management Inc.
555 Fifth Avenue
New York, NY 10017