EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.*,

                              Debtors.
-----------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

## ORDER AUTHORIZING AND APPROVING THE CONSULTING AGREEMENTS BETWEEN THE TRUSTEE AND KEROP MANAGEMENT CONSULTANTS, LLC AND ANDREW HERSCHKOWITZ, TO FACILIATE OPERATIONS AND THE SALE OF THE DEBTORS' ASSETS

Upon the motion (the "Motion")[1] Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of NeueHouse Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "Debtors"), for entry of an order (this "Order"), authorizing the Trustee to enter into consulting agreements (collectively, the "Agreements"), annexed to the Motion as **Exhibit B and C**, with Kerop Management Consultants, LLC and Andrew Herschkowitz, respectively (together, the "Consultants" and each a "Consultant") to facilitate case management, administrative operations and the sale of the Debtors' assets, and granting such other and further relief as this Court deems just and proper; and that notice of the Motion, including all exhibits annexed thereto, was sufficient and no additional notice is required under the circumstances; and the relief sought in the Motion is in the best interests of the estates, their creditors and other parties in interest and is supported by good business reasons as set forth in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establishing sufficient cause for the relief requested; and, therefore

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Agreements are approved.

3. On or before the fifteenth (15th) day of each calendar month, each Consultant shall provide the Trustee and the Office of the United States Trustee with an itemized invoice containing time records for the services performed by Consultant during the prior calendar month.

4. The Trustee is authorized to make payments on the invoices of each Consultant for services rendered through the term of such Agreement without further order of this Court.

5. The Trustee is authorized to make such payments and take all actions necessary to effectuate the relief granted in this Order in accordance with the Agreements.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
     November __, 2025

THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE