**RIMON P.C.**
Proposed Counsel for Kenneth P. Silverman, Esq.
  Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brian Powers
Courtney M. Roman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.*,

        Debtors.

------------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

## NOTICE OF FILING OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING AMENDMENTS TO THE CONSULTING AGREEMENTS BETWEEN THE TRUSTEE AND KEROP MANAGEMENT CONSULTANTS, LLC AND ANDREW HERSCHKOWITZ

**PLEASE TAKE NOTICE**, that on December 12, 2025, Kenneth P. Silverman, Esq., the interim chapter 7 trustee (the "Trustee") of NeueHouse Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "Debtors"), filed the *Chapter 7 Trustee's Motion for Entry of an Order Approving Amendments to Consulting Agreements Between the Trustee and Kerop Management Consultants, LLC and Andrew Herschkowitz* (ECF Doc. No. __) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion shall be set forth in writing, filed with the Bankruptcy Court and served upon (a) Rimon P.C., 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brian Powers, Esq. (brian.powers@rimonlaw.com), and (b) the Office of the United States Trustee, Office of the United States Trustee, Alexander Hamilton U.S. Custom House, One Bowling Green, Room 534, Attn: Mark Bruh, Esq. (Mark.Bruh@usdoj.gov), **so as to be received no later than 5:00 p.m. (EST) on December 26, 2025 (the "Objection Deadline")**.

1

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, must be filed within seven (7) days after the Objection Deadline. After all papers are filed, the Bankruptcy Court will determine whether to schedule a hearing or decide the Application on the papers. Parties will be advised of hearing dates if matters are scheduled for hearing.

Dated: Jericho, New York
   December 12, 2025

          **RIMON P.C.**
          Counsel to Kenneth P. Silverman, Esq.,
          the Chapter 7 Trustee

          *s/ Brian Powers*
          Brian Powers
          Partner
          100 Jericho Quadrangle, Suite 300
          Jericho, New York 11753
          (516) 479-6300

**RIMON P.C.**
Attorneys for Kenneth P. Silverman, Esq.
 Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brian Powers
Courtney M. Roman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.*,

                Debtors.
------------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

## CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING AMENDMENTS TO THE CONSULTING AGREEMENTS BETWEEN THE TRUSTEE AND KEROP MANAGEMENT CONSULTANTS, LLC AND ANDREW HERSCHKOWITZ

Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estate of NeueHouse Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "Debtors"), respectfully submits this motion (this "Motion") seeking entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), approving proposed amendments to the Trustee's consulting agreements (together, the "Amendments"), with Kerop Management Consultants, LLC and Andrew Herschkowitz (collectively, the "Consultants" and each a "Consultant"), copies of which are annexed hereto as **Exhibits B** and **C** respectively,[1] to facilitate case management, administrative operations, and the sale of the Debtors' assets, and granting such other and further relief as this Court deems just and proper, and respectfully

---

[1] The original consulting agreements for each Consultant, which were previously approved by the Court, are included in Exhibits B and C for reference.

1

represents as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York,* dated January 31, 2012.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are Bankruptcy Code §§ 105(a), 363, and 721.

## BACKGROUND

4. On September 5, 2025 (the "Petition Date"), September 7, 2025, September 8, 2025, September 9, 2025, and September 10, 2025, respectively, each of the Debtors each filed a voluntary petition for relief in accordance with chapter 7 of the Bankruptcy Code in this Court.

5. By Notices of Appointment dated between September 8, 2025, and September 10, 2025, Kenneth P. Silverman, Esq. was appointed the interim chapter 7 trustee of each of the Debtors' estates, has since duly qualified, and is the permanent trustee.

6. The Trustee filed a *Motion for Entry of an Order Authorizing and Approving the Consulting Agreements Between the Trustee and Kerop Management Consultants, LLC and Andrew Herschkowitz, to Facilitate Operations and the Sale of the Debtors' Assets* (ECF Doc. No. 35) (the "Motion to Approve Consulting Agreements") seeking approval of consulting agreements with the Consultants (the "Consulting Agreements"). By order dated November 19, 2025, the Court approved the Consulting Agreements (the "Original Approval Order").

## RELIEF REQUESTED

7. As noted in the Motion to Approve Consulting Agreements, the Trustee required the assistance of the Consultants, two former high-level employees of the Debtors, serving as the controller and chief personal officer, respectively, to ensure the smooth operation and a seamless sale of the Debtors' business.

8. Since the commencement of the work by the Consultants under the Consulting Agreements, the Consultants have proven to be invaluable to the Trustee's operations of the Debtors' businesses and the sale of the Debtors' assets which is pending approval of this Court. Without the assistance of the consultants, the Trustee does not believe that it would have been possible to successfully resuscitate the Debtors' business in any capacity to facilitate a sale, let alone to appropriately wind down operations and limit outstanding liabilities. The Trustee continues uses the significant and unique knowledge, expertise, and familiarity with the operations of the Debtors' businesses and the systems that the Consultants have to effectively administer the Debtors' estates and finalize the winddown of their businesses.

9. Notwithstanding the excellent work of the Consultants, the state of the Debtors' business records and operations as of the Petition Date has caused progress to be slower than initially anticipated. Accordingly, the Trustee has determined that he will need to extend the consulting agreements for one month beyond the original termination date of December 31, 2025, through and including January 31, 2025, in order to further guide and assist the Trustee in the winddown of the Debtors' operations and the sale of the Debtors' business.

10. The proposed Amendments do not change any of the material terms of the Consulting Agreements, but only extend the term of each and provide for an increase in the total potential compensation payable to the Consultants to account for the additional month of work.

3

11. For the reasons set forth herein, the Trustee respectfully submits that the relief requested is in the best interest of the Debtors, their estates, creditors, and other parties in interest, and therefore should be granted.

12. No prior request for the relief sought in this Motion has been made to this or any other court.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested in this Motion and granting such other and further relief as is appropriate under the circumstances.

Dated: Jericho, New York
December 12, 2025

**RIMON P.C.**
Attorneys for Kenneth P. Silverman, Esq.,
Chapter 7 Trustee

*s/ Brian Powers*
Brian Powers
Partner
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300