**RIMON P.C.**
Counsel for Kenneth P. Silverman, Esq.
  Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brian Powers
Courtney M. Roman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.*,

　　　　　　　　　　　　　　　　Debtors.
-------------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

**CERTIFICATE OF NO OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING AMENDMENTS TO THE CONSULTING AGREEMENTS BETWEEN THE TRUSTEE AND KEROP MANAGEMENT CONSULTANTS, LLC AND ANDREW HERSCHKOWITZ**

　　　　Pursuant to 28 U.S.C. § 1746, Rimon P.C., attorneys for Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") for the jointly administered bankruptcy estates of NeueHouse, Inc., fdba Cultureworks Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "Debtors"), respectfully represents and certifies as follows:

　　　　1.　　On December 12, 2025, the Trustee filed a motion (the "Motion") seeking an order approving proposed amendments to the Trustee's consulting agreements (together, the "Amendments"), with Kerop Management Consultants, LLC[1] and Andrew Herschkowitz, to

---

[1] Kerop Management Consultants, LLC is wholly owned by Kenneth Torosian, a former employee of the Debtors.

1

facilitate case management, administrative operations and the sale of the Debtors' assets, and granting such other and further relief as this Court deems just and proper (ECF Doc. No. 66).

2.      On December 12, 2025, the Trustee's filed the Notice of Motion, which provided for an objection deadline of December 26, 2025 (ECF Doc. No. 66) (the "Notice").

3.      As of the date hereof, no objection or responsive pleading has been served upon the undersigned. The undersigned has reviewed the Court's docket in this case, and no objection or responsive pleading to the relief sought in the Motion has been filed with the Court. Additionally, the undersigned is unaware of any objection, respective pleading or request for a hearing with respect to the relief sought in the Motion.

4.      Based on the foregoing, the Trustee hereby requests that this Court enter the attached order granting the Motion.

Dated: Jericho, New York
       December 29, 2025

**RIMON P.C.**
Proposed Counsel for Kenneth P. Silverman
Esq., Chapter 7 Trustee

By:   *s/ Brian Powers*
      Brian Powers
      Partner
      100 Jericho Quadrangle, Suite 300
      Jericho, New York 11753
      (516) 479-630