## EXHIBIT B

**Postpetition Chargeback List**

| Chargeback Date and Time | Postpetition Chargeback Amount |
|---|---|
| 11/5/2025 7:30 | $ 2,000.00 |
| 9/27/2025 19:39 | $ 1,000.00 |
| 9/12/2025 7:43 | $ 3,800.00 |
| 9/13/2025 5:27 | $ 3,600.00 |
| 10/10/2025 7:33 | $ 1,400.00 |
| 9/25/2025 17:59 | $ 600.00 |
| 9/10/2025 6:36 | $ 3,600.00 |
| 12/4/2025 2:27 | $ 950.00 |
| 9/24/2025 5:58 | $ 3,800.00 |
| 9/22/2025 12:23 | $ 1,200.00 |
| 9/29/2025 5:56 | $ 1,150.00 |
| 9/29/2025 5:56 | $ 1,150.00 |
| 9/20/2025 13:46 | $ 120.00 |
| 9/21/2025 11:35 | $ 1,200.00 |
| 9/17/2025 13:21 | $ 3,600.00 |
| 9/20/2025 12:43 | $ 120.00 |
| 9/22/2025 12:53 | $ 1,200.00 |
| 9/19/2025 11:44 | $ 1,000.00 |
| 9/11/2025 8:02 | $ 3,800.00 |
| 9/18/2025 5:41 | $ 3,800.00 |
| 9/11/2025 8:02 | $ 3,600.00 |
| 9/22/2025 12:34 | $ 1,750.00 |
| 9/27/2025 5:59 | $ 3,600.00 |
| 9/21/2025 6:00 | $ 1,900.00 |
| 9/17/2025 5:37 | $ 1,200.00 |
| 9/10/2025 6:34 | $ 3,600.00 |
| 9/24/2025 11:10 | $ 1,000.00 |
| 10/1/2025 6:26 | $ 3,600.00 |
| 9/20/2025 14:10 | $ 1,500.00 |
| 11/27/2025 6:55 | $ 4,200.00 |
| 9/10/2025 6:35 | $ 3,800.00 |
| 9/20/2025 14:18 | $ 1,800.00 |
| 9/21/2025 6:00 | $ 1,800.00 |
| 10/4/2025 14:52 | $ 1,800.00 |
| 9/20/2025 13:41 | $ 1,900.00 |
| 9/12/2025 11:27 | $ 2,200.00 |
| 9/14/2025 4:22 | $ 1,900.00 |
| 9/20/2025 4:09 | $ 1,900.00 |
| 9/22/2025 12:21 | $ 1,800.00 |
| 9/22/2025 12:41 | $ 1,900.00 |
| 9/27/2025 18:20 | $ 750.00 |

| Chargeback Date and Time | Postpetition Chargeback Amount |
|---|---|
| 9/30/2025 17:28 | $ 500.00 |
| 9/27/2025 13:57 | $ 1,500.00 |
| 9/17/2025 5:38 | $ 3,600.00 |
| 10/8/2025 6:52 | $ 1,250.00 |
| 9/13/2025 5:27 | $ 2,500.00 |
| 9/13/2025 5:27 | $ 3,000.00 |
| 9/14/2025 3:54 | $ 3,800.00 |
| 9/10/2025 6:35 | $ 3,000.00 |
| 11/12/2025 7:46 | $ 3,000.00 |
| 9/11/2025 8:04 | $ 2,500.00 |
| 9/21/2025 11:57 | $ 2,266.00 |
| 9/11/2025 8:03 | $ 2,217.00 |
| 9/19/2025 4:18 | $ 2,300.00 |
| 9/20/2025 13:36 | $ 3,800.00 |
| 9/21/2025 11:25 | $ 3,600.00 |
| 9/18/2025 5:42 | $ 3,800.00 |
| 9/13/2025 5:27 | $ 3,800.00 |
| 11/7/2025 8:07 | $ 2,400.00 |
| 9/11/2025 8:02 | $ 2,400.00 |
| 11/7/2025 8:07 | $ 2,400.00 |
| 10/14/2025 17:12 | $ 1,000.00 |
| 9/30/2025 22:06 | $ 2,250.00 |
| 9/11/2025 8:03 | $ 6,000.00 |
| 9/20/2025 12:51 | $ 3,167.00 |
| 9/10/2025 3:36 | $ 2,500.00 |
| 9/22/2025 12:00 | $ 3,800.00 |
| 9/14/2025 4:11 | $ 37,200.00 |
| 9/24/2025 4:48 | $ 3,600.00 |
| 9/15/2025 4:31 | $ 3,800.00 |
| 9/25/2025 12:07 | $ 15,000.00 |
| 9/21/2025 11:07 | $ 3,000.00 |
| 9/20/2025 13:47 | $ 2,500.00 |
| 9/17/2025 5:37 | $ 2,400.00 |
| 10/10/2025 17:15 | $ 2,850.00 |
| 9/20/2025 14:34 | $ 1,875.00 |
| 9/19/2025 4:14 | $ 2,700.00 |
| 9/13/2025 5:27 | $ 3,800.00 |
| 9/18/2025 5:41 | $ 2,400.00 |
| 9/10/2025 3:40 | $ 2,850.00 |
| 9/20/2025 13:08 | $ 2,000.00 |
| 9/27/2025 21:58 | $ 2,550.00 |

| Chargeback Date and Time | Postpetition Chargeback Amount |
|---|---|
| 9/22/2025 12:07 | $ 2,250.00 |
| 9/26/2025 5:15 | $ 3,800.00 |
| 9/22/2025 13:10 | $ 3,000.00 |
| 9/22/2025 12:40 | $ 3,800.00 |
| 10/5/2025 6:36 | $ 1,900.00 |
| 9/12/2025 6:05 | $ 2,500.00 |
| 10/17/2025 17:22 | $ 3,800.00 |
| 9/22/2025 11:54 | $ 3,000.00 |
| 9/20/2025 14:10 | $ 3,000.00 |
| 9/30/2025 2:53 | $ 3,800.00 |
| 9/20/2025 13:53 | $ 3,000.00 |
| 9/17/2025 5:37 | $ 900.00 |
| 9/24/2025 11:28 | $ 2,500.00 |
| 9/22/2025 12:01 | $ 900.00 |
| 9/19/2025 13:50 | $ 2,500.00 |
| 9/11/2025 8:02 | $ 3,600.00 |
| 9/22/2025 12:30 | $ 3,000.00 |
| 9/20/2025 15:09 | $ 3,600.00 |
| 9/30/2025 2:54 | $ 3,600.00 |
| 9/19/2025 14:32 | $ 2,500.00 |
| 9/12/2025 7:43 | $ 3,600.00 |
| 9/17/2025 5:37 | $ 800.00 |
| 9/20/2025 15:10 | $ 3,000.00 |
| 9/14/2025 3:44 | $ 2,500.00 |
| 9/20/2025 12:36 | $ 2,500.00 |
| 9/22/2025 12:15 | $ 2,500.00 |
| 9/18/2025 14:19 | $ 200.00 |
| 9/11/2025 8:03 | $ 2,500.00 |
| 9/26/2025 3:33 | $ 2,500.00 |
| 9/11/2025 8:04 | $ 2,500.00 |
| 9/20/2025 12:35 | $ 2,104.00 |
| 9/11/2025 10:34 | $ 800.00 |
| 1/1/2026 23:58 | $ 3,800.00 |
| 9/20/2025 3:55 | $ 3,000.00 |
| 9/23/2025 11:54 | $ 6,600.00 |
| 9/24/2025 5:58 | $ 1,900.00 |
| 9/20/2025 13:57 | $ 3,350.00 |
| 9/10/2025 6:35 | $ 1,800.00 |
| 9/18/2025 13:04 | $ 7,725.00 |
| 9/11/2025 8:02 | $ 3,600.00 |
| 9/27/2025 3:10 | $ 3,000.00 |

| Chargeback Date and Time | Postpetition Chargeback Amount |
|---|---|
| 9/28/2025 3:00 | $ 900.00 |
| 9/11/2025 8:03 | $ 3,600.00 |
| 9/20/2025 14:36 | $ 2,500.00 |
| 9/11/2025 8:02 | $ 3,600.00 |
| 9/22/2025 12:25 | $ 3,600.00 |
| 9/20/2025 13:35 | $ 2,500.00 |
| 9/11/2025 8:03 | $ 2,292.00 |
| 9/16/2025 11:39 | $ 6,750.00 |
| 9/12/2025 7:43 | $ 2,500.00 |
| 10/11/2025 0:03 | $ 3,483.00 |
| 9/11/2025 8:03 | $ 3,000.00 |
| 9/12/2025 7:44 | $ 2,292.00 |
| 9/27/2025 3:08 | $ 15,000.00 |
| 10/3/2025 3:43 | $ 3,600.00 |
| 9/16/2025 4:28 | $ 5,000.00 |
| 9/11/2025 8:02 | $ 2,500.00 |
| 9/25/2025 15:51 | $ 675.00 |
| 9/19/2025 4:24 | $ 3,000.00 |
| 10/15/2025 7:09 | $ 2,500.00 |
| 10/5/2025 6:35 | $ 2,292.00 |
| 9/20/2025 14:28 | $ 3,800.00 |
| 9/17/2025 3:40 | $ 2,750.00 |
| 9/10/2025 6:35 | $ 400.00 |
| 9/21/2025 11:53 | $ 2,500.00 |
| 9/17/2025 5:37 | $ 2,292.00 |
| 9/22/2025 11:28 | $ 600.00 |
| 9/21/2025 12:29 | $ 3,800.00 |
| 9/18/2025 16:48 | $ 600.00 |
| 9/14/2025 3:44 | $ 3,000.00 |
| 9/23/2025 14:31 | $ 2,500.00 |
| 10/11/2025 7:07 | $ 2,500.00 |
| 9/20/2025 15:05 | $ 900.00 |
| 9/11/2025 8:03 | $ 2,000.00 |
| 9/12/2025 11:11 | $ 2,500.00 |
| 9/20/2025 13:57 | $ 2,500.00 |
| 10/22/2025 0:53 | $ 2,500.00 |
| 9/10/2025 6:35 | $ 1,000.00 |
| 9/26/2025 5:15 | $ 2,500.00 |
| 9/18/2025 14:58 | $ 2,500.00 |
| 9/11/2025 8:03 | $ 4,495.00 |
| 9/22/2025 10:44 | $ 2,292.00 |

| Chargeback Date and Time | Postpetition Chargeback Amount |
|---|---|
| 9/11/2025 8:04 | $ 2,500.00 |
| 9/18/2025 14:47 | $ 600.00 |
| 9/10/2025 3:41 | $ 2,500.00 |
| 9/16/2025 4:21 | $ 5,000.00 |
| 9/11/2025 8:02 | $ 1,170.00 |
| 9/10/2025 6:34 | $ 3,600.00 |
| 9/22/2025 12:53 | $ 1,200.00 |
| 9/15/2025 4:31 | $ 750.00 |
| 9/23/2025 11:34 | $ 900.00 |
| 9/22/2025 11:38 | $ 800.00 |
| 10/10/2025 7:34 | $ 2,500.00 |
| 9/21/2025 6:00 | $ 2,500.00 |
| 9/11/2025 8:03 | $ 1,500.00 |
| 9/10/2025 6:35 | $ 6,480.00 |
| 9/10/2025 6:35 | $ 8,850.00 |
| 9/22/2025 12:24 | $ 200.00 |
| 9/25/2025 10:22 | $ 10,888.00 |
| 9/16/2025 4:20 | $ 2,500.00 |
| 9/20/2025 3:46 | $ 800.00 |
| 9/17/2025 5:37 | $ 50.00 |
| 9/25/2025 3:44 | $ 2,500.00 |
| 9/13/2025 11:11 | $ 1,650.00 |
| 9/11/2025 16:42 | $ 3,170.00 |
| 10/10/2025 7:33 | $ 25,800.00 |
| 9/24/2025 14:12 | $ 750.00 |
| 9/11/2025 10:36 | $ 800.00 |
| 9/12/2025 6:21 | $ 2,500.00 |
| 9/14/2025 12:52 | $ 800.00 |
| 9/12/2025 7:44 | $ 4,585.00 |
| 9/19/2025 14:33 | $ 900.00 |
| 9/11/2025 8:04 | $ 2,500.00 |
| 9/17/2025 12:31 | $ 7,250.00 |
| 9/14/2025 4:11 | $ 22,000.00 |
| 10/18/2025 9:49 | $ 6,000.00 |
| 9/19/2025 11:49 | $ 3,250.00 |
| 9/11/2025 8:02 | $ 2,500.00 |
| 1/4/2026 2:47 | $ 3,800.00 |
| 9/12/2025 7:43 | $ 3,000.00 |
| 9/20/2025 4:09 | $ 2,000.00 |
| 9/16/2025 4:41 | $ 800.00 |
| 10/3/2025 3:49 | $ 800.00 |

| Chargeback Date and Time | Postpetition Chargeback Amount |
|---|---|
| 9/18/2025 15:52 | $ 250.00 |
| 10/4/2025 6:24 | $ 2,100.00 |
| 9/23/2025 13:02 | $ 2,500.00 |
| 9/21/2025 12:00 | $ 2,500.00 |
| 9/20/2025 13:26 | $ 3,800.00 |
| 9/20/2025 14:39 | $ 3,600.00 |
| 9/26/2025 22:41 | $ 1,794.00 |
| 9/20/2025 4:09 | $ 2,000.00 |
| 9/20/2025 12:43 | $ 1,200.00 |
| 9/17/2025 5:37 | $ 2,500.00 |
| 9/20/2025 4:09 | $ 8,250.00 |
| 9/20/2025 13:10 | $ 2,500.00 |
| 9/19/2025 4:23 | $ 2,000.00 |
| 9/14/2025 3:46 | $ 2,500.00 |
| 9/19/2025 11:23 | $ 250.00 |
| 9/14/2025 4:10 | $ 6,765.00 |
| 10/5/2025 3:02 | $ 2,500.00 |
| 10/23/2025 23:38 | $ 2,500.00 |
| 9/14/2025 11:28 | $ 660.00 |
| 9/18/2025 12:46 | $ 7,150.00 |
| 9/11/2025 16:05 | $ 7,703.00 |
| 9/20/2025 3:46 | $ 500.00 |
| 9/11/2025 8:04 | $ 3,000.00 |
| 9/20/2025 14:27 | $ 1,083.00 |
| 9/12/2025 14:33 | $ 600.00 |
| 9/23/2025 3:39 | $ 2,800.00 |
| 9/10/2025 6:35 | $ 4,150.00 |
| 9/19/2025 4:22 | $ 500.00 |
| 9/12/2025 7:43 | $ 2,500.00 |
| 9/28/2025 5:03 | $ 2,500.00 |
| 9/10/2025 6:36 | $ 2,500.00 |
| 9/21/2025 11:49 | $ 1,800.00 |
| 9/21/2025 10:47 | $ 5,450.00 |
| 9/15/2025 4:31 | $ 675.00 |
| 9/14/2025 12:38 | $ 800.00 |
| 9/10/2025 10:54 | $ 2,500.00 |
| 9/14/2025 4:11 | $ 8,250.00 |
| 10/22/2025 7:29 | $ 22,000.00 |
| 9/10/2025 6:36 | $ 2,500.00 |
| 9/17/2025 13:04 | $ 7,550.00 |
| 9/11/2025 8:03 | $ 500.00 |

| Chargeback Date and Time | Postpetition Chargeback Amount |
|---|---|
| 9/13/2025 5:27 | $ 3,800.00 |
| 9/14/2025 4:11 | $ 1,710.00 |
| 9/14/2025 3:54 | $ 2,500.00 |
| 9/10/2025 6:35 | $ 8,250.00 |
| 9/20/2025 14:24 | $ 12,000.00 |
| 10/5/2025 3:02 | $ 510.00 |
| 9/22/2025 12:55 | $ 2,000.00 |
| 9/16/2025 6:14 | $ 400.00 |
| 9/19/2025 4:16 | $ 500.00 |
| 9/20/2025 13:46 | $ 600.00 |
| 9/23/2025 13:31 | $ 5,978.00 |
| 9/22/2025 11:53 | $ 307.00 |
| 9/11/2025 8:03 | $ 500.00 |
|  | $ 813,085.00 |