UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

NEUEHOUSE INC.,
fdba CULTUREWORKS INC.
fdba FOTOGRAFISKA NEUEHOUSE INC., *et al.,*

                                    Debtors.
-------------------------------------------------------------x

Chapter 7
Case No. 25-11937 (MG)
(Jointly Administered)

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
FOR ENTRY OF AN ORDER APPROVING THE TRUSTEE'S
<u>SETTLEMENT WITH JPMORGAN CHASE BANK, N.A.</u>**

Upon the motion (the "<u>Motion</u>")[1] of Kenneth P. Silverman, Esq., the chapter 7 trustee (the

"<u>Trustee</u>") of the jointly administered bankruptcy estates of NeueHouse Inc., fdba Cultureworks

Inc., fdba Fotografiska Neuehouse Inc., *et al.* (the "<u>Debtors</u>"),[2] seeking the entry of an order,

pursuant to section 105(a) title 11, United States Code (the "<u>Bankruptcy Code</u>") and Rule 9019 of

the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), approving the Trustee's

stipulation (the "<u>Stipulation</u>") with JPMorgan Chase Bank, N.A. ("<u>JPMorgan</u>"); and notice of the

Motion, including all exhibits annexed thereto, having been sufficient and no additional notice

being required under the circumstances; and the relief sought in the Motion being in the best

interests of the estates, their creditors and other parties in interest and having been supported by

good business reasons as set forth in the Motion; and the Court having determined that the legal

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these jointly administered cases are: 63 Market Lessee LLC, Case No. 25-11940; Bradbury Lessee LLC, Case No. 25-11941; Neuehouse New York HQ LLC, Case No. 25-11942; Neuehouse Optimization Inc., Case No. 25-11943; NH F&B Inc., Case No. 25-11944; 73 Market Lessee LLC, Case No. 25-11946; Neuehouse Management, LLC, Case No. 25-11947; Neuehouse Hollywood LLC, Case No. 25-11948; NH Holdings Trust, Case No. 25-11953; Neuehouse Madison Square LLC, Case No. 25-11970.

1

and factual bases set forth in the Motion establishing sufficient cause for the relief requested; and,

therefore

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      The Stipulation, annexed to the Motion as Exhibit B, is hereby approved.

3.      The Trustee is authorized to make such payments and take any and all actions

reasonably necessary to perform or enforce any and all obligations and terms under the Stipulation

and as contemplated by this Order.

4.      JPMorgan is granted limited relief from the stay imposed under Section 362(a) of

the Bankruptcy Code to take all actions and to satisfy all claims and obligations in accordance with

the terms of the Stipulation and as contemplated by this Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related

to the implementation of this Order.

**IT IS SO ORDERED.**

Dated:  July 30, 2026
        New York, New York

                                    <u>    **/s/ Martin Glenn**    </u>
                                    MARTIN GLENN
                            Chief United States Bankruptcy Judge

2